UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT JULIAN-BORCHAK
WILLIAMS,

    Plaintiff,

v.

CITY OF DETROIT, a municipal
corporation, DETROIT POLICE
CHIEF JAMES CRAIG, in his official
capacity, and DETECTIVE DONALD
BUSSA, in his individual capacity,

    Defendants.
_____/

Case No. 21-cv-10827

Hon. Gershwin A. Drain

## NOTICE OF APPEARANCE

Please enter the appearance of Daniel S. Korobkin (P72842) as an attorney for the Plaintiff in the above-captioned case.

Respectfully submitted,

/s/ Daniel S. Korobkin
Daniel S. Korobkin (P72842)
American Civil Liberties Union
  Fund of Michigan
2966 Woodward Ave.
Detroit, MI 48201
(313) 578-6824
dkorobkin@aclumich.org

Dated: April 13, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2021, the foregoing Appearance of Counsel has been electronically filed with the Clerk of Court using the ECF system which will send notice and copies of the document to all registered counsel in this case.

                                            /s/ Daniel S. Korobkin
                                            Daniel S. Korobkin (P72842)
                                            American Civil Liberties Union Fund
                                              of Michigan
                                            2966 Woodward Avenue
                                            Detroit, MI 48201
                                            (313) 578-6824
                                            dkorobkin@aclumich.org