UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT JULIAN-BORCHAK WILLIAMS,

    Plaintiff,

v.

CITY OF DETROIT, a municipal corporation, DETROIT POLICE CHIEF JAMES CRAIG, in his official capacity, and DETECTIVE DONALD BUSSA, in his individual capacity,

    Defendants.
_____/

Case No. 21-cv-10827

Hon. Gershwin A. Drain

## NOTICE OF APPEARANCE

Please enter the appearance of Philip Mayor (P81691) as an attorney for the Plaintiff in the above-captioned case.

    Respectfully submitted,

    /s/ Philip Mayor
    Philip Mayor (P81691)
    American Civil Liberties Union
     Fund of Michigan
    2966 Woodward Ave.
    Detroit, MI 48201
    (313) 578-6803
    pmayor@aclumich.org

Dated: April 13, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2021, the foregoing Appearance of Counsel has been electronically filed with the Clerk of Court using the ECF system which will send notice and copies of the document to all registered counsel in this case.

/s/ Philip Mayor
Philip Mayor (P81691)
American Civil Liberties Union
  Fund of Michigan
2966 Woodward Ave.
Detroit, MI 48201
(313) 578-6803
pmayor@aclumich.org
