UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT JULIAN-BORCHAK WILLIAMS,

   Plaintiff,

v.

CITY OF DETROIT, a municipal Corporation, DETROIT POLICE CHIEF JAMES CRAIG, in his official Capacity, and DETECTIVE DONALD BUSSA, in his individual capacity,

   Defendants.

Case No. 21-cv-10827

Hon. Laurie J. Michelson

## STIPULATED ORDER TO AMEND SCHEDULING ORDER

Based on the stipulation of the parties that the dates in the Case Management Order (ECF No. 14) be extended for ninety (90) days to fully complete discovery,

IT IS HEREBY ORDERED that all current deadlines in this case, as well as all of the dates in the Case Management Order (ECF No. 14), be extended by ninety (90) days as set forth in the following chart:

| EVENT | DATE |
| --- | --- |
| Lay Witness Lists Filed By: | July 12, 2022 |
| Plaintiff's Expert Disclosures By: | August 11, 2022 |

1

| | |
|---|---|
| Fact Discovery Completed By: | September 9, 2022 |
| Defendants' Expert Rebuttals By: | October 6, 2022 |
| Plaintiff's Expert Replies By: | October 20, 2022 |
| Expert Discovery Completed By: | December 2, 2022 |
| Dispositive Motions Filed By: | January 10, 2023 |
| Challenges to Experts By: | January 10, 2023 |
| Motions *in Limine* By: | TBD |
| Joint Proposed Final Pretrial Order (and pretrial submissions) By: | TBD |
| Final Pretrial Conference | TBD |
| Jury Trial | TBD |
| Estimated Length of Trial | TBD |

**IT IS SO ORDERED**.

Dated: April 13, 2022

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

2

The parties stipulate to the entry of the above order:

/s/ *Michael J. Steinberg*
Michael J. Steinberg (P43085)
Ben Mordechai-Strongin*
Rihan Issa*
Lauren Yu*
Seth Mayer*
Civil Rights Litigation Initiative
University of Michigan Law School
701 S. State St., Suite 2020
Ann Arbor, MI 48109
(734) 763-1983
mjsteinb@umich.edu
bmstrong@umich.edu

Philip Mayor (P81691)
Daniel S. Korobkin (P72842)
Ramis J. Wadood (P85791)
American Civil Liberties Union Fund
of Michigan
2966 Woodward Ave.
Detroit, MI 48201
(313) 578-6803
pmayor@aclumich.org
dkorobkin@aclumich.org

Nathan Freed Wessler
American Civil Liberties Union
Foundation
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500
nwessler@aclu.org

*Student Attorney practicing pursuant
to Local Rule 83.21

Dated: April 12, 2022____

/s/ *Patrick M. Cunningham*
Patrick M. Cunningham (P67643)
City of Detroit Law Department
2 Woodward Avenue, Suite 500
Detroit, MI 48226
(313) 237-5032
cunninghamp@detroitmi.gov

Dated: April 12, 2022____

3