UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT JULIAN-BORCHAK
WILLIAMS,

        Plaintiff,                          Case No. 21-cv-10827

v.                                                  Hon. Laurie J. Michelson

CITY OF DETROIT, a municipal
Corporation, DETROIT POLICE
CHIEF JAMES CRAIG, in his official
Capacity, and DETECTIVE DONALD
BUSSA, in his individual capacity,

        Defendants.
_____/

**INDEX OF EXHIBITS**

| | |
|---|---|
| Ex. A | Plaintiff's First Request for Production to Defendants |
| Ex. B | Plaintiff's First Set of Interrogatories to Defendants |
| Ex. C | Defendants' Response to Plaintiff's First Request for Production to Defendants |
| Ex. D | Defendants' Response to Plaintiff's First Set of Interrogatories to Defendants |
| Ex. E | February 11, 2022, letter to opposing counsel regarding deficiencies in Defendants' responses |
| Ex. F | November 5, 2020, Internal Affairs report |
| Ex. G | Non-disclosure agreement (NDA) sample |
| Ex. H | July 9, 2020, memorandum |