UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT JULIAN-BORCHAK WILLIAMS,

    Plaintiff,

v.

CITY OF DETROIT, a municipal Corporation, DETROIT POLICE CHIEF JAMES CRAIG, in his official Capacity, and DETECTIVE DONALD BUSSA, in his individual capacity,

    Defendants.
_____/

Case No. 21-cv-10827

Hon. Laurie J. Michelson

## **STIPULATED ORDER TO AMEND SCHEDULING ORDER**

    The parties have determined they cannot complete depositions and expert reports under the current scheduling order. Therefore, and because the parties stipulate that fact discovery date in the amended Case Management Order (ECF No. 33) be extended for thirty (30) days and expert discovery be amended for sixty (60) days,

    IT IS HEREBY ORDERED that fact discovery be extended by thirty (30) days, and all other current deadlines in the case in the amended Case Management Order (ECF No. 33), be extended by sixty (60) days as set forth in the following chart:

1

| EVENT | DATE |
|---|---|
| Fact Discovery Completed By: | March 10, 2023 |
| Plaintiff's Expert Disclosures By: | April 8, 2023 |
| Defendants' Expert Rebuttals By: | June 5, 2023 |
| Plaintiff's Expert Replies By: | June 19, 2023 |
| Expert Discovery Completed By: | July 30, 2023 |
| Dispositive Motions Filed By: | September 8, 2023 |
| Challenges to Experts By: | September 8, 2023 |
| Motions *in Limine* By: | TBD |
| Joint Proposed Final Pretrial Order (and pretrial submissions) By: | TBD |
| Final Pretrial Conference | TBD |
| Jury Trial | TBD |
| Estimated Length of Trial | TBD |

**IT IS SO ORDERED.**

Dated: February 7, 2023

                                                    s/Laurie J. Michelson
                                                  LAURIE J. MICHELSON
                                                  UNITED STATES DISTRICT JUDGE

The parties stipulate to the entry of the above order:

/s/Michael J. Steinberg
Michael J. Steinberg (P43085)
Ben Mordechai-Strongin*
Lauren Yu*
William Ellis*
Mickey Terlep*
Julia Kahn*
Civil Rights Litigation Initiative
University of Michigan Law School
701 S. State St., Suite 2020
Ann Arbor, MI 48109
(734) 763-1983
mjsteinb@umich.edu

Philip Mayor (P81691)
Daniel S. Korobkin (P72842)
Ramis J. Wadood (P85791)
American Civil Liberties Union Fund
of Michigan
2966 Woodward Ave.
Detroit, MI 48201
(313) 578-6803
pmayor@aclumich.org
dkorobkin@aclumich.org

Nathan Freed Wessler
American Civil Liberties Union
Foundation
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500
nwessler@aclu.org

*Student Attorney practicing pursuant
to Local Rule 83.21

Dated: 2/3/2023

/s/ Patrick M. Cunningham
Patrick M. Cunningham (P67643)
City of Detroit Law Department
2 Woodward Avenue, Suite 500
Detroit, MI 48226
(313) 237-5032
cunninghamp@detroitmi.gov

Dated: 2/3/2023