UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT JULIAN-BORCHAK WILLIAMS,

    Plaintiff,

v.

CITY OF DETROIT, a municipal Corporation, DETROIT POLICE CHIEF JAMES CRAIG, in his official Capacity, and DETECTIVE DONALD BUSSA, in his individual capacity,

    Defendants.
_____/

Case No. 21-cv-10827

Hon. Laurie J. Michelson

## **STIPULATED ORDER TO AMEND SCHEDULING ORDER**

On March 3, 2023, the Court directed the parties to confer and submit a stipulated order extending deadlines in this matter. Having conferred, the parties now stipulate that the deadlines for expert disclosures, dispositive motions, and challenges to experts shall be extended as follows.

Accordingly, IT IS HEREBY ORDERED that existing deadlines for expert disclosures, dispositive motions, and challenges to experts shall be extended as set forth in the following chart:

1

| EVENT | DATE |
|---|---|
| Fact Discovery Completed By: | April 10, 2023 |
| Plaintiff's Expert Disclosures By: | April 21, 2023 |
| Defendants' Expert Rebuttals By: | June 16, 2023 |
| Plaintiff's Expert Replies By: | June 30, 2023 |
| Expert Discovery Completed By: | August 10, 2023 |
| Dispositive Motions Filed By: | September 19, 2023 |
| Challenges to Experts By: | September 19, 2023 |
| Motions *in Limine* By: | TBD |
| Joint Proposed Final Pretrial Order (and pretrial submissions) By: | TBD |
| Final Pretrial Conference | TBD |
| Jury Trial | TBD |
| Estimated Length of Trial | TBD |

**IT IS SO ORDERED.**

Dated: March 13, 2023

                                 s/Laurie J. Michelson
                                 LAURIE J. MICHELSON
                                 UNITED STATES DISTRICT JUDGE

The parties stipulate to the entry of the above order:

/s/ Ramis J. Wadood
Philip Mayor (P81691)
Daniel S. Korobkin (P72842)
Ramis J. Wadood (P85791)
American Civil Liberties Union
 Fund of Michigan
2966 Woodward Ave.
Detroit, MI 48201
(313) 578-6803

Nathan Freed Wessler
American Civil Liberties Union
 Foundation
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500

Michael J. Steinberg (P43085)
Ben Mordechai-Strongin*
Lauren Yu*
William Ellis*
Mickey Terlep*
Julia Kahn*
Civil Rights Litigation Initiative
University of Michigan Law School
701 S. State St., Suite 2020
Ann Arbor, MI 48109
(734) 763-1983
mjsteinb@umich.edu

*Student Attorney practicing pursuant to Local Rule 83.21

Dated: March 10, 2023

/s/ Patrick M. Cunningham
Patrick M. Cunningham (P67643)
City of Detroit Law Department
2 Woodward Avenue, Suite 500
Detroit, MI 48226
(313) 237-5032
cunninghamp@detroitmi.gov

Dated: March 10, 2023

3