UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT JULIAN-BORCHAK
WILLIAMS,

    Plaintiff,

v.

CITY OF DETROIT, a municipal
Corporation, DETROIT POLICE
CHIEF JAMES CRAIG, in his
official Capacity, and DETECTIVE
DONALD BUSSA, in his individual
capacity,

    Defendants.
_____/

Case No. 21-cv-10827

Hon. Laurie J. Michelson

## **STIPULATED ORDER TO AMEND SCHEDULING ORDER**

    Pursuant to the Court's direction at the April 13, 2023, Status Conference, the parties agree and stipulate to the following Scheduling Order. Fact Discovery is closed – the parties shall not, without seeking leave, make new fact discovery requests. However, outstanding discovery matters, including depositions of Defendants' remaining Rule 30(b)(6) designees and the parties' stipulation regarding detective training, remain open and shall be concluded by May 15, 2023. All other deadlines are therefore extended by 35 days.

IT IS HEREBY ORDERED that all current deadlines in the case set out in the previous amended Scheduling Order (ECF No. 38), be extended by thirty-five (35) days as set forth in the following chart:

| EVENT | DATE |
|---|---|
| Outstanding Fact Discovery Obligations Fulfilled By: | May 15, 2023 |
| Plaintiff's Expert Disclosures By: | May 26, 2023 |
| Defendants' Expert Rebuttals By: | July 21, 2023 |
| Plaintiff's Expert Replies By: | August 4, 2023 |
| Expert Discovery Completed By: | September 14, 2023 |
| Dispositive Motions Filed By: | October 24, 2023 |
| Challenges to Experts By: | October 24, 2023 |
| Motions *in Limine* By: | TBD |
| Joint Proposed Final Pretrial Order (and pretrial submissions) By: | TBD |
| Final Pretrial Conference | TBD |
| Jury Trial | TBD |
| Estimated Length of Trial | TBD |

**IT IS SO ORDERED.**

Dated: April 19, 2023

s/Laurie J. Michelson  
LAURIE J. MICHELSON  
UNITED STATES DISTRICT JUDGE

The parties stipulate to the entry of the above order:

/s/Michael J. Steinberg
Michael J. Steinberg (P43085)
Ben Mordechai-Strongin*
Lauren Yu*
William Ellis*
Mickey Terlep*
Julia Kahn*
Civil Rights Litigation Initiative
University of Michigan Law School
701 S. State St., Suite 2020
Ann Arbor, MI 48109
(734) 763-1983
mjsteinb@umich.edu

Philip Mayor (P81691)
Daniel S. Korobkin (P72842)
Ramis J. Wadood (P85791)
American Civil Liberties Union Fund
of Michigan
2966 Woodward Ave.
Detroit, MI 48201
(313) 578-6803
pmayor@aclumich.org
dkorobkin@aclumich.org

Nathan Freed Wessler
American Civil Liberties Union
Foundation
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500
nwessler@aclu.org

*Student Attorney practicing pursuant
to Local Rule 83.21

Dated: 4/19/2023

/s/ Patrick M. Cunningham
Patrick M. Cunningham (P67643)
City of Detroit Law Department
2 Woodward Avenue, Suite 500
Detroit, MI 48226
(313) 237-5032
cunninghamp@detroitmi.gov

Dated:  4/19/2023