| | |
|---|---|
| **From:** | Angela Fielder |
| **To:** | mjsteinb@umich.edu; pmayor@aclumich.org |
| **Cc:** | Patrick Cunningham |
| **Subject:** | [EXTERNAL] Robert Julian-Borchak Williams |
| **Date:** | Tuesday, March 21, 2023 6:31:35 PM |
| **Attachments:** | Williams, Robert (lemmen).pdf |

Attached please find a scheduling letter requesting your client, Robert Julian-Borchak Williams appear for a medical evaluation with Dr. Craig Lemmen on 4/10/23.  Would you please confirm receipt and your client's attendance?

Thank you and have a great day, Angie

Angela E. Fielder, Director of Operations
Mid America Evaluation Group, Inc.
28175 Haggerty Road
Novi, MI  48377
(248) 994-9008 office - (313) 914-3177 fax

March 21, 2023

**Email Transmission**

Robert Julian-Borchak Williams
c/o Michael Steinberg, Attorney
701 S. State Street, Ste. 2020
Ann Arbor, MI 48109

      Re: Robert Julian-Borchak Williams
      Case Number: 2:21-cv-10827-GAD-APP

Dear Mr. Steinberg:

Attorney Patrick Cunninghan of the City of Detroit Law Department has requested your client to appear for an independent medical evaluation with the assessing consultant below.  If you have any questions, please call my office at the number below.

- Doctor:    Dr. Craig Lemmen
  5331 Plymouth Road
  Ann Arbor, MI 48105

- Exam Date:    4/10/2023 at 9:30 a.m.

Please instruct your client to bring photo identification to this evaluation.

Please be advised that no show charges are incurred for missed appointments and late cancellations.  Kindly contact my office immediately if your client is unable to attend the scheduled appointment.

Sincerely,

*Angela E. Fielder*

Angela E. Fielder
Director of Operations


cc: Patrick Cunninghan, Attorney