UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT JULIAN-BORCHAK WILLIAMS,

    Plaintiff,

v.

CITY OF DETROIT, a municipal Corporation, DETROIT POLICE CHIEF JAMES CRAIG, in his official Capacity, and DETECTIVE DONALD BUSSA, in his individual capacity,

    Defendants.
_____/

Case No. 21-cv-10827

Hon. Laurie J. Michelson

## STIPULATED ORDER FOR MENTAL HEALTH EXAMINATION

    On May 9, 2023 at 1:30 p.m., Plaintiff Robert Julian-Borchak Williams will appear for a mental health examination by Craig Lemmen, M.D. at 5331 Plymouth Road, Ann Arbor, MI 48105.  The examination will be limited to Plaintiff's mental health and will not exceed two hours in duration.

1

By June 16, 2023, Defendants will provide a copy of Dr. Lemmen's written report as well as disclosures required by Fed. R. Civ. P. 26(a)(2).

**IT IS SO ORDERED.**

Dated:

_____
HON. LAURIE J. MICHELSON
UNITED STATES DISTRICT COURT JUDGE

The parties stipulate to the entry of the above order:

/s/
Philip Mayor (P81691)
Daniel S. Korobkin (P72842)
Ramis J. Wadood (P85791)
American Civil Liberties Union Fund of Michigan
2966 Woodward Ave.
Detroit, MI 48201
(313) 578-6803


/s/
Patrick M. Cunningham (P67643)
City of Detroit Law Department
2 Woodward Avenue, Suite 500
Detroit, MI 48226
(313) 237-5032
cunninghamp@detroitmi.gov

Dated: _____