| | |
|---|---|
| **From:** | Ramis Wadood |
| **To:** | Patrick Cunningham |
| **Cc:** | RobertWilliamsLegalTeam@umich.edu |
| **Subject:** | [EXTERNAL] RE: Stipulated Order for Mental Health Exam |
| **Date:** | Monday, April 17, 2023 6:17:51 PM |
| **Attachments:** | image001.png |

Hello Patrick,

Our team has reviewed your draft stipulation and cannot agree to it. If you'd like to move forward with a motion, you may represent that you consulted us and we indicated that we were opposed.

Take care,

**Ramis J. Wadood**
Pronouns: he, him

Skadden Fellow
American Civil Liberties Union of Michigan
2966 Woodward Ave. Detroit, MI 48201
*(Offices in Detroit, Grand Rapids and Lansing)*
586.214.7359 | rwadood@aclumich.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

---

**From:** Patrick Cunningham <cunninghamp@detroitmi.gov>
**Sent:** Wednesday, April 12, 2023 6:10 PM
**To:** Ramis Wadood <rwadood@aclumich.org>
**Cc:** RobertWilliamsLegalTeam@umich.edu
**Subject:** [External] Stipulated Order for Mental Health Exam

Hi Ramis,

Attached is a proposed Stipulated Order for Mental Health Examination.  Will Plaintiff agree to an exam, or should I file a motion to compel?

Thanks,

Patrick M. Cunningham