# EXHIBIT F

**07/09/2020**

1              DETROIT BOARD OF POLICE COMMISSIONERS

2                      REGULAR MEETING

3              THURSDAY, JULY 09, 2020 at 3:00 P.M.

4               BOPC VIRTUAL MEETING TECHNOLOGY

5                                              /

6    PAGE 1 TO 130

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



**07/09/2020**                                    **Pages 2..5**

**Page 2**

1   COMMISSIONERS:

2        WILLIE BELL, Chairperson (Dist. 4)

3        ANNIE HOLT, Vice-Chairperson At-Large

4        WILLIE E. BURTON, Commissioner (Dist. 5)

5        DARRYL D. BROWN, Commissioner (Dist. 1)

6        WILLIAM M. DAVIS, Commissioner (Dist. 7)

7        JESUS HERNANDEZ, At-Large

8        MARTIN JONES, At-Large

9        SHIRLEY A. BURCH, Commissioner (Dist. 3)

10       EVETTE GRIFFIE, Commissioner (Dist. 2)

11       JIM HOLLEY, At-Large

12

13       ROBERT BROWN, Executive Manager

14       MELANIE WHITE, Interim Secretary

15

16

17

18

19

20

21

22

23

24

25

**Page 3**

1

2

3

4

5

6

7

8   REPRESENTING THE CHIEF OF POLICE'S OFFICE:

9        CHIEF OF POLICE, JAMES E. CRAIG

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Page 4**

1   Remote Meeting

2   Thursday, July 9, 2020

3   About 3:02 p.m.

4        *          *          *

5        MS. WHITE:  Good afternoon.  My name is

6   Melanie White, Interim Secretary to the Board.  Before

7   moving into the Board's agenda for today, please note

8   the following reminders for virtual meetings on Zoom

9   dot US.

10       Again, welcome to the Board of Police

11  Commissioners meeting on Thursday, July 9, 2020.

12       (Inaudible) do not have to identify

13  themselves unless (inaudible).  Attendees can phone

14  into the meeting by Zoom.  If attendees join in by

15  computer without a Zoom account, they may be prompted

16  for name and e-mail.  The e-mail is not (inaudible).

17  Additionally, the e-mail address does not need to be a

18  true e-mail address.  It can be non at non dot com or

19  something similar will be fine for logging in.

20       As a reminder, please adhere to the Board's

21  by-laws and Zoom's policies, using this forum

22  appropriately.  Failure to adhere to those policies

23  will result in dismissal from the meeting.  Access to

24  this meeting requires adhering to all policies.

25       Regarding making a citizen's complaint or

**Page 5**

1   filing your citizen concerns with the Board of Police

2   Commissioners (inaudible) the following information.

3        And just as a reminder during this Zoom call,

4   I would ask, to prevent excessive feedback or

5   microphone feedback, please mute or turn down your

6   volume, your volume levels, so that we won't have a

7   distraction with the feedback through the microphone.

8        The contact information for the

9   administration is (313) 596-1830 or you may e-mail the

10  Board's office at bopc at detroitmi.gov, regarding

11  filing a citizen complaint.  And for complaint

12  investigations, you may contact the Office of Chief

13  Investigator regarding non-criminal complaints.  And

14  there's a 24-hour complaint line at (313) 596-2499.

15  The telefax is (313) 596-2482.  And the website is

16  detroitmi.gov/bopc.

17       Regarding public comments and the

18  instructions, the corresponding instructions, the

19  virtual meeting will use a form for public commenting.

20  You can access that form through the website.  You can

21  sign up on the smart sheet without an e-mail address.

22       The Board of Commissioners allows one hour

23  from 3:00 to 4:00 p.m. for the public to request to

24  speak during public comments or oral communications on

25  the agenda.  To make a request without smart sheet,

07/09/2020                                                    Pages 6..9

Page 6

1  meeting participants may use the raise hand icon on the
2  website or press number, star 9 on the telephone.
3        To make a request without the smart sheet,
4  meeting participants may use the raise hand icon on the
5  website or press star 9 on the telephone.
6        Important reading reminders for public
7  comments.  Upon joining the meeting, participants will
8  join the meeting muted.  Please do not start your video
9  unless invited to do so by the host.
10        Video images or unprotected speech deemed
11  inappropriate by the Chair will result in your
12  dismissal from the meeting.  Remember, you may complete
13  the smart sheet form.  You may use the Zoom controls on
14  your computer screen to raise hand, or you may dial
15  star 9 from a mobile device.  You may use any one of
16  these options by 4:00 to be acknowledged for public
17  comment.
18        And during public comments, each speaker will
19  have two minutes to speak.  Mr. Brown will acknowledge
20  each speaker.  We ask that you remain respectful and
21  professional, and refrain from violating the Board's
22  by-laws, Zoom's terms of service and other relevant
23  laws and ordinances which are posted on all meeting
24  access forms.
25        At this time, please silence your cellphones

Page 7

1  and other background sounds to prevent interrupting the
2  meeting.  Thank you.
3        And now, Chairperson Carter.  And if
4  Chairperson Carter has not arrived on the line at this
5  time, then Madam Vice Chairperson Holt.
6        Vice Chairperson Holt.
7        COMMISSIONER HERNANDEZ:  I believe she may be
8  muted.
9        VICE-CHAIR HOLT:  Thank you, Commissioner
10  Hernandez.
11        Good afternoon.  I am Annie Holt, Vice
12  Chairperson, serving the community At-Large.  On behalf
13  of the Board, for those attendance -- for those in
14  attendance, and reviewing this meeting on your
15  government cable channel, thank you for joining our
16  meeting.
17        Today, what we -- we have invited Chaplain
18  James Powell to provide the invocation.  May we please
19  have Chaplain James Powell for invocation?
20        CHAPLAIN POWELL:  Can you hear me?
21        VICE-CHAIR HOLT:  Yes, sir, we can.  Thank
22  you.
23        CHAPLAIN POWELL:  Okay.  Let's pray.  Lord
24  God of grace, in the name of Jesus, we thank and praise
25  you for your keeping power and your blessing power.

Page 8

1        Lord God, we're asking you just to look down
2  upon this meeting, Lord God, and let your blessing be
3  upon us.  Draw your minds together, Lord God.  Help us,
4  Lord God, to do your blessed will.  And Lord God, look
5  down upon our Commissioners.  Look down upon our Chief,
6  our mayor, Lord God, and the command staff and the
7  counsel.
8        I ask you, Lord God, just to look down upon
9  this blessing and help us Lord God, to join together in
10  unity and love.  And Lord God, just bless this great
11  city that we live in.  I ask you, Lord, just to touch,
12  bless each and every one of us, look down upon our
13  families.  And Lord God, just help us to do your will.
14        Help us Lord God, and help us to serve the
15  citizens of this great city.  We thank you, Lord.  In
16  Jesus name, Amen.
17        THE BOARD:  Amen.
18        VICE-CHAIR HOLT:  Thank you.  We have a few
19  business items for consideration.  The approval of the
20  minutes.  May we have a motion to approve the minutes?
21        COMMISSIONER GRIFFIE:  So moved.
22        COMMISSIONER HERNANDEZ:  Second.
23        VICE-CHAIR HOLT:  It has been moved and
24  second.  Those from the roll call vote.
25        MS. WHITE:  Yes.  Commissioner Darryl Brown.

Page 9

1        COMMISSIONER BROWN:  Nay.
2        MS. WHITE:  Commissioner Burch.
3        THE WITNESS:  Yes.
4        MS. WHITE:  Commissioner Burton.
5  Commissioner Burton.  Commissioner Carter.
6  Commissioner Davis?
7        COMMISSIONER DAVIS:  Nay.
8        MS. WHITE:  Commissioner Griffie.
9  Commissioner Griffie.
10        COMMISSIONER GRIFFIE:  Yes.
11        MS. WHITE:  Commissioner Hernandez.
12        COMMISSIONER HERNANDEZ:  Yes.
13        MS. WHITE:  Commissioner Holley.
14        COMMISSIONER HOLLEY:  Yes.
15        MS. WHITE:  Commissioner Jones.
16        COMMISSIONER HOLLEY:  Yes.
17        MS. WHITE:  Madam Chairperson, Holts.
18        VICE-CHAIR HOLT:  Yes, please.
19        MS. WHITE:  Commissioner Bell.
20        CHAIRMAN BELL:  Yes.
21        MS. WHITE:  Okay.  Motion passed.
22        VICE-CHAIR HOLT:  Thank you.
23        Now, may we have a motion for approval of the
24  minutes with any necessary corrections?
25        CHAIRMAN BELL:  So moved.



07/09/2020                                    Pages 10..13

Page 10

1    COMMISSIONER HOLLEY: Support.
2    VICE-CHAIR HOLT: Thank you. It has been
3 moved and supported that we approve the minutes with
4 any necessary corrections.
5    Ms. White, may we have a roll call vote?
6    MS. WHITE: Commissioner Brown.
7    COMMISSIONER BROWN: No.
8    MS. WHITE: Commissioner Burch.
9    COMMISSIONER BURCH: Yes.
10    MS. WHITE: Commissioner Burton.
11    COMMISSIONER BURTON: Nay.
12    MS. WHITE: Commissioner Carter.
13 Commissioner Davis.
14    COMMISSIONER DAVIS: Nay.
15    MS. WHITE: Commissioner Griffie.
16    COMMISSIONER GRIFFIE: Yes.
17    MS. WHITE: Commissioner Hernandez.
18    COMMISSIONER HERNANDEZ: Yes.
19    MS. WHITE: Commissioner Holley.
20    COMMISSIONER HOLLEY: Yes.
21    MS. WHITE: Commissioner Jones.
22    COMMISSIONER JONES: Abstain.
23    VICE-CHAIR HOLT: Yes, Ms. White, I can
24 hardly hear you, okay?
25    MS. WHITE: Commissioner -- Commissioner

Page 11

1 Bell.
2    CHAIRMAN BELL: Yea.
3    MS. WHITE: The motion passed Madam
4 Chairperson.
5    VICE-CHAIR HOLT: Thank you.
6    COMMISSIONER BURTON: Madam Chair. Madam
7 Chair.
8    VICE-CHAIR HOLT: Yes, Commissioner Burton.
9    COMMISSIONER BURTON: You know, during the
10 first -- the first whatever, I was a nay vote as well
11 for both -- for both on the agenda and agenda minutes,
12 for the minutes, on both.
13    VICE-CHAIR HOLT: Okay. Okay.
14    COMMISSIONER BURTON: I want a nay. I just
15 want the record to reflect. I did raise my hand, but I
16 was not called.
17    VICE-CHAIR HOLT: Thank you, Commissioner
18 Burton.
19    Ms. White, the record will note that --
20    MS. WHITE: Yes.
21    VICE-CHAIR HOLT: -- of course?
22    MS. WHITE: Yes.
23    VICE-CHAIR HOLT: Thank you. Thank you,
24 Commission Burch, for bringing that to our attention.
25    Okay. Ms. White, would you please introduce

Page 12

1 the Board staff?
2    MS. WHITE: And Madam Chairperson, may I also
3 indicate on introduction of the Commissioners, we did
4 not do that at that -- at the beginning.
5    VICE-CHAIR HOLT: I am so sorry. I'm
6 scrolling down too quickly. Okay.
7    Then, let's have before Ms. White, you
8 introduce the staff, may we please have introduction of
9 the Commissioners? Commissioner Vice Chair Annie Holt
10 At-Large.
11    MS. WHITE: Commissioner Bell.
12    CHAIRMAN BELL: Commissioner Bell, Chair.
13    MS. WHITE: Commissioner Brown.
14    MR. BROWN: District 1, here.
15    MS. WHITE: Commissioner Burch.
16    Okay. So at this time, I would ask that we
17 please mute our microphones if we are not speaking at
18 the time. I'm calling Commissioner Burch.
19    COMMISSIONER BURCH: Commissioner Shirley
20 Burch, District 3.
21    MS. WHITE: Commissioner Burton.
22    COMMISSIONER BURTON: Commissioner Burton,
23 District 5 is present.
24    MS. WHITE: Commissioner Carter.
25 Commissioner Davis.

Page 13

1    COMMISSIONER DAVIS: William Davis,
2 Commissioner, District 7.
3    MS. WHITE: Commissioner Griffie.
4    COMMISSIONER GRIFFIE: Commissioner Griffie,
5 District 2.
6    MS. WHITE: Commissioner Hernandez.
7    COMMISSIONER HERNANDEZ: Commissioner Jesus
8 Hernandez, At-Large.
9    MS. WHITE: Commissioner Holley.
10    COMMISSIONER HOLLEY: Present.
11    MS. WHITE: Commissioner Jones.
12    **THE WITNESS: Commissioner Mark Jones,**
13 **At-Large.**
14    MS. WHITE: Madam Chairperson, you do have a
15 quorum.
16    VICE-CHAIR HOLT: Thank you so much for that
17 correction, Ms. White.
18    Now, Ms. White, may we have the introduction
19 of board staff?
20    MS. WHITE: Yes. Thank you, Chairperson, the
21 Department of Innovation and Technology is monitoring
22 the Board's meeting today. Our court reporter today is
23 Ms. Shacara Mapp. And the following board staff are in
24 attendance today; Attorney Jermaine Wyrick; Mr. Robert
25 brown; Ms. Teresa blossom, community relations



Page 14

1  coordinator; Ms. Jonya Underwood, administrative
2  assistance; D'Layne Richards, legal assistant; and
3  James Holt who is representing Dr. Marcella Anderson,
4  the Director of Police Personnel; Interim Chief
5  Investigator Lawrence Farr; Supervising Investigator
6  Ainsley Cromwell; Supervising Investigator Lasonya
7  Sloan; Senior Investigator Rosalia Madrigal; and
8  Investigator Tiffany Stewart are also present during
9  the webinar.  And that includes the staff introductions
10  for today, Madam Chairperson.
11      VICE-CHAIR HOLT:  Thank you, Ms. White.
12      May we please have the Chief of Police
13  designee who will introduce the deputy members in
14  attendance?
15      CHIEF CRAIG:  Good afternoon, Honorable
16  Police Commissioner Board.  Attending this Zoom meeting
17  with me are as follows:  Assistant Chief white,
18  Director Chris Graveline, Deputy Chief -- third Deputy
19  Chief Grant Ha, Deputy Chief Bettison, Deputy Chief
20  Fitzgerald, Commander McGinnis, Commander Stewart,
21  Commander Hayes, Captain Severy, Captain Taski, Captain
22  Parish, Director Stein and Captain Lidell.  And that
23  concludes my introductions.
24      VICE-CHAIR HOLT:  Thank you, Chief Craig, for
25  that introduction.  And it's a pleasure to see you here

Page 15

1  today as well.
2      CHIEF CRAIG:  Thank you.
3      VICE-CHAIR HOLT:  Ms. White -- you're
4  welcome.
5      Ms. White, can you introduce elected
6  officials, VIPs, civic leaders in attendance, or share
7  with chairpersons based on the review of the
8  participants list?
9      MS. WHITE:  At this time, Madam Chairperson,
10  I do not have any indication that any of the special
11  invited guests are on the line at this time.
12      VICE-CHAIR HOLT:  Thank you, Ms. White.
13      Now, we will have installation of officers by
14  horrible John -- by horrible Judge Craig Strong, Third
15  Circuit Court of Michigan.
16      COMMISSIONER DAVIS:  On the installation
17  note.
18      VICE-CHAIR HOLT:  Yes, Commissioner Davis.
19      COMMISSIONER DAVIS:  If they're doing the
20  installation of officers and if the Vice Chair is going
21  to continue to be the Vice Chair, I think that's
22  inappropriate.  Have we got an update from our
23  Corporate Counsel on our concerns from June the 11th?
24      VICE-CHAIR HOLT:  Ms. White, have we received
25  any information regarding the Vice Chair?

Page 16

1      MS. WHITE:  Through the Chair, Madam
2  Chairperson, we have not received a final update from
3  Corporation Counsel regarding the last legal opinion
4  that we submitted on that date.  We are still awaiting
5  that information, and we did receive respondents from
6  the City Law Department requesting an additional two
7  weeks for the preparation of that legal memorandum.
8      VICE-CHAIR HOLT:  And that correspondence
9  went out to the whole board?
10      MS. WHITE:  Yes, that went out about a week
11  or so ago.
12      VICE-CHAIR HOLT:  Okay.  Thank you,
13  Ms. White.
14      Now, we will carry on with the agenda.
15  Installation of officers by Honorable Judge Craig
16  Strong, Third Circuit Court of Michigan.
17      JUDGE CRAIG STRONG:  Good afternoon, ladies
18  and gentlemen.
19      THE BOARD:  Good afternoon.
20      JUDGE CRAIG STRONG:  I'm very pleased to join
21  you by Zoom.  And I'm once again enamored to once
22  again, swear in members of the Board.  We will first
23  start with the Vice Chairperson, Annie Holt.
24      VICE-CHAIR HOLT:  Yes, sir.
25      JUDGE CRAIG STRONG:  Yes.  After I say the

Page 17

1  letter "I," would you state your name and repeat after
2  me?
3      VICE-CHAIR HOLT:  Yes, sir.
4      JUDGE CRAIG STRONG:  I --
5      VICE-CHAIR HOLT:  Annie Holt --
6      JUDGE CRAIG STRONG:  Do -- raise your right
7  hand, I'm sorry.
8      -- do solemnly swear or affirm.
9      VICE-CHAIR HOLT:  Do solely swear or
10  affirm --
11      JUDGE CRAIG STRONG:  -- that I will support
12  the Constitution of the United States --
13      VICE-CHAIR HOLT:  -- that I will support the
14  Constitution of the United States --
15      JUDGE CRAIG STRONG:  -- and the constitution
16  and laws of the State of Michigan --
17      VICE-CHAIR HOLT:  -- and the constitution and
18  laws of the State of Michigan --
19      JUDGE CRAIG STRONG:  -- and the Charter of
20  the City of Detroit --
21      VICE-CHAIR HOLT:  -- and the charter of the
22  City and Detroit --
23      JUDGE CRAIG STRONG:  -- and that I will
24  faithfully and impartially perform and discharge --
25      VICE-CHAIR HOLT:  -- that I will faithfully



Page 18

1 and impartially --
2        JUDGE CRAIG STRONG:  -- perform and
3 discharge --
4        VICE-CHAIR HOLT:  -- perform and discharge.
5        JUDGE CRAIG STRONG:  -- the duties of the
6 office --
7        VICE-CHAIR HOLT:  -- the duties of the
8 office --
9        JUDGE CRAIG STRONG:  -- as Vice Chairperson
10 of the Detroit Board of Police Commissioners --
11        VICE-CHAIR HOLT:  -- of the Detroit Board of
12 Police Commissioners --
13        JUDGE CRAIG STRONG:  -- according to the law
14 and to the best of my ability.
15        VICE-CHAIR HOLT:  -- according to the law and
16 the best of my abilities.
17        JUDGE CRAIG STRONG:  And --
18        VICE-CHAIR HOLT:  And --
19        JUDGE CRAIG STRONG:  All right, Madam, you
20 are officially sworn in.  And congratulations.
21        VICE-CHAIR HOLT:  Thank you for that.
22        JUDGE CRAIG STRONG:  And would Willie Bell
23 please raise your right hand?  And after I say the
24 letter "I," state your name and repeat after me.
25        CHAIRMAN BELL:  Willie --

Page 19

1        JUDGE CRAIG STRONG:  I --
2        CHAIRMAN BELL: -- Willie E bell.
3        JUDGE CRAIG STRONG:  -- do solemnly swear or
4 affirm --
5        CHAIRMAN BELL:  I do solemnly swear.
6        JUDGE CRAIG STRONG:  And I will support the
7 Constitution of the United States --
8        CHAIRMAN BELL:  I will support the
9 Constitution of the United States --
10        JUDGE CRAIG STRONG:  -- and the constitution
11 and laws of the State of Michigan --
12        CHAIRMAN BELL: -- and the constitution and
13 laws of the State of Michigan --
14        JUDGE CRAIG STRONG:  -- and the Charter of
15 the City of Detroit.
16        CHAIRMAN BELL:  -- and the Charter of the
17 City and Detroit.
18        JUDGE CRAIG STRONG:  And I will faithfully
19 and impartially --
20        CHAIRMAN BELL:  I will faithfully and
21 impartially --
22        JUDGE CRAIG STRONG:  -- perform and
23 discharge --
24        CHAIRMAN BELL: -- perform and discharge --
25        JUDGE CRAIG STRONG:  -- the duties of the

Page 20

1 Office of Chairperson.
2        CHAIRMAN BELL: -- the duties of the Office of
3 Chairperson --
4        JUDGE CRAIG STRONG:  -- of the Detroit Board
5 of Police Commissioners--
6        CHAIRMAN BELL:  -- of the Detroit Board of
7 Police Commissioners --
8        JUDGE CRAIG STRONG:  -- according to the law
9 and to the best of my ability.
10        CHAIRMAN BELL: -- according to the law and
11 to the best of my ability.
12        JUDGE CRAIG STRONG:  Congratulations once
13 again.
14        CHAIRMAN BELL:  Thank you, Judge Strong.
15        VICE-CHAIR HOLT:  Thank you.
16        CHAIRMAN BELL:  Judge, I just want to
17 personally thank you as always.  You've been serving as
18 Judge for a long time.  You have called me for many
19 years, since the 70's with the Gardigans [phonetic].
20 And now, I just want to appreciate your work.  And may
21 the Lord continue to bless you and your family.
22        JUDGE CRAIG STRONG:  And thank you for what
23 you're saying.  I really appreciate the honor of doing
24 this again.  This board means so much to me.  I know so
25 many of you.  And I'm just proud of your service and

Page 21

1 what you're doing.  So once again, congratulations, and
2 keep up the good work.
3        VICE-CHAIR HOLT:  Thank you.
4        CHAIRMAN BELL:  Thank you, sir.
5        MS. WHITE:  Chairperson Bell.
6        CHAIRMAN BELL:  Ms. White, Chairperson, I
7 think the next on the agenda would be the Chairperson's
8 report.
9        MS. WHITE:  Yes, sir.  And before you move
10 into your report, I wanted to also mention that several
11 VIPs and special guests have recently joined the line.
12 Mr. Brian Tennille representing Councilman Roy
13 McCalister's office; Lieutenant Mark Young, President
14 of the Lieutenants and Sergeants Association; and
15 Corporation Counsel, Lawrence Garcia of the City Law
16 Department are also present on the line, sir.
17        CHAIRMAN BELL:  Thank you, Ms. White.
18        I do want to pause to acknowledge the newly
19 appointed Commissioner At-Large, Martin Jones, and give
20 him the opportunity to introduce himself to the body
21 and the public.  Commissioner Jones.
22        COMMISSIONER JONES:  Commissioner Jones is
23 present.  And Commissioner, I certainly want to thank
24 you for the opportunity to speak before everyone today.
25        My name is Martin L. Jones, newly appointed



Page 22

1  to the position of the Police Commissioner Board.
2       I definitely want to thank the Commission
3  Chairs, all of the heads, those officials that are on
4  the line that are both appointed and elected.  Good
5  afternoon.
6       My name is Martin Jones.  I'm a proud member
7  of the Detroit 300 Community Action Team, as I
8  mentioned, newly appointed to the Board.  It's my will
9  and wish to help this board to be able to advance in
10 all of its causes.
11      Definitely, we're in a position where we face
12 some of the most challenging times, at least of my
13 lifetime.  And what I hope and I dream to do is to
14 bring about a unification with the Board, with the
15 public, with the Police Department, and with the
16 Mayor's office also, so that we all may work together
17 to resolve some our most important issues that we're
18 facing in this day.
19      History is watching us, and history will
20 record everything that we do.  It's a perfect
21 opportunity for us to get this thing right, as the --
22 as the aftereffects can be years in the lasting.
23      We're preparing these things for our children
24 so that way they may live in a city that's peaceful, a
25 city that gets along with its police department, and

Page 23

1  also a city that speaks up on the crime that's taking
2  place in our neighborhoods by which we all may be made
3  safer.  It's up to us.  I want to work hard.  I want to
4  provide the dedication that the job calls for, and I
5  certainly thank you again for this opportunity to be a
6  part of the Board and to speak before you today.  Thank
7  you.
8       CHAIRMAN BELL:  Thank you, Commissioner
9  Jones.  We're looking forward to -- we have met on
10 Zoom.  I'm looking forward to interacting with you as
11 soon as next week.  We appreciate the Mayor appointing
12 you, and doing it in a timely manner.  I know you were
13 sworn in recently before the council, and we're looking
14 forward to ongoing dialogue and interaction with you.
15      Thank you again, on behalf of the Board of
16 Police Commissioners.
17      COMMISSIONER JONES:  Thank you, Commissioner.
18      COMMISSIONER BURCH:  Mr. Chair.  Mr. Chair.
19      CHAIRMAN BELL:  Yes, ma'am, Commissioner
20 Burch.
21      COMMISSIONER BURCH:  It's Commissioner Burch.
22 Can you hear me?
23      CHAIRMAN BELL:  I hear you.
24      COMMISSIONER BURCH:  It's Commissioner Burch.
25 I just wanted to say welcome to Mr. Jones.  I wanted to

Page 24

1  let you know, sir, that a couple of organizations in
2  the very beginning of your 300 Group, we were partners
3  and members with you.  So after this is over, I'd like
4  to see -- we were actually starting when you were doing
5  your defense training, and we were a part of that.  So
6  I would be glad to rekindle the relationship.
7       COMMISSIONER JONES:  Well, thank you so much
8  Commissioner Burch.  I certainly appreciate that.  And
9  as you indicated, I was right there in the beginning
10 and I'm still here now.
11      And I'm just looking forward to meeting and
12 sitting down with all of you at some point in time.  I
13 would like to have shared dialogue in person rather
14 than online, but we must do what we must do for the
15 time being in COVID 19.
16      COMMISSIONER BURCH:  That's correct.  Yes, we
17 must obey the distancing.  So that's why we are on the
18 phone now.
19      But I also say -- wanted to say, Mr.
20 Commissioner Bell, I want to say how you identified and
21 allowed Mr. Jones to speak, I don't think we've had a
22 -- any say from Mr. Hernandez.  He is a new member
23 also.  We don't know anything about his background.
24      Can we have him speak to who he is,
25 Commissioner Bell?

Page 25

1       CHAIRMAN BELL:  Yes, ma'am.  He had the
2  opportunity to speak in the past, but he has the
3  opportunity to speak now.  Thank you.
4       COMMISSIONER HERNANDEZ:  Thank you so much.
5  Yeah, I actually did have the opportunity to speak
6  previously, but I wouldn't mind sharing some of my
7  pedigree.
8       I'm a lifelong resident here of, specifically
9  Southwest Detroit.  Proud native.  I did all of my
10 schooling here in the City, Wayne State University
11 included.  And I'm just thrilled to be on this board.
12 I know it's a very trying time for everyone involved,
13 right?  All of your communities as a whole, and the
14 entire city as a whole.
15      And so I'm just looking to establish
16 partnerships, not just in the community but with each
17 of my colleagues as well.  And I extend that invite to
18 -- directly to you Commissioner Burch.  Once we get
19 passed some of this, you know, the current pandemic
20 that we're living in --
21      COMMISSIONER BURCH:  Yes.
22      COMMISSIONER HERNANDEZ:  -- I would certainly
23 love the opportunity to meet you in person.
24      COMMISSIONER BURCH:  Wonderful.  Thank you,
25 Commissioner Hernandez.



HANSON RENAISSANCE
COURT REPORTERS & VIDEO          hansonreporting.com
                                 313.567.8100

Page 26

1    COMMISSIONER HERNANDEZ:  Thank you, so much.
2    COMMISSIONER BURCH:  Thank you Commissioner
3  Jones.  And thank you Commissioner Chair Bell.  Thank
4  you.
5    CHAIRMAN BELL:  Thank you.  Any other
6  acknowledge by the commissioner reference to
7  Commissioner Jones?  If not, we move forward with my
8  remarks.
9      Briefly, we are making every effort to
10  streamline our process.  It's been some concern of the
11  public about a four-hour meeting is causing people to
12  drop off by public comment by the time we finish our
13  meeting.  As you all know, I think we can get through
14  this meeting in less than two hours.  So we're going to
15  cut back drastically, in terms of how we approach our
16  business with the support of the Board.
17      And by all means, we're going to start with
18  the Chairman's remarks.  At this time, I just want to
19  state I look forward to collectively meeting the
20  challenge ahead in '19, '20, and '21 with my Vice
21  Chair, Ann Holt.
22      I am honored to have an opportunity to work
23  with each of you in representing the interests of our
24  community in this great city, under the leadership of
25  Mayor Mike Duggan and the Detroit Police Department

Page 27

1  under the leadership of Chief James E. Craig.
2      Also, our board staff, working with our
3  interim board secretary, Melanie White, who is an
4  experienced goes beyond a board member, not a board
5  member, but a board staff person, and Industry
6  Investigator, Lawrence Akbar, who is also an
7  experienced staff member of the Board.
8      I welcome to you, Commissioner, Commissioner
9  Hernandez, and Commissioner Jones.  And thank you for
10  joining our team.  I'm looking forward --
11      I just want you to know for the record, you
12  are filling two seats of legendary commissioners.
13  Commissioner Brooks, she worked diligently in terms of
14  recruiting on behalf of this Board.  And Commissioner
15  Watts who worked diligently also.  They put in five
16  hard years working and serving this community, and I
17  just really pleased.  And there was a legacy
18  established.
19      And as you know, my commission can actually
20  go back to 1974 with the first board.  And I served,
21  working on the Board for five years for,
22  administrational lieutenant with this board.
23      So I just want to welcome you.  Once again,
24  anything I can do or we can do to work with you to
25  bring you up to speed, to enlighten you, to make sure

Page 28

1  you're informed, I think this board's willing to do
2  that and our staff is willing to do that.
3      I know working with Chief Craig and his team,
4  they are willing to assist you.  It's just a matter of
5  a phone call or reaching out.  They have been very
6  helpful in my six years in working with Lisa Carter as
7  Chair, Vice Chair, and they've been very supportive.
8  We've come a long way in the last six years, and we've
9  got a long way to go.
10      Accountability through civilian oversight,
11  that is our theme.  That is a motto that we established
12  four or five years ago when we arrived.  Accountability
13  through civilian oversight.
14      There are over a hundred civilian oversight
15  in the United States, and growing every day due to what
16  has transpired all over this country and in the world.
17  And you know it and we all know it.  The police must be
18  held accountable for their conduct at all times.  The
19  criminal justice system is under scrutiny, and
20  rightfully so.
21      And I just want to say, notwithstanding what
22  has transpired, we have some outstanding officers in
23  this nation that serve in law enforcement.  And I know
24  personally, we have some outstanding officers you know
25  in the Detroit Police Department that do a good job

Page 29

1  daily, 24/7.  They put their life on the line.  I have
2  been to too many funerals of police officers shot in
3  the line of duty in Detroit.  There have been too many
4  instances whereas they have suffered in so many areas,
5  but still continued to serve.
6      There's been no mass retirement in Detroit
7  PD, unlike other departments.  So we must stand with
8  them, even in troubled times.  A person's entitled to
9  due process.  They also entitle support.  Let the
10  system work itself out.
11      When something transpires of any nature, we
12  have to have confidence in the system.  We cannot try
13  and condemn people in the media.  We have to give them
14  every due process that we would -- we are entitled to
15  under the Constitution of the United States of America.
16      In closing, I want to say, we must work
17  together my brothers and sisters and conduct ourselves
18  professionally, and conduct our meeting with orderly
19  and in a timely timeframe.  And one of the -- I would
20  come back next week in reference to some of the
21  concerns that we have.
22      We are not going to tolerate disruption in
23  the meeting.  That's not going to take place.  We have
24  to respect this body and we have to respect the
25  chairmanship of the body.  And the public want us to



Page 30

1  engage, and we can disagree, but we should not be
2  disrupting, disagreeing.  There's a process.
3          I don't see anyone on this board under 21
4  years of age.  So I think we come from a professional
5  background, a personal background.
6          If these police officers can be out here 24/7
7  and serve, we can serve with oversight with some class
8  in this profession.  Thank you for the opportunity.
9          We're going to move on to the next item,
10 would be Chief Craig.  He is going to report out as he
11 always report out.  He's going to cover the important
12 issue that we know has been worked up in the last two
13 weeks.  And once we complete that process, I'm going to
14 ask each commissioner, you have an opportunity to pose
15 two questions or concerns.  Two questions.  Each
16 commissioner have that opportunity.  You can take
17 advantage or not take advantage, but we're not going to
18 have a long drawn out process.
19         Anything that we do not cover, you can put it
20 in writing, or you can interact with Ms. White or even
21 with Chief Craig to get a response, or his team.  But
22 we cannot spend 45 minutes talking about the issue.  We
23 know the issue.  The issue has been brought to the
24 public by the Mayor and the Chief has been well
25 covered.  And now, we're going to hear it directly from

Page 31

1  Chief Craig.  Thank you, Chief.
2          MS. WHITE:  Excuse me, Chair Bell.  I just
3  wanted to also add, before you move to the next item,
4  the promotions to the ranks of commander and captain
5  are also on the agenda and as well as the resolution.
6  So I just wanted to bring that to your attention.
7          CHAIRMAN BELL:  Is that before the Chief or
8  after the Chief?
9          MS. WHITE:  It is before the Chief of Police
10 Report.
11         CHAIRMAN BELL:  I'm sorry, my error.  I
12 didn't follow the script.
13         Chief, if you could pause for a minute.
14         CHIEF CRAIG:  Sure.
15         CHAIRMAN BELL:  I would like to bring forth a
16 motion at this time.
17         VICE-CHAIR HOLT:  Through the Chair.
18         CHAIRMAN BELL:  Yes, ma'am.
19         VICE-CHAIR HOLT:  This is Vice Chair Holt.  I
20 move that the Board of Police Commissioners approve the
21 appointment of Captain Sonya J. Russell to the rank of
22 commander.  And that will be at the Ninth Precinct.
23         COMMISSIONER GRIFFIE:  Support.
24         CHAIRMAN BELL:  It's properly moved and
25 supported.  A discussion?

Page 32

1          COMMISSIONER BROWN:  Yeah, Mr. Chairman.
2          CHAIRMAN BELL:  Yes, sir, Commissioner Brown.
3          COMMISSIONER BROWN:  Here it is again, that
4  we're at the same stage of promoting officers that have
5  issues that were relatively not long ago.  And I just
6  want to bring that to the Board's attention if they
7  happened to read everything that was given to us about
8  each one of the officers.  I would just be conscious of
9  your vote for these promotions.
10         COMMISSIONER GRIFFIE:  Through the Chair.
11         CHAIRMAN BELL:  Yes, commissioner Griffie.
12         COMMISSIONER GRIFFIE:  In response, or just
13 another food for thought for the other commissioners
14 that are on the line is that I think hopefully, we've
15 all read through the file and are well-versed on the
16 type of -- the police officers, the officers that are
17 being up for rank, up for promotion at this meeting
18 today.
19         I think that in addition to the timeline of
20 any disciplinary offense, that we should also take into
21 the nature and severity.  And if you -- in my opinion,
22 read the file on Captain -- or Sonya Russell who would
23 like to be promoted to captain --
24         VICE-CHAIR HOLT:  Commander --
25         COMMISSIONER GRIFFIE:  I think we will all

Page 33

1  see the offense was less egregious in nature.  And so,
2  I hope that we can promote her today.
3          VICE-CHAIR HOLT:  Through the Chair.
4          CHAIRMAN BELL:  Yes, ma'am.
5          VICE-CHAIR HOLT:  Okay.  I'd like for us to
6  try to go back to the last time we had a community
7  relations meeting at the Ninth Precinct.  If we will
8  recall, Captain Russell, at that time, gave a
9  phenomenal presentation on the strategies that were
10 being used in the Ninth Precinct to cut down incidents
11 of domestic violence.
12         And I also encountered her at the Detroit
13 City Council meeting whereby she was held responsible
14 for supporting grant monies based on the Ninth
15 Precinct's strategies that were being done
16 successfully, to curtail domestic violence incidents.
17         And it was at that time that I would like to
18 say, Chair Bell, that she uplifted you and former Chair
19 Carter as being instrumental and very supportive of the
20 efforts of the Ninth Precinct as they worked to lower
21 the incidents of domestic violence.
22         And one other thing, I believe, and Chief
23 Craig can support this or not, I believe then, Captain
24 Russell was recommended by the former commander to come
25 to this position.  So in all intent and purpose, it

07/09/2020                                          Pages 34..37

Page 34

1 seems to me that her credentials today, her present
2 credentials are the character and ability to lead that
3 we look forward to in our commanders leading, you know,
4 an entire precinct.
5      COMMISSIONER DAVIS:  Mr. Chairman.
6      CHAIRMAN BELL:  Yes, go ahead.
7      COMMISSIONER DAVIS:  Question, is she -- I
8 know the information I have said that's she's going to
9 replace the Tenth Precinct commander.  Is that not so?
10     CHAIRMAN BELL:  I can't speak to that.  Let's
11 speak to --
12     VICE-CHAIR HOLT:  Okay.
13     CHAIRMAN BELL: -- the rank of commander.
14     Let's speak to the rank of commander.
15     COMMISSIONER GRIFFIE:  Call the question.
16 Call the question.
17     COMMISSIONER BURTON:  Question to the Chair
18 on the discussion.
19     CHAIRMAN BELL:  Yes, sir.
20     COMMISSIONER BURTON:  You know -- you know,
21 since I've been a commissioner, you know, I've seen so
22 many folks get double promoted within this department.
23 And, you know, I am outraged when we have good captains
24 or commanders that are not getting promoted such as
25 captain Kyra Joy Hope, you know, who understands what

Page 35

1 it means to bring the community together, working
2 closely in with the community that have not been
3 promoting --
4      CHAIRMAN BELL:  Commissioner Burton.
5 Commissioner Burton, that dialogue is inappropriate.
6 The question has been called for.  Those in favor, aye.
7      VICE-CHAIR HOLT:  Aye.
8      CHAIRMAN BELL:  We'll do a roll call vote.
9 I'm sorry.  Ms. White.
10     MS. WHITE:  Vice Chairperson Holt.
11     VICE-CHAIR HOLT:  Yes.
12     MS. WHITE:  Commissioner Brown.
13     COMMISSIONER BROWN:  No.
14     MS. WHITE:  Commissioner Burch.
15     COMMISSIONER BURCH:  Yes.
16     MS. WHITE:  Commissioner Burton.
17 Commissioner Burton.
18     COMMISSIONER BURTON:  Burton is a no vote.
19     MS. WHITE:  Commissioner Carter.
20 Commissioner Carter.
21     Commissioner Davis.
22     COMMISSIONER DAVIS:  No.
23     MS. WHITE:  Commissioner Griffie.
24     COMMISSIONER GRIFFIE:  Yes.
25     MS. WHITE:  Commission Hernandez.

Page 36

1      COMMISSIONER HERNANDEZ:  Yes.
2      MS. WHITE:  Commissioner Holley.
3      COMMISSIONER HOLLEY:  Yes.
4      MS. WHITE:  Commissioner Jones.
5      COMMISSIONER JONES:  Yes.
6      MS. WHITE:  Chairperson bell.
7      CHAIRMAN BELL:  Definite yes.
8      MS. WHITE:  The motion passed.
9      CHAIRMAN BELL:  Thank you.  Thank you.
10     For the rank of captain, Ms. Holt --
11 Commissioner Vice Chair Holt.
12     VICE-CHAIR HOLT:  Okay.  Now, there are two
13 individuals --
14     CHAIRMAN BELL:  Just do one at a time.  One
15 at a time, please.
16     VICE-CHAIR HOLT:  Okay.  Okay.
17     I move that the Board of Police Commissioners
18 approve the appointment of Lieutenant Gary Johnson, Jr.
19     MR. BROWN:  Second.
20     CHAIRMAN BELL:  It's been properly moved and
21 second.
22     Discussion?  Roll call, vote.
23     MS. WHITE:  Madam Vice Chairperson.
24     VICE-CHAIR HOLT:  Yes.
25     MS. WHITE:  Commissioner Brown.

Page 37

1      COMMISSIONER BROWN:  Yes.
2      MS. WHITE:  Commissioner Burch.
3      COMMISSIONER BURCH:  Yes.
4      MS. WHITE:  Commissioner Burton.
5      COMMISSIONER BURTON:  Yes.
6      MS. WHITE:  Commissioner Carter.
7 Commissioner Davis.
8      COMMISSIONER DAVIS:  Yes.
9      MS. WHITE:  Commissioner Griffie.
10 Commissioner Griffie.
11     COMMISSIONER GRIFFIE:  Yes.
12     MS. WHITE:  Commissioner Hernandez.
13     COMMISSIONER HERNANDEZ:  Yes.
14     MS. WHITE:  Commissioner Holley.
15     COMMISSIONER HOLLEY:  Yes.
16     MS. WHITE:  Commissioner Jones.
17     COMMISSIONER JONES:  Yes.
18     MS. WHITE:  Chairperson bell.
19     CHAIRMAN BELL:  Yea.
20     MS. WHITE:  The motion passed.
21     CHAIRMAN BELL:  Thank you.
22     VICE-CHAIR HOLT:  Through the Chair.  I move
23 that the Board of Police Commissioners approve the
24 appointment of Lieutenant Brian Connor to the rank of
25 captain.



1    COMMISSIONER GRIFFIE:  Support.
2    CHAIRMAN BELL:  It's been properly moved and
3  second.
4    Discussion?
5    COMMISSIONER HOLLEY:  Yes.  Mr. Chairman?
6    CHAIRMAN BELL:  Yes, sir.
7    COMMISSIONER BROWN:  Looking at the egregious
8  nature of the reports in this officer's file as
9  recently as 2019, and going down the list with over 20
10  counts of use of force incidents with a rating that I'm
11  just disturbed that we would put someone in this nature
12  in this -- in this position over most of the people
13  here.
14    I mean, looking at the things on some of the
15  charges, obstruction of justice and different things
16  like that, and prisoner care, things like that, I just
17  -- I don't feel this is the right person to promote
18  today, in this position.  And I would like -- I really
19  would appreciate it if the Chief could, if this is
20  voted down, reconsider this and vote and get someone
21  else in this position.
22    But I don't think at this time, looking at
23  the egregious nature of all of the complaints on this
24  individual over the years he's been in the department.
25  And then, like I said, it's as recently as 2019.

                                                    Page 39

1    And we also said we would look into things
2  that it's been the practice if they had discipline
3  within the last two years, they would not be considered
4  for promotion reform.  Here we are again, with the same
5  thing that we have -- we do have the authority for
6  this.  And I would hope that my colleagues would follow
7  me along with this and does not grant this promotion
8  today.
9    COMMISSIONER BURTON:  Through the Chair.
10    CHAIRMAN BELL:  Commissioner Burton.
11    COMMISSIONER BURTON:  You know, I actually
12  support Commissioner Darryl Brown out of District 1.
13  You know, once again, we have not seen any evaluations
14  from their supervisors.  But all of a sudden today, a
15  list of promotions are brought before us.
16    We need to look at evaluations, what their
17  performance, you know, have been with the department.
18  In addition to that, have there been part of any
19  ongoing or situation over the past, when it comes to
20  litigations where it cost the City of Detroit?  We need
21  to look at those things, you know, as well before we
22  just start approving promotions.
23    We want officers to have the --
24    CHAIRMAN BELL:  Duly -- duly noted,
25  Commissioner.

1    COMMISSIONER BURTON:  -- things --
2    CHAIRMAN BELL:  Duly noted.
3    COMMISSIONER BURTON:  From the board,
4  Mr. Chair, I still have the floor.
5    We want officers to have the same love and
6  respect for Detroit residents as we do, in closing.
7    COMMISSIONER HOLLEY:  Mr. Chairman, Reverend
8  Holley:
9    CHAIRMAN BELL:  Yes, sir, Reverend Holley.
10  Commissioner Holley, I'm sorry.
11    COMMISSIONER HOLLEY:  If appropriate, the
12  Chief is there, can he speak on behalf of this
13  candidate for two minutes, and for why he's making this
14  recommendation?  Is it appropriate?
15    CHAIRMAN BELL:  Well, the Chief --
16    MR. BROWN:  I don't think --
17    CHAIRMAN BELL:  One second.  I'm going to
18  give the Chief an opportunity to speak.  But as you
19  well know, you received the information on each
20  candidate on -- Ms. White, was it two weeks ago?
21    MS. WHITE:  Yes, sir.  Yes.
22    CHAIRMAN BELL:  And the criteria of all
23  promoted.
24    Chief Craig, do you want to respond?
25    CHIEF CRAIG:  Thank you for allowing me to

                                                    Page 41

1  respond, Chair.  As it relates to Lieutenant Connor,
2  per several members of my executive team, Connor has
3  distinguished himself as a leader.  He's coming from
4  the field, which is a big thing for me, because we
5  desperately need leadership in the field.
6    When we sit down, and recommendations are
7  made and evaluated, we do look at a number of things.
8  I understand some of the concerns that are raised here.
9  The briefing that I received show no indication that
10  this person has shown a pattern of conduct such that
11  would impair his duty to perform at the rank of
12  captain.
13    When I look at all three, in fact, Commander
14  Russell, captain Johnson, and Lieutenant Connor, he
15  becomes highly recommended.  And leadership is more
16  critical today among men and women who serve, than
17  anything else.
18    But again, I do understand some of the
19  concerns that have come up.  But I just ask you to
20  trust our judgment on this.  I think he'll be a fine
21  captain.  Captain.
22    CHAIRMAN BELL:  On that note, Ms. White.
23    COMMISSIONER HOLLEY:  Roll call.
24    CHAIRMAN BELL:  Yes, roll call.
25    MS. WHITE:  Madam Vice Chairperson Holt.



Page 42

1   VICE-CHAIR HOLT:  Yes.
2   MS. WHITE:  Commissioner Brown.
3   COMMISSIONER BROWN:  No.
4   MS. WHITE:  Commissioner Burch.
5   COMMISSIONER BURCH:  No.
6   MS. WHITE:  Commissioner Burton.
7   COMMISSIONER BURTON:  No.
8   MS. WHITE:  Commissioner Carter.
9   Commissioner Davis.
10  COMMISSIONER DAVIS:  No.
11  MS. WHITE:  Commissioner Griffie.
12  COMMISSIONER GRIFFIE:  Yes.
13  MS. WHITE:  Commissioner Hernandez.
14  COMMISSIONER HERNANDEZ:  Yes.
15  MS. WHITE:  Commissioner Holley.
16  COMMISSIONER HOLLEY:  Yes.
17  MS. WHITE:  Commissioner Jones.
18  COMMISSIONER JONES:  Yes.
19  MS. WHITE:  Chairperson Bell.
20  CHAIRMAN BELL:  Yea.
21  MS. WHITE:  The motion passed.
22  CHAIRMAN BELL:  Thank you.
23  Commissioners, I would encourage, in the
24  future, if you have a concern, it would be very helpful
25  to the Board and the staff to -- if you do nothing

Page 43

1   else, make a telephone call.  And that would help us,
2   or put it in writing.  That would help us manage this
3   whole process of your concern and the concern of the
4   public when we raise these issues and perhaps, we could
5   have resolved those concerns prior to.
6        Thank you for -- is that the extent of the
7   promotions?
8        MS. WHITE:  Yes.
9        VICE-CHAIR HOLT:  Yes.
10       CHAIRMAN BELL:  Next item would be Chief
11  Craig.
12       COMMISSIONER HOLLEY:  Resolution.
13       CHAIRMAN BELL:  Chief Craig.
14       MS. WHITE:  Resolution.
15       COMMISSIONER BROWN:  Resolution.
16       CHAIRMAN BELL:  I'm sorry, I don't have my
17  script.  Resolution.
18       MS. WHITE:  Okay.  We are posting that
19  through the shared-screen feature as well.
20       CHAIRMAN BELL:  Would Commissioner Griffie
21  read the resolution, please?
22       I had the honor of being there for retired
23  Corporal King this afternoon, and Chief Craig was also
24  in attendance prior to.  And I just want to wish the
25  best to Corporal King.  Thank you.

Page 44

1   COMMISSIONER GRIFFIE:  "Resolution honoring
2   retiring -- I'm sorry, can you just move -- there you
3   go.
4        "Resolution honoring retiring Corporal Herman
5   King.
6        Whereas -- I'm sorry, Ms. White, can you just
7   remove the side bar from the document?
8        MS. WHITE:  Yes, we are.  We are removing the
9   item.  Thank you for your patience.
10       COMMISSIONER GRIFFIE:  No worries.  There you
11  go.  There we go.
12       "Whereas Herman King was appointed to the
13  Detroit Police Department on April 14, 1986.  Upon
14  graduating from the Detroit Metropolitan Police
15  Academy, Police Officer King began his career at the
16  Ninth Precinct Patrol Operation Section; and
17       Whereas, he dutifully served the Ninth
18  Precinct Patrol Operation Section, Eastern District,
19  Office, Office of Civil Rights, Gun License, and Fifth
20  Precinct.  Officer King displayed tremendous diligence
21  and aptitude in his assignments.  On October 18, 2018,
22  he was promoted to the rank of Corporal and continued
23  to serve at the Fifth Precinct until his retirement;
24  and
25       Whereas, during his law enforcement career,

Page 45

1   Corporal king served in the United States Army and held
2   the rank of 1st Sergeant.  He was the deserving
3   recipient of the Chief Merit Award, Perfect Attendance
4   Award, Perfect Driving Award, Consent Judgment Award
5   and the Major League Baseball All-Star Recognition
6   Award, the Rosa Parks Funeral Recognition Award, the
7   Super Bowl XL Recognition Award, and the Hurricane
8   Harvey Relief Award, as well as commendations from
9   supervisors and numerous letters of appreciation from
10  citizenry; and
11       Whereas Corporal King has tirelessly served
12  the Detroit Police Department, the citizens of Detroit
13  and its neighboring communities for 34 plus years.  His
14  professionalism, commitment to public service,
15  integrity, and dedication have been a credit to the
16  Detroit Police Department.  He is highly respected as a
17  consummate professional.
18       Now, therefore, be it resolved that the
19  Detroit Board of Police Commissioners, speaking for the
20  citizens of Detroit and the Detroit Police Department,
21  awards this resolution in recognition of Corporal
22  Herman King's 34 plus years of dedicated and diligent
23  public service.  His professionalism, integrity, and
24  lifelong commitment to the city of Detroit and its
25  citizens merit our highest regards.



1    We thank and congratulate you, Corporal
2 Herman King.
3         VICE-CHAIR HOLT:  Through the Chair.
4         CHAIRMAN BELL:  Commissioner Holt.
5         VICE-CHAIR HOLT:  Thank you.  I move that we
6 approve this resolution honoring the retirement of
7 Corporal King.
8         COMMISSIONER DAVIS:  Support.
9         CHAIRMAN BELL:  Been properly moved and
10 supported.  For those who support, Yea.
11        VICE-CHAIR HOLT:  Yea.
12        COMMISSIONER GRIFFIE:  Yes.
13        CHAIRMAN BELL:  Yes.
14        COMMISSIONER BROWN:  Yea.
15        COMMISSIONER BURCH:  Yea.
16        CHAIRMAN BELL:  Those opposed, nay.
17        Any discussion?  Motion carried.  Thank you.
18        Chief Craig.  I just want to prep Chief
19 Craig.  There are certain issues that he cannot cover
20 via the Corporation Counsel recommendation.  And he
21 will probably elaborate if that come up.  As advised by
22 Corporation Counsel indicating there's a certain issue,
23 this is a legal matter that is pending and certain
24 issues he cannot go into.  But Chief Craig now has the
25 floor.  Thank you, Chief.

1         CHIEF CRAIG:  Thank you, Mr. Chair.  And
2 congratulations to you and the Vice Chair on your
3 election to your posts.
4         CHAIRMAN BELL:  Thank you.
5         CHIEF CRAIG:  As I get started with my
6 report, I'd like to first acknowledge fallen police
7 officer out of Toledo, Ohio, Anthony Dia, who was
8 fatally shot within the last week.  I've had a chance
9 to speak to the Chief in Toledo, offered our support to
10 give him in this difficult time, and his department.
11        I want to also acknowledge a couple of
12 people, and I'll go very quickly.  Certainly,
13 Lieutenant Mark Young who has really shown so much
14 leadership starting from the COVID time and then
15 through the protests, keeping his men and women
16 encouraged as part of his membership.  So I want to
17 thank him for that.
18        I want to welcome newly appointed
19 Commissioner Mark Jones, Commissioner Hernandez to the
20 Board.
21        I want to also acknowledge and thank the
22 Board for your unanimous -- well, not unanimous, but
23 the support for Commander Russell and Captains Johnson
24 and Connor.
25        As far as the commander goes, certainly as

1 the executive team and I met, this was probably one of
2 the few times that we unanimously came together and
3 thought she would be the best fit.  And I know that --
4 and I think one of the commissioners had a question.  I
5 just can't think of which, relative to what her
6 assignment will be.  And she will be remaining at the
7 Ninth Precinct.
8         As it was pointed out, what was most
9 exceptional about this process was the fact that her
10 outgoing commander, Commander Decker, who did a
11 phenomenal job at the Ninth Precinct who is moving over
12 to the major crimes recommended her, and also
13 recommended the captain who will be serving with her,
14 which will be Captain Johnson.
15        So very excited about the Ninth Precinct.  As
16 most of you know, Captain -- Commander Russell is
17 really entrenched in the community.  She embraces the
18 ideas of community policing.  And she also embraces the
19 whole notion, something that I say a lot to rank and
20 file, "cops count, leadership matters."
21        And so, I know she's probably listening.  I
22 just want to give her a hardy congratulations, and also
23 to both captains.
24        And finally, in terms of acknowledgement, I
25 want to acknowledge as the Chair pointed out, I did

1 visit briefly on the retirement of Corporal King.  He
2 certainly was recognized as one of the top MPOs in the
3 Fifth Precinct, but also searched 34 years in the Army
4 Reserves and obtained the rank of Master Sergeant.  So
5 he will be surely missed.  We'll do what we can to make
6 sure that we replace him with someone equally as strong
7 in the community.
8         So I want to go into the crime report first.
9 It's no secret that this has probably been the most
10 challenging time during my tenure, in terms of
11 violence.  When you look at violent crime across the
12 country in all of the major cities, we are all
13 experiencing significant upticks, particularly in a
14 homicide and non-fatal shooting.
15        So I'm going to talk about just overall
16 violent crime.  Overall violent crime as of today,
17 we're up 7 percent.  However, overall property crime is
18 down 17 percent, which means that both violent and
19 property crime, we're seeing a 9.3 reduction in overall
20 crime.  Which I know it's hard to fathom that, but when
21 you -- when the calculations come out, you know,
22 certainly one homicide is one too many.
23        As I start by talking about violence, I want
24 to start off by thinking about a young man who was
25 killed in the Tenth Precinct last night.  He was a



Page 50

1 minister.  He was a schoolteacher, educated, coach for
2 football.  Never been in any kind of trouble.
3 Unfortunately, this young man and his girlfriend were
4 stopped after he left his dad's house who lost power.
5 I had a chance to speak to his dad early this morning.
6 He stopped at a light and unprovoked, an individual
7 with a high-powered rifle got out, stood in front of
8 his stopped vehicle, and fired numerous rounds, killing
9 him in front of his girlfriend.
10       What's sad about this, you know, generally, I
11 can sit here and tell you, sometimes what provokes
12 violence, senseless arguments, you know, we've seen the
13 shootings at parties as of late and/or a shooting
14 resulting in a bad drug deal.  In this instance, this
15 young man was just stopped, leaving his dad's house and
16 he was murdered.
17       And so I know we -- I applaud the work that
18 the investigators are doing.  We're working very hard
19 to try to find out who.  We got some basic information
20 on a gray colored Sedan.  And so we are aggressively
21 looking through video in the area.
22       But again, this is an example, one example of
23 tragedy.  And again, this is happening in these big
24 cities.  And when I think about the children that have
25 been shot, not only here n-Detroit, but Chicago.  And

Page 51

1 we have to ask ourselves, why is this happening.
2       So as I begin to process violence and not
3 isolating it to Detroit, I wanted to understand, what
4 could be driving it?  Why now?  And so, there's four
5 areas that I looked at, and I'm not a researcher, I'm
6 just a practitioner of 44 years.
7       And so, one of the issues, certainly, the
8 COVID pandemic.  So many would ask, well, how does that
9 factor into violence.  Certainly, the pandemic has had
10 an impact on reducing property crime.  You know,
11 because of the stay-home order, a lot of people
12 remained in their homes.  And when you look at our
13 reductions in burglary, we're talking about a 28
14 percent reduction in burglaries.  And so that's driving
15 our steep reductions in our property crime.
16       But when you talk about COVID, you know, I've
17 got to wonder the psychological impact that this
18 pandemic has had on so many people.  And we know that
19 people that have been relegated to their homes in a
20 sense of hopelessness, certainly, this is something
21 that has caused us deep concern.
22       The other part of the COVID pandemic that has
23 caused us concern, as you know or you may not know,
24 there has been a release of individuals out of jails
25 and our DDC because of the concern for the spread of

Page 52

1 COVID.  Unfortunately, some of the individuals that are
2 being released early, we know definitively, are in the
3 area of some of our violent crime scenes.  Some are on
4 tether.  We don't know if they're responsible for the
5 direct shooting.  But in some of our cases, we have
6 seen where -- because this electronic monitoring, we
7 can make that determination.
8       So we think the early release due to COVID --
9 and this is something that's being experienced in other
10 cities, not just here in Detroit.
11       Then, bail reform.  While I agree that there
12 should be bail reform, one of the concerns I'm deeply
13 concerned about is violent criminals being released
14 from custody.  I'd be remiss if I didn't address the
15 fact that some people that are being released are
16 violent.
17       This department has made, by example, a
18 number of arrests of felons for carrying a concealed
19 weapon.  Why it's important to say that, because many
20 of them are getting released within 24 hours being
21 incarcerated.  They're getting released on personal
22 bond, in some instances, one-dollar bail.
23       And so, you've got to ask the question, while
24 we recognize the importance of bail reform, we really
25 believe there needs to be a thoughtful response on who

Page 53

1 gets released.  Particularly, it's going to be a danger
2 to our community.  Some may not agree with that
3 response.  The bail reform certainly has impacted New
4 York.  It's impacted Houston, Texas.  So this is not
5 something in isolation.
6       And then, the protests.  So you might ask,
7 what impact would the protests have on violent crime.
8 Well, by and large, as you've heard me report out
9 publicly, the vast majority of those who march have
10 been peaceful.
11       We saw some, almost six weeks ago now, the
12 first three days, we saw some violence.  But again, it
13 was isolated to a small group of individuals who were
14 there to incite violence.  Had it not been for the
15 professionalism by our department, our community
16 groups, community members who were present to mitigate
17 violence, we could have been like some of the cities
18 you saw on the news like Philadelphia, Los Angeles,
19 Chicago.  And so we have a lot to be thankful for.  But
20 again, those same cities are also experiencing an
21 uptick in violence.
22       But when I talk about protests, we've been
23 doing this for six weeks.  You should know and probably
24 figured out that we have had to deploy, at different
25 points, large numbers of police officers to manage

Page 54

1  protests, at different points, became violent.
2        Largely, the protests, generally, we deployed
3  a larger number of police officers.  The protests are
4  nowhere near what they were in terms of size, and so
5  our staffing levels have been reduced.  But just
6  imagine, where do we get these staff from?  We take
7  them out of neighborhoods.
8        And so, when you look at our increase call of
9  dealing with the mental illnesses of some in our
10 community that have definitely increased, this has been
11 a big challenge for us.
12       Okay.  Here's the good news, and I think
13 Chairman Bell said this during his opening remarks,
14 unlike other cities where police officers are retiring
15 in large numbers, New York is one example, we're not
16 seeing that here in Detroit.  And one of the things I
17 think has been beneficial for us, I'm not saying all,
18 but the vast majority of them do feel supported.  And
19 supporting this is important.
20       I'm not saying that we support bad police
21 behavior, but we support the men and women who are
22 doing a phenomenal job, and we should always step up,
23 stand up, and express that.
24       So I just wanted to kind of give you that
25 background on crime because I know that's probably

Page 55

1  going to be a big question.  But again, it's not unique
2  here in Detroit.  But there are some factors that I'm
3  deeply concerned.  And something's got to change.
4        Second item, and I'm going to open it up.
5  This is about the case on facial recognition.  I spoke
6  with the Chairman this morning, and I advised the
7  Chairman that we would do a public presentation.
8        As you know, I've already publicly talked
9  about this matter, so doing it in closed session or not
10 doing it at all because we have a lawsuit, for me is
11 really not an option.  I think it's important that you
12 should know.  I think the community should know.
13       And even though I've done several news
14 reports on it, as you know, when you do a televised
15 interview, it's sound bited.  I'm not being sound bited
16 now, so I'll just go ahead and open it.  Then, I'll
17 give it over to either Chief White or Mr. Graveline,
18 who will then close it out with some details of what we
19 have found thus far in the investigation.
20       So one of the things as I started out, as you
21 know, this tragic situation involving the arrest of
22 Mr. Williams should not have happened.  Had the Board
23 of Police Commissioners' policy that was adopted ten
24 months ago been in place, this would not have happened.
25 We know that.

Page 56

1        What I can tell you, as clearly as I know the
2  facts of this case, this was clearly sloppy, sloppy
3  investigative work.  There's no other way for me to say
4  it but that way.
5        This investigation, as you will hear as we go
6  through the timeline, there were points where the
7  investigation didn't move.  The other big concern that
8  I didn't talk much about in the public media was that
9  I'm deeply concerned about the lack of failed oversight
10 concerning this case.
11       I cannot understand and will not accept
12 command-level personnel who are not aware of key issues
13 emanated out of their command.  And in this instance,
14 how did one not know that there was a new detective who
15 used facial recognition before the policy, and it just
16 went over to the Prosecutor's Office where the
17 Prosecutor's Office ultimately signed?
18       So I made a publicly [sic] apology, as did
19 the Mayor because we cannot tolerate that.  And again,
20 if it had been for the policy we have in place right
21 now, I am convinced this would not have happened.
22       So here are a couple of points I want to
23 stress as I turn it over to my colleagues.  In this
24 case, there was a theft out of Shinola, down in the
25 Third Precinct.

Page 57

1        We now know that the image or the photograph
2  that was used in facial recognition was blurry.  And
3  under current policy, a blurry image would not be used
4  in facial recognition.  But in this instance, it was
5  used.
6        I wanted to stress that facial recognition
7  can only be used as an investigative tool.  And even
8  though this was a theft, if today's policy was in
9  place, this would have never been used in facial
10 recognition.
11       And so, the only thing that a request can do
12 now, it has to go to our Real-Time Crime Center.  And
13 that's evaluated by not one, but two analysts.  And
14 even if two analysts concur, there still has to be
15 supervisory approval before it can move back to the
16 detectives as a tool only.  Because as you've heard me
17 say, that facial recognition alone, we cannot and do
18 not make arrest without probable cause.  One, the
19 Prosecutor's Office is not going to sign it because we
20 know, and I publicly stated that if you just rely
21 solely on facial recognition, there's a high
22 probability that it's going to misidentify.  And that's
23 why it's so important that these trained analysts be
24 involved in that work.
25       And then, when you talk about the actual



Page 58

1  warrant. So the warrant was requested, and for
2  whatever reason, that prosecutor signed it based on
3  what that prosecutor was told, a photo array
4  identification. What was left out, and what I'm
5  advising you of today, the person that made the pick in
6  a photo array was not a direct witness.
7      In fact, the security staff member wasn't
8  even there when the theft took place. That's what we
9  know today, in fact. So there's a lot more that we're
10 starting to find out about the -- this case. And we
11 know there's another case emerging out of the same
12 precinct with the same detective. And so that's
13 causing us some real deep concern.
14     However, with that said, if we had the policy
15 in place today, it would have been a direct violation
16 of policy. And if the allegation was sustained, that
17 person would have been dismissed from the department.
18 But again, the policy was not in place.
19     So with that, I think, Director Graveline,
20 are you up now to talk about where we are in our
21 investigation? So thank you.
22     DIRECTOR GRAVELINE: Yes, sir. Thank you.
23     Through the Chair, if I could ask Ms. White
24 to share the Power Point presentation that the
25 department has sent over.

Page 59

1      MS. WHITE: Yes. We are preparing to post
2  that as you speak, sir. Thank you so much for your
3  patience.
4      CHIEF CRAIG: Well, maybe in advance,
5  Director Graveline, of the computer share, maybe you
6  can start the narration.
7      DIRECTOR GRAVELINE: Yes, sir.
8      So as Chief pointed out, this incident
9  occurred, the theft of the watches, the -- essentially,
10 an individual was identified by Shinola security firm
11 as someone who had stolen five watches. That event
12 occurred on October 2nd of '2018. It was three days
13 later that Shinola did a telephonic report of that
14 crime. So the crime occurred on October 2nd. Three
15 days later on October 5th, Shinola called that theft
16 in. The Wayne State Police Department actually
17 responded.
18     So this is the Shinola store on Canfield, in
19 Midtown. Wayne State Police responded per that
20 telephonic call, which is not unusual when it happens.
21 When a crime happens in their footprint, they also
22 receive the same radio traffic that the Detroit Police
23 Department does. They took the initial report. They
24 received video from the Shinola security firm, and also
25 took a tally sheet of the items that were taken. That

Page 60

1  occurred on October 5th, and they delivered that to the
2  Third Precinct, DPD's Third Precinct.
3      On October 5th, the first investigator was
4  assigned the case out of the Precinct Detective Unit.
5  If we can go to slide two, please.
6      Ms. White, can we go to slide two?
7      MS. WHITE: Yes. We're having some technical
8  challenges at this time. So thank you so much for your
9  patience. The -- we had to work out some different
10 technicalities to get the Power Point up. And so now,
11 we're trying to move it to the next page.
12     THE WITNESS: Thank you.
13     So it is on October 6th that DPD Investigator
14 Levan Adams was assigned to the investigation.
15     We can go to the next slide. And in
16 referencing as Chief pointed out, there are multiple
17 delays in this case. So from October 6th until March
18 8th, according to the case notes, there was no activity
19 whatsoever on this investigation. So we're looking
20 into why there was five months of inactivity. The
21 first activity in this investigation occurred on March
22 8, 2019, when Investigator Adams made the request of
23 Detroit Police Department Crime Intelligence Unit to
24 attempt to do facial recognition on still photographs
25 that we'd taken from the video that was given to us by

Page 61

1  Shinola.
2      We had no trained examiners on duty that day,
3  so we forwarded that request to Michigan State Police.
4  Michigan State Police, three days later, were the ones
5  that responded with the investigative lead. And you
6  see that on the right-hand side of the slide right
7  there. This is the actual document that was returned
8  to the Detroit Police Department from the Michigan
9  State Police. And it is -- the Michigan State Police
10 were the ones who identified Mr. Williams as being a
11 potential hit for this particular still photograph that
12 you see on the left.
13     If you can go to the next slide. After that,
14 there was, once again, a delay in any investigative
15 work. And what we saw is that on May 14th, this case
16 was transferred to Detective Bussa from Investigator
17 Adams because Investigator Adams was being transferred
18 to our Commercial Auto Theft Section.
19     When Detective Bussa received the case, he
20 began to do some investigative work. He met with a
21 representative from Shinola, who stated the company was
22 not interested in having their employees appear in
23 court. However, the detective was able to at least set
24 up an appointment where he can show an in-store store
25 manager a six-pack array with Mr. Williams in it. That



07/09/2020                                    Pages 62..65

Page 62

1  meeting never happened.  The store manager did not
2  appear for that meeting.
3        It wasn't until July that the company offered
4  up the security person from the security office as
5  someone who might be able to do a line up.  And it was
6  at that point that another detective from the Third
7  Precinct, Detective Posey, conducted a photographic
8  lineup with that security officer.  But that security
9  officer was not present, and was actually picking off
10  of the security video.  And so, that fact was not
11  included as part of the investigator's report submitted
12  to the Wayne County Prosecutor's Office.
13        We can go to the next slide.  This is this
14  investigative report that submitted to the Wayne
15  County Prosecutor's Office.  As you can see, it's
16  approximately three paragraphs long.  It does not
17  include many details other than a theft occurred at
18  Shinola, what was taken from Shinola, that there was
19  video, and that a person from the security firm had
20  picked out Mr. Williams as the perpetrator.  Did not
21  mention that it was not an in-person pic or any of that
22  information.
23        The Wayne County Prosecutor's Office signed
24  that warrant on August 25th of 2019.  No work was done
25  at that point, not until January 9th of 2020 when two

Page 63

1  DPD patrol officers reached out to Mr. Williams
2  initially by telephone and then went to his house and
3  arrested him.
4        He was brought down to the DDC.  However,
5  Detective Bussa was not on duty at that point.  And so,
6  two other personnels from the Third Precinct went to do
7  an interview of Mr. Williams.  Mr. Williams stated he
8  had no involvement, was very convincing, but nothing
9  was done at that point by DPD personnel.
10        It wasn't until, if we can go to the next
11  slide, it was a Friday.  Detective Bussa's first day
12  back was that Monday, January 13th, where he watched
13  the interrogation video and determined by his own
14  analysis, that that was not the person who was in the
15  video or the still shots from Shinola.  He immediately
16  identified the APA handling the case both by phone and
17  e-mail, and Wayne County dismissed the case on January
18  23rd, which was the next court date.
19        These -- this timeline is very preliminary.
20  We've identified 12 people that we want to speak with
21  as part of this investigation.  Both because of both
22  supervisory, but also direct fact witnesses in this.
23  Some of that has been delayed, for example, the
24  security person from the firm, the firm has obtained an
25  attorney, and we've been working with that attorney to

Page 64

1  get an interview with that security officer, but we are
2  making progress.  And but, this is the initial timeline
3  of those events.
4        I'm going to turn it over to Assistant Chief
5  James White who is going to talk about how if we had
6  our policy in place, this would not have happened.
7        ASSISTANT CHIEF WHITE:  Good afternoon,
8  Board.  Through the Chair, I'm Assistant Chief James
9  White over Support Operations.  As part of my
10  responsibilities with Support Operations, there's a
11  unit by the name of Planning, that reports to me.
12        Planning's primary responsibility is to
13  oversee policy with the Detroit Police Department.  As
14  part of that responsibility, we look at best practices.
15  We analyze and evaluate our own policy, and we
16  currently have a manager over that policy by the name
17  of Reed Wilson.  The Board will recognize Reed Wilson
18  as a very dynamic planning manager, who has an
19  excellent working relationship with the Board and their
20  representative, Ms. Melanie White.
21        As part of this process, my charge was to
22  look at the policy, to correlate the policy of today
23  with the incidents of yesterday.  And it has and as it
24  has already been stated, had a policy been in place,
25  certainly this incident, if the current policy that the

Page 65

1  Board assisted the department with, would have been in
2  place, this incident would not have happened.
3        There's a few more things I would like to
4  point out.  The current approved policy by the Board
5  would require that facial recognition only be used on
6  part-one violent crimes and home invasion.  The policy
7  would also dictate it would be an investigative lead
8  only much and as an investigative lead, the
9  responsibility would then fall onto the investigator to
10  do more work, to go out and do an investigation.
11        So you take the investigative lead.  You then
12  have to inquire whether or not your suspect had an
13  opportunity to commit the crime that they're being
14  accused of.  And that can be as simple as, do they have
15  the availability?  Did they have the timeline?  Were
16  they at work?  And looking at this investigation from
17  that standpoint, those things were not done, and that's
18  a violation of our policy, our policy of
19  investigations.
20        When we began utilizing facial recognition
21  technology, it was governed by a general set of
22  guidelines establishing a policy of general use
23  technology which was an overarching policy that had to
24  deal with conduct in the police department as it
25  relates to using technology.  Not as specific as the

1 current policy we are under today, that the Board and
2 the department compiled and put together and approved
3 in 2019.
4        When the department experienced the emergence
5 of technology, we found it necessary to not only
6 implement that policy, but to take proactive measures
7 to ensure the constitutional policing and proper
8 identification investigative tools were used.
9        And as such, as the Chief indicated, we have
10 a number of parameters in place that ensure that that
11 occurs.  One, of course, being peer review, which I
12 think is probably one of the most important things we
13 do.  If I'm working a case, I see a certain number of
14 factors as it relates to a facial recognition -- a
15 facial recognition positive lead.  It's imperative that
16 a second set of eyes -- a second set of trained eyes
17 look at that information and garner all of the facts
18 that I have, and arrive at the same conclusion.
19        The emerging technology has also required
20 that we put together reports.  We've worked through
21 identifying the needs of the department and identifying
22 the issues that we should report forward.  One of those
23 reports is a specification report.  This report is a
24 report that involves any new technology in the
25 department.  And that report is -- is called the

Page 67

1 Surveillance Technology Report and it's been
2 implemented since the fall of 2019.
3        And as indicated, we worked with the Board of
4 Police to -- the Board of Police Commissioners to
5 develop and implement new policies.  We also engage in
6 community engagement on technology and its use.  The
7 Board will remember we hosted a number of walkthroughs
8 through our Real-Time Crime Center.  We've done a
9 number of face-to-face meetings in the community.
10 We've had approximately 55 tours of the Real-Time Crime
11 Center.  And that will continue once we get passed this
12 COVID crisis.
13        Finally, and as indicated, the Department
14 does not use facial recognition on live and recorded
15 video to do surveillance.  And we are currently now
16 doing an audit through MSP of all facial recognition
17 requests that have gone through their unit peer
18 reviewer that have gone through their unit prior to our
19 policy.  They are currently, as a number of people are
20 throughout the state, on furlough or working furloughed
21 hours in that unit.  But we do anticipate having that
22 audit completed and turned over in approximately ten
23 days.  Thank you.
24        With that, I'm going to turn it over to
25 Captain Michael Parish, who worked on identifying some

1 of the other issues that came up as we did the audit on
2 the policy issues.
3        MS. WHITE:  We are locating Captain Parish to
4 unmute his microphone.  It should be just a moment.
5        Captain parish:  Just a brief opportunity
6 while captain parish is coming in, Madam Chair or
7 Mr. Chair.  Where is Mr. Bell?  Chair Bell.
8        VICE-CHAIR HOLT:  Chair Bell.
9        CHAIRMAN BELL:  Who's speaking?
10        MR. GARCIA:  This is Lawrence Garcia,
11 Corporation Counsel.
12        CHAIRMAN BELL:  Yes, sir, Corporation Counsel
13 Garcia.
14        MR. GARCIA:  Thank you, Mr. Chair.  Very
15 briefly.  I would just like to observe to the Board,
16 that this is an unusual case.  The Chair was correct
17 saying that in many instances, we can't go into this
18 level of detail because there's a litigation pending or
19 anticipated.  We do anticipate a lawsuit given the
20 media reports connected to this incident.
21        So normally, a lot of this level of detail
22 would not be something that we'd want to go into in an
23 open meeting.  However, this is an exceptional case.
24 I'm not a cop, but of course Chief Craig is, and he
25 said this is not an indefensible case, so we would be

Page 69

1 conceding liability.  And there's no harm in speaking
2 frankly about the facts of this case.
3        I'm pleased that we're doing that, and it's
4 really allowing you guys to do your work.  I just want
5 to remind you that we can't do this every time.  If it
6 were a closer case, I would ask that we not have this
7 level of candor in an open meeting for fear of injuring
8 the City's ability to defend the claim.  So just wanted
9 to remind everybody, we can't do this every time.
10        CHAIRMAN BELL:  Thank you, sir, for sharing
11 that with us and participating in this process.  We all
12 understand the legal issue which we all are concerned.
13 We should be concerned.  So we appreciate that.
14        MS. WHITE:  Captain Parish is on the line.
15        CHAIRMAN BELL:  Captain Parish.
16        CAPTAIN PARISH:  Thank you, Captain Michael
17 Parish, Management Services Section.  Thank you, Chief.
18        Through the Chair, thank you to the Board for
19 having me as well.  As the Assistant Chief indicated a
20 moment ago, my task, which was given to me by the
21 Office of Support Operation was to conduct a policy
22 inquiry into the events under discussion today.  This
23 was not an investigation into the specific facts of
24 misconduct.  That is being handled by Professional
25 Standards Bureau.



Page 70

1    The focus of this inquiry was determining if
2  the policy track the department undertook facilitated
3  the department's expectations and goals with respect to
4  facial recognition and technology.  So this inquiry
5  took me back several years, to when the department --
6  this is a time before the department actually purchased
7  and invested in its own facial recognition technology.
8  There was a time when, similar to this incident, where
9  if we saw --
10       VICE-CHAIR HOLT:  Ms. White.
11       MS. WHITE:  We are having some technical
12  difficulties, Madam Vice Chair.  And Captain Parish
13  should be unmuted at this time.
14       CAPTAIN PARISH:  Can everyone hear me?
15       VICE-CHAIR HOLT:  We can hear you now.
16       CAPTAIN PARISH:  Okay.  I apologize for that.
17  Okay.  I'll begin.
18       Thank you, first, to Assistant Chief White
19  for having me.  And to the Board of Police
20  Commissioners, thank you for having me as well.
21       As the Assistant Chief indicated during his
22  presentation, the task that was given to me was not to
23  conduct a misconduct investigation into the specific
24  facts of this incident, but to conduct a policy
25  inquiry.  That is to say -- the focus of this inquiry

Page 71

1  was determining if the policy track the department
2  undertook facilitated the department's expectations and
3  goals with respect to the facial recognition
4  technology.
5       It's been discussed, the issues that came
6  about during the incident under investigation, and how
7  the department's current policy would have stopped many
8  of the issues that arose from ever occurring.
9       This inquiry, though, again, focuses on
10  policy.  And it actually begins a while ago, several
11  years back, at a time before the department actually
12  invested in its own technology.  This was a time where
13  similar to this case, if a detective had hit a dead end
14  in this case, or needed assistance, the detective would
15  reach out and request assistance from the state police
16  to obtain some information that might help bring the
17  case further along.
18       The department's policy development, more or
19  less traced the degree at which facial recognition
20  technology began becoming integrated into its
21  operations.  And so, as the department's use of the
22  technology grew, the department's investment in
23  developing a policy and setting forth clear guidelines
24  specific to facial recognition technology, that's when
25  we really started to see it.

Page 72

1       And we know from the very scrupulous work
2  with the Board, that the department spent months and
3  months working with the Board to develop what is the
4  current policy, Directive 307.5.  And as Assistant
5  Chief White indicated earlier, under the current
6  policy, facial recognition technology can only be used
7  for some of the most violent crimes, what we call
8  part-one violent crimes and home invasion one offenses.
9       Facial recognition can only be sent to the
10  state with approval of the supervisor.  And if a match
11  is found through the facial recognition policy, it is
12  only considered an investigative lead.  Let me
13  re-characterize that.  It's only considered a
14  possibility that must be confirmed or refuted, but
15  never merely accepted and certainly not relied upon in
16  getting an arrest warrant.  A possibility is what an
17  investigative lead is.
18       The member must still conduct a thorough and
19  complete investigation, and cannot merely rely on a
20  facial recognition hit or sometimes referred to as a
21  match.
22       This matter is still pending investigation.
23  However, from policy perspective, preliminary -- can we
24  go to the next slide, please?  I'm sorry.
25       Ms. White, can we go to the next slide,

Page 73

1  please?
2       MS. WHITE:  Yes.  We're working on moving it
3  to the next slide.  Thank you.
4       CAPTAIN PARISH:  Understood.
5       MS. WHITE:  Having quite a few technical
6  problems with the Power Point.
7       CHIEF CRAIG:  Through the Chair --
8       CAPTAIN PARISH:  You know, if it's okay with
9  the Board, I'll just continue.
10       CHAIRMAN BELL:  Yes, that would be fine,
11  thank you.
12       CHIEF CRAIG:  Through the Chair.
13       CHAIRMAN BELL:  Yes.
14       CHIEF CRAIG:  Chair Bell, in interest, I know
15  you want to move this matter forward, I would be more
16  than welcome to take any questions.  If we're going
17  through policy discussion --
18       CHAIRMAN BELL:  Yes.
19       CHIEF CRAIG:  -- which I think we've all --
20  it's duplicate.  We're duplicating the same stuff.
21       So unless the Board wants us to go through
22  all of that, we're essentially saying the same thing,
23  so I would ask that we just go right into concerns and
24  questions that the Board may have.
25       CHAIRMAN BELL:  Thanks, Chief.  We can



07/09/2020                                        Pages 74..77

**Page 74**

1 initiate that because we have the policy and we can go
2 over that at leisure or at another time.
3        We have about 40 people online waiting for
4 public comment.  And so, I'm going to indicate at this
5 time, by default, I'm going to allow each commissioner
6 to hopefully be brief and no more than two questions.
7        And to make the motion, you know to start
8 with Commissioner Griffie.  And then I will go around
9 the horn.  And if you don't have a comment, that's
10 fine.  But basically, I mean, a question or concern.
11 Commissioner Griffie.
12        COMMISSIONER GRIFFIE:  Thank you.  Thank you,
13 Mr. Chair.  And I was the commissioner that requested
14 we come to this forum and have this discussion.  And I
15 completely understand the tedious nature of the
16 incident.  And from what we've learned, I think it's
17 certainly narrative.  However, I think there are times
18 when transparency trumps that.  And I think this
19 instance is one where that certainly is the case.
20        So I'm pleased that we've been able to have
21 the discussion to breakdown the details of what exactly
22 happened in the case, to the instance to our policies
23 so that we can understand if our policy needs to be
24 improved, and where opportunities are for us to really
25 oversee this technology.

**Page 75**

1        I do have one question.  And that is, are the
2 plans -- what plans, if any, are there to address the
3 officers that were negligent in this case, from a
4 disciplinary standpoint?
5        CHIEF CRAIG:  Through the Chair, that process
6 is underway.  As you know, we've initiated an
7 investigation as I've indicated, or one of the speakers
8 indicated.  That doesn't happen overnight.  And if the
9 allegations are sustained to neglect, the appropriate
10 penalty will be provided.
11        However, as I also indicated, under existing
12 policy, if there's a violation, that could result in
13 termination.  No such policy existed at the time this
14 detective engaged in the, what would now be considered,
15 the improper use of facial recognition.
16        COMMISSIONER GRIFFIE:  Through the Chair, I
17 just have one follow-up question.  Based on other
18 policies around handling of investigations, were there
19 no violations of any other policies aside from facial
20 recognition?
21        For example, if a detective had an instance
22 where there was, for example, they submitted a warrant
23 request without having a person that was an eyewitness,
24 point out the person in a line up, would those -- would
25 that be a violation of policy?

**Page 76**

1        CHIEF CRAIG:  Through the Chair, assuming
2 that would be a violation of policy, and again, we are
3 still very much involved in this investigation, so
4 there are things that we don't know as of today.  We
5 just need time to get through and figure out.
6        We do know that the security person was not
7 at the scene at the time of the crime.  So the issue is
8 how do we get a warrant from a prosecutor, and she
9 picks out a person from a photo array?  It certainly
10 causes me to have many questions because what I'm also
11 told is when she initially saw the video of this crime
12 taking place, it was some ten months later when she
13 picked out a photo array.
14        How does one, from a blurry photograph, pick
15 out someone in a photo array that we ultimately arrest?
16 So I can tell you, I'm deeply concerned about it, but
17 it is absolutely premature.  Now, conversely, on a
18 positive note, that same detective recognized, after
19 Mr. Williams was arrested, as he looked at the process,
20 he realized that this was not the right person.  And so
21 he did do the right thing at that point by contacting
22 the Prosecutor's Office and making them aware that this
23 is not the right suspect.  And as we now know, the
24 Prosecutor's Office responded by dismissing the case
25 without prejudice.

**Page 77**

1        COMMISSIONER GRIFFIE:  Thank you.
2        CHAIRMAN BELL:  Thank you.  District 1,
3 Commissioner Brown.
4        COMMISSIONER BROWN:  My concern with it,
5 Chief, and thank all of you for coming forth and giving
6 us this information, but it seems like to me, the date
7 this policy was approved was September of 2019,
8 basically ran concurrent with all of the things that
9 was going on.  And it's like someone, somewhere should
10 have stopped and adhered to that policy once it was
11 implemented.  And then, that's what my biggest concern
12 is, is that that policy was implemented in September of
13 2019.  And things still ran concurrently in the manner
14 as if the policy was just ignored.
15        And so now, with that being said, the
16 discipline that my colleague was speaking of with these
17 officers, is it going to be consistent with what's in
18 the policy?  Because it seems like to me, that this
19 policy was just blatantly ignored and violated.  And we
20 can see that's why we're here today because of that,
21 that policy was not followed.  So that's my concern.
22        CHIEF CRAIG:  Through the Chair, as it's been
23 repeated throughout the presentation, had the 2019 of
24 September policy been in place, one, this would have
25 never -- we wouldn't be having this discussion.  As

Page 78

1  we've said, there was no policy.  We had a standard
2  operating procedure.  And I think Assistant Chief White
3  can confirm that.
4       But the fact of the matter was a theft.  It
5  wouldn't haven't been -- it would have been a violation
6  of our policy, but the policy was not in place.  So I
7  don't know if I'm following where you're going with it,
8  but we are in the middle of an investigation.  And
9  certainly, depending on what we learn as we move
10 forward, appropriate discipline will be taken.
11      COMMISSIONER BROWN:  Mr. Chairman, just one
12 response to that is that the document says the policy
13 was adopted September 2019.  So that means it's in
14 place.  Once we give it back to you and you list it in
15 there with that date on it, that means that policy has
16 been approved by the Board and in agreement with the
17 Chief's Office, and it's in place.
18      So in my opinion, looking at the paperwork
19 that's been presented here today, and those dates, that
20 policy was in place and it should have been adhered to.
21      CHIEF CRAIG:  Through the Chair.
22      AC White, will you give a specific date that
23 -- I think we've already covered it or at least
24 Graveline, Director Graveline covered it.  What was the
25 date that the detective took the image over to the

Page 79

1  Michigan State Police for analysis?
2       DIRECTOR GRAVELINE:  He submitted -- the
3  detective submitted the photo for analysis to our crime
4  lab on March 8th of 2019, and it was forwarded to MSP
5  that same day.  And MSP sent it back to us on March
6  11th of 2019.  So it predated the policy.
7       The warrant submission to Wayne County also
8  predated the policy as well.  It was submitted on July
9  30th of 2019, and was signed off by the Wayne County
10 Prosecutor's Office on August 25, 2019.
11      CHAIRMAN BELL:  Thank you.  The next
12 commissioner will be District 3, Commissioner Burch.
13      COMMISSIONER BURCH:  Yes.  Thank You,
14 Commissioner Bell.
15      Chief Craig, thank you for the opportunity.
16 I have two questions.  The first one is that we can
17 speak about policies all day long, but the thing is the
18 reality.  There are many African American men that are
19 locked up in prison by a mistake.  So I understand
20 exactly how Mr. Williams is feeling, sir.
21      But I want you to know that if I'm wrong, you
22 tell me if I'm wrong, see.  Before this facial
23 recognition, did you not say that all of this was going
24 on about facial recognition, the knowledge from the
25 City Council knew about it and then it came to us, but

Page 80

1  it should have been to us first?  So that's my first
2  question.  Okay.
3       COMMISSIONER BURTON:  Through the Chair.
4  Through the Chair.
5       CHAIRMAN BELL:  Excuse me, Commissioner
6  Burton.
7       Chief Craig.
8       CHAIRMAN BURCH:  I'm not finished.
9       CHAIRMAN BELL:  I thought you posed one
10 question for him.
11      COMMISSIONER BURCH:  No, I said I have two
12 questions.  I'm waiting for the Chief's answer and then
13 I'll ask number two.
14      CHAIRMAN BELL:  Yes, ma'am.  You have the
15 floor.
16      CHIEF CRAIG:  And admittedly, Commissioner, I
17 don't know how to respond.  Again, I think we are
18 mixing issues.  Certainly, anytime a person is
19 arrested, and it's determined a wrong person is
20 arrested, that's a problem for me.  As I have indicated
21 --
22      COMMISSIONER BURCH:  Yes.
23      CHIEF CRAIG:  -- I, along with the Mayor, did
24 make a public apology.
25      We believe based on where we are in an

Page 81

1  investigation today, that it was poor investigative
2  work.  It was then signed off by the Wayne County
3  Prosecutor's Office.  Fortunately, the detective
4  realized that this was not the right person.
5       Again, there were a couple of glaring issues,
6  as I already reported out on, concerning the fact that
7  the security guard wasn't even an eyewitness to the
8  crime.  But yet, at some point, she sees a video tape
9  ten months later, she looks at a photo array where a
10 person, Mr. Williams, was in it, and she selects him.
11 That in and of itself is still not enough.
12 So trust that we are moving as fast as we can to
13 address this issue.
14      But the bigger concern for me, and I talked
15 about this in my initial remarks, was the failure or
16 the lack of management oversight.  Even before the
17 adoption of the police commissioner's policy, even
18 before that, the expectation was that there would be
19 certainly management oversight on all cases, especially
20 cases that are going from the department over to the
21 Prosecutor's Office.  That didn't happen.  It just did
22 not happen.  And so, I am holding the command officer
23 accountable as well.  It's just not to that one
24 detective.
25      COMMISSIONER BURCH:  Thank you.  Chief Craig,



07/09/2020                                    Pages 82..85

1  I think you've missed my point, but that's okay.
2        The second question is, I would like to have
3  an outside conference with you, not by myself, but with
4  Reverend Yvette Griffin of Pilgrim Baptist Church,
5  because we want to address to you about the crime.  If
6  you remember, when I first became a commissioner, I
7  asked you about --
8        CHAIRMAN BELL:  Commissioner Burch.
9  Commissioner Burch.
10       COMMISSIONER BURCH:  What?
11       CHAIRMAN BELL:  Can we stick to the question
12  at hand?  You can always contact --
13       COMMISSIONER BURCH:  You said I can ask two
14  questions.
15       CHAIRMAN BELL:  But that's not appropriate,
16  ma'am.  We want to move he agenda.  Do you have a
17  second question to the issue?  She can respond --
18       COMMISSIONER BURCH:  The issue about facial
19  -- okay.  About facial recognition, that's the issue?
20  I'm seriously reconsidering my opinion about it if
21  that's still the issue you want me to talk about.
22       CHAIRMAN BELL:  No, ma'am, I'm just saying in
23  reference to the matter, do you have a question?
24       COMMISSIONER BURCH:  No, I don't have a
25  question.

1        CHAIRMAN BELL:  Thank you.
2        COMMISSIONER BURTON:  Through the Chair.
3        CHAIRMAN BELL:  Commissioner Burton, District
4  5.  I'm sorry, yeah, District 5.
5        COMMISSIONER BURTON:  Through the Chair, you
6  know, question -- you know, questions about any
7  statement for the Chief.  So within two -- within the
8  next couple of weeks, can you provide the Board of
9  Police Commissioners a list of lawsuits, of
10  allegations, payouts over the past seven years related
11  to officers using force --
12       CHAIRMAN BELL:  Commissioner Burton.
13       COMMISSIONER BURTON:  -- misconduct, and --
14       CHAIRMAN BELL:  Commissioner Burton.
15       COMMISSIONER BURTON:  -- and roads leading to
16  arrests?
17       CHAIRMAN BELL:  Commissioner Burton, that is
18  not a question for the Chief of Police.
19       (Crosstalk)
20       COMMISSIONER BURTON:  But my question was to
21  the Chief.  And I do have your other question.
22       CHAIRMAN BELL:  You have one more question,
23  sir.
24       COMMISSIONER BROWN:  Chairman, you're out of
25  order.

1        COMMISSIONER BURTON:  Regarding the
2  protesters that were -- that was run over, we'd like to
3  see in the next couple of weeks, video and audio, body
4  worn cams, dashboard cam, and car video going back two
5  hours, during the protest.  Going back two hours during
6  the protest and an hour after the protest, before the
7  Board of Police Commissioners.
8        When it comes to facial recognition, a year
9  ago, I said we cannot afford to misidentify a single
10  person of color that don't have the resources for a
11  good legal defense.
12       We see what happened in January where an
13  African American man was wrongfully arrested.
14  The question is, why the Detroit Police Department
15  haven't came to us and have not brought this to our
16  attention?  We're just now hearing about it in the
17  press.
18       Going forward, we talk about accountability.
19  Whatever happen to the officer that was alleged --
20  alleged signed the Chief's signature?  Whatever
21  happened with that?
22       CHAIRMAN BELL:  Commissioner Burton --
23       COMMISSIONER BURTON:  With that --
24       CHAIRMAN BELL:  Chief Craig --
25       COMMISSIONER BURTON:  On that --

1        (Crosstalk)
2        CHAIRMAN BELL:  Ms. White -- Ms. White, would
3  you process, and we're going to move on.
4        COMMISSIONER BROWN:  Chairman, you're out of
5  order.
6        CHAIRMAN BELL:  The next commissioner
7  speaking would be Commissioner Davis.  You have two
8  questions, sir.
9        COMMISSIONER DAVIS:  Thank you.  My question
10  is this, it sounds very troubling that somebody could
11  be an eye -- that you have to use somebody that is not
12  an eyewitness to affect a warrant and an arrest.  Is
13  this a policy?  Is this something that is read wrong?
14  How can a security guard that did not witness something
15  be the person involved?  And has this happened before?
16  And if it has, I see this as a problem.
17       CHIEF CRAIG:  Through the Chair, as I already
18  indicated during my remarks, I find it problematic that
19  a person was not a direct witness to a crime, but
20  reviewed a video some months before, then later, picks
21  a person out of a photo array.  I'm absolutely
22  concerned.
23       We didn't know about it.  And again, you must
24  also recall that there's supposed to be a review, not
25  only inside of the command, but by the Prosecutor's

Page 86

1 Office. So this case went from the Detroit Police
2 Department to the Prosecutor's Office, which my
3 understanding, the prosecutor also acknowledged that
4 that should not have been signed.
5       So there are two issues here. But again, I
6 stress that that same detective did later do the right
7 thing. The damage was already done.
8       So as a matter of routine, there is no policy
9 where someone who is not an eyewitness and we just take
10 it. They might be a witness that may be a third-party
11 witness, and that information is used to corroborate
12 another aspect of a crime, but that's not the case
13 here. So we also find it troubling, and we're doing a
14 full, thorough investigation on it.
15       COMMISSIONER DAVIS: My next question, sir,
16 is this. Will we be surprised -- do you know if there
17 are any other cases in the Harper cases that are in
18 clear violation of the facial recognition? Is there
19 anybody else that may have been arrested or detained,
20 even if just for a minute? If so, that would be very
21 troubling also.
22       CHIEF CRAIG: Through the Chair, I'm unaware.
23 We are conducting an investigation involving that one
24 detective. And there is another case we are looking at
25 now, but it's very preliminary. So I can't give you

Page 87

1 something that I don't possess at this point in time.
2 But we are looking very thoroughly at this detective
3 who worked in the Third Precinct.
4       CHAIRMAN BELL: Thank you. Commissioner
5 Holley, At-Large.
6       COMMISSIONER HOLLEY: No, I have no
7 questions.
8       CHAIRMAN BELL: Thank you, Commissioner
9 Holley.
10       Commissioner Hernandez, At-Large.
11       COMMISSIONER HERNANDEZ: Thank you. Just
12 very briefly in the spirit of efficacy, Chief Craig, I
13 do appreciate and am pleased with the transparency that
14 your department has taken on this, given the severity
15 of -- and potential implications of this case.
16       And just echoing my colleague, Commissioner
17 Griffie, I do look forward to a thorough investigation,
18 seeing what those results bring to us. So thank you.
19       CHIEF CRAIG: Thank you.
20       CHAIRMAN BELL: Thank you. Commissioner
21 Jones, At-Large.
22       COMMISSIONER JONES: Good afternoon, and I
23 thank you, Chair. And I thank you also, Chief of
24 Police, James Craig, for coming forward and answering
25 questions of the Board.

Page 88

1       Basically, the investigation up to this
2 particular point in recognizing that there were
3 failures of the implementation of the policy. And I'm
4 not hearing that the policy failed, I'm hearing more or
5 less that the implementation of the policy has had some
6 issues up to this particular point.
7       Is there anything that you find that would be
8 a recommendation, that maybe another layer of the
9 policy to try to make sure this does not happen again;
10 or anything else with regards to adjusting the policy
11 so that that way, the proper controls are put into
12 place to prevent this from happening again?
13       Is there anything you can say to speak to
14 that?
15       CHIEF CRAIG: Through the Chair, absolutely.
16 I've already indicated that the policy, as it sits
17 today, was approved by the BOPC in September of 2019.
18 This matter would have been in direct violation of our
19 policy. One, it was not a violent crime.
20       First and foremost, we only use facial
21 recognition, the tool, if there's a violent crime. So
22 that right there, it wouldn't even pass step one
23 relative to using it.
24       So I think we have a strong policy as it sits
25 today. Again, if our policy was in place and this

Page 89

1 detective opted to loop around and go directly to the
2 state police with a nonviolent crime, he would have
3 been in direct violation of the sitting policy and he
4 would be facing termination.
5       COMMISSIONER JONES: Okay. In fact, I do
6 have another question because I did take the -- the
7 facial recognition course downtown at the police
8 headquarters. And I was made aware of the multiple
9 layers that were in place to kind of help to keep
10 something like this from happening.
11       So do you think that maybe another layer
12 needs to be added right there, where another person has
13 to come in and sign off on whether or not, that a case
14 like this goes to a prosecutor to begin with, so that
15 we have two persons responsible at that particular
16 point before it goes any further?
17       CHIEF CRAIG: As I've already indicated, that
18 the policy today, you must have a concurrence of not
19 one, but two analysts. But it just doesn't stop there.
20 After two analysts who independently agree that this is
21 a person who they believe could be a suspect, it then
22 has to go to a supervisor who then evaluates both
23 analyst's concurrence. And at that point, it moves
24 forward.
25       So as I've already stated, that part of the



Page 90

1 policy was not in place. It just wasn't in place. And
2 if it was in place, again, we would have a different
3 conversation. This officer would be facing a very
4 serious allegation of misconduct, but it was not in
5 place at the time.
6       So I don't think there's anything, an extra
7 layer that we should add, because the rigor that went
8 through to make sure that we had an airtight policy is
9 absolutely there.
10      Two analysts and concurrence or approval by a
11 supervisor before they effectively took it directly to
12 the state police. And we're not certain what rigor
13 they have associated with, you know, the evaluation of
14 a facial recognition hit. Obviously, it wasn't to the
15 level that we had.
16      In fact, the other issue I brought up in my
17 remarks was the fact that it was a grainy photograph.
18 Even if we have a violent crime, we couldn't even use
19 that based on our current policy.
20      COMMISSIONER JONES: All right. Thank you,
21 Chief Craig.
22      CHIEF CRAIG: You're welcome.
23      CHAIRMAN BELL: Thank you. Next would be our
24 Vice Chair Annie Holt, District At-Large.
25      VICE-CHAIR HOLT: Thank you, Chair Bell.

Page 91

1       When I first read the description of the
2 activities that came from the COU, I was appalled by
3 what I thought a civilian, of the negligence that was
4 demonstrated by the officer who went through this,
5 starting in 2018, 2019, and ultimately, 2020. Today
6 though, with Chief Craig being as transparent as he
7 possibly can under the circumstances, I guess leading
8 up to, perhaps litigation, and with his staff being
9 here, on this particular issue, I am somewhat
10 confident. But my comfort relies in the transparency
11 that the DPD is demonstrating as it relates.
12      And Chief Craig, you also noted that in that
13 particular precinct, there is another incident similar
14 to this one. So I guess we look forward to some kind
15 of discussion as it relates to that incident as well.
16      And thank you for your transparency.
17      CHIEF CRAIG: Through the Chair. Thank you,
18 Vice Chair. And my commitment to all of the
19 commissioners that we are going, as we do in every
20 case, this is a serious case, we're not taking it
21 lightly, we're going to be very thorough. One of the
22 things that we often times don't talk about, well at
23 least my staff knows it, this is something that's
24 always a concern for me, how could this have happened?
25 Even before policy, how could it have happened? And it

Page 92

1 happens because no one was watching.
2       For what we know now, and again, we're still
3 very in the middle, I guess, of this investigation,
4 we're concerned, did the Lieutenant over the detective
5 unit even know this had happened? And then the
6 captain, what was the captain's role who oversees the
7 detective? I can tell you, I'm very disturbed about
8 it. So much so, in the interest of candor, that the
9 commanding officer who oversees that detective unit was
10 slated to go into a specialized unit that we're in the
11 process of creating. I have pulled that back because
12 this is too important of a case. And that neglect
13 concerns me, deeply. So why would I put a person in a
14 position of increased responsibility? I wouldn't. And
15 so this is why we changed course.
16      But deeply concerned about it, we are not
17 taking this lightly, even though it predates the great
18 policy that the Board and the department entered into.
19      CHAIRMAN BELL: On that note, I just want to
20 acknowledge Commissioner Griffie who took the right
21 steps in terms of bringing this to a reality this
22 afternoon. I appreciate your work in terms of
23 following protocol, and communications. And we're
24 looking forward to more dialogue on this matter in
25 terms of moving forward.

Page 93

1       The policy is clear. If we're not clear on,
2 it was not a policy violation. I want to thank Chief
3 Craig and his entire team for participating in this
4 discussion.
5       I want to, at this point in time, close this
6 out. I'm going to ask the Corporation Counsel,
7 Mr. Garcia to speak to the issue about the election.
8       CORPORATE COUNSEL GARCIA: Sorry, speak to
9 which issue?
10      CHAIRMAN BELL: The issue that was raised
11 earlier about the Board election process. It's my
12 understanding you prepared it.
13      CORPORATE COUNSEL GARCIA: Oh, yes. No. I
14 did receive an inquiry about Commissioner Holt's
15 status. And I'd like to really quickly try to explain
16 this, maybe doing it out loud. It's better than doing
17 it in writing. Once you become a commissioner, you are
18 a commissioner until one of two things happen: Either
19 you resign, or you are replaced by an appointment of
20 someone who takes your seat after you've completed your
21 term in office. But if you complete your term in
22 office and you haven't resigned and you aren't
23 replaced, then you are a holdover member of the Board.
24 And you'll remain such until one of two things happen:
25 Either you resign or you are replaced.



Page 94

1    Commissioner Holt is on the Board, and not as
2 a second-class member or anything like that.  There's
3 nothing to impugn her seat.  She holds that seat as a
4 holdover just the same as she would hold it during the
5 term she served.  So her ability to hold office, to be
6 elected into an office, a Vice Chair or what have you,
7 that is all completely appropriate and no cause for
8 concern.
9    The closest comparison I can think of to try
10 and give you another way of looking at this would be a
11 tenancy.  If I'm renting property from Chairman Bell in
12 an apartment, let's say, and I finish my lease, the
13 year is over, but I don't have another place to go and
14 I just keep paying Commissioner Bell rent, I'm a
15 holdover tenant and I'm entitled to stay in that
16 property, that apartment with just the same rights that
17 I had when I was in the first year of my tenancy.  No
18 different.  As long as he keeps taking my rent, I'm a
19 tenant, full-fledged.  And I'm entitled to stay there
20 until he either says you've got to go, or I find
21 another place to live.
22    That's the best way I can try to explain it.
23 There's been a lot of heartburn over that, and I'm
24 sorry I hadn't made it more clear.  But I hope that I
25 will clarify the issues today.

Page 95

1    CHAIRMAN BELL:  Thank you, sir.  We
2 appreciate that.  Thank you for your attendance, also.
3    The next item of business would be the Tenth
4 Precinct.
5    MS. WHITE:  We're attempting to locate the
6 commander and captain for the Tenth Precinct,
7 Chairperson Bell.
8    CHAIRMAN BELL:  Thank you.
9    COMMISSIONER HOLLEY:  Mr. Chairman.
10    CHAIRMAN BELL:  Yes, sir.
11    COMMISSIONER HOLLEY:  Can we postpone this
12 one to another time?  It's 5:00 now, and we still got
13 --
14    CHAIRMAN BELL:  It's a pleasure --
15    COMMISSIONER HOLLEY:  -- another one to go.
16    CHAIRMAN BELL:  Yes, sir.  As a pleasure to
17 the Board, we will postpone this to next week, the
18 Tenth Precinct.  I apologize to the Chief and the
19 captain.  I would hope they will allow us to set that
20 aside for a week.
21    VICE-CHAIR HOLT:  Do we need to make a motion
22 to that effect?
23    CHAIRMAN BELL:  No.  We can do it by, I think
24 it's common consent.  It's 5:00.
25    VICE-CHAIR HOLT:  Okay.  All right.

Page 96

1    CHAIRMAN BELL:  We can do it.
2    VICE-CHAIR HOLT:  Okay.
3    COMMISSIONER HOLLEY:  Thank you,
4 Mr. Chairman.
5    CHAIRMAN BELL:  Could you indicate that to
6 the commander and the captain, we apologize?
7    MS. WHITE:  Yes.  Yes, we will communicate
8 that message.
9    CHAIRMAN BELL:  Okay.  We'll move on to
10 Interim Board Secretary.  She listed five items.
11 Anything outside of that you might want to briefly
12 share?
13    MS. WHITE:  Chairperson Bell, there are no
14 additional items.  The most recent item that we did
15 receive from Lewis and Munday should be listed on the
16 agenda.  But again, it's correspondence from Lewis and
17 Munday firm regarding the arbitration appeal of
18 Sergeant Duane Jones.  And that in -- that concludes
19 the incoming correspondence in addition to the items
20 already listed.
21    CHAIRMAN BELL:  Thank you.  All the
22 unfinished bus --
23    COMMISSIONER BROWN:  Mr. Chairman.
24 Mr. Chairman, what were the other items listed because
25 I don't have the agenda in front of me?

Page 97

1    CHAIRMAN BELL:  DPD Facial Recognition, HR
2 Report, Community Letters Calling for Immediate Police
3 Reform, Follow-Up to ACLU FOIA Request, and
4 Correspondence from Ms. Butler.
5    COMMISSIONER BROWN:  Okay.  The Follow-Up to
6 the ACLU, is that concerning Mr. Williams?
7    CHAIRMAN BELL:  Yes, sir.  I think so.  Is
8 that correct?
9    MS. WHITE:  Chairperson Bell, that is a
10 different request.  That is an employer request, but we
11 have responded to the ACLU with the preliminary
12 correspondence.  We have not received any communication
13 back.
14    And then, I also mentioned that we did
15 receive -- the Board did receive correspondence
16 regarding the questions that were submitted in regards
17 to Mr. Williams' case.  That information came into the
18 Board's office today as well as the Power Point
19 presentation that was presented earlier by Chief Craig
20 and executive staff.
21    CHAIRMAN BELL:  And all that information
22 before coming to the commissioners, it's nothing being
23 supplemented?  No action item, correct?
24    MS. WHITE:  Correct.
25    CHAIRMAN BELL:  Thank you.  Unfinished



07/09/2020                                    Pages 98..101

Page 98

1  business.  Commissioners should have received the
2  Charter Amendments from Mr. Wyrick, and the status
3  check of promotional package delivered.
4       Has that been sent out to the entire board?
5       MS. WHITE:  Yes.  Those two items have been
6  sent out and Attorney Wyrick can give us a brief update
7  in terms of the timeline if it is your pleasure,
8  Chairperson Bell.  Otherwise, all of the documentations
9  have been provided to the full board.
10      CHAIRMAN BELL:  We are not going to have that
11  discussion.  They have the information on it.
12      The Charter Commission has -- they were
13  scheduled to meet this week, they did not.  The
14  drop-dead date is July 31st.  So we in communication
15  with them.
16      Any commissioner have an opportunity to write
17  or lobby outside of the Board, you have that right and
18  privilege.
19      New business.
20      COMMISSIONER BURCH:  New business,
21  Commissioner Burch.
22      CHAIRMAN BELL:  Commissioner Burch.
23      COMMISSIONER BURCH:  Yes.  I want everybody
24  to know that the Belmont Shopping Center has a new
25  merchant called Shoe Show up at Eight Mile and

Page 99

1  Dequindre.  So we have a different shop for the
2  communities to come in a safe neighborhood.
3       My last request is to meet with Chief Craig
4  by phone.  I thank you.
5       CHAIRMAN BELL:  Thank you.
6       COMMISSIONER HOLLEY:  New business.
7       CHAIRMAN BELL:  Yes.
8       COMMISSIONER HOLLEY:  I want to make a motion
9  that we allow Mr. Williams to appear before and have
10  comments more than two minutes.
11      CHAIRMAN BELL:  The Chair is ruling that that
12  is out of order.
13      COMMISSIONER BROWN:  I second that motion.
14      CHAIRMAN BELL:  The Chair is still ruling
15  it's out of order.
16      COMMISSIONER BROWN:  You can't rule his
17  motion's out of order, Mr. Chairman.
18      COMMISSIONER HOLLEY:  Based on what?
19      COMMISSIONER BROWN:  It's out of order based
20  on what?
21      CHAIRMAN BELL:  We have already addressed
22  that issue.
23      COMMISSIONER DAVIS:  No, we have not.
24      COMMISSIONER BROWN:  We have not.
25  Mr. Williams is asking to speak before the board.  A

Page 100

1  motion was made a seconded, Mr. Chair.  Your job is to
2  facilitate the meeting.
3       CHAIRMAN BELL:  My job is to facilitate the
4  meeting, and I just ruled on reference to how we're
5  going to move.
6       COMMISSIONER BROWN:  You don't make rulings,
7  Mr. Chairman.
8       COMMISSIONER HOLLEY:  I move for a roll call
9  vote.
10      CHAIRMAN BELL:  Nope.
11      Announcement.  The next meeting is going to
12  be Thursday, July the --
13      COMMISSIONER BROWN:  Mr. Chairman.  You're
14  out of order, Mr. Chairman.
15      CHAIRMAN BELL:  Announcement.  Next meeting
16  is going to be Thursday, July 16, 2020 at 3:00 p.m.
17  The next community meeting is Thursday, August 13, 2020
18  at 3:00 p.m.
19      Community.  Oral communication is next.  Due
20  to the volume of people, we have 40, unfortunately, we
21  have to reduce it to one minute.  And they will have
22  the opportunity to speak for one minute.
23      If there's any concern of a critical nature,
24  if there's some concern, they can contact our Board
25  Secretary or our staff to reference any concern they

Page 101

1  might have, a complaint, et cetera.
2       CHAIRMAN BELL:  Mr. Brown.
3       MR. BROWN:  Yes, Mr. Chair.  As you stated,
4  we have 39 speakers.  I'll call them by three.
5       Your first speaker will be Mr. Eric Blount,
6  followed by Mr. Rodd Monts, followed by Dan Korobkin.
7       MR. BLOUNT:  Can you hear me, Board?
8       CHAIRMAN BELL:  Yes, sir.
9       MR. BLOUNT:  Okay.  Yes, for the record, my
10  name is Eric Blount.  Regarding this facial recognition
11  trick, once DPD gets caught, then the same old excuses
12  come out of the same old playbook proclaiming old
13  policies, it was then, and no one was watching, and on
14  and on.  This technique is sickening.
15      As the national expert has stated, the
16  culture -- culture eats policy for lunch.  These
17  excuses will never be acceptable.  DPD is absolutely
18  required to get it right the first time.  People's
19  lives are at stake every minute this system is being
20  used.
21      Chief Craig and DPD have just used standard
22  operating procedures to research best practices.  But
23  no, instead Chief Craig stated in one of these public
24  meetings in 2019, that he had no idea why other cities
25  decided to not use it, or to stop using facial



1 recognition technology.  DPD's entire performance is a
2 clear indication of future results.  Please stop using
3 people of color as Guinea pigs.
4        We the community, and experts and even now --
5        MR. BROWN:  Mr. Monts.
6        MR. MONTS:  Good afternoon, my name is Rodd
7 Monts.  I'm with the ACLU of Michigan.  I have come
8 before this board on multiple occasions to express our
9 oppositions in the use of facial recognition technology
10 in the city of Detroit.  In large part, because of the
11 grave and considerable concerns that something like
12 this could happen to Mr. Williams.  And to that end, I
13 would like to concede the remainder of my time to
14 Mr. Williams.
15        MR. BROWN:  Dan Korobkin.
16        MR. KOROBKIN:  Good afternoon.  Can I be
17 heard now?
18        All right.  Well, my name is Dan Korobkin.
19 I'm the legal director at the ACLU of Michigan.  For
20 years, we've been pleading with the Detroit Police
21 Department to categorically reject the use of facial
22 recognition technology for law enforcement purposes.
23 This technology is racist.  And yes, technology can be
24 racist, because it creates false matches for people of
25 color at a much higher rate than for white people.

1        And even when the technology works, it is
2 still racist because it places already Uber policed
3 communities of color under a level of high-tech
4 surveillance, never before experienced in our history.
5        Now, as many of you know by now, this worst
6 case scenario came true for our client, Mr. Williams,
7 an innocent man who was wrongfully arrested in front of
8 his -- in his home, in front of his family, locked up
9 for nearly 30 hours because a computer, using flawed
10 and racist facial recognition technology to get this
11 false match.
12        Now, Mr. Williams and his wife are bravely
13 speaking out about their ordeal, but --
14        MR. BROWN:  Mr. Chair, your next three
15 speakers would be Alexandria DePorre, Robert Williams,
16 and Molly Menning.  Alexandria.
17        CHAIRMAN BELL:  Can we move on?
18        MR. BROWN:  Yep.  Mr. Williams.
19        MR. WILLIAMS:  Okay.  Hello, can you hear me?
20        MR. BROWN:  Yes.
21        MR. WILLIAMS:  Hello, people of the Board.  I
22 have prepared a statement to address some things.  I
23 know I only have one minute.  I appreciate Chief Craig
24 for his public apology.
25        There is some things I'm still waiting on,

1 although I still haven't received any of my information
2 for a FOIA request or any other documents that should
3 have been turned over by the Police Department.  And I
4 -- I would vote y'all move to ban this type of
5 technology.  It is racist and we're just repeating the
6 same things over and over at this point.  Thank you.
7        MR. BROWN:  Molly Menning.
8        Then your next three speakers Mr. Chair would
9 be Shea Howell, Diana Feeley, and Nick Seyalo.
10        MR. BROWN:  Ms. Howell.  Okay.  Let me go to
11 the next one.
12        I don't see Ms. Feeley.  I don't see Nick as
13 well.
14        And your next three speakers, Susan Newell,
15 Noah Greco, and Anthony Dellicolli.
16        MS. NEWELL:  Good afternoon.  Twenty-five
17 percent of people fatally shot by police nationwide,
18 have mental health issues.  Which is an alarming
19 statistic, but not surprising given that the mental
20 health system has been essentially dismantled by
21 cutbacks over the last three decades.
22        Millions of mentally ill people are on the
23 street without proper treatment, turning what should be
24 a public health problem into a policing problem.
25        Some cities, both large and small like San

1 Antonio, Texas; Denver, Colorado; and Eugene, Oregon
2 have adopted innovative ways to handle mental health
3 crisis and the homelessness that plagues the mentally
4 ill.
5        My question to you is:  Are you, as
6 individuals and a body, willing to take a fresh look at
7 how mental health crisis are handled in the city?
8 Today, I sent you all information about those programs
9 that I mentioned in these cities.  And I hope you'll
10 take a look at them.
11        Are you willing to look at them with an open
12 mind and dialogue about them in the near future?  I
13 hope.  And if you can't answer me now, but I hope
14 you'll take this to heart and say yes.
15        MR. BROWN:  Noah Greco.
16        MR. GRECO:  Hi, can you hear me?  Hello.  Can
17 you hear me?
18        MR. BROWN:  Yes.
19        MR. GRECO:  First, I would like to
20 congratulate Vice Chair Holt as Vice Chair again.
21        I was struck by the ceremony because it
22 brought up a point that Vice Chair Holt would uphold
23 the Detroit City Charter.  I found this interesting
24 because Vice Chair Holt regularly violated the Detroit
25 City Charter most recently by not meeting on July 2nd.



Page 106

1    Paragraph 2 of Section 7802 states that the
2   Board shall meet at the call of its Chairperson, but
3   shall meet at least once each week and may recess
4   during Thanksgiving, Christmas, and New Year's
5   holidays.  I was unaware that these holidays have been
6   moved to July.
7       This is a blatant violation of the City
8   Charter so that you in your position of Vice Chair, not
9   only allowed to continue, but as brought before the
10  Board as can be seen on Page 13 of meeting minutes from
11  the June 25th meeting.
12      I would also like to discuss the conduct of
13  the Board as well, specifically Chair Bell.  He is
14  clearly unaware of the riles of this Board and cannot
15  function as the Chair.  Ignoring points of order,
16  ruling that motions are out of order, many other
17  violations.
18      I will be sending many clips of this meeting
19  to the City Inspector General and the State Attorney --
20      MR. BROWN:  Anthony Dellicolli.
21      MR. DELLICOLLI:  Hello, can I be heard?
22      MR. BROWN:  Yes.
23      MR. DELLICOLLI:  Thank you.  It's time to end
24  Project Green Light and ban facial recognition
25  technology and stop letting DPD make excuses for their

Page 107

1   mistakes.  Ban it now.
2       The excuse by Chief Craig that they wouldn't
3   use facial recognition technology unless it was a
4   violent crime is irrelevant.  The conditions under
5   which to use the technology have nothing to do with the
6   clause and inheritance of the technology itself.
7       Detroiters have been on these calls for quite
8   a long time, following the board's use of the facial
9   recognition technology would lead to a horrific
10  outcome.
11      The statistics from the technology's
12  inaccuracies of always showing this was eventually
13  going to happen.
14      Commissioner Burton has been trying to put
15  forth a motion to ban this technology.  And aside from
16  Commissioner Brown and Davis, you silenced him
17  throughout the day.
18      We're about to watch the City pay out
19  taxpayer dollars on lawsuits because of this.
20      Why is the Chair silencing Commissioner
21  Burton while he's asking questions?  How is the Chair
22  ruling a motion to let Robert Williams speak as being
23  out of order?  Let him speak.  You represent the
24  citizens of Detroit, not the police.
25      The Board desperately needs a parliamentarian

Page 108

1   as it continuously violates rules and proper rules of
2   order.  Thank you.
3       MR. BROWN:  Mr. Chair, your next three
4   speakers would be Mr. Roger Winn, Lisa Bielby, and
5   Detroit Susan.  Mr. Winn.
6       MR. WINN:  Hello, can you hear me?
7       MR. BROWN:  Yes.
8       **THE WITNESS:  Yes.  As a Detroit resident, I**
9   **encourage you to ban facial recognition technology as**
10  **your checks and balances do not work.  And that even**
11  **with those, the case against Robert Williams still**
12  **happened.  So please stop that.**
13      **I also encourage you to follow the rules of**
14  **your committee and stop silencing Commissioner Burton.**
15      **And I also would like you to further**
16  **investigate the attack on protesters by the police**
17  **officer and the SCD.  Thank you.**
18      MR. BROWN:  Ms. Bielby.
19      MS. BIELBY:  Hi, can you hear me?
20      MR. BROWN:  Yes.
21      MS. BIELBY:  Liza Bielby, District 3.
22      DPD is using judgment surveillance and
23  predictive policing against the people of and to this
24  city through facial recognition, Project Green Light,
25  stingrays, use of drones and more.  This is unethical.

Page 109

1   It is unreasonable.  It does not work to prevent crime
2   or make people in the city feel safer, and it needs to
3   stop right now.
4       End the use of facial recognition in Detroit.
5   Not even talking about how it's racist.  It is
6   completely unethical.  We did not opt into this system.
7       Stop the use of police surveillance programs
8   like Project Green Light and DPD using stingrays to
9   catch your cellphone location data.
10      And I think it's wrong that DPD drove into
11  private protests.  I want BOPC to conduct a thorough
12  investigation of what happened by speaking to
13  protestors and not just the police.
14      And it's messed up that you just promoted
15  someone with 20 counts of use of force against him.  I
16  am sorry, Mr. Williams, as a taxpayer of this city that
17  my money went to unjustly arrest you.  And I am sorry
18  that the Board has not officially apologized.
19      I save the rest of my time.
20      MR. BROWN:  Detroit Susan.
21      MS. SUSAN:  Can you hear me?
22      MR. BROWN:  Yes.
23      MS. Susan:  Okay.  First of all, a perfect
24  way to solve or prevent cases like Mr. Williams is to
25  stop facial recognition.  I have no idea how much



HANSON RENAISSANCE
COURT REPORTERS & VIDEO        hansonreporting.com
                              313.567.8100

Page 110

1  that's going to cost the City of Detroit when
2  Mr. Williams decides that there's been too much pain
3  and suffering.  That's number one.
4       Number two, I concur with Eric Blount that
5  culture trumps policy every time.  And now, we've got
6  two things.  We've got a captain over the mistakes that
7  were made before, and then someone was promoted with 20
8  citations for excessive force.
9       This will not increase the confidence of
10  common people in Detroit, the community with police,
11  and will not decrease shootings of young black men or
12  torture of prisoners by creating a culture of excessive
13  force.  Thank you.
14       MR. BROWN:  Mr. Chair, I don't see
15  Ms. Ringwald.  Your next speaker would be Rebecca
16  Smith, followed by Gabriela Alcazar and Michael W.
17       MS. SMITH:  Can you hear me?
18       MR. BROWN:  Yes.
19       MS. SMITH:  Okay.  Great.
20       So my name is Rebecca Smith.  I'm a Detroit
21  resident, and I live in Council District 5.  I am very
22  concerned about the use of facial recognition
23  technology by the Detroit Police Department.
24       I know that on this call and on other calls
25  that have happened over the past few weeks, DPD

Page 111

1  representatives have talked about a very sort of pain
2  staking and carefully thought out process by which this
3  technology is used.
4       However, I know there is the DataWorks
5  contract that is up for renewal that haven't been
6  discussed in these meetings.  And what isn't clear is
7  whether DataWorks is going to continue to be used by
8  the Detroit Police Department.  The thing that I'm not
9  clear on is why, if the Detroit Police Department is
10  only using facial rec on still images, why do they need
11  such a robust contract with DataWorks that allows for a
12  concurrent surveillance of a hundred video feeds
13  simultaneously, which we can only imagine would come
14  through Project Green Light?  Why does it need mobile
15  facial recognition technology that can only be used on
16  handheld units by members of the police force?  Why do
17  we need all of these extra capabilities that is costing
18  the taxpayers of Detroit --
19       MR. BROWN:  Gabriela.
20       MS. ALCAZAR:  Hi, my name is Gabriela
21  Alcazar.  I'm a resident of District 6 here in the city
22  of Detroit.
23       This board is a joke and a sad excuse for
24  democracy.  You mute your commissioners and prevent
25  them from conducting business on the floor is a

Page 112

1  disgrace.
2       There's also no excuse of a company's use of
3  racist technology like facial recognition.  Many cities
4  across the country have taken the correct steps to end
5  the use of facial recognition technology.  And as a
6  majority black city, Detroit must follow suit.
7       One error is too many.  One violation of
8  someone's freedom is one too many.  We must end the use
9  of facial recognition technology immediately.
10       I'm also here to continue to urge this body
11  to take immediate action against the excessive use of
12  force by DPD, both in the recent weeks of the uprising,
13  but in a recent incident on June 28th in Southwest
14  Detroit where we all saw video evidence of an attempted
15  vehicular manslaughter by a DPD officer.  We have yet
16  to see any accountability.
17       I was part of the coalition of local
18  organizations who planned and executed a beautiful
19  demonstration of solidarity in defense of black lives
20  throughout the whole day.  I'm so angry that DPD tried
21  to erase that solidarity in such a violent way.
22       There were people injured, flung off cars and
23  nobody from DPD --
24       MR. BROWN:  Michael W.
25       MR. MICHAEL W:  History is watching us, and

Page 113

1  it is apparent to us all that Big Brother in the
2  Detroit Police Department enabled the discriminatory
3  algorithms through technology is watching us, too.
4       It was an honor to hear the pledges to defend
5  the Constitution of the United States in the beginning
6  of this meeting.  And I'm here today to discuss the
7  Fourth Amendment of the Constitution with you.
8
9       I'm deeply troubled by the Detroit Police
10  Department's access to real-time facial recognition
11  software with contracts with DataWorks and as part of
12  the Project Green Light program.  While the intention
13  of the program might have been to reduce crime, the
14  reality of the city and the Police Department of
15  Detroit are criminally violating the Constitutional
16  Fourth Amendment rights of every citizen and visitor to
17  the city in realtime, everyday, by illegally searching
18  our faces.
19       What's clear to us all now is this technology
20  has racial bias built into it.  And the consequences of
21  its use are greater than even the violation of our
22  constitutional rights.
23       Innocent men, women and children will
24  continue to be misidentified and wrongly arrested at
25  the risk of significant harm.



Page 114

1          History will judge us all, yourself included
2  in this division.  I urge you to please cancel the
3  DataWorks contract and end Project Green Light
4  immediately.
5          Additionally, I'm outraged that two of your
6  officers used their vehicles as a weapon to attack
7  protestors on the evening of June 28th.  I urge you to
8  fire both officers for the safety --
9          MR. BROWN:  Mr. Chair, your next three
10  speakers, Carpe Diem, Detroit DSA, Ashley Smith.
11         Carpe Diem.
12         Mr. Chair, I'll go to your next one, Detroit
13  DS --
14         MR. BROWN:  Go ahead Detroit DSA.
15         DETROIT DSA:  Can you hear me?
16         MR. BROWN:  Yes.
17         DETROIT DSA:  Okay.  My name is Carlos
18  Alasard [phonetic].  I am a Detroit voter, and a
19  Detroit resident.  The first thing I want to urge the
20  Board to do is completely ban facial recognition
21  technology.  It's been shown to be a racist technology
22  as the gentleman from the ACLU has stated.
23         And honestly, the idea that there is some
24  kind of magical policy that would make it better is
25  ridiculous.  We don't have a policy on tarot cards

Page 115

1  within the City because they don't work.  Why would we
2  have a policy on facial recognition, which is also
3  shown to not work?  At least tarot cards don't racially
4  profile people.
5          The other thing that I want to mention is
6  that the Chair just blocking motions is obviously a
7  violation of democracy on its most basic form.  These
8  are elected representatives, and they need to have
9  their voices heard.
10         Finally, the Detroit Police Department should
11  not be using their cars --
12         MR. BROWN:  Ashley Smith.
13         MS. SMITH:  Can you hear me?
14         MR. BROWN:  Yes.
15         MS. SMITH:  All right.  Thank you.
16         Congrats to everyone today, and it's good to
17  see you Chief Craig.  My condolences go to those
18  protesters who were all ran over by the Police
19  Department.
20         Also, I'm Ashley Smith's sister, Jody Smith,
21  the victim of -- she was a police brutality victim by
22  Detroit Police Officer Dwayne Jones.  I just want to
23  hold the Board accountable, and to make good on their
24  promise to protect with guidance in order to appeal or
25  overturn the decision of the police unit arbitrator to

Page 116

1  promote criminal Officer Jones.  It's disappointing
2  that several months have passed and there's been no
3  updates made to the public.
4          I'll remind you that the voters and
5  Detroiters have blatantly stated they don't want Jones
6  as an officer.  Remember guys, this is your legacy.
7  You're leading on the City of Detroit during
8  unprecedent times.  Defund the police.  We've had a lot
9  of police brutality.  And we're not anti-police.  We're
10  not anti-police board commissioners.  We just want the
11  right thing done.
12         And then also, and this is me being honest,
13  as a young professional.  I'm a realtor and I do other
14  things as a business owner, it's disappointing that --
15         CHAIRMAN BELL:  Mr. Brown, what happen to the
16  time?
17         MS. SMITH:  -- that arbitrators can overturn
18  Chief Craig's --
19         MR. BROWN:  Mr. Chair, your next three
20  speakers will be Theresa Anasti, Michael Wehner, and
21  Erin Dwyer.
22         MS. ANASTI:  Hello, can hear me?
23         MR. BROWN:  Yes.
24         MS. ANASTI:  Hello, my name is Theresa
25  Anasti.  I am a social worker and I live in Hamtramck,

Page 117

1  but I am just about a little less than a half mile away
2  from the Detroit boarder.  I think what I'm about to
3  say just echoes a lot of what people have been saying
4  so far, sorry, that's my dog, is that I am very
5  concerned about this facial recognition technology.  As
6  we've seen, and even San Francisco banned it.  That's
7  probably where a lot of this technology is coming from,
8  to be quite honest.
9          And I also think, you know, just also
10  echoing, this has been shown to disproportionally
11  affect black and brown communities.  It is a racist
12  technology, and I do not feel any safer with the
13  technology in place.  And with that, I'll yield my
14  time.
15         MR. BROWN:  Michael Wehner.
16         MR. WEHNER:  We heard Chief Craig mention
17  several times, policy.  But policy does not fix bad
18  technology that's encoded with racial bias.  Policy
19  does not address violations of the constitutional
20  protections that we have against unreasonable searches.
21  The only policy that's going to solve this is to ban
22  the technology.
23         I encourage you to cancel the contract with
24  DataWorks, and end Project Green Light immediately.
25         I also am outraged that two of your police



07/09/2020                          Pages 118..121

Page 118

1  officers would use their vehicle as a weapon.  And I
2  encourage you to fire both of those officers.
3        I'd like to save the rest of my time to
4  Commissioner Burton who I'm shocked has been silenced
5  today.
6        MR. BROWN:  Erin Dwyer.
7        MS. DWYER:  Well, I really did not expect to
8  be called, so let me -- my name is Erin Dwyer.  I'm a
9  resident of Detroit.  I'm attending, yet, another
10  Police Commissioner's meeting expressing my concern
11  about the state of policing in the City.
12        Just echoing what everyone has said.  You
13  need to cancel the Project Green Light.  It is as
14  ineffective as it is expensive and prejudice.  You need
15  to ban the use of rubber bullet.
16        All charges must be dropped against
17  protesters and curfew violators, especially when the
18  curfew was bullshit to arrest people with.  Excuse my
19  language.
20        And let Commissioner Burton speak.  And
21  where's the violent crimes of drove through a crowd of
22  peaceful protests?  I've been to four protests.  I take
23  my toddler to them.  They are peaceful until the police
24  arrive and instigate violence.
25        Thank you for your time.

Page 119

1        MR. BROWN:  Mr. Chair, your next
2  speakers will be Laura Walker, a member who's number
3  end in 534, and Tawana Petty.  Ms. Walker.
4        MS. Walker:  Hi, my name is Laura Walker.  I
5  first want to big-up Commissioners Burton and Davis for
6  fighting the good fight.  And if this pol -- if this
7  Board has any power for any information requested today
8  regarding the cops driving through protesters should be
9  provided from DPD.
10        Over the past six weeks and three days, we
11  have seen cops all over our country use flash bangs,
12  teargas, and rubber bullets against protesters.
13        We have continued to see black people killed
14  by cops and Detroit cops plowing through protesters
15  after the cops blocked off their path to their cars.
16        We saw Robert Williams wrongfully arrested,
17  where he was patted down seven times and sat in jail
18  for 18 hours before learning why he was arrested.  He
19  only learned that because of a surveillance system,
20  because a cop accidently said it in front of him.
21        And now, we're hearing that this case
22  predates our current policy which only allows the use
23  of facial recognition software after a violent crime
24  has been committed.  So when this 13-million-dollar
25  program and all the layers that you've added are still

Page 120

1  getting it wrong, you guys are bringing high stakes
2  against black Detroiters.  Stakes that cost --
3        MR. BROWN:  534.
4        SPEAKER 534:  Hello, may I be heard?
5        MR. BROWN:  Yes.
6        SPEAKER 534:  First of all, it would be nice
7  if you let people finish their thoughts instead of just
8  cut them off.
9        For all of those watching, just know that
10  Mr. Lawrence Garcia, the Corporation Counsel is
11  probably the one that doesn't -- is the charger.  It's
12  not Wayne County Prosecutor, Kim worthy, in terms of
13  the disorderly conduct tickets.
14        And so part of what people are protesting is
15  not just racism in law enforcement, but the blue
16  shield.  And that is that people in law enforcement
17  cooperate together.  So it seems to me, Mr. -- the
18  captain, and the police admitted, that there were very
19  few violent incidents and therefore, the curfew was
20  illegal.  And that was wrong.
21        And Corporation Counsel is in a position that
22  should be elected, not selected.  So participate in the
23  Charter Commission so that we can reform, not only the
24  Police Commission, but our Corporation Counsel as well.
25        MR. BROWN:  Tawana Petty.

Page 121

1        MS. PETTY:  Can you hear me?
2        MR. BROWN:  Yes.
3        MS. PETTY:  Okay.  So I would like to remind
4  everybody that the current policy on facial recognition
5  exists because of persistent activism.  It didn't
6  happen because of a humble change of heart, although it
7  doesn't go far enough.
8        Surveillance of black bodies has ties to
9  slavery.  A stark example is the 18th Century Lantern
10  Laws, where black people had to hold a lit lantern in
11  front of their faces when not in the presence of a
12  white person.
13        At a time when Detroit is being heavily
14  gentrified and the world is standing in defense of
15  black bodies, Project Green Light and facial
16  recognition's legacy of targeting black people cannot
17  be overstated.  We must remove Detroit residents from
18  the perpetual lineup they're being subjected to, hoping
19  to be exonerated by a flawed and bias algorithm.
20        Ban facial recognition today.  Divest from
21  mass surveillance and make our communities safer.
22  Thank you.
23        MR. BROWN:  Mr. Chair, your next three
24  speakers would be JW, Richard Newman, and Gary Walker.
25        MS. JW:  Yes.  Hello, I already spoke.  Thank



1  you. I'm just in, in two ways.
2       MR. BROWN: Okay. Mr. Newman.
3       MR. NEWMAN: Hello, can you hear me?
4       MR. BROWN: Yes.
5       MR. NEWMAN: My name is Richard Newman. I'm
6  a resident of Detroit in District 3 where I've been for
7  the last ten years. My police precinct is District 11.
8  I'm here to implore this Board to immediately move to
9  ban all police use of facial recognition technology,
10 and Project Green Light, and the contract with
11 DataWorks.
12      The false arrest of Mr. Williams is the first
13 documented case of the flaw's inheritance to this
14 technology, but this will not be the last. We're being
15 assured this won't happen again, but we all know it
16 won't -- it will.
17      There will be more false arrests, and the
18 next person arrested might not be as lucky as
19 Mr. Williams.
20      Look, even if the technology works, it's
21 unethical. Even if it was ethical, it doesn't work.
22 There have been community members, we've heard from
23 them today, coming to these meetings for years,
24 advocating for this. So none of this is news to you.
25      And since all the board members of this board

1  just voted to promote an officer with 20 excessive use
2  of force complaints, I don't have a lot of hope for
3  this board to do the right thing. But I would love to
4  be proven wrong. Please, please prove me wrong.
5       I also want to comment on the notion Chief
6  Craig put forward that the --
7       MR. BROWN: Gary walker.
8       MR. WALKER: Hi, there. Good afternoon.
9  Commissioners Burton, Brown, and Davis, I commend you
10 three for actually upholding your duties to the
11 civilian oversight for DPD, and the rest of the Board
12 could learn a lot from your example.
13      I'm commenting to the Board today because
14 we've been calling for the end of Project Green Light
15 for weeks only ending up with laughter, cynicism, or
16 outright chaos breaking out during the meeting.
17      (Inaudible) using this technology isn't
18 perfect and will be misused. And Robert Williams is
19 the one who had to suffer as a result of your
20 arrogance. Some of you might think accepting an, awe,
21 shucks, sorry, it won't happen again, from the police
22 will be sufficient, but that's the same line that's
23 been given the past few decades. And there's an
24 endless pour-in of innocent lives lost to police murder
25 and it simply will not do.

1       The public trust has been eroded. And there
2  will be another Robert Williams if Project Green Light
3  is allowed to continue. My greatest fear is that not
4  only will this be true, but the next Robert Williams
5  won't survive their encounter with the police. Learn
6  from this mistake and consider yourselves lucky it
7  didn't leave an innocent family without a father and a
8  husband. End Project Green Light.
9       I yield my time.
10      MR. BROWN: Mr. Chair, your next speaker will
11 be numbers who end in --
12      SPEAKER 739: Can you hear me?
13      MR. BROWN: Hello, yes.
14      SPEAKER 739: Hi. Okay.
15      MR. BROWN: -- 739, followed by Cindy Darrah,
16 followed by Adam Patrick. Go ahead 739.
17      SPEAKER 739: I want to start by thanking the
18 community members who have fought so hard for a policy
19 to be adopted in the first place. As the official
20 comments emphasized repeatedly, the policy, had it been
21 in place, would have prevented Mr. Williams from
22 wrongfully being arrested.
23      What I continue to recall today from the
24 onset of this issue is the striking resistance to
25 creating a facial recognition type policy without

1  public pressure in the beginning. Instances of policy
2  violations in the past, that marred DPD's reputation
3  and the prevailing attitude of "we know best" that has
4  emboldened DPD, City Council, and the body before us
5  today, to sign away millions of dollars on dangerous
6  and faulty technology that what you did not understand
7  and aren't prepared to mitigate in the long-term.
8       The ROI on the surveillance does not justify
9  this experiment on black and brown bodies, especially
10 if the stated goal is actually public safety and not
11 surveillance.
12      Shut down Project Green Light. Ban facial
13 recognition technology, and invest in what makes
14 communities safe.
15      MR. BROWN: Cindy Darrah.
16      MS. DARRAH: Yes. Can hear me?
17      MR. BROWN: Yes, ma'am.
18      MS. DARRAH: The Detroit Charter Revision
19 Commission has asked you to present what you wanted in
20 the Charter in their last meeting. And I think you
21 were there, but didn't have any presentation. So I
22 wondered if you guys had any ideas of what you wanted
23 in the Charter.
24      And also, I wondered why you would not put
25 your voice in when the Charter Commission was



07/09/2020                                    Pages 126..129

1  considering hiring, and they did a vote to hire
2  somebody that you had fired in December of 2019, for
3  padding the payroll and creating a phony job for their
4  friend and overpaying him?  You fired this person and
5  somehow, yet, he got rehired now as the Executive
6  Director for the Charter.  I think that --
7        MR. BROWN:  Adam Patrick.
8        MR. PATRICK:  Can you hear me?
9        MR. BROWN:  Yes.
10       MR. PATRICK:  Firstly, I'd like to, in
11  general, call for the cancellation of Project Green
12  Light as well as the ban of facial recognition
13  technologies by law enforcement officers.
14       Secondly, I'd like to comment on your new
15  policy.  What you've explained is that you will only be
16  using facial recognition technologies in the case of
17  violent crimes or homeowners -- home invasions.  So
18  what that sounds to me like is that inner city
19  civilians are going to be rolled up on by police
20  officers and investigators and presumed to be
21  dangerous.  What will happen if one of those civilians
22  is exercising their Second Amendment rights?  What will
23  happen if one of those civilians gets indignant when
24  getting wrongfully arrested?
25       You are putting people in danger.  Your

1  policy will not work.  I yield my time.
2        MR. BROWN:  Mr. Chair, your next two speakers
3  will be Kasey Miller followed by Carpe Diem.
4  Ms. Miller.
5        MS. MILLER:  Hello, can you hear me?
6        MR. BROWN:  Yes.
7        MS. MILLER:  Hello, and good afternoon to
8  everyone except the repeat commissioners who refuse to
9  listen and act upon what the public has spoken to about
10  after weeks and weeks.
11       At this point, I can't help but feel like I'm
12  yelling into a wind tunnel.  I don't know how many more
13  times we must request the same things over and over.
14  For the love of God, please start listening to us.
15       As to you Mr. Chairman Bell, the reason these
16  disruptions in these meetings keep occurring is because
17  keep silencing these commissioners who are actually
18  speaking out for the people.
19       Police Chief Craig, thanks for finally
20  joining us so you can finally hear the public outcry
21  towards your department.  It's about time.
22       Also, please stop villainizing us protesters,
23  when you yourself agreed that the officers messed up
24  during your city council meeting last week.  You spoke
25  that the officers should not have tried to reroute

1  then, in that protests.
2        Considering my own experience regarding
3  police tactics, and I'm sure others in this call with
4  all of the corralling, intimidation and brute force,
5  it's no wonder people were on edge and started reacting
6  the way they did, after your officers tried to disrupt
7  weeks of peaceful protests by trying to force a reroute
8  in the protest traffic and --
9        MR. BROWN:  Mr. Chair, your last speaker will
10  be Carpe Diem.  Carpe Diem.
11       CARPE DIEM:  Here I am.  I'm sorry.
12       Hello.  Since 2015, police misconduct claims
13  can -- police misconduct claims have cost Detroit
14  taxpayers 19.1 million dollars.  Taxpayers should not
15  be responsible for paying for police brutality.  Police
16  officers should pay for acts of police brutality.  And
17  police brutality settlements should be seized from
18  police assets, police unions, and police pensions.  We
19  should not be responsible for paying that 19.1 million
20  dollars, since 2015.  Thank you.
21       MR. BROWN:  Mr. Chair, that was your last
22  speaker.
23       CHAIRMAN BELL:  All right.  Thank you,
24  Mr. Brown.  If there's no other business, chair will
25  entertain a motion for adjournment.

1        COMMISSIONER BURCH:  Excuse me.  I would like
2  to speak first.  This is Commissioner Burch.  Am I on?
3  Hello.
4        COMMISSIONER HOLLEY:  Yes, you are.
5        COMMISSIONER BURCH:  Oh, okay.  Thank you.
6        I just want to say to the Board, and to you,
7  Commissioner Bell, please conduct yourself in a more
8  professional manner, that you cut me off when I was
9  trying to speak to Chief Craig.  That was very rude of
10  you, and I'm surprised that you did that.  If we don't
11  agree with you, you seem to want to cut us off.  And I
12  don't appreciate you doing that Commissioner Bell.
13       Go on the record with that Ms. Meli -- I
14  can't even talk because I'm so upset how you did that.
15  I have a right to speak to Chief Craig.  So thank you.
16  That's all I wanted to say.  I'm very upset with you.
17       COMMISSIONER GRIFFIE:  So a motion to
18  adjourn?
19       CHAIRMAN BELL:  Yes, ma'am.
20       COMMISSIONER HERNANDEZ:  So moved.
21       CHAIRMAN BELL:  Thank you.  It's been
22  properly moved and seconded.  Those in favor say aye.
23       COMMISSIONER HOLLEY:  Aye.
24       CHAIRMAN BELL:  Meeting's been adjourned.
25       (The proceeding was concluded at 5:42 p.m.)

```
 1                 CERTIFICATE OF NOTARY
 2
 3   STATE OF MICHIGAN    )
 4                 ) SS
 5   COUNTY OF MACOMB     )
 6
 7          I, Shacara V. Mapp, Certified Shorthand
 8     Reporter, a Notary Public in and for the above county
 9     and state, do hereby certify that the above deposition
10      was taken before me at the time and place hereinbefore
11      set forth; that the witness was by me first duly sworn
12      to testify to the truth, and nothing but the truth;
13      that the foregoing questions asked and answers made by
14      the witness were duly recorded by me stenographically
15      and reduced to computer transcription; that this is a
16      true, full and correct transcript of my stenographic
17      notes so taken; and that I am not related to, nor of
18      counsel to either party, nor interested in the event of
19      this cause.
20
21      _____
22          Shacara V. Mapp, CSR-9305
23          Notary Public,
24          Macomb County, Michigan
25   My Commission expires:  07-25-2024
```

07/09/2020                                                        1

---

**1**

**1** 12:14 39:12 77:2

**11** 122:7

**11th** 15:23 79:6

**12** 63:20

**13** 100:17 106:10

**13-million-dollar** 119:24

**13th** 63:12

**14** 44:13

**14th** 61:15

**16** 100:16

**17** 49:18

**18** 44:21 119:18

**18th** 121:9

**19** 24:15 26:20

**19.1** 128:14,19

**1974** 27:20

**1986** 44:13

**1st** 45:2

---

**2**

**2** 13:5 106:1

**20** 26:20 38:9 109:15 110:7 123:1

**2015** 128:12,20

**2018** 44:21 59:12 91:5

**2019** 38:9,25 60:22 62:24 66:3
67:2 77:7,13,23 78:13 79:4,6,9,
10 88:17 91:5 101:24 126:2

**2020** 4:2,11 62:25 91:5 100:16,17

**21** 26:20 30:3

**23rd** 63:18

**24** 52:20

**24-hour** 5:14

**24/7** 29:1 30:6

---

**25** 79:10

**25th** 62:24 106:11

**28** 51:13

**28th** 112:13 114:7

**2nd** 59:12,14 105:25

---

**3**

**3** 12:20 79:12 108:21 122:6

**30** 103:9

**300** 22:7 24:2

**307.5** 72:4

**30th** 79:9

**313 596-1830** 5:9

**313 596-2482** 5:15

**313 596-2499** 5:14

**31st** 98:14

**34** 45:13,22 49:3

**39** 101:4

**3:00** 5:23 100:16,18

**3:02** 4:3

---

**4**

**40** 74:3 100:20

**44** 51:6

**45** 30:22

**4:00** 5:23 6:16

---

**5**

**5** 12:23 83:4 110:21

**534** 119:3 120:3,4,6

**55** 67:10

**5:00** 95:12,24

**5:42** 129:25

**5th** 59:15 60:1,3

---

**6**

**6** 111:21

**6th** 60:13,17

---

**7**

**7** 13:2 49:17

**70's** 20:19

**739** 124:12,15,16,17

**7802** 106:1

---

**8**

**8** 60:22

**8th** 60:18 79:4

---

**9**

**9** 4:2,11 6:2,5,15

**9.3** 49:19

**9th** 62:25

---

**A**

**abilities** 18:16

**ability** 18:14 20:9,11 34:2 69:8
94:5

**absolutely** 76:17 85:21 88:15
90:9 101:17

**Abstain** 10:22

**AC** 78:22

**Academy** 44:15

**accept** 56:11

**acceptable** 101:17

**accepted** 72:15

**accepting** 123:20

**access** 4:23 5:20 6:24 113:10

**accidently** 119:20

---



account 4:15

accountability 28:10,12 84:18
   112:16

accountable 28:18 81:23 115:23

accused 65:14

acknowledge 6:19 21:18 26:6
   47:6,11,21 48:25 92:20

acknowledged 6:16 86:3

acknowledgement 48:24

ACLU 97:3,6,11 102:7,19 114:22

act 127:9

action 22:7 97:23 112:11

activism 121:5

activities 91:2

activity 60:18,21

acts 128:16

actual 57:25 61:7

Adam 124:16 126:7

Adams 60:14,22 61:17

add 31:3 90:7

added 89:12 119:25

addition 32:19 39:18 96:19

additional 16:6 96:14

Additionally 4:17 114:5

address 4:17,18 5:21 52:14 75:2
   81:13 82:5 103:22 117:19

addressed 99:21

adhere 4:20,22

adhered 77:10 78:20

adhering 4:24

adjourn 129:18

adjourned 129:24

adjournment 128:25

adjusting 88:10

administration 5:9

administrational 27:22

administrative 14:1

admitted 120:18

admittedly 80:16

adopted 55:23 78:13 105:2
   124:19

adoption 81:17

advance 22:9 59:4

advantage 30:17

advised 46:21 55:6

advising 58:5

advocating 122:24

affect 85:12 117:11

affirm 17:8,10 19:4

afford 84:9

African 79:18 84:13

aftereffects 22:22

afternoon 4:5 7:11 14:15 16:17,
   19 22:5 43:23 64:7 87:22 92:22
   102:6,16 104:16 123:8 127:7

age 30:4

agenda 4:7 5:25 11:11 16:14
   21:7 31:5 82:16 96:16,25

aggressively 50:20

agree 52:11 53:2 89:20 129:11

agreed 127:23

agreement 78:16

ahead 26:20 34:6 55:16 114:14
   124:16

Ainsley 14:6

airtight 90:8

Akbar 27:6

alarming 104:18

Alasard 114:18

Alcazar 110:16 111:20,21

Alexandria 103:15,16

algorithm 121:19

algorithms 113:3

All-star 45:5

allegation 58:16 90:4

allegations 75:9 83:10

alleged 84:19,20

allowed 24:21 106:9 124:3

allowing 40:25 69:4

Amen 8:16,17

Amendment 113:7,16 126:22

Amendments 98:2

America 29:15

American 79:18 84:13

analysis 63:14 79:1,3

analyst's 89:23

analysts 57:13,14,23 89:19,20
   90:10

analyze 64:15

Anasti 116:20,22,24,25

and/or 50:13

Anderson 14:3

Angeles 53:18

angry 112:20

Ann 26:21

Annie 7:11 12:9 16:23 17:5 90:24

Announcement 100:11,15

answering 87:24

Anthony 47:7 104:15 106:20

anti-police 116:9,10

anticipate 67:21 68:19

anticipated 68:19

Antonio 105:1

anytime 80:18

APA 63:16



**apartment** 94:12,16

**apologize** 70:16 95:18 96:6

**apologized** 109:18

**apology** 56:18 80:24 103:24

**appalled** 91:2

**apparent** 113:1

**appeal** 96:17 115:24

**applaud** 50:17

**appointed** 21:19,25 22:4,8 44:12
   47:18

**appointing** 23:11

**appointment** 31:21 36:18 37:24
   61:24 93:19

**appreciation** 45:9

**approach** 26:15

**appropriately** 4:22

**approval** 8:19 9:23 57:15 72:10
   90:10

**approve** 8:20 10:3 31:20 36:18
   37:23 46:6

**approved** 65:4 66:2 77:7 78:16
   88:17

**approving** 39:22

**approximately** 62:16 67:10,22

**April** 44:13

**aptitude** 44:21

**arbitration** 96:17

**arbitrator** 115:25

**arbitrators** 116:17

**area** 50:21 52:3

**areas** 29:4 51:5

**arguments** 50:12

**Army** 45:1 49:3

**arose** 71:8

**array** 58:3,6 61:25 76:9,13,15
   81:9 85:21

**arrest** 55:21 57:18 72:16 76:15
   85:12 109:17 118:18 122:12

**arrested** 63:3 76:19 80:19,20
   84:13 86:19 103:7 113:24
   119:16,18 122:18 124:22 126:24

**arrests** 52:18 83:16 122:17

**arrive** 66:18 118:24

**arrived** 7:4 28:12

**arrogance** 123:20

**Ashley** 114:10 115:12,20

**aspect** 86:12

**assets** 128:18

**assigned** 60:4,14

**assignment** 48:6

**assignments** 44:21

**assist** 28:4

**assistance** 14:2 71:14,15

**assistant** 14:2,17 64:4,7,8 69:19
   70:18,21 72:4 78:2

**assisted** 65:1

**Association** 21:14

**assuming** 76:1

**assured** 122:15

**At-large** 7:12 12:10 13:8,13
   21:19 87:5,10,21 90:24

**attack** 108:16 114:6

**attempt** 60:24

**attempted** 112:14

**attempting** 95:5

**attendance** 7:13,14 13:24 14:14
   15:6 43:24 45:3 95:2

**attendees** 4:13,14

**attending** 14:16 118:9

**attention** 11:24 31:6 32:6 84:16

**attitude** 125:3

**attorney** 13:24 63:25 98:6 106:19

**audio** 84:3

**audit** 67:16,22 68:1

**August** 62:24 79:10 100:17

**authority** 39:5

**Auto** 61:18

**availability** 65:15

**awaiting** 16:4

**Award** 45:3,4,6,7,8

**awards** 45:21

**aware** 56:12 76:22 89:8

**awe** 123:20

**aye** 35:6,7 129:22,23

---

**B**

**back** 26:15 27:20 29:20 33:6
   57:15 63:12 70:5 71:11 78:14
   79:5 84:4,5 92:11 97:13

**background** 7:1 24:23 30:5
   54:25

**bad** 50:14 54:20 117:17

**bail** 52:11,12,22,24 53:3

**balances** 108:10

**ban** 104:4 106:24 107:1,15 108:9
   114:20 117:21 118:15 121:20
   122:9 125:12 126:12

**bangs** 119:11

**banned** 117:6

**Baptist** 82:4

**bar** 44:7

**Baseball** 45:5

**based** 15:7 33:14 58:2 75:17
   80:25 90:19 99:18,19

**basic** 50:19 115:7

**basically** 74:10 77:8 88:1

**beautiful** 112:18

**began** 44:15 61:20 65:20 71:20



**begin** 51:2 70:17 89:14

**beginning** 12:4 24:2,9 113:5
125:1

**begins** 71:10

**behalf** 7:12 23:15 27:14 40:12

**behavior** 54:21

**bell** 9:19,20,25 11:1,2 12:11,12
18:22,25 19:2,5,8,12,16,20,24
20:2,6,10,14,16 21:4,5,6,17
23:8,19,23 24:20,25 25:1 26:3,5
31:2,7,11,15,18,24 32:2,11 33:4,
18 34:6,10,13,19 35:4,8 36:6,7,
9,14,20 37:18,19,21 38:2,6
39:10,24 40:2,9,15,17,22 41:22,
24 42:19,20,22 43:10,13,16,20
46:4,9,13,16 47:4 54:13 68:7,8,
9,12 69:10,15 73:10,13,14,18,25
77:2 79:11,14 80:5,9,14 82:8,11,
15,22 83:1,3,12,14,17,22 84:22,
24 85:2,6 87:4,8,20 90:23,25
92:19 93:10 94:11,14 95:1,7,8,
10,14,16,23 96:1,5,9,13,21 97:1,
7,9,21,25 98:8,10,22 99:5,7,11,
14,21 100:3,10,15 101:2,8
103:17 106:13 116:15 127:15
128:23 129:7,12,19,21,24

**Belmont** 98:24

**beneficial** 54:17

**Bettison** 14:19

**bias** 113:20 117:18 121:19

**Bielby** 108:4,18,19,21

**big** 41:4 50:23 54:11 55:1 56:7
113:1

**big-up** 119:5

**bigger** 81:14

**biggest** 77:11

**bited** 55:15

**black** 110:11 112:6,19 117:11
119:13 120:2 121:8,10,15,16
125:9

**blatant** 106:7

**blatantly** 77:19 116:5

**bless** 8:10,12 20:21

**blessed** 8:4

**blessing** 7:25 8:2,9

**blocked** 119:15

**blocking** 115:6

**blossom** 13:25

**Blount** 101:5,7,9,10 110:4

**blue** 120:15

**blurry** 57:2,3 76:14

**board** 4:6,10 5:1,22 7:13 8:17
12:1 13:19,23 14:16 16:9,19,22
18:10,11 20:4,6,24 22:1,8,9,14
23:6,15 25:11 26:16 27:2,3,4,5,
7,14,20,21,22 30:3 31:20 36:17
37:23 40:3 42:25 45:19 47:20,22
55:22 64:8,17,19 65:1,4 66:1
67:3,4,7 68:15 69:18 70:19 72:2,
3 73:9,21,24 78:16 83:8 84:7
87:25 92:18 93:11,23 94:1 95:17
96:10 97:15 98:4,9,17 99:25
100:24 101:7 102:8 103:21
106:2,10,13,14 107:25 109:18
111:23 114:20 115:23 116:10
119:7 122:8,25 123:3,11,13
129:6

**board's** 4:7,20 5:10 6:21 13:22
28:1 32:6 97:18 107:8

**boarder** 117:2

**bodies** 121:8,15 125:9

**body** 21:20 29:24,25 84:3 105:6
112:10 125:4

**bond** 52:22

**bopc** 5:10 88:17 109:11

**Bowl** 45:7

**bravely** 103:12

**breakdown** 74:21

**breaking** 123:16

**Brian** 21:12 37:24

**briefing** 41:9

**briefly** 26:9 49:1 68:15 87:12
96:11

**bring** 22:14 27:25 31:6,15 32:6
35:1 71:16 87:18

**bringing** 11:24 92:21 120:1

**Brooks** 27:13

**Brother** 113:1

**brothers** 29:17

**brought** 30:23 39:15 63:4 84:15
90:16 105:22 106:9

**brown** 6:19 8:25 9:1 10:6,7
12:13,14 13:25 32:1,2,3 35:12,
13 36:19,25 37:1 38:7 39:12
40:16 42:2,3 43:15 46:14 77:3,4
78:11 83:24 85:4 96:23 97:5
99:13,16,19,24 100:6,13 101:2,3
102:5,15 103:14,18,20 104:7,10
105:15,18 106:20,22 107:16
108:3,7,18,20 109:20,22 110:14,
18 111:19 112:24 114:9,14,16
115:12,14 116:15,19,23 117:11,
15 118:6 119:1 120:3,5,25
121:2,23 122:2,4 123:7,9
124:10,13,15 125:9,15,17 126:7,
9 127:2,6 128:9,21,24

**brutality** 115:21 116:9 128:15,16,
17

**brute** 128:4

**built** 113:20

**bullet** 118:15

**bullets** 119:12

**bullshit** 118:18

**Burch** 9:2 10:8,9 11:24 12:15,18,
19,20 23:18,20,21,24 24:8,16
25:18,21,24 26:2 35:14,15 37:2,
3 42:4,5 46:15 79:12,13 80:8,11,
22 81:25 82:8,9,10,13,18,24
98:20,21,22,23 129:1,2,5

**Bureau** 69:25

**burglaries** 51:14


HANSON RENAISSANCE
COURT REPORTERS & VIDEO

hansonreporting.com
313.567.8100

burglary 51:13

Burton 9:4,5 10:10,11 11:6,8,9,
14,18 12:21,22 34:17,20 35:4,5,
16,17,18 37:4,5 39:9,10,11 40:1,
3 42:6,7 80:3,6 83:2,3,5,12,13,
14,15,17,20 84:1,22,23,25
107:14,21 108:14 118:4,20
119:5 123:9

bus 96:22

business 8:19 26:16 95:3 98:1,
19,20 99:6 111:25 116:14
128:24

Bussa 61:16,19 63:5

Bussa's 63:11

Butler 97:4

by-laws 4:21 6:22

_____

C

cable 7:15

calculations 49:21

call 5:3 8:24 10:5 28:5 34:15,16
35:8 36:22 41:23,24 43:1 54:8
59:20 72:7 100:8 101:4 106:2
110:24 126:11 128:3

called 11:16 20:18 35:6 59:15
66:25 98:25 118:8

calling 12:18 97:2 123:14

calls 23:4 107:7 110:24

cam 84:4

cams 84:4

cancel 114:2 117:23 118:13

cancellation 126:11

candidate 40:13,20

candor 69:7 92:8

Canfield 59:18

capabilities 111:17

captain 14:21,22 31:4,21 32:22,
23 33:8,23 34:25 36:10 37:25
41:12,14,21 48:13,14,16 67:25

68:3,5,6 69:14,15,16 70:12,14,
16 73:4,8 92:6 95:6,19 96:6
110:6 120:18

captain's 92:6

captains 34:23 47:23 48:23

car 84:4

cards 114:25 115:3

care 38:16

career 44:15,25

carefully 111:2

Carlos 114:17

Carpe 114:10,11 127:3 128:10,11

carried 46:17

carry 16:14

carrying 52:18

cars 112:22 115:11 119:15

Carter 7:3,4 9:5 10:12 12:24 28:6
33:19 35:19,20 37:6 42:8

case 55:5 56:2,10,24 58:10,11
60:4,17,18 61:15,19 63:16,17
66:13 68:16,23,25 69:2,6 71:13,
14,17 74:19,22 75:3 76:24 86:1,
12,24 87:15 89:13 91:20 92:12
97:17 103:6 108:11 119:21
122:13 126:16

cases 52:5 81:19,20 86:17
109:24

catch 109:9

categorically 102:21

caught 101:11

caused 51:21,23

causing 26:11 58:13

cellphone 109:9

cellphones 6:25

Center 57:12 67:8,11 98:24

Century 121:9

ceremony 105:21

CERTIFICATE 130:1

cetera 101:1

chair 6:11 11:6,7 12:9,12 15:20,
21,25 16:1 23:18 26:3,21 28:7
31:2,17,19 32:10 33:3,18 34:17
36:11 37:22 39:9 40:4 41:1 46:3
47:1,2 48:25 58:23 64:8 68:6,7,
8,14,16 69:18 70:12 73:7,12,14
74:13 75:5,16 76:1 77:22 78:21
80:3,4 83:2,5 85:17 86:22 87:23
88:15 90:24,25 91:17,18 94:6
99:11,14 100:1 101:3 103:14
104:8 105:20,22,24 106:8,13,15
107:20,21 108:3 110:14 114:9,
12 115:6 116:19 119:1 121:23
124:10 127:2 128:9,21,24

Chairman 9:20,25 11:2 12:12
18:25 19:2,5,8,12,16,20,24 20:2,
6,10,14,16 21:4,6,17 23:8,19,23
25:1 26:5 31:7,11,15,18,24 32:1,
2,11 33:4 34:5,6,10,13,19 35:4,8
36:7,9,14,20 37:19,21 38:2,5,6
39:10,24 40:2,7,9,15,17,22
41:22,24 42:20,22 43:10,13,16,
20 46:4,9,13,16 47:4 54:13 55:6,
7 68:9,12 69:10,15 73:10,13,18,
25 77:2 78:11 79:11 80:5,8,9,14
82:8,11,15,22 83:1,3,12,14,17,
22,24 84:22,24 85:2,4,6 87:4,8,
20 90:23 92:19 93:10 94:11
95:1,8,9,10,14,16,23 96:1,4,5,9,
21,23,24 97:1,7,21,25 98:10,22
99:5,7,11,14,17,21 100:3,7,10,
13,14,15 101:2,8 103:17 116:15
127:15 128:23 129:19,21,24

Chairman's 26:18

chairmanship 29:25

Chairperson 7:3,4,5,6,12 9:17
11:4 12:2 13:14,20 14:10 15:9
16:2,23 18:9 20:1,3 21:5,6 35:10
36:6,23 37:18 41:25 42:19 95:7
96:13 97:9 98:8 106:2

Chairperson's 21:7

chairpersons 15:7

Chairs 22:3



07/09/2020                                                                              6

challenge 26:20 54:11

challenges 60:8

challenging 22:12 49:10

chance 47:8 50:5

change 55:3 121:6

changed 92:15

channel 7:15

chaos 123:16

Chaplain 7:17,19,20,23

character 34:2

charge 64:21

charger 120:11

charges 38:15 118:16

charter 17:19,21 19:14,16 98:2,
12 105:23,25 106:8 120:23
125:18,20,23,25 126:6

check 98:3

checks 108:10

Chicago 50:25 53:19

Chief 5:12 8:5 14:4,12,15,17,18,
19,24 15:2 27:1 28:3 30:10,21,
24 31:1,7,8,9,13,14 33:22 38:19
40:12,15,18,24,25 43:10,13,23
45:3 46:18,24,25 47:1,5,9 55:17
59:4,8 60:16 64:4,7,8 66:9 68:24
69:17,19 70:18,21 72:5 73:7,12,
14,19,25 75:5 76:1 77:5,22 78:2,
21 79:15 80:7,16,23 81:25 83:7,
18,21 84:24 85:17 86:22 87:12,
19,23 88:15 89:17 90:21,22
91:6,12,17 93:2 95:18 97:19
99:3 101:21,23 103:23 107:2
115:17 116:18 117:16 123:5
127:19 129:9,15

Chief's 78:17 80:12 84:20

children 22:23 50:24 113:23

Chris 14:18

Christmas 106:4

Church 82:4

Cindy 124:15 125:15

Circuit 15:15 16:16

circumstances 91:7

citations 110:8

cities 49:12 50:24 52:10 53:17,20
54:14 101:24 104:25 105:9
112:3

citizen 5:1,11 113:16

citizen's 4:25

citizenry 45:10

citizens 8:15 45:12,20,25 107:24

city 8:11,15 16:6 17:20,22 19:15,
17 21:15 22:24,25 23:1 25:10,14
26:24 33:13 39:20 45:24 79:25
102:10 105:7,23,25 106:7,19
107:18 108:24 109:2,16 110:1
111:21 112:6 113:14,17 115:1
116:7 118:11 125:4 126:18
127:24

City's 69:8

civic 15:6

Civil 44:19

civilian 28:10,13,14 91:3 123:11

civilians 126:19,21,23

claim 69:8

claims 128:12,13

clarify 94:25

class 30:7

clause 107:6

clear 71:23 86:18 93:1 94:24
102:2 111:6,9 113:19

client 103:6

clips 106:18

close 55:18 93:5

closed 55:9

closely 35:2

closer 69:6

closest 94:9

closing 29:16 40:6

coach 50:1

coalition 112:17

colleague 77:16 87:16

colleagues 25:17 39:6 56:23

collectively 26:19

color 84:10 102:3,25 103:3

Colorado 105:1

colored 50:20

comfort 91:10

command 8:6 56:13 81:22 85:25

command-level 56:12

commander 14:20,21 31:4,22
32:24 33:24 34:9,13,14 41:13
47:23,25 48:10,16 95:6 96:6

commanders 34:3,24

commanding 92:9

commend 123:9

commendations 45:8

comment 6:17 26:12 74:4,9
123:5 126:14

commenting 5:19 123:13

comments 5:17,24 6:7,18 99:10
124:20

Commercial 61:18

commission 11:24 22:2 27:19
35:25 98:12 120:23,24 125:19,
25

commissioner 7:7,9 8:21,22,25
9:1,2,4,5,6,7,8,9,10,11,12,13,14,
15,16,19 10:1,6,7,8,9,10,11,12,
13,14,15,16,17,18,19,20,21,22,
25 11:6,8,9,14,17 12:9,11,12,13,
15,18,19,21,22,24,25 13:1,2,3,4,
6,7,9,10,11,12 14:16 15:16,18,
19 21:19,21,22,23 22:1 23:8,17,
18,19,21,24 24:7,8,16,20,25
25:4,18,21,22,24,25 26:1,2,3,6,7


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

27:8,9,13,14 30:14,16 31:23
32:1,2,3,10,11,12,25 34:5,7,15,
17,20,21 35:4,5,12,13,14,15,16,
17,18,19,20,21,22,23,24 36:1,2,
3,4,5,11,25 37:1,2,3,4,5,6,7,8,9,
10,11,12,13,14,15,16,17 38:1,5,
7 39:9,10,11,12,25 40:1,3,7,10,
11 41:23 42:2,3,4,5,6,7,8,9,10,
11,12,13,14,15,16,17,18 43:12,
15,20 44:1,10 46:4,8,12,14,15
47:19 74:5,8,11,12,13 75:16
77:1,3,4 78:11 79:12,13,14 80:3,
5,11,16,22 81:25 82:6,8,9,10,13,
18,24 83:2,3,5,12,13,14,15,17,
20,24 84:1,22,23,25 85:4,6,7,9
86:15 87:4,6,8,10,11,16,20,22
89:5 90:20 92:20 93:14,17,18
94:1,14 95:9,11,15 96:3,23 97:5
98:16,20,21,22,23 99:6,8,13,16,
18,19,23,24 100:6,8,13 107:14,
16,20 108:14 118:4,20 129:1,2,
4,5,7,12,17,20,23

**commissioner's** 81:17 118:10

**commissioners** 4:11 5:2,22 8:5
12:3,9 18:10,12 20:7 23:16
27:12 31:20 32:13 36:17 37:23
42:23 45:19 48:4 67:4 70:20
83:9 84:7 91:19 97:22 98:1
111:24 116:10 119:5 123:9
127:8,17

**Commissioners'** 55:23

**Commissioners--** 20:5

**commit** 65:13

**commitment** 45:14,24 91:18

**committed** 119:24

**committee** 108:14

**common** 95:24 110:10

**communicate** 96:7

**communication** 97:12 98:14
100:19

**communications** 5:24 92:23

**communities** 25:13 45:13 99:2
103:3 117:11 121:21 125:14

**community** 7:12 13:25 22:7
25:16 26:24 27:16 33:6 35:1,2
48:17,18 49:7 53:2,15,16 54:10
55:12 67:6,9 97:2 100:17,19
102:4 110:10 122:22 124:18

**company** 61:21 62:3

**company's** 112:2

**comparison** 94:9

**compiled** 66:2

**complaint** 4:25 5:11,14 101:1

**complaints** 5:13 38:23 123:2

**complete** 6:12 30:13 72:19 93:21

**completed** 67:22 93:20

**completely** 74:15 94:7 109:6
114:20

**computer** 4:15 6:14 59:5 103:9

**concealed** 52:18

**concede** 102:13

**conceding** 69:1

**concern** 26:10 42:24 43:3 51:21,
23,25 56:7 58:13 74:10 77:4,11,
21 81:14 91:24 94:8 100:23,24,
25 118:10

**concerned** 52:13 55:3 56:9
69:12,13 76:16 85:22 92:4,16
110:22 117:5

**concerns** 5:1 15:23 29:21 30:15
41:8,19 43:5 52:12 73:23 92:13
102:11

**concluded** 129:25

**concludes** 14:23 96:18

**conclusion** 66:18

**concur** 57:14 110:4

**concurrence** 89:18,23 90:10

**concurrent** 77:8 111:12

**concurrently** 77:13

**condemn** 29:13

**conditions** 107:4

**condolences** 115:17

**conduct** 28:18 29:17,18 41:10
65:24 69:21 70:23,24 72:18
106:12 109:11 120:13 129:7

**conducted** 62:7

**conducting** 86:23 111:25

**conference** 82:3

**confidence** 29:12 110:9

**confident** 91:10

**confirm** 78:3

**confirmed** 72:14

**Congrats** 115:16

**congratulate** 46:1 105:20

**congratulations** 18:20 20:12
21:1 47:2 48:22

**connected** 68:20

**Connor** 37:24 41:1,2,14 47:24

**conscious** 32:8

**consent** 45:4 95:24

**consequences** 113:20

**considerable** 102:11

**consideration** 8:19

**considered** 39:3 72:12,13 75:14

**consistent** 77:17

**constitution** 17:12,14,15,17
19:7,9,10,12 29:15 113:5,7

**constitutional** 66:7 113:15,22
117:19

**consummate** 45:17

**contact** 5:8,12 82:12 100:24

**contacting** 76:21

**continue** 15:21 20:21 67:11 73:9
106:9 111:7 112:10 113:24
124:3,23

**continued** 29:5 44:22 119:13

**continuously** 108:1



HANSON RENAISSANCE
COURT REPORTERS & VIDEO

hansonreporting.com
313.567.8100

07/09/2020                                                                                    8

contract 111:5,11 114:3 117:23
122:10

contracts 113:11

controls 6:13 88:11

conversation 90:3

conversely 76:17

convinced 56:21

convincing 63:8

cooperate 120:17

coordinator 14:1

cop 68:24 119:20

cops 48:20 119:8,11,14,15

Corporal 43:23,25 44:4,22 45:1,
11,21 46:1,7 49:1

Corporate 15:23 93:8,13

Corporation 16:3 21:15 46:20,22
68:11,12 93:6 120:10,21,24

corralling 128:4

correct 24:16 68:16 97:8,23,24
112:4

correction 13:17

corrections 9:24 10:4

correlate 64:22

correspondence 16:8 96:16,19
97:4,12,15

corroborate 86:11

cost 39:20 110:1 120:2 128:13

costing 111:17

COU 91:2

council 23:13 33:13 79:25
110:21 125:4 127:24

Councilman 21:12

counsel 8:7 15:23 16:3 21:15
46:20,22 68:11,12 93:6,8,13
120:10,21,24

count 48:20

country 28:16 49:12 112:4
119:11

counts 38:10 109:15

County 62:12,15,23 63:17 79:7,9
81:2 120:12

couple 24:1 47:11 56:22 81:5
83:8 84:3

court 13:22 15:15 16:16 61:23
63:18

cover 30:11,19 46:19

covered 30:25 78:23,24

COVID 24:15 47:14 51:8,16,22
52:1,8 67:12

Craig 14:15,24 15:2,14 16:15,17,
20,25 17:4,6,11,15,19,23 18:2,5,
9,13,17,19,22 19:1,3,6,10,14,18,
22,25 20:4,8,12,22 27:1 28:3
30:10,21 31:1,14 33:23 40:24,25
43:11,13,23 46:18,19,24 47:1,5
59:4 68:24 73:7,12,14,19 75:5
76:1 77:22 78:21 79:15 80:7,16,
23 81:25 84:24 85:17 86:22
87:12,19,24 88:15 89:17 90:21,
22 91:6,12,17 93:3 97:19 99:3
101:21,23 103:23 107:2 115:17
117:16 123:6 127:19 129:9,15

Craig's 116:18

creates 102:24

creating 92:11 110:12 124:25
126:3

credentials 34:1,2

credit 45:15

crime 23:1 49:8,11,16,17,19,20
51:10,15 52:3 53:7 54:25 57:12
59:14,21 60:23 65:13 67:8,10
76:7,11 79:3 81:8 82:5 85:19
86:12 88:19,21 89:2 90:18 107:4
109:1 113:13 119:23

crimes 48:12 65:6 72:7,8 118:21
126:17

criminal 28:19 116:1

criminally 113:15

criminals 52:13

crisis 67:12 105:3,7

criteria 40:22

critical 41:16 100:23

Cromwell 14:6

Crosstalk 83:19 85:1

crowd 118:21

culture 101:16 110:5,12

curfew 118:17,18 120:19

current 25:19 57:3 64:25 65:4
66:1 71:7 72:4,5 90:19 119:22
121:4

curtail 33:16

custody 52:14

cut 26:15 33:10 120:8 129:8,11

cutbacks 104:21

cynicism 123:15

---

D

D'LAYNE 14:2

dad 50:5

dad's 50:4,15

daily 29:1

damage 86:7

Dan 101:6 102:15,18

danger 53:1 126:25

dangerous 125:5 126:21

Darrah 124:15 125:15,16,18

Darryl 8:25 39:12

dashboard 84:4

data 109:9

Dataworks 111:4,7,11 113:11
114:3 117:24 122:11

date 16:4 63:18 77:6 78:15,22,25
98:14



07/09/2020                                    9

dates 78:19

Davis 9:6,7 10:13,14 12:25 13:1
15:16,18,19 34:5,7 35:21,22
37:7,8 42:9,10 46:8 85:7,9 86:15
99:23 107:16 119:5 123:9

day 22:18 28:15 61:2 63:11 79:5,
17 107:17 112:20

days 53:12 59:12,15 61:4 67:23
119:10

DDC 51:25 63:4

dead 71:13

deal 50:14 65:24

dealing 54:9

decades 104:21 123:23

December 126:2

decided 101:25

decides 110:2

decision 115:25

Decker 48:10

decrease 110:11

dedicated 45:22

dedication 23:4 45:15

deemed 6:10

deep 51:21 58:13

deeply 52:12 55:3 56:9 76:16
92:13,16 113:9

default 74:5

defend 69:8 113:4

defense 24:5 84:11 112:19
121:14

Definite 36:7

definitively 52:2

Defund 116:8

degree 71:19

delay 61:14

delayed 63:23

delays 60:17

delivered 60:1 98:3

Dellicolli 104:15 106:20,21,23

democracy 111:24 115:7

demonstrated 91:4

demonstrating 91:11

demonstration 112:19

Denver 105:1

department 13:21 16:6 21:16
22:15,25 26:25 28:25 34:22
38:24 39:17 44:13 45:12,16,20
47:10 52:17 53:15 58:17,25
59:16,23 60:23 61:8 64:13 65:1,
24 66:2,4,21,25 67:13 70:2,5,6
71:1,11 72:2 81:20 84:14 86:2
87:14 92:18 102:21 104:3
110:23 111:8,9 113:2,14 115:10,
19 127:21

department's 70:3 71:2,7,18,21,
22 113:10

departments 29:7

depending 78:9

deploy 53:24

deployed 54:2

Deporre 103:15

deputy 14:13,18,19

Dequindre 99:1

description 91:1

deserving 45:2

designee 14:13

desperately 41:5 107:25

detail 68:18,21

details 55:18 62:17 74:21

detained 86:19

detective 56:14 58:12 60:4
61:16,19,23 62:6,7 63:5,11
71:13,14 75:14,21 76:18 78:25
79:3 81:3,24 86:6,24 87:2 89:1
92:4,7,9

detectives 57:16

determination 52:7

determined 63:13 80:19

determining 70:1 71:1

Detroit 17:20,22 18:10,11 19:15,
17 20:4,6 22:7 25:9 26:25 28:25
29:3,6 33:12 39:20 40:6 44:13,
14 45:12,16,19,20,24 51:3 52:10
54:16 55:2 59:22 60:23 61:8
64:13 84:14 86:1 102:10,20
105:23,24 107:24 108:5,8 109:4,
20 110:1,10,20,23 111:8,9,18,22
112:6,14 113:2,9,15 114:10,12,
14,15,17,18,19 115:10,22 116:7
117:2 118:9 119:14 121:13,17
122:6 125:18 128:13

Detroiters 107:7 116:5 120:2

detroitmi.gov 5:10

detroitmi.gov/bopc. 5:16

develop 67:5 72:3

developing 71:23

development 71:18

device 6:15

Dia 47:7

dial 6:14

dialogue 23:14 24:13 35:5 92:24
105:12

Diana 104:9

dictate 65:7

Diem 114:10,11 127:3 128:10,11

difficult 47:10

difficulties 70:12

diligence 44:20

diligent 45:22

diligently 27:13,15

direct 52:5 58:6,15 63:22 85:19
88:18 89:3

Directive 72:4



HANSON RENAISSANCE
COURT REPORTERS & VIDEO          hansonreporting.com
313.567.8100

**directly** 25:18 30:25 89:1 90:11

**director** 14:4,18,22 58:19,22 59:5,7 78:24 79:2 102:19 126:6

**disagree** 30:1

**disagreeing** 30:2

**disappointing** 116:1,14

**discharge** 17:24 18:3,4 19:23,24

**disciplinary** 32:20 75:4

**discipline** 39:2 77:16 78:10

**discriminatory** 113:2

**discuss** 106:12 113:6

**discussed** 71:5 111:6

**discussion** 31:25 34:18 36:22 38:4 46:17 69:22 73:17 74:14,21 77:25 91:15 93:4 98:11

**disgrace** 112:1

**dismantled** 104:20

**dismissal** 4:23 6:12

**dismissed** 58:17 63:17

**dismissing** 76:24

**disorderly** 120:13

**displayed** 44:20

**disproportionally** 117:10

**disrupt** 128:6

**disrupting** 30:2

**disruption** 29:22

**disruptions** 127:16

**distancing** 24:17

**distinguished** 41:3

**distraction** 5:7

**District** 12:14,20,23 13:2,5 39:12 44:18 77:2 79:12 83:3,4 90:24 108:21 110:21 111:21 122:6,7

**disturbed** 38:11 92:7

**Divest** 121:20

**division** 114:2

**document** 44:7 61:7 78:12

**documentations** 98:8

**documented** 122:13

**documents** 104:2

**dog** 117:4

**dollars** 107:19 125:5 128:14,20

**domestic** 33:11,16,21

**dot** 4:9,18

**double** 34:22

**downtown** 89:7

**DPD** 60:13 63:1,9 91:11 97:1 101:11,17,21 106:25 108:22 109:8,10 110:25 112:12,15,20, 23 119:9 123:11 125:4

**DPD's** 60:2 102:1 125:2

**drastically** 26:15

**Draw** 8:3

**drawn** 30:18

**dream** 22:13

**driving** 45:4 51:4,14 119:8

**drones** 108:25

**drop** 26:12

**drop-dead** 98:14

**dropped** 118:16

**drove** 109:10 118:21

**drug** 50:14

**DS** 114:13

**DSA** 114:10,14,15,17

**Duane** 96:18

**due** 28:15 29:9,14 52:8 100:19

**Duggan** 26:25

**duly** 39:24 40:2

**duplicate** 73:20

**duplicating** 73:20

**duties** 18:5,7 19:25 20:2 123:10

**dutifully** 44:17

**duty** 29:3 41:11 61:2 63:5

**Dwayne** 115:22

**Dwyer** 116:21 118:6,7,8

**dynamic** 64:18

---

### E

**e-mail** 4:16,17,18 5:9,21 63:17

**earlier** 72:5 93:11 97:19

**early** 50:5 52:2,8

**Eastern** 44:18

**eats** 101:16

**echoes** 117:3

**echoing** 87:16 117:10 118:12

**edge** 128:5

**educated** 50:1

**effect** 95:22

**effectively** 90:11

**efficacy** 87:12

**effort** 26:9

**efforts** 33:20

**egregious** 33:1 38:7,23

**elaborate** 46:21

**elected** 15:5 22:4 94:6 115:8 120:22

**election** 47:3 93:7,11

**electronic** 52:6

**emanated** 56:13

**emboldened** 125:4

**embraces** 48:17,18

**emergence** 66:4

**emerging** 58:11 66:19

**emphasized** 124:20

**employees** 61:22



07/09/2020                                                                                   11

employer 97:10

enabled 113:2

enamored 16:21

encoded 117:18

encounter 124:5

encountered 33:12

encourage 42:23 108:9,13
  117:23 118:2

encouraged 47:16

end 71:13 102:12 106:23 109:4
  112:4,8 114:3 117:24 119:3
  123:14 124:8,11

ending 123:15

endless 123:24

enforcement 28:23 44:25 102:22
  120:15,16 126:13

engage 30:1 67:5

engaged 75:14

engagement 67:6

enlighten 27:25

ensure 66:7,10

entered 92:18

entertain 128:25

entire 25:14 34:4 93:3 98:4 102:1

entitle 29:9

entitled 29:8,14 94:15,19

entrenched 48:17

equally 49:6

erase 112:21

Eric 101:5,10 110:4

Erin 116:21 118:6,8

eroded 124:1

error 31:11 112:7

essentially 59:9 73:22 104:20

establish 25:15

established 27:18 28:11

establishing 65:22

ethical 122:21

Eugene 105:1

evaluate 64:15

evaluated 41:7 57:13

evaluates 89:22

evaluation 90:13

evaluations 39:13,16

evening 114:7

event 59:11

events 64:3 69:22

eventually 107:12

everyday 113:17

evidence 112:14

examiners 61:2

excellent 64:19

exceptional 48:9 68:23

excessive 5:4 110:8,12 112:11
  123:1

excited 48:15

excuse 31:2 80:5 107:2 111:23
  112:2 118:18 129:1

excuses 101:11,17 106:25

executed 112:18

executive 41:2 48:1 97:20 126:5

exercising 126:22

existed 75:13

existing 75:11

exists 121:5

exonerated 121:19

expect 118:7

expectation 81:18

expectations 70:3 71:2

expensive 118:14

experience 128:2

experienced 27:4,7 52:9 66:4
  103:4

experiencing 49:13 53:20

experiment 125:9

expert 101:15

experts 102:4

explain 93:15 94:22

explained 126:15

express 54:23 102:8

expressing 118:10

extend 25:17

extent 43:6

extra 90:6 111:17

eye 85:11

eyes 66:16

eyewitness 75:23 81:7 85:12
  86:9

---

F

face 22:11

face-to-face 67:9

faces 113:18 121:11

facial 55:5 56:15 57:2,4,6,9,17,21
  60:24 65:5,20 66:14,15 67:14,16
  70:4,7 71:3,19,24 72:6,9,11,20
  75:15,19 79:22,24 82:18,19 84:8
  86:18 88:20 89:7 90:14 97:1
  101:10,25 102:9,21 103:10
  106:24 107:3,8 108:9,24 109:4,
  25 110:22 111:10,15 112:3,5,9
  113:10 114:20 115:2 117:5
  119:23 121:4,15,20 122:9
  124:25 125:12 126:12,16

facilitate 100:2,3

facilitated 70:2 71:2

facing 22:18 89:4 90:3

fact 41:13 48:9 52:15 58:7,9

62:10 63:22 78:4 81:6 89:5
90:16,17

**factor** 51:9

**factors** 55:2 66:14

**facts** 56:2 66:17 69:2,23 70:24

**failed** 56:9 88:4

**failure** 4:22 81:15

**failures** 88:3

**faithfully** 17:24,25 19:18,20

**fall** 65:9 67:2

**fallen** 47:6

**false** 102:24 103:11 122:12,17

**families** 8:13

**family** 20:21 103:8 124:7

**Farr** 14:5

**fast** 81:12

**fatally** 47:8 104:17

**father** 124:7

**fathom** 49:20

**faulty** 125:6

**favor** 35:6 129:22

**fear** 69:7 124:3

**feature** 43:19

**feedback** 5:4,5,7

**feeds** 111:12

**feel** 38:17 54:18 109:2 117:12
127:11

**Feeley** 104:9,12

**feeling** 79:20

**felons** 52:18

**field** 41:4,5

**fight** 119:6

**fighting** 119:6

**figure** 76:5

**figured** 53:24

**file** 32:15,22 38:8 48:20

**filing** 5:1,11

**filling** 27:12

**final** 16:2

**finally** 48:24 67:13 115:10
127:19,20

**find** 50:19 58:10 85:18 86:13
88:7 94:20

**fine** 4:19 41:20 73:10 74:10

**finish** 26:12 94:12 120:7

**finished** 80:8

**fire** 114:8 118:2

**fired** 50:8 126:2,4

**firm** 59:10,24 62:19 63:24 96:17

**Firstly** 126:10

**fit** 48:3

**Fitzgerald** 14:20

**fix** 117:17

**flash** 119:11

**flaw's** 122:13

**flawed** 103:9 121:19

**floor** 40:4 46:25 80:15 111:25

**flung** 112:22

**focus** 70:1,25

**focuses** 71:9

**FOIA** 97:3 104:2

**folks** 34:22

**follow** 31:12 39:6 108:13 112:6

**follow-up** 75:17 97:3,5

**food** 32:13

**football** 50:2

**footprint** 59:21

**force** 38:10 83:11 109:15 110:8,
13 111:16 112:12 123:2 128:4,7

**foremost** 88:20

**form** 5:19,20 6:13 115:7

**forms** 6:24

**Fortunately** 81:3

**forum** 4:21 74:14

**forward** 23:9,10,14 24:11 26:7,19
27:10 34:3 66:22 73:15 78:10
84:18 87:17,24 89:24 91:14
92:24,25 123:6

**forwarded** 61:3 79:4

**fought** 124:18

**found** 55:19 66:5 72:11 105:23

**four-hour** 26:11

**Fourth** 113:7,16

**Francisco** 117:6

**frankly** 69:2

**freedom** 112:8

**fresh** 105:6

**Friday** 63:11

**friend** 126:4

**front** 50:7,9 96:25 103:7,8 119:20
121:11

**full** 86:14 98:9

**full-fledged** 94:19

**function** 106:15

**Funeral** 45:6

**funerals** 29:2

**furlough** 67:20

**furloughed** 67:20

**future** 42:24 102:2 105:12

---

### G

**Gabriela** 110:16 111:19,20

**Garcia** 21:15 68:10,13,14 93:7,8,
13 120:10

**Gardigans** 20:19

**garner** 66:17



**Gary** 36:18 121:24 123:7

**gave** 33:8

**general** 65:21,22 106:19 126:11

**generally** 50:10 54:2

**gentleman** 114:22

**gentlemen** 16:18

**gentrified** 121:14

**girlfriend** 50:3,9

**give** 21:19 29:13 40:18 47:10 48:22 54:24 55:17 78:14,22 86:25 94:10 98:6

**giving** 77:5

**glad** 24:6

**glaring** 81:5

**goal** 125:10

**goals** 70:3 71:3

**God** 7:24 8:1,2,3,4,6,8,9,10,13,14 127:14

**good** 4:5 7:11 14:15 16:17,19 21:2 22:4 28:25 34:23 54:12 64:7 84:11 87:22 102:6,16 104:16 115:16,23 119:6 123:8 127:7

**governed** 65:21

**government** 7:15

**grace** 7:24

**graduating** 44:14

**grainy** 90:17

**grant** 14:19 33:14 39:7

**grave** 102:11

**Graveline** 14:18 55:17 58:19,22 59:5,7 78:24 79:2

**gray** 50:20

**great** 8:10,15 26:24 92:17 110:19

**greater** 113:21

**greatest** 124:3

**Greco** 104:15 105:15,16,19

**Green** 106:24 108:24 109:8 111:14 113:12 114:3 117:24 118:13 121:15 122:10 123:14 124:2,8 125:12 126:11

**grew** 71:22

**Griffie** 8:21 9:8,9,10 10:15,16 13:3,4 31:23 32:10,11,12,25 34:15 35:23,24 37:9,10,11 38:1 42:11,12 43:20 44:1,10 46:12 74:8,11,12 75:16 77:1 87:17 92:20 129:17

**Griffin** 82:4

**group** 24:2 53:13

**groups** 53:16

**growing** 28:15

**guard** 81:7 85:14

**guess** 91:7,14 92:3

**guests** 15:11 21:11

**guidance** 115:24

**guidelines** 65:22 71:23

**Guinea** 102:3

**Gun** 44:19

**guys** 69:4 116:6 120:1 125:22

---

**H**

**Ha** 14:19

**half** 117:1

**Hamtramck** 116:25

**hand** 6:1,4,14 11:15 17:7 18:23 82:12

**handheld** 111:16

**handle** 105:2

**handled** 69:24 105:7

**handling** 63:16 75:18

**happen** 75:8 81:21,22 84:19 88:9 93:18,24 102:12 107:13 116:15 121:6 122:15 123:21 126:21,23

**happened** 32:7 55:22,24 56:21 62:1 64:6 65:2 74:22 84:12,21 85:15 91:24,25 92:5 108:12 109:12 110:25

**happening** 50:23 51:1 88:12 89:10

**hard** 23:3 27:16 49:20 50:18 124:18

**hardy** 48:22

**harm** 69:1 113:25

**Harper** 86:17

**Harvey** 45:8

**Hayes** 14:21

**he'll** 41:20

**headquarters** 89:8

**heads** 22:3

**health** 104:18,20,24 105:2,7

**hear** 7:20 10:24 23:22,23 30:25 56:5 70:14,15 101:7 103:19 105:16,17 108:6,19 109:21 110:17 113:4 114:15 115:13 116:22 121:1 122:3 124:12 125:16 126:8 127:5,20

**heard** 53:8 57:16 102:17 106:21 115:9 117:16 120:4 122:22

**hearing** 84:16 88:4 119:21

**heart** 105:14 121:6

**heartburn** 94:23

**heavily** 121:13

**held** 28:18 33:13 45:1

**helpful** 28:6 42:24

**Herman** 44:4,12 45:22 46:2

**Hernandez** 7:7,10 8:22 9:11,12 10:17,18 13:6,7,8 24:22 25:4,22, 25 26:1 27:9 35:25 36:1 37:12, 13 42:13,14 47:19 87:10,11 129:20

**high** 57:21 120:1

**high-powered** 50:7



**high-tech** 103:3

**higher** 102:25

**highest** 45:25

**highly** 41:15 45:16

**hire** 126:1

**hiring** 126:1

**history** 22:19 103:4 112:25 114:1

**hit** 61:11 71:13 72:20 90:14

**hold** 94:4,5 115:23 121:10

**holding** 81:22

**holdover** 93:23 94:4,15

**holds** 94:3

**holidays** 106:5

**Holley** 9:13,14,16 10:1,19,20
13:9,10 36:2,3 37:14,15 38:5
40:7,8,9,10,11 41:23 42:15,16
43:12 87:5,6,9 99:5,9,11,15 96:3
99:6,8,18 100:8 129:4,23

**Holt** 7:5,6,9,11,21 8:18,23 9:18,
22 10:2,23 11:5,8,13,17,21,23
12:5,9 13:16 14:3,11,24 15:3,12,
18,24 16:8,12,23,24 17:3,5,9,13,
17,21,25 18:4,7,11,15,18,21
20:15 21:3 26:21 31:17,19 32:24
33:3,5 34:12 35:7,10,11 36:10,
11,12,16,24 37:22 41:25 42:1
43:9 46:3,4,5,11 68:8 70:10,15
90:24,25 94:1 95:21,25 96:2
105:20,22,24

**Holt's** 93:14

**Holts** 9:17

**home** 65:6 72:8 103:8 126:17

**homelessness** 105:3

**homeowners** 126:17

**homes** 51:12,19

**homicide** 49:14,22

**honest** 116:12 117:8

**honestly** 114:23

**honor** 20:23 43:22 113:4

**Honorable** 14:15 16:15

**honored** 26:22

**honoring** 44:1,4 46:6

**hope** 22:13 33:2 34:25 39:6
94:24 95:19 105:9,13 123:2

**hopelessness** 51:20

**hoping** 121:18

**horn** 74:9

**horrible** 15:14

**horrific** 107:9

**host** 6:9

**hosted** 67:7

**hour** 5:22 84:6

**hours** 26:14 52:20 67:21 84:5
103:9 119:18

**house** 50:4,15 63:2

**Houston** 53:4

**Howell** 104:9,10

**HR** 97:1

**humble** 121:6

**hundred** 28:14 111:12

**Hurricane** 45:7

**husband** 124:8

———————————

**I**

**icon** 6:1,4

**idea** 101:24 109:25 114:23

**ideas** 48:18 125:22

**identification** 58:4 66:8

**identified** 24:20 59:10 61:10
63:16,20

**identify** 4:12

**identifying** 66:21 67:25

**Ignoring** 106:15

**ill** 104:22 105:4

**illegal** 120:20

**illegally** 113:17

**illnesses** 54:9

**image** 57:1,3 78:25

**images** 6:10 111:10

**imagine** 54:6 111:13

**immediately** 63:15 112:9 114:4
117:24 122:8

**impact** 51:10,17 53:7

**impacted** 53:3,4

**impair** 41:11

**impartially** 17:24 18:1 19:19,21

**imperative** 66:15

**implement** 66:6 67:5

**implementation** 88:3,5

**implemented** 67:2 77:11,12

**implications** 87:15

**implore** 122:8

**importance** 52:24

**important** 6:6 22:17 30:11 52:19
54:19 55:11 57:23 66:12 92:12

**improper** 75:15

**improved** 74:24

**impugn** 94:3

**in-person** 62:21

**in-store** 61:24

**inaccuracies** 107:12

**inactivity** 60:20

**inappropriate** 6:11 15:22 35:5

**inaudible** 4:12,13,16 5:2 123:17

**incarcerated** 52:21

**incident** 59:8 64:25 65:2 68:20
70:8,24 71:6 74:16 91:13,15
112:13



**incidents**  33:10,16,21 38:10 64:23 120:19

**incite**  53:14

**include**  62:17

**included**  25:11 62:11 114:1

**includes**  14:9

**incoming**  96:19

**increase**  54:8 110:9

**increased**  54:10 92:14

**indefensible**  68:25

**independently**  89:20

**indicating**  46:22

**indication**  15:10 41:9 102:2

**indignant**  126:23

**individual**  38:24 50:6 59:10

**individuals**  36:13 51:24 52:1 53:13 105:6

**Industry**  27:5

**ineffective**  118:14

**information**  5:2,8 15:25 16:5 34:8 40:19 50:19 62:22 66:17 71:16 77:6 86:11 97:17,21 98:11 104:1 105:8 119:7

**informed**  28:1

**inheritance**  107:6 122:13

**initial**  59:23 64:2 81:15

**initially**  63:2 76:11

**initiate**  74:1

**initiated**  75:6

**injured**  112:22

**injuring**  69:7

**innocent**  103:7 113:23 123:24 124:7

**Innovation**  13:21

**innovative**  105:2

**inquire**  65:12

**inquiry**  69:22 70:1,4,25 71:9 93:14

**inside**  85:25

**Inspector**  106:19

**installation**  15:13,16,20 16:15

**instance**  50:14 56:13 57:4 74:19, 22 75:21

**instances**  29:4 52:22 68:17 125:1

**instigate**  118:24

**instructions**  5:18

**instrumental**  33:19

**integrated**  71:20

**integrity**  45:15,23

**Intelligence**  60:23

**intent**  33:25

**intention**  113:12

**interact**  30:20

**interacting**  23:10

**interaction**  23:14

**interest**  73:14 92:8

**interested**  61:22

**interesting**  105:23

**interests**  26:23

**interim**  4:6 14:4 27:3 96:10

**interrogation**  63:13

**interrupting**  7:1

**interview**  55:15 63:7 64:1

**intimidation**  128:4

**introduce**  11:25 12:8 14:13 15:5 21:20

**introduction**  12:3,8 13:18 14:25

**introductions**  14:9,23

**invasion**  65:6 72:8

**invasions**  126:17

**invest**  125:13

**invested**  70:7 71:12

**investigate**  108:16

**investigation**  55:19 56:5,7 58:21 60:14,19,21 63:21 65:10,16 69:23 70:23 71:6 72:19,22 75:7 76:3 78:8 81:1 86:14,23 87:17 88:1 92:3 109:12

**investigations**  5:12 65:19 75:18

**investigative**  56:3 57:7 61:5,14, 20 62:14 65:7,8,11 66:8 72:12, 17 81:1

**investigator**  5:13 14:5,6,7,8 27:6 60:3,13,22 61:16,17 65:9

**investigator's**  62:11

**investigators**  50:18 126:20

**investment**  71:22

**invite**  25:17

**invited**  6:9 7:17 15:11

**invocation**  7:18,19

**involved**  25:12 57:24 76:3 85:15

**involvement**  63:8

**involves**  66:24

**involving**  55:21 86:23

**irrelevant**  107:4

**isolated**  53:13

**isolating**  51:3

**isolation**  53:5

**issue**  30:12,22,23 46:22 69:12 76:7 81:13 82:17,18,19,21 90:16 91:9 93:7,9,10 99:22 124:24

**issues**  22:17 32:5 43:4 46:19,24 51:7 56:12 66:22 68:1,2 71:5,8 80:18 81:5 86:5 88:6 94:25 104:18

**item**  30:9 31:3 43:10 44:9 55:4 95:3 96:14 97:23

**items**  8:19 59:25 96:10,14,19,24 98:5



JW  121:24,25

**J**

jail  119:17

jails  51:24

James  7:18,19 14:3 27:1 64:5,8
87:24

January  62:25 63:12,17 84:12

Jermaine  13:24

Jesus  7:24 8:16 13:7

job  23:4 28:25 48:11 54:22
100:1,3 126:3

Jody  115:20

John  15:14

Johnson  36:18 41:14 47:23
48:14

join  4:14 6:8 8:9 16:20

joined  21:11

joining  6:7 7:15 27:10 127:20

joke  111:23

Jones  9:15 10:21,22 13:11,12
21:19,21,22,25 22:6 23:9,17,25
24:7,21 26:3,7 27:9 36:4,5
37:16,17 42:17,18 47:19 87:21,
22 89:5 90:20 96:18 115:22
116:1,5

Jonya  14:1

Joy  34:25

Jr  36:18

judge  15:14 16:15,17,20,25 17:4,
6,11,15,19,23 18:2,5,9,13,17,19,
22 19:1,3,6,10,14,18,22,25 20:4,
8,12,14,16,18,22 114:1

judgment  41:20 45:4 108:22

July  4:2,11 62:3 79:8 98:14
100:12,16 105:25 106:6

June  15:23 106:11 112:13 114:7

justice  28:19 38:15

justify  125:8

**K**

Kasey  127:3

keeping  7:25 47:15

key  56:12

killed  49:25 119:13

killing  50:8

Kim  120:12

kind  50:2 54:24 89:9 91:14
114:24

king  43:23,25 44:5,12,15,20
45:1,11 46:2,7 49:1

King's  45:22

knew  79:25

knowledge  79:24

Korobkin  101:6 102:15,16,18

Kyra  34:25

**L**

lab  79:4

lack  56:9 81:16

ladies  16:17

language  118:19

lantern  121:9,10

large  53:8,25 54:15 102:10
104:25

Largely  54:2

larger  54:3

Lasonya  14:6

lasting  22:22

late  50:13

laughter  123:15

Laura  119:2,4

law  16:6 18:13,15 20:8,10 21:15

28:23 44:25 102:22 120:15,16
126:13

Lawrence  14:5 21:15 27:6 68:10
120:10

laws  6:23 17:16,18 19:11,13
121:10

lawsuit  55:10 68:19

lawsuits  83:9 107:19

layer  88:8 89:11 90:7

layers  89:9 119:25

lead  34:2 61:5 65:7,8,11 66:15
72:12,17 107:9

leader  41:3

leaders  15:6

leadership  26:24 27:1 41:5,15
47:14 48:20

leading  34:3 83:15 91:7 116:7

League  45:5

learn  78:9 123:12 124:5

learned  74:16 119:19

learning  119:18

lease  94:12

leave  124:7

leaving  50:15

left  50:4 58:4 61:12

legacy  27:17 116:6 121:16

legal  14:2 16:3,7 46:23 69:12
84:11 102:19

legendary  27:12

leisure  74:2

letter  17:1 18:24

letters  45:9 97:2

letting  106:25

Levan  60:14

level  68:18,21 69:7 90:15 103:3

levels  5:6 54:5



Lewis 96:15,16

liability 69:1

License 44:19

Lidell 14:22

lieutenant 21:13 27:22 36:18
37:24 41:1,14 47:13 92:4

Lieutenants 21:14

life 29:1

lifelong 25:8 45:24

lifetime 22:13

light 50:6 106:24 108:24 109:8
111:14 113:12 114:3 117:24
118:13 121:15 122:10 123:14
124:2,8 125:12 126:12

lightly 91:21 92:17

lineup 62:8 121:18

Lisa 28:6 108:4

list 15:8 38:9 39:15 78:14 83:9

listed 96:10,15,20,24

listen 127:9

listening 48:21 127:14

lit 121:10

litigation 68:18 91:8

litigations 39:20

live 8:11 22:24 67:14 94:21
110:21 116:25

lives 101:19 112:19 123:24

living 25:20

Liza 108:21

lobby 98:17

local 112:17

locate 95:5

locating 68:3

location 109:9

locked 79:19 103:8

logging 4:19

long 20:18 28:8,9 30:18 32:5
62:16 79:17 94:18 107:8

long-term 125:7

looked 51:5 76:19

loop 89:1

Lord 7:23 8:1,2,3,4,6,8,9,10,11,
13,14,15 20:21

Los 53:18

lost 50:4 123:24

lot 48:19 51:11 53:19 58:9 68:21
94:23 116:8 117:3,7 123:2,12

loud 93:16

love 8:10 25:23 40:5 123:3
127:14

lower 33:20

lucky 122:18 124:6

lunch 101:16

---

## M

Madam 7:5 9:17 11:3,6 12:2
13:14 14:10 15:9 16:1 18:19
36:23 41:25 68:6 70:12

made 23:2 41:7 52:17 56:18 58:5
60:22 89:8 94:24 100:1 110:7
116:3

Madrigal 14:7

magical 114:24

major 45:5 48:12 49:12

majority 53:9 54:18 112:6

make 5:25 6:3 27:25 43:1 49:5
52:7 57:18 74:7 80:24 88:9 90:8
95:21 99:8 100:6 106:25 109:2
114:24 115:23 121:21

makes 125:13

making 4:25 26:9 40:13 64:2
76:22

man 49:24 50:3,15 84:13 103:7

manage 43:2 53:25

management 69:17 81:16,19

manager 61:25 62:1 64:16,18

manner 23:12 77:13 129:8

manslaughter 112:15

Mapp 13:23

Marcella 14:3

march 53:9 60:17,21 79:4,5

Mark 13:12 21:13 47:13,19

marred 125:2

Martin 21:19,25 22:6

mass 29:6 121:21

Master 49:4

match 72:10,21 103:11

matches 102:24

matter 28:4 46:23 55:9 72:22
73:15 78:4 82:23 86:8 88:18
92:24

matters 48:20

mayor 8:6 23:11 26:25 30:24
56:19 80:23

Mayor's 22:16

Mccalister's 21:13

Mcginnis 14:20

means 20:24 26:17 35:1 49:18
78:13,15

measures 66:6

media 29:13 56:8 68:20

meet 25:23 98:13 99:3 106:2,3

meeting 4:1,11,14,23,24 5:19
6:1,4,7,8,12,23 7:2,14,16 8:2
13:22 14:16 24:11 26:11,13,14,
19 29:18,23 32:17 33:7,13 62:1,
2 68:23 69:7 100:2,4,11,15,17
105:25 106:10,11,18 113:6
118:10 123:16 125:20 127:24

Meeting's 129:24

meetings 4:8 67:9 101:24 111:6
122:23 127:16



07/09/2020                                                                              18

**Melanie** 4:6 27:3 64:20

**Meli** 129:13

**member** 22:6 24:22 27:4,5,7 58:7
72:18 93:23 94:2 119:2

**members** 14:13 16:22 24:3 41:2
53:16 111:16 122:22,25 124:18

**membership** 47:16

**memorandum** 16:7

**men** 41:16 47:15 54:21 79:18
110:11 113:23

**Menning** 103:16 104:7

**mental** 54:9 104:18,19 105:2,7

**mentally** 104:22 105:3

**mention** 21:10 62:21 115:5
117:16

**mentioned** 22:8 97:14 105:9

**merchant** 98:25

**merit** 45:3,25

**message** 96:8

**messed** 109:14 127:23

**met** 23:9 48:1 61:20

**Metropolitan** 44:14

**Michael** 67:25 69:16 110:16
112:24,25 116:20 117:15

**Michigan** 15:15 16:16 17:16,18
19:11,13 61:3,4,8,9 79:1 102:7,
19

**microphone** 5:5,7 68:4

**microphones** 12:17

**middle** 78:8 92:3

**Midtown** 59:19

**Mike** 26:25

**mile** 98:25 117:1

**Miller** 127:3,4,5,7

**million** 128:14,19

**millions** 104:22 125:5

**mind** 25:6 105:12

**minds** 8:3

**minister** 50:1

**minute** 31:13 86:20 100:21,22
101:19 103:23

**minutes** 6:19 8:20 9:24 10:3
11:11,12 30:22 40:13 99:10
106:10

**misconduct** 69:24 70:23 83:13
90:4 128:12,13

**misidentified** 113:24

**misidentify** 57:22 84:9

**missed** 49:5 82:1

**mistake** 79:19 124:6

**mistakes** 107:1 110:6

**misused** 123:18

**mitigate** 53:16 125:7

**mixing** 80:18

**mobile** 6:15 111:14

**Molly** 103:16 104:7

**moment** 68:4 69:20

**Monday** 63:12

**money** 109:17

**monies** 33:14

**monitoring** 13:21 52:6

**months** 55:24 60:20 72:2,3 76:12
81:9 85:20 116:2

**Monts** 101:6 102:5,6,7

**morning** 50:5 55:6

**motion** 8:20 9:21,23 11:3 31:16
36:8 37:20 42:21 46:17 74:7
95:21 99:8,13 100:1 107:15,22
128:25 129:17

**motion's** 99:17

**motions** 106:16 115:6

**motto** 28:11

**move** 21:9 26:7 30:9 31:3,20
36:17 37:22 44:2 46:5 56:7
57:15 60:11 73:15 78:9 82:16
85:3 96:9 100:5,8 103:17 104:4
122:8

**moved** 8:21,23 9:25 10:3 31:24
36:20 38:2 46:9 106:6 129:20,22

**moves** 89:23

**moving** 4:7 48:11 73:2 81:12
92:25

**MPOS** 49:2

**MSP** 67:16 79:4,5

**multiple** 60:16 89:8 102:8

**Munday** 96:15,17

**murder** 123:24

**murdered** 50:16

**mute** 5:5 12:17 111:24

**muted** 6:8 7:8

---

**N**

---

**n-detroit** 50:25

**narration** 59:6

**narrative** 74:17

**nation** 28:23

**national** 101:15

**nationwide** 104:17

**native** 25:9

**nature** 29:11 32:21 33:1 38:8,11,
23 74:15 100:23

**nay** 9:1,7 10:11,14 11:10,14
46:16

**needed** 71:14

**neglect** 75:9 92:12

**negligence** 91:3

**negligent** 75:3

**neighborhood** 99:2



neighborhoods 23:2 54:7

neighboring 45:13

Newell 104:14,16

newly 21:18,25 22:8 47:18

Newman 121:24 122:2,3,5

news 53:18 54:12 55:13 122:24

nice 120:6

Nick 104:9,12

night 49:25

Ninth 31:22 33:7,10,14,20 44:16,
17 48:7,11,15

Noah 104:15 105:15

non-criminal 5:13

non-fatal 49:14

nonviolent 89:2

NOTARY 130:1

note 4:7 11:19 15:17 41:22 76:18
92:19

noted 39:24 40:2 91:12

notes 60:18

notion 48:19 123:5

notwithstanding 28:21

number 6:2 41:7 52:18 54:3
66:10,13 67:7,9,19 80:13 110:3,
4 119:2

numbers 53:25 54:15 124:11

numerous 45:9 50:8

---

**O**

obey 24:17

observe 68:15

obstruction 38:15

obtain 71:16

obtained 49:4 63:24

occasions 102:8

occurred 59:9,12,14 60:1,21
62:17

occurring 71:8 127:16

occurs 66:11

October 44:21 59:12,14,15 60:1,
3,13,17

offense 32:20 33:1

offenses 72:8

offered 47:9 62:3

office 5:10,12 18:6,8 20:1,2
21:13 22:16 44:19 56:16,17
57:19 62:4,12,15,23 69:21
76:22,24 78:17 79:10 81:3,21
86:1,2 93:21,22 94:5,6 97:18

officer 44:15,20 47:7 62:8,9 64:1
81:22 84:19 90:3 91:4 92:9
108:17 112:15 115:22 116:1,6
123:1

officer's 38:8

officers 15:13,20 16:15 28:22,24
29:2 30:6 32:4,8,16 39:23 40:5
53:25 54:3,14 63:1 75:3 77:17
83:11 114:6,8 118:1,2 126:13,20
127:23,25 128:6,16

official 124:19

officially 18:20 109:18

officials 15:6 22:3

Ohio 47:7

one-dollar 52:22

ongoing 23:14 39:19

online 24:14 74:3

onset 124:24

open 55:4,16 68:23 69:7 105:11

opening 54:13

operating 78:2 101:22

Operation 44:16,18 69:21

operations 64:9,10 71:21

opinion 16:3 32:21 78:18 82:20

opportunities 74:24

opportunity 21:20,24 22:21 23:5
25:2,3,5,23 26:22 30:8,14,16
40:18 65:13 68:5 79:15 98:16
100:22

opposed 46:16

oppositions 102:9

opt 109:6

opted 89:1

option 55:11

options 6:16

oral 5:24 100:19

ordeal 103:13

order 51:11 83:25 85:5 99:12,15,
17,19 100:14 106:15,16 107:23
108:2 115:24

orderly 29:18

ordinances 6:23

Oregon 105:1

organizations 24:1 112:18

outcome 107:10

outcry 127:20

outgoing 48:10

outraged 34:23 114:5 117:25

outright 123:16

outstanding 28:22,24

overarching 65:23

overnight 75:8

overpaying 126:4

oversee 64:13 74:25

oversees 92:6,9

oversight 28:10,13,14 30:7 56:9
81:16,19 123:11

overstated 121:17

overturn 115:25 116:17

owner 116:14

07/09/2020                                                                        20

**P**

**p.m.** 4:3 5:23 100:16,18 129:25

**package** 98:3

**padding** 126:3

**pain** 110:2 111:1

**pandemic** 25:19 51:8,9,18,22

**paperwork** 78:18

**Paragraph** 106:1

**paragraphs** 62:16

**parameters** 66:10

**parish** 14:22 67:25 68:3,5,6
69:14,15,16,17 70:12,14,16
73:4,8

**Parks** 45:6

**parliamentarian** 107:25

**part** 23:6 24:5 39:18 47:16 51:22
62:11 63:21 64:9,14,21 89:25
102:10 112:17 113:11 120:14

**part-one** 65:6 72:8

**participants** 6:1,4,7 15:8

**participate** 120:22

**participating** 69:11 93:3

**parties** 50:13

**partners** 24:2

**partnerships** 25:16

**pass** 88:22

**passed** 9:21 11:3 25:19 36:8
37:20 42:21 67:11 116:2

**past** 25:2 39:19 83:10 110:25
119:10 123:23 125:2

**path** 119:15

**patience** 44:9 59:3 60:9

**Patrick** 124:16 126:7,8,10

**patrol** 44:16,18 63:1

**patted** 119:17

**pattern** 41:10

**pause** 21:18 31:13

**pay** 107:18 128:16

**paying** 94:14 128:15,19

**payouts** 83:10

**payroll** 126:3

**PD** 29:7

**peaceful** 22:24 53:10 118:22,23
128:7

**pedigree** 25:7

**peer** 66:11 67:17

**penalty** 75:10

**pending** 46:23 68:18 72:22

**pensions** 128:18

**people** 26:11 29:13 38:12 47:12
51:11,18,19 52:15 63:20 67:19
74:3 100:20 102:3,24,25 103:21
104:17,22 108:23 109:2 110:10
112:22 115:4 117:3 118:18
119:13 120:7,14,16 121:10,16
126:25 127:18 128:5

**People's** 101:18

**percent** 49:17,18 51:14 104:17

**perfect** 22:20 45:3,4 109:23
123:18

**perform** 17:24 18:2,4 19:22,24
41:11

**performance** 39:17 102:1

**perpetrator** 62:20

**perpetual** 121:18

**persistent** 121:5

**person** 24:13 25:23 27:5 38:17
41:10 58:5,17 62:4,19 63:14,24
75:23,24 76:6,9,20 80:18,19
81:4,10 84:10 85:15,19,21
89:12,21 92:13 121:12 122:18
126:4

**person's** 29:8

**personal** 30:5 52:21

**personally** 20:17 28:24

**personnel** 14:4 56:12 63:9

**personnels** 63:6

**persons** 89:15

**perspective** 72:23

**Petty** 119:3 120:25 121:1,3

**phenomenal** 33:9 48:11 54:22

**Philadelphia** 53:18

**phone** 4:13 24:18 28:5 63:16
99:4

**phonetic** 20:19 114:18

**phony** 126:3

**photo** 58:3,6 76:9,13,15 79:3
81:9 85:21

**photograph** 57:1 61:11 76:14
90:17

**photographic** 62:7

**photographs** 60:24

**pic** 62:21

**pick** 58:5 76:14

**picked** 62:20 76:13

**picking** 62:9

**picks** 76:9 85:20

**pigs** 102:3

**Pilgrim** 82:4

**place** 23:2 29:23 55:24 56:20
57:9 58:8,15,18 64:6,24 65:2
66:10 76:12 77:24 78:6,14,17,20
88:12,25 89:9 90:1,2,5 94:13,21
117:13 124:19,21

**places** 103:2

**plagues** 105:3

**planned** 112:18

**planning** 64:11,18

**Planning's** 64:12



07/09/2020                                                                                                21

plans 75:2

playbook 101:12

pleading 102:20

pleased 16:20 27:17 69:3 74:20
87:13

pleasure 14:25 95:14,16 98:7

pledges 113:4

plowing 119:14

point 24:12 58:24 60:10 62:6,25
63:5,9 65:4 73:6 75:24 76:21
81:8 82:1 87:1 88:2,6 89:16,23
93:5 97:18 104:6 105:22 127:11

pointed 48:8,25 59:8 60:16

points 53:25 54:1 56:6,22 106:15

pol 119:6

police 4:10 5:1 14:4,12,16 18:10,
12 20:5,7 22:1,15,25 23:16
26:25 28:17,25 29:2 30:6 31:9,
20 32:16 36:17 37:23 44:13,14,
15 45:12,16,19,20 47:6 53:25
54:3,14,20 55:23 59:16,19,22
60:23 61:3,4,8,9 64:13 65:24
67:4 70:19 71:15 79:1 81:17
83:9,18 84:7,14 86:1 87:24 89:2,
7 90:12 97:2 102:20 104:3,17
107:24 108:16 109:7,13 110:10,
23 111:8,9,16 113:2,9,14
115:10,18,21,22,25 116:8,9
117:25 118:10,23 120:18,24
122:7,9 123:21,24 124:5 126:19
127:19 128:3,12,13,15,16,17,18

policed 103:2

policies 4:21,22,24 67:5 74:22
75:18,19 79:17 101:13

policing 48:18 66:7 104:24
108:23 118:11

policy 55:23 56:15,20 57:3,8
58:14,16,18 64:6,13,15,16,22,
24,25 65:4,6,18,22,23 66:1,6
67:19 68:2 69:21 70:2,24 71:1,7,
10,18,23 72:4,6,11,23 73:17
74:1,23 75:12,13,25 76:2 77:7,
10,12,14,18,19,21,24 78:1,6,12,

15,20 79:6,8 81:17 85:13 86:8
88:3,4,5,9,10,16,19,24,25 89:3,
18 90:1,8,19 91:25 92:18 93:1,2
101:16 110:5 114:24,25 115:2
117:17,18,21 119:22 121:4
124:18,20,25 125:1 126:15
127:1

poor 81:1

pose 30:14

posed 80:9

Posey 62:7

position 22:1,11 33:25 38:12,18,
21 92:14 106:8 120:21

positive 66:15 76:18

possess 87:1

possibility 72:14,16

possibly 91:7

post 59:1

posted 6:23

posting 43:18

postpone 95:11,17

posts 47:3

potential 61:11 87:15

pour-in 123:24

Powell 7:18,19,20,23

power 7:25 50:4 58:24 60:10
73:6 97:18 119:7

practice 39:2

practices 64:14 101:22

practitioner 51:6

praise 7:24

pray 7:23

precinct 31:22 33:7,10,20 34:4,9
44:16,18,20,23 48:7,11,15 49:3,
25 56:25 58:12 60:2,4 62:7 63:6
87:3 91:13 95:4,6,18 122:7

Precinct's 33:15

predated 79:6,8

predates 92:17 119:22

predictive 108:23

prejudice 76:25 118:14

preliminary 63:19 72:23 86:25
97:11

premature 76:17

prep 46:18

preparation 16:7

prepared 93:12 103:22 125:7

preparing 22:23 59:1

presence 121:11

present 12:23 13:10 14:8 21:16,
23 34:1 53:16 62:9 125:19

presentation 33:9 55:7 58:24
70:22 77:23 97:19 125:21

presented 78:19 97:19

President 21:13

press 6:2,5 84:17

pressure 125:1

presumed 126:20

prevailing 125:3

prevent 5:4 7:1 88:12 109:1,24
111:24

prevented 124:21

previously 25:6

primary 64:12

prior 43:5,24 67:18

prison 79:19

prisoner 38:16

prisoners 110:12

private 109:11

privilege 98:18

proactive 66:6

probability 57:22



**probable** 57:18

**problem** 80:20 85:16 104:24

**problematic** 85:18

**problems** 73:6

**procedure** 78:2

**procedures** 101:22

**proceeding** 129:25

**process** 26:10 29:9,14 30:2,13, 18 43:3 48:9 51:2 64:21 69:11 75:5 76:19 85:3 92:11 93:11 111:2

**proclaiming** 101:12

**profession** 30:8

**professional** 6:21 30:4 45:17 69:24 116:13 129:8

**professionalism** 45:14,23 53:15

**professionally** 29:18

**profile** 115:4

**program** 113:12,13 119:25

**programs** 105:8 109:7

**progress** 64:2

**Project** 106:24 108:24 109:8 111:14 113:12 114:3 117:24 118:13 121:15 122:10 123:14 124:2,8 125:12 126:11

**promise** 115:24

**promote** 33:2 38:17 116:1 123:1

**promoted** 32:23 34:22,24 40:23 44:22 109:14 110:7

**promoting** 32:4 35:3

**promotion** 32:17 39:4,7

**promotional** 98:3

**promotions** 31:4 32:9 39:15,22 43:7

**prompted** 4:15

**proper** 66:7 88:11 104:23 108:1

**properly** 31:24 36:20 38:2 46:9

129:22

**property** 49:17,19 51:10,15 94:11,16

**prosecutor** 58:2,3 76:8 86:3 89:14 120:12

**Prosecutor's** 56:16,17 57:19 62:12,15,23 76:22,24 79:10 81:3,21 85:25 86:2

**protect** 115:24

**protections** 117:20

**protest** 84:5,6 128:8

**protesters** 84:2 108:16 115:18 118:17 119:8,12,14 127:22

**protesting** 120:14

**protestors** 109:13 114:7

**protests** 47:15 53:6,7,22 54:1,2,3 109:11 118:22 128:1,7

**protocol** 92:23

**proud** 20:25 22:6 25:9

**prove** 123:4

**proven** 123:4

**provide** 7:18 23:4 83:8

**provided** 75:10 98:9 119:9

**provokes** 50:11

**psychological** 51:17

**public** 5:17,19,23,24 6:6,16,18 21:21 22:15 26:11,12 29:25 30:24 43:4 45:14,23 55:7 56:8 74:4 80:24 101:23 103:24 104:24 116:3 124:1 125:1,10 127:9,20

**publicly** 53:9 55:8 56:18 57:20

**pulled** 92:11

**purchased** 70:6

**purpose** 33:25

**purposes** 102:22

**put** 27:15 29:1 30:19 38:11 43:2 66:2,20 88:11 92:13 107:14

123:6 125:24

**putting** 126:25

---

## Q

**question** 34:7,15,16,17 35:6 48:4 52:23 55:1 74:10 75:1,17 80:2, 10 82:2,11,17,23,25 83:6,18,20, 21,22 84:14 85:9 86:15 89:6 105:5

**questions** 30:15 73:16,24 74:6 76:10 79:16 80:12 82:14 83:6 85:8 87:7,25 97:16 107:21

**quickly** 12:6 47:12 93:15

**quorum** 13:15

---

## R

**racial** 113:20 117:18

**racially** 115:3

**racism** 120:15

**racist** 102:23,24 103:2,10 104:5 109:5 112:3 114:21 117:11

**radio** 59:22

**raise** 6:1,4,14 11:15 17:6 18:23 43:4

**raised** 41:8 93:10

**ran** 77:8,13 115:18

**rank** 31:21 32:17 34:13,14 36:10 37:24 41:11 44:22 45:2 48:19 49:4

**ranks** 31:4

**rate** 102:25

**rating** 38:10

**re-characterize** 72:13

**reach** 71:15

**reached** 63:1

**reaching** 28:5

**reacting** 128:5


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

07/09/2020                                                     23

read 32:7,15,22 43:21 85:13 91:1

reading 6:6

real 58:13

real-time 57:12 67:8,10 113:10

reality 79:18 92:21 113:14

realized 76:20 81:4

realtime 113:17

realtor 116:13

reason 58:2 127:15

Rebecca 110:15,20

rec 111:10

recall 33:8 85:24 124:23

receive 16:5 59:22 93:14 96:15
 97:15

received 15:24 16:2 40:19 41:9
 59:24 61:19 97:12 98:1 104:1

recent 96:14 112:12,13

recently 21:11 23:13 38:9,25
 105:25

recess 106:3

recipient 45:3

recognition 45:5,6,7,21 55:5
 56:15 57:2,4,6,10,17,21 60:24
 65:5,20 66:14,15 67:14,16 70:4,
 7 71:3,19,24 72:6,9,11,20 75:15,
 20 79:23,24 82:19 84:8 86:18
 88:21 89:7 90:14 97:1 101:10
 102:1,9,22 103:10 106:24 107:3,
 9 108:9,24 109:4,25 110:22
 111:15 112:3,5,9 113:10 114:20
 115:2 117:5 119:23 121:4,20
 122:9 124:25 125:13 126:12,16

recognition's 121:16

recognize 52:24 64:17

recognized 49:2 76:18

recognizing 88:2

recommendation 40:14 46:20
 88:8

recommendations 41:6

recommended 33:24 41:15
 48:12,13

reconsider 38:20

reconsidering 82:20

record 11:15,19 22:20 27:11
 101:9 129:13

recorded 67:14

recruiting 27:14

reduce 100:21 113:13

reduced 54:5

reducing 51:10

reduction 49:19 51:14

reductions 51:13,15

Reed 64:17

reference 26:6 29:20 82:23
 100:4,25

referencing 60:16

referred 72:20

reflect 11:15

reform 39:4 52:11,12,24 53:3
 97:3 120:23

refrain 6:21

refuse 127:8

refuted 72:14

regularly 105:24

rehired 126:5

reject 102:21

rekindle 24:6

related 83:10

relates 41:1 65:25 66:14 91:11,
 15

relations 13:25 33:7

relationship 24:6 64:19

relative 48:5 88:23

release 51:24 52:8

released 52:2,13,15,20,21 53:1

relegated 51:19

relevant 6:22

relied 72:15

Relief 45:8

relies 91:10

rely 57:20 72:19

remain 6:20 93:24

remainder 102:13

remained 51:12

remaining 48:6

remarks 26:8,18 54:13 81:15
 85:18 90:17

remember 6:12 67:7 82:6 116:6

remind 69:5,9 116:4 121:3

reminder 4:20 5:3

reminders 4:8 6:6

remiss 52:14

Remote 4:1

remove 44:7 121:17

removing 44:8

renewal 111:5

rent 94:14,18

renting 94:11

repeat 17:1 18:24 127:8

repeated 77:23

repeatedly 124:20

repeating 104:5

replace 34:9 49:6

replaced 93:19,23,25

report 21:8,10 30:10,11 31:10
 47:6 49:8 53:8 59:13,23 62:11,
 14 66:22,23,24,25 67:1 97:2

reported 81:6

reporter 13:22

HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

**reports** 38:8 55:14 64:11 66:20, 23 68:20

**represent** 107:23

**representative** 61:21 64:20

**representatives** 111:1 115:8

**representing** 14:3 21:12 26:23

**reputation** 125:2

**request** 5:23,25 6:3 57:11 60:22 61:3 71:15 75:23 97:3,10 99:3 104:2 127:13

**requested** 58:1 74:13 119:7

**requesting** 16:6

**requests** 67:17

**require** 65:5

**required** 66:19 101:18

**requires** 4:24

**reroute** 127:25 128:7

**research** 101:22

**researcher** 51:5

**Reserves** 49:4

**resident** 25:8 108:8 110:21 111:21 114:19 118:9 122:6

**residents** 40:6 121:17

**resign** 93:19,25

**resigned** 93:22

**resistance** 124:24

**resolution** 31:5 43:12,14,15,17, 21 44:1,4 45:21 46:6

**resolve** 22:17

**resolved** 43:5 45:18

**resources** 84:10

**respect** 29:24 40:6 70:3 71:3

**respected** 45:16

**respectful** 6:20

**respond** 40:24 41:1 80:17 82:17

**responded** 59:17,19 61:5 76:24

97:11

**respondents** 16:5

**response** 30:21 32:12 52:25 53:3 78:12

**responsibilities** 64:10

**responsibility** 64:12,14 65:9 92:14

**responsible** 33:13 52:4 89:15 128:15,19

**rest** 109:19 118:3 123:11

**result** 4:23 6:11 75:12 123:19

**resulting** 50:14

**results** 87:18 102:2

**retired** 43:22

**retirement** 29:6 44:23 46:6 49:1

**retiring** 44:2,4 54:14

**returned** 61:7

**Reverend** 40:7,9 82:4

**review** 15:7 66:11 85:24

**reviewed** 85:20

**reviewer** 67:18

**reviewing** 7:14

**Revision** 125:18

**Richard** 121:24 122:5

**Richards** 14:2

**ridiculous** 114:25

**rifle** 50:7

**right-hand** 61:6

**rightfully** 28:20

**rights** 44:19 94:16 113:16,22 126:22

**rigor** 90:7,12

**riles** 106:14

**Ringwald** 110:15

**risk** 113:25

**roads** 83:15

**Robert** 13:24 103:15 107:22 108:11 119:16 123:18 124:2,4

**robust** 111:11

**Rodd** 101:6 102:6

**Roger** 108:4

**ROI** 125:8

**role** 92:6

**roll** 8:24 10:5 35:8 36:22 41:23, 24 100:8

**rolled** 126:19

**Rosa** 45:6

**Rosalia** 14:7

**rounds** 50:8

**routine** 86:8

**Roy** 21:12

**rubber** 118:15 119:12

**rude** 129:9

**rule** 99:16

**ruled** 100:4

**rules** 108:1,13

**ruling** 99:11,14 106:16 107:22

**rulings** 100:6

**run** 84:2

**Russell** 31:21 32:22 33:8,24 41:14 47:23 48:16

## S

**sad** 50:10 111:23

**safe** 99:2 125:14

**safer** 23:3 109:2 117:12 121:21

**safety** 114:8 125:10

**San** 104:25 117:6

**sat** 119:17

**save** 109:19 118:3

07/09/2020                                                                              25

SCD  108:17

scenario  103:6

scene  76:7

scenes  52:3

scheduled  98:13

schooling  25:10

schoolteacher  50:1

screen  6:14

script  31:12 43:17

scrolling  12:6

scrupulous  72:1

scrutiny  28:19

searched  49:3

searches  117:20

searching  113:17

seat  93:20 94:3

seats  27:12

second-class  94:2

seconded  100:1 129:22

secret  49:9

secretary  4:6 27:3 96:10 100:25

Section  44:16,18 61:18 69:17 106:1

security  58:7 59:10,24 62:4,8,10, 19 63:24 64:1 76:6 81:7 85:14

Sedan  50:20

sees  81:8

seized  128:17

selected  120:22

selects  81:10

sending  106:18

Senior  14:7

sense  51:20

senseless  50:12

September  77:7,12,24 78:13

88:17

Sergeant  45:2 49:4 96:18

Sergeants  21:14

serve  8:14 28:23 29:5 30:7 41:16 44:23

served  27:20 44:17 45:1,11 94:5

service  6:22 20:25 45:14,23

Services  69:17

serving  7:12 20:17 27:16 48:13

session  55:9

set  61:23 65:21 66:16 95:19

setting  71:23

settlements  128:17

severity  32:21 87:14

Severy  14:21

Seyalo  104:9

Shacara  13:23

share  15:6 58:24 59:5 96:12

shared  24:13

shared-screen  43:19

sharing  25:6 69:10

Shea  104:9

sheet  5:21,25 6:3,13 59:25

shield  120:16

Shinola  56:24 59:10,13,15,18,24 61:1,21 62:18 63:15

Shirley  12:19

shocked  118:4

Shoe  98:25

shooting  49:14 50:13 52:5

shootings  50:13 110:11

shop  99:1

Shopping  98:24

shot  29:2 47:8 50:25 104:17

shots  63:15

show  41:9 61:24 98:25

showing  107:12

shown  41:10 47:13 114:21 115:3 117:10

shucks  123:21

Shut  125:12

sic  56:18

sickening  101:14

side  44:7 61:6

sign  5:21 57:19 89:13 125:5

signature  84:20

signed  56:17 58:2 62:23 79:9 81:2 84:20 86:4

significant  49:13 113:25

silence  6:25

silenced  107:16 118:4

silencing  107:20 108:14 127:17

similar  4:19 70:8 71:13 91:13

simple  65:14

simply  123:25

simultaneously  111:13

single  84:9

sir  7:21 16:24 17:3 21:4,9,16 24:1 32:2 34:19 38:6 40:9,21 58:22 59:2,7 68:12 69:10 79:20 83:23 85:8 86:15 95:1,10,16 97:7 101:8

sister  115:20

sisters  29:17

sit  41:6 50:11

sits  88:16,24

sitting  24:12 89:3

situation  39:19 55:21

six-pack  61:25

size  54:4

slated  92:10



07/09/2020                                                          26

slavery 121:9

slide 60:5,6,15 61:6,13 62:13
63:11 72:24,25 73:3

Sloan 14:7

sloppy 56:2

small 53:13 104:25

smart 5:21,25 6:3,13

Smith 110:16,17,19,20 114:10
115:12,13,15,20 116:17

Smith's 115:20

social 116:25

software 113:11 119:23

solely 17:9 57:21

solemnly 17:8 19:3,5

solidarity 112:19,21

solve 109:24 117:21

someone's 112:8

something's 55:3

Sonya 31:21 32:22

sort 111:1

sound 55:15

sounds 7:1 85:10 126:18

Southwest 25:9 112:13

speak 5:24 6:19 21:24 23:6
24:21,24 25:2,3,5 34:10,11,14
40:12,18 47:9 50:5 59:2 63:20
79:17 88:13 93:7,8 99:25 100:22
107:22,23 118:20 129:2,9,15

speaker 6:18,20 101:5 110:15
120:4,6 124:10,12,14,17 128:9,
22

speakers 75:7 101:4 103:15
104:8,14 108:4 114:10 116:20
119:2 121:24 127:2

speaking 12:17 45:19 68:9 69:1
77:16 85:7 103:13 109:12
127:18

speaks 23:1

special 15:10 21:11

specialized 92:10

specific 65:25 69:23 70:23 71:24
78:22

specifically 25:8 106:13

specification 66:23

speech 6:10

speed 27:25

spend 30:22

spent 72:2

spirit 87:12

spoke 55:5 121:25 127:24

spoken 127:9

spread 51:25

staff 8:6 12:1,8 13:19,23 14:9
27:2,5,7 28:2 42:25 54:6 58:7
91:8,23 97:20 100:25

staffing 54:5

stage 32:4

stake 101:19

stakes 120:1,2

staking 111:2

stand 29:7 54:23

standard 78:1 101:21

Standards 69:25

standing 121:14

standpoint 65:17 75:4

star 6:2,5,15

stark 121:9

start 6:8 16:23 26:17 39:22
49:23,24 59:6 74:7 124:17
127:14

started 47:5 55:20 71:25 128:5

starting 24:4 47:14 58:10 91:5

state 17:1,16,18 18:24 19:11,13
25:10 26:19 59:16,19 61:3,4,9

67:20 71:15 72:10 79:1 89:2
90:12 106:19 118:11

stated 57:20 61:21 63:7 64:24
89:25 101:3,15,23 114:22 116:5
125:10

statement 83:7 103:22

states 17:12,14 19:7,9 28:15
29:15 45:1 106:1 113:5

statistic 104:19

statistics 107:11

status 93:15 98:2

stay 94:15,19

stay-home 51:11

steep 51:15

Stein 14:22

step 54:22 88:22

steps 92:21 112:4

Stewart 14:8,20

stick 82:11

stingrays 108:25 109:8

stolen 59:11

stood 50:7

stop 89:19 101:25 102:2 106:25
108:12,14 109:3,7,25 127:22

stopped 50:4,6,8,15 71:7 77:10

store 59:18 61:24 62:1

strategies 33:9,15

streamline 26:10

street 104:23

stress 56:23 57:6 86:6

striking 124:24

strong 15:14 16:16,17,20,25
17:4,6,11,15,19,23 18:2,5,9,13,
17,19,22 19:1,3,6,10,14,18,22,
25 20:4,8,12,14,22 49:6 88:24

struck 105:21



stuff  73:20

subjected  121:18

submission  79:7

submitted  16:4 62:11,14 75:22
79:2,3,8 97:16

successfully  33:16

sudden  39:14

suffer  123:19

suffered  29:4

suffering  110:3

sufficient  123:22

suit  112:6

Super  45:7

Supervising  14:5,6

supervisor  72:10 89:22 90:11

supervisors  39:14 45:9

supervisory  57:15 63:22

supplemented  97:23

support  10:1 17:11,13 19:6,8
26:16 29:9 31:23 33:23 38:1
39:12 46:8,10 47:9,23 54:20,21
64:9,10 69:21

supported  10:3 31:25 46:10
54:18

supporting  33:14 54:19

supportive  28:7 33:19

supposed  85:24

surely  49:5

surprised  86:16 129:10

surprising  104:19

surveillance  67:1,15 103:4
108:22 109:7 111:12 119:19
121:8,21 125:8,11

survive  124:5

Susan  104:14 108:5 109:20,21,
23

suspect  65:12 76:23 89:21

sustained  58:16 75:9

swear  16:22 17:8,9 19:3,5

sworn  18:20 23:13

system  28:19 29:10,12 101:19
104:20 109:6 119:19

---

**T**

tactics  128:3

takes  93:20

taking  23:1 76:12 91:20 92:17
94:18

talk  49:15 51:16 53:22 56:8 57:25
58:20 64:5 82:21 84:18 91:22
129:14

talked  55:8 81:14 111:1

talking  30:22 49:23 51:13 109:5

tally  59:25

tape  81:8

targeting  121:16

tarot  114:25 115:3

task  69:20 70:22

Taski  14:21

Tawana  119:3 120:25

taxpayer  107:19 109:16

taxpayers  111:18 128:14

team  22:7 27:10 28:3 30:21 41:2
48:1 93:3

teargas  119:12

technical  60:7 70:11 73:5

technicalities  60:10

technique  101:14

technologies  126:13,16

technology  13:21 65:21,23,25
66:5,19,24 67:1,6 70:4,7 71:4,
12,20,22,24 72:6 74:25 102:1,9,
22,23 103:1,10 104:5 106:25

107:3,5,6,9,15 108:9 110:23
111:3,15 112:3,5,9 113:3,19
114:21 117:5,7,12,13,18,22
122:9,14,20 123:17 125:6,13

technology's  107:11

tedious  74:15

telefax  5:15

telephone  6:2,5 43:1 63:2

telephonic  59:13,20

televised  55:14

ten  55:23 67:22 76:12 81:9 122:7

tenancy  94:11,17

tenant  94:15,19

Tennille  21:12

Tenth  34:9 49:25 95:3,6,18

tenure  49:10

Teresa  13:25

term  93:21 94:5

termination  75:13 89:4

terms  6:22 26:15 27:13 48:24
49:10 54:4 92:21,22,25 98:7
120:12

tether  52:4

Texas  53:4 105:1

thankful  53:19

thanking  124:17

Thanksgiving  106:4

theft  56:24 57:8 58:8 59:9,15
61:18 62:17 78:4

theme  28:11

Theresa  116:20,24

thing  22:21 33:22 39:5 41:4
57:11 73:22 76:21 79:17 86:7
111:8 114:19 115:5 116:11
123:3

things  22:23 38:14,15,16 39:1,21
40:1 41:7 54:16 55:20 65:3,17
66:12 76:4 77:8,13 91:22 93:18,



07/09/2020                                                                                              28

24 103:22,25 104:6 110:6
116:14 127:13

**thinking**  49:24

**third-party**  86:10

**thought**  32:13 48:3 80:9 91:3
111:2

**thoughtful**  52:25

**thoughts**  120:7

**thrilled**  25:11

**Thursday**  4:2,11 100:12,16,17

**tickets**  120:13

**ties**  121:8

**Tiffany**  14:8

**time**  6:25 7:5 12:16,18 15:9,11
20:18 24:12,15 25:12 26:12,18
31:16 33:6,8,17 36:14,15 38:22
47:10,14 49:10 60:8 69:5,9 70:6,
8,13 71:11,12 74:2,5 75:13 76:5,
7 87:1 90:5 93:5 95:12 101:18
102:13 106:23 107:8 109:19
110:5 116:16 117:14 118:3,25
121:13 124:9 127:1,21

**timeframe**  29:19

**timeline**  32:19 56:6 63:19 64:2
65:15 98:7

**timely**  23:12 29:19

**times**  22:12 28:18 29:8 48:2
74:17 91:22 116:8 117:17
119:17 127:13

**tirelessly**  45:11

**today**  4:7 7:17 13:22,24 14:10
15:1 21:24 23:6 32:18 33:2 34:1
38:18 39:8,14 41:16 49:16 58:5,
9,15 64:22 66:1 69:22 76:4
77:20 78:19 81:1 88:17,25 89:18
91:5 94:25 97:18 105:8 113:6
115:16 118:5 119:7 121:20
122:23 123:13 124:23 125:5

**today's**  57:8

**toddler**  118:23

**told**  58:3 76:11

**Toledo**  47:7,9

**tolerate**  29:22 56:19

**tool**  57:7,16 88:21

**tools**  66:8

**top**  49:2

**torture**  110:12

**touch**  8:11

**tours**  67:10

**traced**  71:19

**track**  70:2 71:1

**traffic**  59:22 128:8

**tragedy**  50:23

**tragic**  55:21

**trained**  57:23 61:2 66:16

**training**  24:5

**transferred**  61:16,17

**transparency**  74:18 87:13 91:10,
16

**transparent**  91:6

**transpired**  28:16,22

**transpires**  29:11

**treatment**  104:23

**tremendous**  44:20

**trick**  101:11

**trouble**  50:2

**troubled**  29:8 113:9

**troubling**  85:10 86:13,21

**true**  4:18 103:6 124:4

**trumps**  74:18 110:5

**trust**  41:20 81:12 124:1

**tunnel**  127:12

**turn**  5:5 56:23 64:4 67:24

**turned**  67:22 104:3

**turning**  104:23

**Twenty-five**  104:16

**type**  32:16 104:4 124:25

---

**U**

**Uber**  103:2

**ultimately**  56:17 76:15 91:5

**unanimous**  47:22

**unanimously**  48:2

**unaware**  86:22 106:5,14

**understand**  41:8,18 51:3 56:11
69:12 74:15,23 79:19 125:6

**understanding**  86:3 93:12

**understands**  34:25

**Understood**  73:4

**undertook**  70:2 71:2

**underway**  75:6

**Underwood**  14:1

**unethical**  108:25 109:6 122:21

**unfinished**  96:22 97:25

**unification**  22:14

**unions**  128:18

**unique**  55:1

**unit**  60:4,23 64:11 67:17,18,21
92:5,9,10 115:25

**United**  17:12,14 19:7,9 28:15
29:15 45:1 113:5

**units**  111:16

**unity**  8:10

**University**  25:10

**unjustly**  109:17

**unlike**  29:7 54:14

**unmute**  68:4

**unmuted**  70:13

**unprecedent**  116:8



HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

07/09/2020                                                                                    29

unprotected  6:10

unprovoked  50:6

unreasonable  109:1 117:20

unusual  59:20 68:16

update  15:22 16:2 98:6

updates  116:3

uphold  105:22

upholding  123:10

uplifted  33:18

uprising  112:12

upset  129:14,16

uptick  53:21

upticks  49:13

urge  112:10 114:2,7,19

utilizing  65:20

---

**V**

vast  53:9 54:18

vehicle  50:8 118:1

vehicles  114:6

vehicular  112:15

Vice  7:5,6,11 12:9 15:20,21,25
16:23 18:9 26:20 28:7 31:19
35:10 36:11,23 41:25 47:2 70:12
90:24 91:18 94:6 105:20,22,24
106:8

VICE-CHAIR  7:9,21 8:18,23 9:18,
22 10:2,23 11:5,8,13,17,21,23
12:5 13:16 14:11,24 15:3,12,18,
24 16:8,12,24 17:3,5,9,13,17,21,
25 18:4,7,11,15,18,21 20:15
21:3 31:17,19 32:24 33:3,5
34:12 35:7,11 36:12,16,24 37:22
42:1 43:9 46:3,5,11 68:8 70:10,
15 90:25 95:21,25 96:2

victim  115:21

video  6:8,10 50:21 59:24 60:25
62:10,19 63:13,15 67:15 76:11
81:8 84:3,4 85:20 111:12 112:14

villainizing  127:22

violated  77:19 105:24

violates  108:1

violating  6:21 113:15

violation  58:15 65:18 75:12,25
76:2 78:5 86:18 88:18 89:3 93:2
106:7 112:7 113:21 115:7

violations  75:19 106:17 117:19
125:2

violators  118:17

violence  33:11,16,21 49:11,23
50:12 51:2,9 53:12,14,17,21
118:24

violent  49:11,16,18 52:3,13,16
53:7 54:1 65:6 72:7,8 88:19,21
90:18 107:4 112:21 118:21
119:23 120:19 126:17

VIPS  15:6 21:11

virtual  4:8 5:19

visit  49:1

visitor  113:16

voice  125:25

voices  115:9

volume  5:6 100:20

vote  8:24 10:5 11:10 32:9 35:8,
18 36:22 38:20 100:9 104:4
126:1

voted  38:20 123:1

voter  114:18

voters  116:4

---

**W**

waiting  74:3 80:12 103:25

walker  119:2,3,4 121:24 123:7,8

walkthroughs  67:7

wanted  21:10 23:25 24:19 31:3,6
51:3 54:24 57:6 69:8 125:19,22
129:16

warrant  58:1 62:24 72:16 75:22
76:8 79:7 85:12

watch  107:18

watched  63:12

watches  59:9,11

watching  22:19 92:1 101:13
112:25 113:3 120:9

Watts  27:15

Wayne  25:10 59:16,19 62:12,14,
23 63:17 79:7,9 81:2 120:12

ways  105:2 122:1

weapon  52:19 114:6 118:1

webinar  14:9

website  5:15,20 6:2,5

week  16:10 23:11 29:20 47:8
95:17,20 98:13 106:3 127:24

weeks  16:7 30:13 40:20 53:11,23
83:8 84:3 110:25 112:12 119:10
123:15 127:10 128:7

Wehner  116:20 117:15,16

well-versed  32:15

whatsoever  60:19

white  4:5,6 8:25 9:2,4,8,11,13,15,
17,19,21 10:5,6,8,10,12,15,17,
19,21,23,25 11:3,19,20,22,25
12:2,7,11,13,15,21,24 13:3,6,9,
11,14,17,18,20 14:11,17 15:3,5,
9,12,24 16:1,10,13 21:5,6,9,17
27:3 30:20 31:2,9 35:9,10,12,14,
16,19,23,25 36:2,4,6,8,23,25
37:2,4,6,9,12,14,16,18,20 40:20,
21 41:22,25 42:2,4,6,8,11,13,15,
17,19,21 43:8,14,18 44:6,8
55:17 58:23 59:1 60:6,7 64:5,7,
9,20 68:3 69:14 70:10,11,18
72:5,25 73:2,5 78:2,22 85:2 95:5
96:7,13 97:9,24 98:5 102:25
121:12

wife  103:12

William  13:1

Williams  55:22 61:10,25 62:20


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

63:1,7 76:19 79:20 81:10 97:6
99:9,25 102:12,14 103:6,12,15,
18,19,21 107:22 108:11 109:16,
24 110:2 119:16 122:12,19
123:18 124:2,4,21

**Williams'**  97:17

**Willie**  18:22,25 19:2

**Wilson**  64:17

**wind**  127:12

**Winn**  108:4,5,6

**witnesses**  63:22

**women**  41:16 47:15 54:21
113:23

**wondered**  125:22,24

**Wonderful**  25:24

**work**  20:20 21:2 22:16 23:3
26:22 27:24 29:10,16 50:17 56:3
57:24 60:9 61:15,20 62:24
65:10,16 69:4 72:1 81:2 92:22
108:10 109:1 115:1,3 122:21
127:1

**worked**  27:13,15 30:12 33:20
66:20 67:3,25 87:3

**worker**  116:25

**working**  27:2,16,21 28:3,6 35:1
50:18 63:25 64:19 66:13 67:20
72:3 73:2

**works**  103:1 122:20

**world**  28:16 121:14

**worn**  84:4

**worries**  44:10

**worst**  103:5

**worthy**  120:12

**write**  98:16

**writing**  30:20 43:2 93:17

**wrong**  79:21,22 80:19 85:13
109:10 120:1,20 123:4

**wrongfully**  84:13 103:7 119:16
124:22 126:24

**wrongly**  113:24

**Wyrick**  13:24 98:2,6

---

**X**

---

**XL**  45:7

---

**Y**

---

**y'all**  104:4

**Yea**  11:2 37:19 42:20 46:10,11,
14,15

**year**  84:8 94:13,17

**Year's**  106:4

**years**  20:19 22:22 27:16,21 28:6,
8,12 30:4 38:24 39:3 45:13,22
49:3 51:6 70:5 71:11 83:10
102:20 122:7,23

**yelling**  127:12

**yesterday**  64:23

**yield**  117:13 124:9 127:1

**York**  53:4 54:15

**young**  21:13 47:13 49:24 50:3,15
110:11 116:13

**Yvette**  82:4

---

**Z**

---

**Zoom**  4:8,14,15 5:3 6:13 14:16
16:21 23:10

**Zoom's**  4:21 6:22

HANSON RENAISSANCE
COURT REPORTERS & VIDEO

hansonreporting.com
313.567.8100