**Nathan Howell**
**04/06/2023**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT JULIAN-BORCHAK WILLIAMS,

    Plaintiff,

                           Case No. 21-cv-10827
                           Hon. Laurie J. Michelson

Vs.

CITY OF DETROIT, a municipal
corporation, DETROIT POLICE
CHIEF JAMES CRAIG, in his
official capacity, and
DETECTIVE DONALD BUSSA, in
his individual capacity,

    Defendants.

_____/

DEPOSITION DUCES TECUM OF NATHAN HOWELL

      Taken by counsel for the Plaintiff, at the City

of Detroit law offices, located at 2 Woodward Avenue,

Suite 500, Detroit, Michigan 48226, on Thursday, April 6,

2023, commencing at 3:06 p.m.

APPEARANCES:

For the Plaintiff:        JULIA KAHN
                       MICHAEL J. STEINBERG (P43085)
                       LAUREN YU
                       Civil Rights Litigation Initiative
                       University of Michigan Law School  701
                       South State Street
                       Suite 2020
                       Ann Arbor, Michigan 48109
                       (734) 763-1983
                       mjsteinb@Umich.edu

APPEARANCES CONTINUED:



HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

**Nathan Howell**
**04/06/2023** **Page 2**

```
For the Defendant:          PATRICK M. CUNNINGHAM (P67643)
                            City of Detroit Law Department
                            2 Woodward Avenue
                            Suite 500
                            Detroit, Michigan 48226
                            (313) 237-5032


Also Present:               NATHAN FREED WESSLER
                            American Civil Liberties Union
                            Foundation
                                          th
                            125 Broad Street, 18  Floor
                            New York, New York, 10004
                            212-549-2500

Reported by:                MEGAN PRICE, CER 9296
```

**Nathan Howell**
**04/06/2023**                                              **Page 3**

TABLE OF CONTENTS

WITNESSES                                                       PAGE

Nathan Howell

     Examination by Ms. Kahn                            4


EXHIBITS

EX-1 Notice of deposition for the City of Detroit        7

EX-2 Policy Review FRT                                   10

EX-3 DataWorks Plus Solicitation Software                12

EX-4 Deposition of Krystal Howard                        29

EX-5 Deposition of Jennifer Coulson                      29

EX-6 CIU Standard Operating Procedures                   50

EX-7 SOP Crime Intelligence Unit                         55

EX-8 MSP SNAP Biometrics Division                        62

EX-9 Non Disclosure Agreement                            64

EX-10 Face Comparison and Identification Training        66

EX-11 FBI Facial Comparison and Identification Training  66

EX-12 Complaint                                          72

HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

Nathan Howell
04/06/2023                                              Page 4

1          Detroit, Michigan

2          Thursday, April 6, 2023 - 3:06 p.m.

3                    -    -    -

4                NATHAN HOWELL,

5      HAVING BEEN CALLED BY THE PLAINTIFF AND SWORN:

6                EXAMINATION

7  BY MS. KAHN:

8  Q   Great. Well, I'm Julia Kahn. Nice to meet you.

9  A   Nice to meet you.

10 Q   So I'm going to be deposing you today in connection to Mr.

11     Williams lawsuit against the city of Detroit for his long

12     parole arrest. And as I said, my name is Julia Kahn, and

13     I'll be representing Mr. Williams pursuant to local rule

14     83.21. Before we begin, let me just say some introductory

15     words and lay out a few ground rules and then we can get

16     going. Does that sound good?

17 A   Yes.

18 Q   So I'd like to make sure we both understand each other and

19     that the court reporter understands both of us. So let's

20     agree to the following. We won't interrupt each other.

21     Please wait until I finish asking a question before you

22     give an answer, and I'll wait until you finish your answer

23     before we're asking my next question. Is that clear?

24 A   Yes.

25 Q   Please only give verbal answers. Is that clear?



Nathan Howell
04/06/2023                                              Page 5

1    A    Yes.

2    Q    If you don't understand my questions, please ask for

3         clarification and I can rephrase my questions. Is that

4         clear?

5    A    Yes.

6    Q    And Mr. Cunningham might object to some of my questions,

7         but unless he instructs you not to answer, you'll need to

8         go ahead and answer the question. Is that clear?

9    A    Yes.

10   Q    Okay. And then I'm also just going to lay out some

11        definitions for us. So, DPD or the department refers to

12        the Detroit Police Department crime intel, or CIU means DP

13        D'S Crime Intelligence Unit MSP means Michigan State

14        Police. The Shinola investigation refers to the

15        investigation into the October, 2018 theft of five watches

16        at Shinola that ultimately led to Mr. Williams arrest.

17             FRT means Facial Recognition Technology. FRT is a

18        computer program or algorithm that takes an input photo,

19        compares it against one or more stored images and attempts

20        to produce an output with one or more possible matches or

21        investigative leads. And a probe image or probe photo is

22        the image or photo that is fed into Facial Recognition

23        Technology in order to be compared against one or more

24        stored images in a database. Are these definitions clear

25        to you?



Nathan Howell
04/06/2023                                                    Page 6

1   A    Yes.

2   Q    Okay. You're free to take breaks. I only ask that you

3        please answer any question on the table before taking a

4        break. Is that okay with you?

5   A    Yes.

6   Q    And then this deposition is limited to two hours, so

7        hopefully we can get through everything fairly quickly

8        without the need for many breaks. Can you please identify

9        yourself for the record? What is your name and current

10       Position?

11  A    **My name is Nathan Howell and I am a Crime Analyst II.**

12  Q    And then have you ever had your deposition taken before?

13  A    **Yes, I have.**

14  Q    Was that as your role at DPD?

15  A    **Yes.**

16  Q    Okay. Have you had your deposition taken multiple times?

17  A    **Just one time, one another time.**

18            MR. CUNNINGHAM: You don't have to talk into the

19       cell.

20            **THE WITNESS:  I can't -- I'm not sure how close**

21       **I have to get to the phone.**

22  BY MS. KAHN:

23  Q    Is there anything that would prevent you from thinking

24       clearly and testifying truthfully today?

25  A    **No.**



**Nathan Howell**
04/06/2023                                              **Page 7**

1   Q    Okay. I'm deposing you today as a 30B6 witness. As such

2        You speak for the city of Detroit, is that your

3        understanding?

4               MR. CUNNINGHAM: All right. I'm just going to

5        place an objection on the record that Mr. Howell's

6        testifying in his capacity as an analyst.

7               MS. KAHN:  Okay. And, unless you mean to inform

8        us that Mr. Howell is not prepared to address the topics

9        on which he has been designated I'll proceed with this as

10       a normal 30B6 deposition.

11              So I'm going to introduce exhibit number 1.

12              (EX-1 marked for identification.)

13  BY MS. KAHN:

14  Q    If you could turn to page number three and look at topic

15       number 13. Could you please read item 13 in this document?

16       You can just read it to yourself. So this is the notice of

17       deposition for the City of Detroit as defendant in this

18       lawsuit, correct?

19  A    Yes.

20  Q    And it lists the topics on which the plaintiff has

21       requested to the city to produce 30B 6 Deponents, correct?

22  A    Yes.

23  Q    And you have been designated to testify on behalf of the

24       City of Detroit on that topic, correct?

25  A    Yes.




Nathan Howell
04/06/2023                                              Page 8

1  Q   Okay. And you do understand that the answers you provide

2      today are binding on the city, correct?

**3  A   Yes.**

4  Q   Okay. What preparation did you do for this deposition?

**5  A   I reread the face rec policy and standard operating**

**6      procedures for the Detroit Police Department.**

7  Q   Which, how much time did you spend reviewing these

8      documents or materials?

**9  A   An hour.**

10 Q   And did you bring any documents or notes with you this

11     morning?

**12 A   I did not.**

13 Q   Did you speak with anyone to prepare for this deposition?

**14 A   I spoke with Mr. Cunningham.**

15 Q   And anyone else?

**16 A   Nope.**

17 Q   Okay. And how much time did you spend speaking with them?

**18 A   Don't remember the exact time.**

19 Q   Approximately.

**20 A   Half hour to an hour.**

21 Q   Okay. So who is your current employer?

**22 A   Detroit Police Department.**

23 Q   And how long have you been with the DPD?

**24 A   Four years and 10 months.**

25 Q   And could you walk me through the positions you've held



1    with DPD?

2  A  Certainly. So I've been a crime analyst working on the

3     main Realtime centers floor doing midnights as an analyst

4     there. Then I moved to homicide for three years and I was

5     embedded with the Eastern Homicide squad, which covers the

6     fifth and ninth precinct. And how, excuse me, I am in

7     crime control strategies.

8  Q  And how long have you been there?

9  A  At Crime Control Strategies?

10  Q  Yes.

11  A  Roughly eight months.

12  Q  Okay. And what are your response -- what were your

13     responsibilities as a crime analyst?

14  A  I was responsible mainly for doing analytical work on

15     suspects workups, which would encompass their criminal

16     history, their social media, also doing non-fatal shooting

17     workups, homicide workups on those incidents. So

18     backgrounds on the location where it happened, witnesses,

19     victims, suspects and then assisting the investigators,

20     with their homicide investigation when I was in homicide

21     since I was embedded with them.

22  Q  Okay. Were you a crime analyst at the time of the Shinola

23     investigation?

24  A  Don't remember when it was.

25  Q  Okay. So, it was the fall of 2018 into 2019?



1   A   Yes.

2   Q   Okay. So, did DPD begin using FRT before they procured it

3       in house?

4   A   I don't know.

5               MS. KAHN:  So I'd like to introduce exhibit

6       number 2. Sorry, I think these got a little bit mixed up

7       since the last time -- you're right here.

8               (EX-2 marked for identification.)

9               MR. CUNNINGHAM: When you're looking at these

10      names, just answer what you know if you don't or go, don't

11      guess or speculate, just what you know and what you don't

12      know.

13              THE WITNESS:  Okay.

14              MS. KAHN:  This is Exhibit number 2. I think you

15      should have all of these, but let me know. Have them

16      again.

17              MR. CUNNINGHAM:  Yeah, good.

18              MS. KAHN:  Okay.

19              MR. CUNNINGHAM: Let me just make sure.

20              MS. KAHN:  Sure. It's just the policy review the

21      same order.

22              MR. CUNNINGHAM: They are --

23              MS. KAHN:  They should roughly. I mean.

24              MR. CUNNINGHAM: The same. They are the same. I

25      failed too - Well, preserve the integrity of my Exhibit



Nathan Howell
04/06/2023                                              Page 11

```
 1      order.

 2              MS. KAHN:  Me too.

 3  BY MS. KAHN:

 4  Q   If you could just turn to page seven. So under policy

 5      timeline, could you just read the first bullet point

 6      there?

 7  A   DPD began using Face recognition technology in using the

 8      state system. At the time, DPD had no policy directive

 9      specific to DVD's use of the technology.

10  Q   Does that seem correct to you?

11  A   I don't know. I didn't know that.

12  Q   Okay. So, in, did DPD have a contract with the company

13      that provides FRT software?

14  A   I believe so.

15  Q   what company?

16  A   I think it was DataWorks.

17  Q   Would it be correct to say that DataWorks is a platform

18      that integrates facial recognition algorithms from other

19      companies?

20  A   I don't know.

21  Q   Okay. Do you know what algorithms DPD was using when they

22      first contracted with DataWorks in 2017?

23  A   No.

24  Q   Okay. And in March of 2019, what algorithms was DPD

25      using through the DataWorks platform?
```



Nathan Howell
04/06/2023                                                    Page 12

1  A    **I don't know.**

2  Q    Okay. Does DPD have access to the FBI's FRT algorithm?

3  A    **I don't know.**

4  Q    Does DPD's version of DataWorks provide the ability to

5       perform an FRT search on a static probe image? Correct.

6  A    **Yes.**

7  Q    And when DPD first contracted with DataWorks DPD purchased

8       the ability to run facial recognition on live video,

9       correct?

10  A    **I don't know.**

11  Q    I'm going to introduce exhibit number 3. This is the

12       solicitation.

13  A    **Thank you.**

14  Q    Are you familiar with this document?

15  A    **No.**

16             (EX-3 marked for identification.)

17             MS. KAHN:  Can we take a two minute break really

18       quickly?

19             MR. CUNNINGHAM: Sure.

20             COURT REPORTER: We are going off the record?

21             MS. KAHN: Please. Thank you.

22             (Off the record)

23             (Back on the record)

24  BY MS. KAHN:

25  Q    Are you familiar with the statewide network of agency



Nathan Howell
04/06/2023                                        Page 13

1     photos?

**2  A   Yes.**

3  Q   If I refer to that as SNAP, will you understand what I

4     mean?

**5  A   Yes.**

6  Q   what is SNAP?

**7  A   It's far as I know Arrestee's. Mugshots.**

8  Q   Okay. And did DPD'S DataWorks platform interface with

9     snap?

**10  A   Yes.**

11  Q   And SNAP is maintained by MSP, correct?

**12  A   Yes.**

13  Q   As of 2019, what SNAP images could DPD access?

**14  A   Statewide.**

15  Q   Okay. And as of 2019, what SNAP images could DPD not

16     access?

**17  A   Everything not statewide.**

18  Q   Okay. Could MSP access the images that DPD could not

19     access?

**20  A   Can you repeat the question?**

21  Q   Sure. The images that DPD could not access, could MSP

22     access those images?

**23  A   I don't know.**

24  Q   Okay. Does running an FRT search through DPD'S data work

25     system as of 2019, did that have any advantages over



1    running an FRT search through MSP's data work system?

2  A    **I don't know.**

3  Q    And you are aware that SNAP database has both expired and

4    current driver's license photos in it, correct?

5  A    **No.**

6  Q    Okay. So crime Intel is the DPD unit that runs FRT

7    searches via DataWorks, correct?

8  A    **Yes.**

9  Q    And what is the process? When a DPD investigator wants to

10    have an FRT search run on an image?

11  A    **They will submit a request, to CIU crime Intel.  And then**

12    **a trained crime analyst such as myself will look at the**

13    **request and make sure it's follows policy and then submits**

14    **the image to, DataWorks, uploads it, runs face rec on the**

15    **image, and DataWorks, if there's a confirmed lead,**

16    **investigative lead from the number of candidates, that we**

17    **choose, a train, crime analyst, second crime analyst will**

18    **peer review it, and then you will either, confirm it,**

19    **let's say they confirm it, then it goes to a supervisor**

20    **for the supervisor to ultimately then approve.  And then**

21    **from there you create, a report and you send it off to the**

22    **requester.**

23  Q    Okay. And you said the request of that adheres to

24    policies. What did you mean by that?

25  A    **Department violent crime suspect in an ongoing**



HANSON RENAISSANCE
COURT REPORTERS & VIDEO      hansonreporting.com
                             313.567.8100

1       investigation.  Yeah.

2   Q   And was the process the same in 2019 for a DPD

3       investigator wanting to have an e t search done?

**4   A   I can't remember.**

5   Q   Okay. So you said that they send it to Crime Mental

6       Health, correct?

**7   A   Yes.**

8   Q   And how do they send it?

**9   A   Smartsheet Link.**

10  Q   And what is that?

**11  A   It's like an online Excel that is people can work on at**

**12      the same time. They'll send it through a Smartsheet form,**

**13      and then it populates a row in the Smartsheet.**

14  Q   And was that the same in 2019?

**15  A   I don't know.**

16  Q   And sorry, were you a crime analyst a -- crime Intel

17      analyst in 2019?

**18  A   Yes.**

19  Q   Okay. So you were doing the same stuff in 2019?

**20  A   It's been a long time. I can't remember if I was Okay. I**

**21      was doing, I moved to homicide afterwards, so I wasn't**

**22      doing exact same stuff.**

23  Q   Okay. And so you said the crime Intel analyst, they're the

24      people who had received the request. Is that correct or

25      who would receive it?



Nathan Howell
04/06/2023                                          Page 16

1  A    Yes.

2  Q    Okay. When a crime Intel member receives an FRT request,

3       what do they do next after what you just talked about?

4  **A    Like initially when they get the request, they, vet it and**

5  **     then they, essentially go through the, the process outline**

6  **     before with that request.**

7  Q    And do they always run a search themselves?

8  **A    Yes.**

9  Q    Would they ever not run the search themselves?

10 **A    Yes.**

11 Q    Why might they not?

12 **A    If they, if it's a bad still image and can't, or don't**

13 **     believe it will result in anything or it's blurry**

14 **     pixelated like a mask for instance, would be example.**

15 **     You're like, I can't run this, guy's wearing a mask,**

16 **     whatever. Don't run it.**

17 Q    So then what would happen then?

18 **A    You just tell the, requester that, sorry. Unless you have**

19 **     an image that's usable for facial recognition, we cannot**

20 **     complete this request.**

21 Q    Okay.  when crime Intel receives a request from a

22      detective, how quickly are those results processed? Is

23      there a sense of urgency?

24 **A    They can mark them urgent, but, no. I mean, it takes as**

25 **     long as it takes.**



1  Q   What is the typical turnaround time for processing a

2      request?

3  A   **I don't know.**

4  Q   Approximately.

5  A   **Can take an hour or two, a full eight-hour shift.**

6  Q   Okay.  And if it's marked urgent, how long would it take

7      on average or?

8  A   **An hour or two hours.**

9  Q   Okay.  if no FRT operators are present at crime until when

10     a request is processed, what happens?

11 A   **One of the on-call crime analysts will have to be**

12     **recalled, essentially to do it.**

13 Q   Okay. After getting a return on a search, do you send the

14     result immediately back to the requesting detective?

15 A   **If it's a positive lead and it's gone through the peer**

16     **review process and the supervisor process, after you**

17     **create the report, you send them the one page report.**

18 Q   Okay. And in 2019 after getting a return on a search,

19     would you immediately send it the result back to the

20     requesting detective?

21 A   **Don't know for sure.**

22 Q   How do they decide whether to run a search?

23 A   **The crime analyst?**

24 Q   Yes.

25 A   **If the, able to use, if the lead is, leave the probe,**



1       probe image is clear enough, and you believe it's be

2       accepted by the program and go through the process, then

3       you would submit it.

4   Q   Okay. So just to clarify, is image quality a factor in

5       deciding whether to run a search?

6   A   **Yes.**

7   Q   Are there other factors?

8   A   **Well, like, it has to be a part of a violent crime, active**

9       **investigation.  And that's, that's what I can remember**

10      **right now just off the top of my head.**

11  Q   Has crime until declined to run an FRT search for other

12      DPD personnel due to concerns with image quality?

13  A   **Yes.**

14  Q   Do you know how many times?

15  A   **No.**

16  Q   Could you approximate?

17  A   **No.**

18  Q   Is it very large or?

19  A   **I just have no idea.  I've never counted.**

20  Q   Sure. Is the rationale for declining to run a search

21      recorded in some way?

22  A   **Yes.**

23  Q   Does that kind of decision require review from another

24      crime until employ employee?

25  A   **No.**



Nathan Howell
04/06/2023                                                  Page 19

1  Q   Has crime Intel always had this policy?

2  **A   The current policy?**

3  Q   Yes.

4  **A   No.**

5  Q   When did it start?

6  **A   September, 2019.**

7  Q   And, do crime intel analysts have discretion on their own

8      to decline to run an FRT search?

9  **A   Yes.**

10 Q   Do crime intel analysts have discretion to send the

11     program image to MSP?

12 **A   No.**

13 Q   Who has to sign off on those decisions?

14 **A   A supervisor.**

15 Q   And who has the authority to make those decisions?

16 **A   To send it off to MSP, the supervisor.**

17 Q   Okay. Has that always been the case?

18 **A   I don't know.**

19 Q   Was that the case in 2019?

20 **A   I'm not sure.**

21 Q   So image quality can affect the reliability of results

22     from an FRT search as we've talked about, correct?

23 **A   Yes.**

24 Q   And I just want to walk through some of the factors and

25     ask if you think they affect the reliability of FRT



HANSON RENAISSANCE
COURT REPORTERS & VIDEO    hansonreporting.com
                           313.567.8100

Nathan Howell
04/06/2023                                    Page 20

1      results. So would dim lighting affect the adequacy of the

2      photo?

3   A   **Yes.**

4   Q   And would shadows on the face?

5   A   **Yes.**

6   Q   The angle of photo?

7   A   **Yes.**

8   Q   Occluded facial features by something like a hat?

9   A   **Yes.**

10  Q   Pixel density?

11  A   **Yes.**

12  Q   Image brightness?

13  A   **Yes.**

14  Q   Skin tone?

15  A   **We're not supposed to pay attention to illumination.**

16  Q   Okay. What do you mean by that?

17  A   **With illumination, you, because like you just all alluded**

18      **to, the lighting of an image will affect someone's skin**

19      **tone, their skin color, so in that regard, you can't look**

20      **at one photo and another photo, and just because one looks**

21      **lighter, darker, whatever, exclude the ones that are a**

22      **different shade or whatever, just because of that, because**

23      **it's affected by something within the environment outside**

24      **the photo.**

25  Q   Okay. So just to clarify, would skin tone affect the



1     reliability of FRT results?

**2  A     No.**

3  Q     And would race?

**4  A     No.**

5  Q     Are there any other factors that would affect the

6        reliability of FRT results?

**7  A     No. Maybe like glasses.**

8  Q     Okay.

**9  A     Like a full mask.**

10  Q    That might hurt?

**11  A    Might not, again.**

12  Q    So a probe photo that has one of these features is likely

13       to result in a less reliable FRT result, correct?

**14  A    Yes.**

15  Q    And multiple factors together could have a greater impact

16       on the reliability of the results, correct?

**17  A    Yes.**

18  Q    How does a crime intel examiner determine whether the

19       photo is of adequate quality to submit to an FRT search?

**20  A    You will use your training and I mean, essentially the**

**21       image pixelation is probably one of the biggest factors.**

**22       And so you use the training you have from the FBI, and**

**23       DPD, in order to determine image quality.**

24  Q    So like what from the training would you Use?

**25  A    The things, yeah, the factors that you mentioned, outline**



1      that you're supposed to look at in regards to image

2      quality along with trying to determine, when you're

3      looking at the photo, if you're able to adequately see, a

4      nose nostrils, lip shape, the vermilion, right above the

5      lip, ear shape, ear lobes, if they're connected or not

6      eyebrow shape, shape of the eyes, shape of the skull.

7          If you're able to adequately looking at those things,

8      make them out distinctively, without, comparing it to

9      another photos, the candidates from the program, if those

10     things are able to be adequately observed with your own

11     eyes, then you can run it or you say, no, I can't.

12  Q  Okay. And you mentioned the pixel quality too. Is there an

13     optimal range of pixels per foot?

14  A  No. I don't know that.

15  Q  Okay. And do you know if there's a sub-optimal amount of

16     pixels?

17  A  I don't know.

18  Q  Okay. So the factors you were just talking about, would it

19     be fair to call those subjective factors?

20  A  I don't know.

21  Q  Okay. Are there objective measures of pro photo quality

22     that can determine whether an image is suitable to submit

23     for an FRT search?

24  A  Well, it has to get in a face, I mean that would be well,

25     I would say I'm not aware of if there are other ones, no.



1  Q   Okay. So would the number of pixels between the eyes, per

2      se be a factor?

**3  A   I don't know.**

4  Q   Okay. Is there any setting or configuration in DataWorks

5      to limit probe photos to those where there are a certain

6      number of pixels?

**7  A   Oh, I have no idea.**

8  Q   Okay. Are there any other objective factors or measures?

**9  A   No, not that I can think of.**

10 Q   Okay. So, if a photo is not suitable for an FRT search, do

11     crime intel personnel ever process or alter the photo to

12     try to make it suitable for an FRT to search?

**13 A   At most, I crop it. I can't speak to if other people do,**

**14     but I don't believe so beyond cropping and maybe**

**15     brightness.**

16 Q   Okay. So what would you change about the brightness? What

17     would you alter there?

**18 A   Too light darkened. Too dark light.**

19 Q   And how does cropping help?

**20 A   Usually, the still image is, it's like a store, someone**

**21     walking in, for instance, to a store and so you'll get the**

**22     whole image. There will be a door and other people are**

**23     whatever, so you just want to crop it on their face.**

24 Q   Okay.

**25 A   But it's not putting everything together as, one image.**



1  Q    Got it. After the examiner has decided that the probe

2       image is adequate for an FRT search, what happens next?

3  A    **You will submit it to DataWorks, upload it, submit it,**

4       **whatever you want to call it.**

5  Q    And you mentioned the examiner would most likely crop the

6       image before uploading it to DataWorks?

7  A    **If they have to, if the image you receive is already just**

8       **of their face and not their whole body or something like**

9       **that, then you don't have to. But if it's not, then you**

10      **just crop it within DataWorks.**

11 Q    And what about any other alterations to the image?

12 A    **No.**

13 Q    Once the image is in DataWorks, does the examiner crop the

14      image within DataWorks?

15 A    **Yes, we, yeah. Cropping, DataWorks, I have a cropping**

16      **tool.**

17 Q    How does DataWorks know where the face is in the image?

18 A    **I don't know.**

19 Q    What algorithms does crime intel use for an FRT search?

20 A    **I have no idea.**

21 Q    So the examiner, do they choose which algorithms to use

22      within DataWorks?

23 A    **We just submit the image and hit search. So no.**

24 Q    So is there anything else the examiner has to do before

25      running the search and data works?



Nathan Howell
04/06/2023                                         Page 25

1  A    You have to, as I mentioned before, just make sure it

2       follows the policy.

3  Q    Okay. Do crime mental analysts receive training regarding

4       MSP's technology?

5  A    What part of the technology?

6  Q    SNAP, for instance.

7  A    We received training, but I can't remember if it's like

8       over, I guess SNAP.

9  Q    Okay. What does the training consist of?

10  A    Mainly how to use SNAP, what images are within SNAP, and

11       then like, image quality, stuff like that, what to look

12       for in the images as well. That sort of thing, I guess.

13       Pretty, yeah.

14  Q    Okay. Are crime mental analysts trained to understand FRT

15       results from MSP?

16  A    Yes.

17  Q    Are crime Intel analysts trained to reach out to MSP for

18       more information about an FRT search, for example, asking

19       for a supplemental report from MSP?

20  A    No, I don't believe we do that.

21  Q    Are you aware that such reports exist?

22  A    No.

23  Q    Do you ever generate a supplemental report yourself at

24       DPD?

25  A    Yes. Whenever I receive a positive lead and it goes



HANSON RENAISSANCE
COURT REPORTERS & VIDEO   hansonreporting.com
313.567.8100

1    through the process, I do a DOT, what they call a

2    supplement report.

3  Q   But even when you generate your own supplemental report,

4      you're not asking for them from MSP?

5  A   No, I don't request a supplemental report from MSP.

6  Q   Okay. So, you're not really seeking the existence of such

7      a report from MSP?

8  A   I'm not.

9  Q   Okay. And would the report, would it state how reliable

10      the match is?

11  A   I don't know.

12  Q   So the report that you generate, do those include

13      information about how reliable the match is?

14  A   No, there's no reliability scale that I produce.

15  Q   Okay. Do they have anything, regarding confidence

16      thresholds within your report?

17  A   No.

18  Q   So just jumping back for a second to DPD'S DataWorks, how

19      many galleries of possible matches come back?

20  A   Depends on the image, I guess. I mean, it can be anywhere

21      from 50 candidates to over, 100, 200. It can be any

22      number. There's no set number.

23  Q   Okay. So is it different every time?

24  A   Yes.

25  Q   Does DataWorks ever say the image is too bad for an FRT



1       search?

2    A   **Yes.**

3    Q   And then what happens?

4    A   **Usually it's negative lead, sorry.**

5    Q   Okay.

6    A   **To the officer --**

7    Q   Got it.

8    A   **Or requester if it's an officer in charge.**

9    Q   Okay. I'm sure they don't love to hear that, but

10   A   **They do. Not, but Oh, well.**

11   Q   Yeah, nothing you can do. So yeah, just turning back to

12       the supplemental report, what is in your supplemental

13       report?

14   A   **My supplement report outlines the date that I received the**

15       **request. The officer who sent me the request, where they**

16       **work at. Also, what crime it was for the report, number of**

17       **that crime, how many candidates I had. The fact that I**

18       **received a positive lead, my peer reviewer, who confirmed**

19       **it, and the sergeant who approved of the lead and where**

20       **they work as well as the day, time, it was approved and**

21       **that's it.**

22   Q   And, how long have you been writing Supplemental reports?

23   A   **Years.**

24   Q   So, would your supplemental reports have looked the same

25       in 2019?



**Nathan Howell**
04/06/2023                                                    Page 28

1   A   Yes. So if, I'm trying to think, if, 2019, yeah, they

2       might have had one line added where it says I submitted,

3       something about it being an investigative lead only into

4       the, officer, but that about it probably, I think.

5   Q   Okay. So if you were to submit a supplemental report in

6       March of 2019, that would've included information about

7       your supervisor reviewing the search and all of that

8       information?

9   A   I don't know. I honestly don't know if I did any then, but

10      I can't remember.

11  Q   Why did DPD start outsourcing request to MSP?

12  A   I don't know if we ever, I don't know if we, when we, I

13      don't think I was working there when we were doing that.

14      If this is from the thing or whatever, they did it.

15  Q   Okay. I'm sorry, would you just remind me when you started

16      working at Crime scene?

17  A   July 21st, 2018.

18  Q   Okay. Did MSP reach out to DPD for, to offer the use of

19      their FRT?

20  A   I don't know.

21  Q   Do you know if DPD reached out to MSP about using their

22      FRT?

23  A   I do not know.

24  Q   What is MSP's process for running an FRT search?

25  A   I don't know.



**Nathan Howell**
04/06/2023                                                    Page 29

1   Q    Okay. Is it standard practice for DPD and MSP to share

2        information regarding their FRT process?

3   **A    I don't know.**

4   Q    Was this standard practice in 2019?

5   **A    That I don't recall.**

6   Q    How many searches are run in house versus how many are

7        sent to MSP?

8   **A    I have no idea. Sorry.**

9   Q    No, it's okay.  is there a policy for determining when and

10       why a search would get sent to MSP?

11  **A    I don't know if there's a policy for it.**

12            MS. KAHN:  Okay. I'm going to introduce exhibit

13       number 4. This is a new one, Pat.  This is four, correct.

14       Okay. This is Exhibit number 4.

15            (EX-4 marked for identification.)

16  BY MS. KAHN:

17  Q    So, if you could just turn to the mini pages where it says

18       to 24-45. So if you could just start on page and read

19       through to mini page number 24-25.

20  **A    Do you want to read out loud?**

21  Q    You can just read to yourself.

22  **A    Great.**

23            (EX-5 marked for identification.)

24  BY MS. KAHN:

25  Q    And then I'm going to introduce Exhibit number 5.  If you



Nathan Howell
04/06/2023                                   Page 30

1      could flip to page 5, mini page 15 through 18 and just

2      read those to yourself.

3           So, those are statements from Krystal Howard and

4      Jennifer Coulson from MSP. Is that how you understand the

5      MSP procedure to work?

6   A  **I never knew it before.**

7   Q  Is that also how DPD's procedure works?

8   A  **Parts of it.**

9   Q  What parts?

10  A  **Judging, when running a photo looks like, from what**

11     **Krystal Howard's mentioning, but the other parts I are new**

12     **to me, the galleries and the algorithms I guess we're**

13     **talking about.**

14  Q  So has any of that changed since 2019?

15  A  **I have no idea.**

16  Q  Just to ask, in 2019, did DPD understand all of these

17     facets of the MSPs process?

18  A  **That I don't know.**

19  Q  And which parts were not known to DPD?

20  A  **I don't know what they don't know.**

21  Q  So when crime Intel runs a facial recognition search, you

22     first receive a probe photo from a detective or officer of

23     the person they're interested in identifying, correct?

24  A  **Not identifying, I'm going to say identifying,**

25  Q  What would you say?



Nathan Howell
04/06/2023                                          Page 31

1  A    Investigative lead.

2  Q    Okay. So, they're interested in creating an investigative

3       lead of, is that correct?

4  A    Yes.

5  Q    And do you speak to the DPD detectives regarding the FRT

6       search?

7  A    Yes.

8  Q    Are you aware of the changes -- sorry. Are you aware of,

9       are you aware of any changes when conducting the effort? T

10      search?

11 A    Don't know what the question means.

12 Q    Never mind, I'll just move on. Is it typical for a crime

13      analyst to alter the probe photo before putting it into

14      the facial recognition system?

15 A    No, not usually.

16 Q    And was it typical in 2019?

17 A    No, I don't believe we did. No.

18 Q    What are the differences between how DPD and MSP conduct

19      an FRT search?

20 A    I don't know. We do the peer review and the supervisor

21      review. I don't know if they do that. I honestly don't

22      know their process beyond what I just read in here.

23 Q    Okay. So, just to confirm, you get a raise from three

24      different algorithms, Correct?

25 A    I don't know.



Nathan Howell
04/06/2023                                                   Page 32

1              MR. CUNNINGHAM: What do you mean by you mean

2       him, or do you mean Mission State police.

3    BY MS. KAHN:

4    Q   Sorry. I mean, crime intelligence gets a raise from three

5        intelligence, from three different algorithms.

6    A   **I don't know. I don't know.**

7    Q   Does DPD pay attention to whether the photo is current or

8        expired?

9    A   **What photo?**

10   Q   The, investigative lead that's generated that photo,

11   A   **The mugshot?**

12   Q   Sure.

13   A   **Or, I guess what do you mean by like, expired?**

14   Q   So, if a photo returns as an investigative lead, did they

15       pay attention to the date that that photo was generated?

16   A   **Yes. The day of the mug shot.**

17   Q   And, if a license was to return, would they pay attention

18       to whether it was the current license or an expired

19       License?

20   A   **We don't receive the licenses as far as I'm aware of in**

21       **our searches.**

22   Q   Okay. And DPD doesn't habitually review other photos of

23       the suspect before returning an investigative lead or

24       factor into account that the algorithms did not identify a

25       match with those other photos. Is that correct?



Nathan Howell
04/06/2023                                                    Page 33

1   A   **You repeat the question, sorry. Sure. I it's kind of long.**

2   Q   So, when DPD receives an investigative lead, it's not the

3       custom to review other photos of the suspect that may be

4       within the database.  And take into account that the

5       algorithms did not identify a match with the other photos

6       of the same person.

7   A   **We review, photos of the lead. If I think someone's a good**

8       **lead, I do review and people, analysts review their other**

9       **photos, but I don't know about the algorithm part. I'm not**

10      **aware of what algorithms data works uses.**

11  Q   And was this the same in 2019?

12  A   **I don't know.**

13  Q   And DPD does not turn information about facial recognition

14      results to defense attorneys when they're potentially

15      exculpatory?

16  A   **I don't know. I'm not a detective or prosecutor.**

17  Q   So when DPD started using FRT in house, did DPD

18      immediately assign crime intel to run these FRT searches?

19  A   **I don't know.**

20  Q   Did crime intel receive any prior training on FRT before

21      this? Before they began using FRT in-house?

22  A   **I don't know. No. I'm sure they had training how to run**

23      **the software, but I don't know. I don't know beyond that.**

24  Q   Were there any policies regarding FRT that crime intel was

25      required to review when DPD began running FRT searches?



Nathan Howell
04/06/2023                                    Page 34

1  A    I can't remember --

2  Q    Any –

3  A    -- can't remember what there might have been, but I can't

4       remember what said.

5  Q    Any formal training?

6  A    I don't know.

7  Q    So for DataWorks, does the system ever fail to return

8       results?

9  A    Yes.

10 Q    Why?

11 A    Bad provision image still photos bad and it doesn't, run

12      it even, it just has not accepted.

13 Q    Any other reasons?

14 A    Not that I'm aware of.

15 Q    How many results are returned?

16 A    There's no set number.

17 Q    So it -- there's not, so it's just, however many that it

18      returns in that is unique and individual to that search.

19 A    Yes.

20 Q    So you're saying that the number of results would vary per

21      search?

22 A    Yes.

23 Q    Are you familiar with the term confidence threshold or

24      likely the threshold?

25 A    Confidence threshold. A little bit.



1  Q    Okay. Just so just to be clear and make sure we're on the

2       same page. So a confidence threshold is the minimum

3       confidence score needed for the facial recognition

4       technology system to consider an image to be a match or a

5       hit. That is, if the gallery of results includes only

6       pictures where the confidence score was above 95%, 95% is

7       a confidence threshold. And when we're talking about a

8       confidence score, that refers to the number or score

9       assigned by the facial recognition system to indicate how

10      similar two items are to images are or faces.

11           So, how similar those are to each other? In other

12      words, it's likely the, it's like the algorithm thinks

13      that the two images are the same person. So the threshold

14      means choosing a minimum score below which the system will

15      not return possible matches. So, does the DataWorks

16      interface display a confidence score for each image that

17      is returned as a possible match

18           MR. CUNNINGHAM: Using the definition that you

19      just told, correct?

20           MS. KAHN:  Correct.

21           **THE WITNESS:  Oh, I don't know. Based on**

22      **definition, if it does.**

23  BY MS. KAHN:

24  Q    Okay. In general, does it?

25  **A    There's a number beneath the photos.**


HANSON RENAISSANCE
COURT REPORTERS & VIDEO      hansonreporting.com
313.567.8100

Nathan Howell
04/06/2023                                          Page 36

1  Q    What is that number?

2  A    **I'm going to assume it's this confidence thing, but I**

3       **don't, I never knew if that's what it was called.**

4  Q    So it's visible to the examiner?

5  A    **Yes.**

6  Q    And, where is it?

7  A    **Just beneath the photo.**

8            MS. KAHN:  Okay. Now I'm going to introduce

9       exhibit number 6. Or actually, I'm sorry, let's turn back

10      to exhibit, I think it's number 3, the solicitation. Yes.

11 BY MS. KAHN:

12 Q    And if you could just turn to page 12 there. So that image

13      at the bottom, is that an accurate representation of what

14      the gallery looks like?

15 A    **Yes.**

16 Q    Okay. So is there one set of results that's returned or is

17      there more than one set?

18 A    **What do you mean by like, one set?**

19 Q    Of possible matches that come back.

20 A    **Like, like one row?**

21 Q    No. So how many galleries of possible matches would come

22      back?

23 A    **I believe one image.  I don't call them galleries, I call**

24      **them just candidates, but I guess one, I guess it's like,**

25      **that's one gallery, so one gallery per one image.**



1   Q    Okay.

2              MR. CUNNINGHAM: Can we go off the record for one

3        moment?

4              MS. KAHN:  Sure.

5              (Off the record)

6              (Back on the record)

7   BY MS. KAHN:

8   Q    Yeah, so just looking back at the image, if you see where

9        it says NEC above, the photos to the right of the larger

10       photo, do you see that in the little letters?

11  A    Yes.

12  Q    Is that normal that that would display that there?

13  A    I don't know. I don't know.

14  Q    Is there normally something that's displayed there?

15  A    I don't believe so.

16  Q    So are those numbers directly under each photo the

17       confidence score?

18  A    I don't know.

19  Q    Okay. And are the scores retained after a search is run?

20  A    The, all the searches are retained, so yes.

21  Q    And are the scores provided to the detective who requested

22       the FRT search?

23  A    No.

24  Q    And so you said the gallery of possible matches, it is

25       retained after a search is run?



Nathan Howell
04/06/2023                                                   Page 38

1  A   Yes.

2  Q   Is that gallery provided to defense counsel in criminal

3      cases as part of the city's pretrial disclosure op

4      disclosure obligations?

5  A   I have no idea.

6  Q   So when an examiner has a set of results from an FRT

7      search, what do they do next?

8  A   They examine, compare each candidate to the probe image

9      submitted, and make a determination on if any of them are,

10     any of the candidates are good investigative lead for the

11     probe image.

12 Q   Do they engage in a morphological comparison?

13 A   Yes.

14 Q   And what does that entail?

15 A   You look at the facial features, not to, but including,

16     skull structure, ears, eyes, eyebrows shape, eyebrows,

17     nose, nostrils, lips, markings, moles. That's, who I can,

18     name right now, but, features of the face essentially.

19 Q   Okay. Is the morphological comparison, reviewed by another

20     crime intel employee?

21 A   Yes.

22 Q   Who?

23 A   Another trained crime analyst.

24 Q   And what does that review entail?

25 A   Same thing. They look at the, investigative lead chosen



1      and, look at the same, morphological features of the face

2      and, make a termination on if it's, if the individualized

3      selected is good or not.

4   Q   Does the reviewer only compare the probe image to the

5      investigative lead image selected by the first examiner?

6   A   **Yes.**

7   Q   And is the process a result of the morphological

8      comparison recorded in any way?

9   A   **What do you mean by process?**

10  Q   So is the, once you have the result, the image that is an

11     investigative lead and you've done a morph morphological

12     comparison, that morphological comparison, is it recorded

13     in any way?

14  A   **We do a report at the end after the supervisor, after, he**

15     **gives you approval on the two, of two prime analysts said,**

16     **to the requester.**

17  Q   Okay. And what does that report include?

18  A   **It includes the image requester submitted the image in the**

19     **probe, the candidate, investigative leads image, their**

20     **information, demographic information, who they are, the**

21     **crime type, report number, date, time, everybody's names**

22     **who was part of the process. That's all I can remember**

23     **from it. And number of candidates that were in the, that**

24     **you chose the one person from.**

25  Q   Okay. So the review by the other crime intel employee,



**Nathan Howell**
04/06/2023                                                    Page 40

1    would they look freshly at the whole set of possible

2    candidate matches that the original review reviewer looked

3    at?

4 A  **No. They reviewed the investigative lead, the first**

5    **individual first crime analyst, analyst selected.**

6 Q  So could this review include looking at the final match

7    and not doing the analysis itself from the --

8 A  **No. They still have to do the analysis of the one image to**

9    **the, of the lead selected to the probe image.**

10 Q  Does the examiner ever determine that there is no match?

11 A  **Yes.**

12 Q  How often?

13 A  **I don't know a number or a percentage, but it does happen.**

14 Q  How frequently? Just approximately.

15 A  **Frequently. Frequently. I mean, number of times, yeah.**

16 Q  Okay. When an examiner determines that there's a possible

17    match, how do they communicate it to the detective or

18    officer who requested the search?

19 A  **When there's investigative lead, the examiner will, have**

20    **that report created when all the process is done and it's**

21    **been peer reviewed, supervisors reviewed it, and create a**

22    **report, and email them the report and say, this is only**

23    **investigative lead, please do, whatever they do with file**

24    **investigation to determine if it's the individual or**

25    **whatever.**



**Nathan Howell**
04/06/2023                                           Page 41

1  Q   Does an examiner ever provide multiple investigative

2      leads?

3  **A   No.**

4  Q   Why not?

5  **A   You only do one because otherwise it's not how it works.**

6      **You do one investigative lead. If there's no investigative**

7      **lead, that's it. You stop the process, you just select the**

8      **one. Doing two would not be beneficial.**

9  Q   So if a detective comes back and says that the

10     investigative lead is not the right person, does crime

11     ever provide a second investigative lead?

12 **A   No.**

13 Q   Is the examiner the only one who views the FRT search

14     results for a particular search?

15 **A   The initial crime analyst who does the search?**

16 Q   Yes.

17 **A   Yeah, the initial crime analyst who does the search is the**

18     **one that will pick the investigative lead.**

19 Q   Okay. Do crime Intel personnel sometimes send an image to

20     another agency to run an FRT search?

21 **A   Sometimes we send them to MSP.**

22 Q   So detectives know how to request an FRT search, correct.

23 **A   To crime Intel or to MSP?**

24 Q   To crime intel?

25 **A   Yes. Detectives know, to use the Smartsheet form.**



Nathan Howell
04/06/2023                                              Page 42

1   Q   To MSP?

2   A   **To MSP for detectives?**

3   Q   Yes.

4   A   **I think so. I don't know though, as I'm not obviously a**
5       **detective, but.**

6   Q   Do they know what Crime intel does with the probe images?

7   A   **Yes. We outline it and they should know from the reports**
8       **we send them.**

9   Q   Do they know the FRT identifications might come from MSP?

10  A   **Yes.**

11  Q   Would it matter to a detective where the results came
12      from?

13  A   **I don't know. I'm not a detective.**

14  Q   Probably not. Right?

15  A   **I don't know. I'm Not a detective.**

16  Q   But detectives, they just send the photo and they get a
17      result correct?

18  A   **To crime intel. Yes.  I'm not sure if, I guess detectives**
19      **consent to MSP by themselves, but, I think usually they**
20      **send it to in-house first, and then crime Intel would ask**
21      **a supervisor for approval to give it to, MSP to do.**

22  Q   Okay. So crime Intel decides what to do, right?

23  A   **Well, they, we decide, once you get the image, but the**
24      **detectives, if they're able to send it to MSP separately,**
25      **I guess they could, but I don't know.**



**Nathan Howell**
**04/06/2023**                                                      **Page 43**

1  Q   Okay. So crime Intel would either --

2             MR. CUNNINGHAM: Let's take a break.

3             (Off the record)

4             (Back on the record)

5             MS. KAHN:  We can go back on the record. Okay.

6  BY MS. KAHN:

7  Q   So, just to clarify, crime Intel would either, they decide

8      to either process it in-house or send it to MSP, correct?

9  **A   Yes, we can.**

10 Q   And we're going to talk about why Crime Intel might send

11     it to MSP, but Crime Intel processes the image one way or

12     another, correct?

13 **A   What's the or another?**

14 Q   As in they would either process it in-house or send it

15     out?

16 **A   Yes, we can process it or send to MSP.**

17 Q   So results come back either from MSP or from crime Intel,

18     and then Crime Intel sends those results to the detective,

19     right?

20 **A   Yes.**

21 Q   And would crime Intel ever run a search without a

22     detective's request?

23 **A   No.**

24 Q   Would crime Intel ever send a search to another agency

25     without a detective's request for a search to be run?



Nathan Howell
04/06/2023                                                        Page 44

1  A   As long as they have a supervisor approving it.

2  Q   So if a supervisor approved it, they could send a search

3      to another agency without a detective's request,

4  A   Request the detective requesting what?

5  Q   So if there was no detective request for a search to be

6      run, but a super, you just mentioned a supervisors.

7  A   No, you always need to have a detective, either the

8      officer in charge or, someone working for the officer in

9      charge that's working on the investigation requests that a

10     facial recognition search be run.

11 Q   Okay. So the impetus is always a police officer request a

12     search to be run, then it's run whether by crime, intel,

13     or someone else?

14 A   Yes. For crime intel too.  I don't know if they ever just

15     do it to MSP themselves.

16 Q   Okay.  so, what is the threshold that's set for the images

17     to come back? The confidence Threshold?

18 A   That, I don't know.

19 Q   What is the lowest score you've from ever seen?

20 A   I can't remember. They vary. I honestly don't know. I

21     can't honestly remember.

22 Q   And then just to jump back for a second, we were talking

23     about MSP. So they, when they run the search, they have

24     three sets of images that come back. Is that the same for

25     DPD?



 1  A   Okay. We get one set of images that come back, I believe.

 2  Q   Okay. So again, crime intel can run, can send the probe

 3      image to another agency to run the FRT search, correct?

 4  A   Yes. Just MSP.

 5  Q   What agency?

 6  A   MSP.

 7  Q   Okay. Any other agencies?

 8  A   None that I'm aware of.

 9  Q   FBI.

10  A   I don't know. I don't know.

11  Q   Are, what are the reasons a member of Crime Health would

12      send an image to MSP to run an FRT search?

13  A   As far as I am aware since they have licensed broader

14      database to send to them based on this, it sounds like

15      they have the FBI images, so I didn't even know that

16      before, but broader database.

17  Q   And does Crime Intel still have an in-house DataWorks

18      database that they run their --

19  A   That I don't know.

20  Q   Okay. So you're not aware if Crime Intel is sending probe

21      images into an in-house DataWorks or if they're sending it

22      out to another agency?

23  A   What do you mean by, what do you mean by in-house?

24  Q   So a DataWorks system that's run through DPD?

25  A   Oh, yes. Yes. We do use, we do send a DataWorks, in-house.


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

Nathan Howell
04/06/2023                                          Page 46

1        We don't have like an in-house DPD system beyond

2        DataWorks, I guess is what I'm, yeah.

3   Q    So what are the reasons a member of Prime Intel would send

4        an image to MSP to run the FRT search?

5   A    They just have a broader database.

6   Q    Okay. So, as you said, it's because MSP has access to a

7        larger database s to search against, correct?

8   A    Yes.

9   Q    And is it because DPD does not have a trained FRT examiner

10       on duty?

11  A    No. You can get recalled, at any time to, conduct a facial

12       recognition Search?

13  Q    would it be because the quality of the probe image is too

14       low for DPD to use?

15  A    No.

16  Q    Okay. Is there any other reason?

17  A    No.

18  Q    Before sending an image to another agency, does crime

19       intel do any review of the probe image for quality?

20  A    Yes.

21  Q    Does crime Intel ever run an FRT search in-house before

22       sending it to another agency?

23  A    Yes.

24  Q    Would crime Intel have ever run an FRT search in-house

25       before sending it to another agency in 2019 ?



1   A   **That I don't know.**

2   Q   Okay. And was there a policy in place for this in March of

3       2019?

4   A   **I don't know.**

5   Q   Was it common practice for crime health to do this?

6   A   **I do not know.**

7   Q   How often do crime intel personnel send images to MSP for

8       FRT searches?

9   A   **Not often.**

10  Q   If no FRT techs are in the office, who opts to send an

11      image to MSP?

12  A   **Nobody would get recalled to conduct it to an analyst from**

13      **crime are told get recalled to conduct it.**

14  Q   Okay. Does MSP always process every image sent to them

15      regardless of quality?

16  A   **No. I've received responses back about image being too**

17      **poor of a quality before.**

18  Q   When MSP returns with search, do they let you know how

19      they felt about the quality of the probe image?

20  A   **Yes.**

21  Q   What about the investigative lead?

22  A   **I don't remember if they do or don't.**

23  Q   Do you get any additional information from MSP beyond the

24      investigative lead?

25  A   **Like what information?**



```
 1  Q   I don't know if MSP sends you anything in addition to
 2      that?
 3  A   Not that I'm aware of.
 4  Q   Do crime Intel employees ever ask MSP informally?
 5  A   I don't know.
 6  Q   When crime mental personnel receive results of an FRT
 7      search back from MSP, what do they do?
 8  A   Give it to the, original requester.  same as they do when,
 9      if I were to do a, if a in-house DVD crime analyst review.
10  Q   Do they conduct an independent comparison of the probe
11      photo and the investigative lead photo?
12  A   We can look at it, and do more for lack comparison
13      ourselves.
14  Q   So how do they do that?
15  A   You would be comparing the investigative lead to the probe
16      to the probe image that was submitted.
17  Q   Okay. And when MSP comments on probe image quality, what
18      did they say?
19  A   Pixelated, lighting's, poor obstructions. There's
20      something to the quality or what the person's wearing,
21      throw wearing a mask.
22  Q   Anything else?
23  A   No, I don't believe so.
24  Q   And so the practice for, conducting an independent
25      comparison once the result gets sent back from MSP, what
```



Nathan Howell
04/06/2023                                                     Page 49

1        was the practice in March of 2019?

2    A   That I don't remember.

3    Q   Was there independent morphological comparison conducted

4        by Crime Intel?

5    A   I don't know.

6    Q   When MSP conducts an FRT search, you understand that they

7        too are using DataWorks and Rank one and NEC algorithms,

8        and they're using them to search the entire SNAP database,

9        right?

10   A   I'm only aware of them using DataWorks. The other parts I

11       have no knowledge of.

12   Q   Okay. Are you aware that the searches MSP conducts

13       examined both current and expired driver's license?

14   A   I'm not aware.

15   Q   So you said that you can compare, the image from MSP. How

16       often do you do that?

17   A   Pretty much every time because, I want to make sure that

18       the, investigative lead is accurate, as otherwise there

19       it's, there's no point to send it to the detective because

20       it's, a bad lead.

21   Q   Is that what most people in crime intel do?

22   A   I can't speak to what they do unfortunately.

23   Q   Does anyone outside of crime intel ever run an FRT search?

24   A   I don't know. I don't know if they have access. I don't

25       know.



Nathan Howell
04/06/2023                                    Page 50

1            MS. KAHN: Okay. Let's just take a five-minute

2        break.

3            MR. CUNNINGHAM: Okay.

4            (Off the record)

5            (Back on the record)

6  BY MS. KAHN:

7  Q    You not even get back on the record. Yes. So, we were

8        talking about, you mentioned that you review results that

9        you get back from MSP. Is there a policy require requiring

10       CIU to review images that they get back from MSP?

11 A    I don't believe so.

12 Q    Okay. So just talking more about policies now, I'm going

13       to introduce Exhibit number 6.

14           (EX-6 marked for identification.)

15 BY MS. KAHN:

16 Q    Do you recognize this document?

17 A    Yes.

18 Q    What is it?

19 A    Standard op standard operating procedures for, CIU Crime

20       Intelligence Unit.

21 Q    And if I refer to the SOP, will you understand, I mean the

22       standard operating procedures?

23 A    Yes.

24 Q    Who is the crime Intel SOP distributed to?

25 A    Crime analyst. It's on our internet.



1  Q    Who is bound by it?

**2  A    Individual of working under Crime Intelligence Unit.**

3  Q    Is it correct that detectives outside of CRI crime Intel

4       are not expected to be familiar with it?

**5  A    I don't know.**

6  Q    So it says it has an effective date of 7/1/2018 and a

7       revised date of 4/1/2019. Is that correct?

**8  A    Yes.**

9  Q    Okay. Let's turn to section eight. What does Section eight

10      cover?

**11 A    It covers facial recognition,**

12 Q    It has a revised date of 4/1/19, is that correct?

**13 A    Yes, that's correct.**

14 Q    Prior to that date, was there a crime until SOP section on

15      FRT?

**16 A    I don't know.**

17 Q    In March of 2019, were there any written policies

18      governing crime tells use of FRT?

**19 A    I don't remember.**

20 Q    So, you don't know if there was a policy guiding crime

21      intel's use of ART in March of 2019?

**22 A    Yeah, I don't remember if there was.**

23 Q    Okay. Were there any policy documents that constrained or

24      guided the use of FRT at that time?

**25 A    No, I don't remember.**



1  Q    Okay. Let's turn to subsection 8.11. This subsection

2       discusses training, correct?

3  A    **Yes.**

4  Q    You can take a minute to read it over if that was helpful.

5       Was the training described in the subsection actually

6       provided to DPD personnel?

7  A    **Yes, I believe so.**

8  Q    Who was required to take that training?

9  A    **Crime analyst conducting facial recognition.**

10 Q    So crime until members took this training?

11 A    **Yes.**

12 Q    Did detectives outside of crime intel take this training?

13 A    **That I don't know.**

14 Q    When was it offered?

15 A    **I can't remember.**

16 Q    How often was it offered?

17 A    **That I don't know.**

18 Q    And who offered it?

19 A    **I don't recall who offered the training though.**

20 Q    Okay. So it was DPD practice to provide this FRT training

21      to crime until members, but not to other members of the

22      department?

23 A    **That I don't know if other members of the department**

24      **received or, or did not, or if they had the option to.**

25 Q    Okay. Let's turn back to subsection 8.7D.  Could you



1      please read that subsection?

2   A   Do you want me to read out loud?

3   Q   Yes.

4   A   Okay. CIU examiners will analyze, review and evaluate the

5      quality and the suitability of probe images to include

6      factors such as the angle of the face image, level of

7      detail, illumination, size of the face image, and other

8      factors affecting a probe image prior to performing a face

9      recognition search.

10  Q   This requires crime intel examiners to evaluate the

11     quality and, suitability of the PR probe images prior to

12     performing an FRT search, correct?

13  A   Yes.

14  Q   But it does not require crime Intel examiners to evaluate

15     the quality and suitability of a probe prior to sending

16     the probe image to another agency such as MSP for that

17     agency to conduct an FRT search, correct?

18  A   No. We still have to determine whether or not suitable for

19     another agency to run it, otherwise they're just going to

20     tell us that they can't run it.

21  Q   Is there a policy speaking to that?

22  A   That I don't know.  I'm not sure.

23  Q   So in March, 2019, a crime intel examiner could perform an

24     FRT search without evaluating the quality and suitability

25     of probe images?


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

1   A   **I don't know. That I don't know.**

2   Q   So this is April, 2019, and it was DPD'S first written

3       policy on FRT searches, correct?

4   A   **I'm not sure, to be honest. I can't remember if there was**

5       **another one or not.**

6   Q   Okay. So how would crime Intel members have known the

7       policy before that?

8   A   **Before?**

9   Q   Before April 2019, least?

10  A   **I'm not sure it's on the internet, maybe. I don't really**

11      **know.**

12  Q   Okay. And in March, 2019, could crime Intel examiners,

13      they could send probe images to MSP without evaluating the

14      quality and suitability of the probe images first,

15      Correct?

16  A   **I don't remember if they could or couldn't.**

17  Q   Sorry, if we could just flip back to. 8.7B. I'm just

18      trying to find -- okay.  Prior to April, 2019, did DPD

19      policy require inclusion of a disclaimer that FRT results

20      do not constitute probable cause?

21  A   **I can't remember if they did. Sorry. No, I can't remember.**

22  Q   Okay. Prior to April, 2019, did DPD require inclusion of

23      disclaimer when communicating FRT results to the

24      requester?

25  A   **I don't remember. Sorry.**



1  Q    Okay. And does the disclaimer, actually --

2              MS. KAHN:  Can we take a break for just one

3        minute? Thank you.

4              (Off the record)

5              (Back on the record)

6              COURT REPORTER: Back on the record.

7  BY MS. KAHN:

8  Q    Okay. So are you aware of the training from 2019?

9  **A    No, I don't remember it.**

10 Q    Okay.

11 **A    No, I don't remember.**

12 Q    So I just wanted to introduce exhibit number 7.

13             (EX-7 marked for identification.)

14 BY MS. KAHN:

15 Q    Are you familiar with this document?

16 **A    Yes.**

17 Q    What Is it?

18 **A    It's going to be the SOP for facial rec.**

19 Q    And this has a revised date of December 21st,2020,

20       correct?

21 **A    Yes, it does.**

22 Q    Is this still effective?

23 **A    Yes, I believe so.**

24 Q    And have there been any revisions to this SOP since

25       December, 2020?



1   A     That I don't know.

2   Q     Let's turn to subsection 1.52.

3               MR. CUNNINGHAM: Which one?

4   BY MS. KAHN:

5   Q     1. 52, which is on the first page for process for

6         requesting facial recognition, or not the first page,

7         sorry, when you flip it open, the second page. So, little

8         Roman numeral number two starts with CIU shall perform

9         facial recognition. Could you just read that out loud for

10        me?

11  A     Yes.

12              MR. CUNNINGHAM: I'm just going to put on the

13        record this jumps from section 1.1, section 1.6, and I'm,

14        we'll probably missing pages here.

15              MS. KAHN: Yeah.

16              MR. CUNNINGHAM: So you're looking at subsection

17        D on the second page. Okay. Are you sure it's printed or

18        the not.

19              MS. KAHN: I think we may have had some printing

20        issues. If you have the full

21              MR. CUNNINGHAM: Yes, I have a part of that one.

22              MS. KAHN: Yeah. And then this one. Also, yeah.

23        This one seems to have the same issue.

24              MR. CUNNINGHAM: If you just mark the one with

25        the both sides of the face and just look at it and confirm



1     that it goes, that what she was talking about is. Do you

2     see 1.5?

3              **THE WITNESS:  Yeah, I see 1.5 here. Yeah, it**

4     **still looks, it's different than mine.**

5              MR. CUNNINGHAM: Show it to the court report that

6     one so she can have page.

7              COURT REPORTER: Thank you so much.

8              MS. KAHN: Thanks.

9              MS. KAHN: The printer doesn't always work the

10    way it should.

11  BY MS. KAHN:

12  Q   So if you could just read 1.5 D, little Roman number, rule

13      number two, the whole paragraph.

14  A   **Okay. Mine is CIU shale perform facial recognition**

15      **searches utilizing the statewide network of agency photos,**

16      **(snap), which include criminal mugshot images In the event**

17      **additional analysis is needed for confirmation of**

18      **investigative lead. A formal request may be made to MSP to**

19      **search the state's database. Any such request must be**

20      **approved by a CIU supervisor.**

21  Q   Does the use of shall in the first sentence mean that

22      under this SOP crime intel must always perform an FRT

23      search using DPD system first and only after doing that,

24      may they send to MSP for MSP to conduct a facial

25      recognition search?



Nathan Howell
04/06/2023                                                    Page 58

1   A    I don't know.

2   Q    Does it say anywhere in the policy that crime until

3        examiners may send a request to MSP without first

4        attempting to run their own search?

5   A    **That I don't know off the top of my head. I don't know.**

6   Q    So now please look at little Roman numeral number three,

7        which is right below what we've just read.

8            It says, if the examiner detects an investigative

9        lead, the examiner must corroborate this lead with at

10       least one other examiner and a crime intel sponsor. Did I

11       read that accurately?

12  A    **No.**

13  Q    Oh, I'm sorry. Did I mess it up? I'll just read it again.

14       If the examiner detects an investigative lead, the

15       examiner must corroborate this lead with at least one

16       other examiner and a C I U supervisor. The corroboration

17       must have written sign off by the supervisor and all

18       examiners involved. Did I read that accurately?

19  A    **Yes.**

20  Q    This requirement applies when the examiner detects an

21       investigative lead after conducting their own FRT search,

22       correct?

23  A    **Yes.**

24  Q    But this requirement does not apply when DPD receives an

25       investigative lead from MSP after MSP conducts an FRT



1    search, correct?

2  A    Yes.

3  Q    Does this SOP require peer and supervisor confirmation of

4       investigative lead sent back from MSP?

5  A    Not that I'm aware of, no.

6  Q    Is it crime Intel's current practice to have two examiners

7       and a supervisor review investigative leads returned by

8       MSP before forwarding the leads to detectives or other

9       investigators?

10  A    No, not that I'm aware of.

11  Q    Does this review always happen on investigative leads

12       returned by MSP?

13  A    What review?

14  Q    Does review ever happen on investigative leads returned by

15       MSP?

16  A    Individual analysts that send it and receives it back from

17       MSP can do a review of the result from MSP.

18  Q    Okay. And what happens in this peer review process?

19  A    Do more comparison of the probe image to the,

20       investigative lead that MSP selected and sent back.

21  Q    Okay. Does the peer conduct an independent analysis of the

22       gallery of possible matches, or do they simply review the

23       investigative lead and see if it looks right to them?

24  A    For DPD's process?

25  Q    When they receive a lead by MSP?



1              MR. CUNNINGHAM: Who receives a lead?

2   BY MS. KAHN:

3   Q    When crime Intel receives a lead?

4   A    **We don't have access to their own work. I don't know what**

5        **they do in order to determine their lead.**

6   Q    Okay. And you are aware that MSP also has a review

7        process, correct?

8   A    **No. I'm not aware of how they're process functions beyond**

9        **the testimony the other two MSP was Provided.**

10  Q    Doesn't MSP provide training to DPD on how to do FRT?

11  A    **I don't remember if it was them. MSP did.**

12  Q    Okay. But DPD is provided with training on how to do FRT?

13  A    **Yeah.**

14  Q    And who leads this training?

15  A    **That I can't remember.**

16  Q    Okay.

17  A    **I don't know. It might change.**

18  Q    Do you know who has led it for you in the past?

19  A    **No. I can't remember. It was, years and years ago.**

20  Q    Okay. So now let's turn to subsection 1.18. Sorry, let's,

21       can I borrow this again?

22  A    **Yeah, I don't have that.**

23  Q    It seems to have only printed every other page

24       unfortunately.

25              MS. KAHN:  You can also take a look at this if



1       you want, Pat.

2   BY MS. KAHN:

3   Q    So this section outlines the content of that required

4        training, correct?

5   A    **Yes.**

6   Q    Do DPD personnel outside of crime Intel currently receive

7        this training?

8   A    **That I don't know.**

9   Q    Who is required to take this training?

10  A    **Crime analyst that's going to run an image.**

11  Q    How often is it offered?

12  A    **That I don't know.**

13  Q    Who conducts this training?

14  A    **I don't remember.**

15  Q    Are there written materials associated with this training?

16  A    **I don't remember. Yes.**

17  Q    Yes?

18  A    **Maybe. Yeah.**

19  Q    Are there PowerPoint slides associated with this training?

20  A    **Oh, yes. PowerPoint.**

21  Q    And do attendees at training take notes?

22  A    **Yes.**

23           MS. KAHN:  So we're going to need the

24       PowerPoints and the notes, Pat.

25           Okay. Now I'm going to introduce exhibit number



1    8. This one should actually have all of the pages.

2              (EX-8 marked for identification.)

3              **THE WITNESS:  Okay.**

4              MS. KAHN:  Can I just, I think --

5              **THE WITNESS:  Which one?**

6              MS. KAHN:  The last exhibit, I think we're just

7        going to give to --

8              COURT REPORTER: Thank you.

9    BY MS. KAHN:

10   Q    I think you may have had this one from earlier as well. Do

11       you recognize this document?

12   **A    Yes.**

13   Q    What is it?

14   **A    It looks like it's training on the SNAP.**

15   Q    These presentation slides are from MSP, correct?

16   **A    I guess, yes. It looks like they're labeled at Michigan**

17   **State Police.**

18   Q    And MSP has given this presentation to DPD personnel,

19       Correct?

20   **A    I don't remember if it was MSP.**

21   Q    So just turning back to Krystal Howard's deposition, which

22       is an exhibit from earlier, could you turn to page 50.

23   **A    Oh. --**

24   Q    On Corporal Howard's deposition? And then, could you just

25       read lines 19 through 22 aloud?



1  A    **Does it start with --**

2  Q    It starts with, has MSP provided page 50 is the top one

3       over here.

4  A    **Oh, shoot. Sorry.**

5  Q    Oh, no worries. Sorry. Little page 50?

6  A    **Where am I starting?**

7  Q    So has MSP provided line 19?

8  A    **Has MSP provided any training to the Detroit Police**

9       **Department or Detroit Police DPD officers on the use of**

10      **facial recognition technology? Yes.**

11 Q    That's good.

12 A    **Oh, okay.**

13 Q    So which DPD personnel have received this training?

14 A    **As far as I can remember, crime analysts, I don't know if**

15      **it was offered to other individuals though.**

16 Q    So only crime intel members, or you don't know that?

17 A    **I don't know if other detectives or officers were able to**

18      **take a train or not.**

19 Q    Okay. And then can you just look at the bottom, after

20      where you just read, you don't have to read this out loud,

21      but lines 24, 25 onto line one of page 51.

22 A    **Where do I stop?**

23 Q    Just the first line.

24 A    **Oh, okay.**

25 Q    So, does MSP give this presentation to other DPD personnel



```
 1      besides crime mental health to the best of your knowledge?

 2  A   Based on this?

 3  Q   Yes.

 4  A   Based on what Krystal Howard is saying, it sounds like

 5      they gave it the crime intel.

 6  Q   Okay. And when MSP has given this presentation to DPD

 7      personnel, when has that been?

 8  A   That I don't remember.

 9  Q   Do you know how many times?

10  A   I don't know how many times, no.

11  Q   What training did crime Intel personnel receive in 2019?

12  A   That I don't remember.

13  Q   Do you, besides MSP, who has administered trainings for

14      crime Intel.

15  A   Crime intel personnel and FBI.

16  Q   Okay. Does the FBI training involve provide materials to

17      DPD personnel?

18  A   Yes, but we signed an NDA.

19  Q   Okay. So I just want to introduce Exhibit number 9.

20          (EX-9 marked for identification.)

21          COURT REPORTER: Thank you.

22  BY MS. KAHN:

23  Q   Is this the NDA you signed?

24  A   That I don't remember.

25  Q   Does this look like the NDA you signed?
```



HANSON RENAISSANCE
COURT REPORTERS & VIDEO    hansonreporting.com
313.567.8100

Nathan Howell
04/06/2023                                    Page 65

1  A    It looks like an NDA.

2  Q    And are you asserting that the NDA is a reason that

3       prevents you from answering questions about the materials

4       that were provided to you?

5  A    What materials?

6  Q    You mentioned that there was an NDA signed when I asked if

7       the FBI provided materials to DPD personnel?

8  A    **It prevents me answering questions about the FBI materials**

9       **if that's what you're referring to.**

10 Q    And is there any term on its face that prevents you from

11      answering questions about the training?

12 A    **Is there anything on the NDA?**

13 Q    Correct.

14 A    **Yes.**

15 Q    Could you read that aloud to me?

16 A    **Any request pertaining to the reproduction of this**

17      **training which will related materials in whole or in part**

18      **shall refer to the FBI for resolution.**

19 Q    I'm not asking you to reproduce any of the trainings. I

20      guess I'm just asking you questions about the training

21      generally.

22 A    **I guess. I don't know if it prevents me or not.**

23 Q    Okay.

24 A    **I'd be afraid to break an NDA from the FBI.**

25           MS. KAHN:  Sure. I think we've had some



1    conversation with the NDA in the past, if we're not able

2    to answer questions about that, we might have to get an

3    order compelling answers about our questions pertaining to

4    the FBI trainings.

5                   MR. CUNNINGHAM: Okay.

6                   MS. KAHN:  So I just want to introduce exhibit

7    number 10. Sorry, it's kind of a big one.

8                   (EX-10 marked for identification.)

9                   COURT REPORTER: Thank you.

10  Q    I only printed out three of these just cause of size. Does

11       this look familiar to you?

**12  A    Yes.**

13  Q    Was this provided to you in a training for crime intel?

**14  A    This is provided by the FBI.**

15                   MS. KAHN:  And I just wanted to introduce

16       exhibit number 11 as well.

17                   (EX-11 marked for identification.)

18                   COURT REPORTER: Thank you so much.

19  BY MS. KAHN:

20  Q    Does this look familiar to you?

**21  A    I don't remember.**

22  Q    Okay. So these are PowerPoints and documents that are,

23       were provided to the ACLU by the FBI in response to a

24       Freedom of Information Act request. Are these trainings,

25       especially the one you recognized, are they trainings at



1      Crime Intel has undergone?

**2   A   Yes.**

3   Q   And who administered those trainings?

**4   A   FBI.**

5   Q   Okay. Do DPD personnel have those materials?

**6   A   Individual who have undergone the training?**

7   Q   And do DPD personnel ever take notes of the trainings?

**8   A   I don't know.**

9   Q   So just back to people who have administered trainings for

10      crime intel, do DPD personnel ever administer those

11      trainings?

**12  A   What trainings?**

13  Q   The trainings on FRT?

**14  A   Do you mean like the FBI training or what facial to look**

**15      at and things like that?**

16  Q   Right. So other trainings --

**17  A   Like those DPD does trains on those. I've had them in the**

**18      past.**

19  Q   Okay. How often?

**20  A   I don't know how often.**

21  Q   Anyone else offer trainings to crime intel?

**22  A   Not that I'm aware of.**

23  Q   What training does crime Intel personnel currently receive

24      about FRT?

**25  A   The FBI training in-house training, and then I guess based**



1    on previous discussions in this deposition, the MSP

2    training looks like.

3  Q    Are all crime intel of officials trained in FRT?

4  A    **What do you mean? People working at CIU?**

5  Q    Yes.

6  A    **No, no, not everybody's trained in, facial connection.**

7  Q    So, what differentiates FRT analysts versus others?

8  A    **Okay. What?**

9  Q    So are crime analysts, do they receive FRT training and

10    others don't? Is that correct?

11 A    **Other?**

12 Q    Other members?

13 A    **Some crime analysts have FRT training. Some crime analysts**

14    **don't have FRT training.**

15 Q    Okay. Is there a reason that all crime Intel employees

16    can't? Why can't all crime Intel employees run the FRT

17    database?

18 A    **Why can't they run it? They don't have formal advanced**

19    **training.**

20 Q    And what training does crime Intel personnel receive about

21    morphological comparison between probe images and results

22    from FRT searches?

23 A    **I guess MSP and then FBI.**

24 Q    And how many hours of training in FRT and morphological

25    comparison are crime intel personnel required to receive?



1  A    I don't know if there's a requirement.

2  Q    Okay. What is the content of each training?

3  A    What's the what?

4  Q    Content of each training?

5  A    From my memory, face comparison, I think identification

6       training from the FBI goes very in depth to the,

7       morphological comparisons and what to look for and

8       provides a good background of that along with limitations.

9       The MSP one, I can't remember, what exactly it goes

10      through and then like the DPD in-house training covers

11      much of morphological as well. But also, how to use SNAP,

12      like just how to use the program in general. Like how it

13      conducted through the process.

14  Q   Are there ongoing education requirements to maintain a

15      certification in morphological comparison?

16  A   I don't know if there are any.

17  Q   Are CIU staff certified in morphological comparison?

18  A   I don't, certified how?

19  Q   Through training did they receive a certification?

20  A   I don't know if it's a certification.

21  Q   Is there anything similar to that that you know of?

22  A   You get a certificate after you complete FBI training.

23  Q   Okay.

24  A   But I don't know if it's certification.

25  Q   Do CIU staff receive ongoing education? A morphological



1        comparison?

2   A    I don't know if they do, no.

3   Q    Are crime and health personnel trained to prepare sheets

4        documenting their morphological comparisons and the

5        quality of those comparisons when making an FRT

6        identification?

7   A    We make a report. But I don't know exactly how in-depth

8        the morphological comparison exactly like what you mean

9        about, doing that process part of it.

10  Q    And those sheets are important for understanding the

11       quality of an FRT match, right?

12  A    Yes.

13  Q    And are you aware the, the MSP prepare prepares such

14       sheets too, sorry.

15  A    They provide us a report. But, I don't know if they do

16       anything further.

17  Q    Okay. And yet DPD'S policy is not to request those sheets

18       when they receive an investigative lead from MSP, right?

19  A    I have no idea. I don't know. I don't know if they do that

20       type of sheet. We just receive a report regarding, the

21       lead that was generated.

22  Q    Is there an image resolution below which an examiner

23       cannot perform a reliable morphological comparison?

24  A    That I don't know.

25  Q    Okay. Are examiners trained that they can still return an



1    investigative lead to detectives, even if the photo they

2    identify as an investigative lead appears only in one of

3    the algorithm's results?

4  A  **I don't know that.**

5  Q  And are they trained to notify detectives of this fact?

6  A  **I don't know.**

7  Q  Sometimes -- So, are you aware that MSP follows the same

8    practices. Correct?

9  A  **I don't know what their process or practices are.**

10 Q  Okay. Does crime Intel staff ever help run trainings on

11   FRT to other departments within DPD?

12 A  **I don't know.**

13 Q  Are crime Intel personnel aware that DPD detectives

14   outside of crime intel do not receive FRT trainings?

15 A  **I'm not aware. No. I'm not aware of what they received.**

16         MS. KAHN:  Can we take a very quick break, like

17   a minute and then get back on the record?

18         (Off the record)

19         (Back on the record)

20         COURT REPORTER: Thank you.

21 BY MS. KAHN:

22 Q  How many times has a DPD investigation that used FRT to

23   help identify a suspect resulted in the arrest of a

24   suspect who is not ultimately convicted?

25 A  **That I don't know.**



Nathan Howell
04/06/2023                                                    Page 72

1  Q    Does DPD keep track of these cases?

2  **A**    **Which cases?**

3  Q    The cases in which someone was arrested because of effort

4       FRT but not ultimately convicted?

5  **A**    **I do not know.**

6  Q    And does anyone, okay. Are you aware of the arrest of

7       Michael Oliver on July 21st, 2019?

8  **A**    **From news stories.**

9             MS. KAHN:  Okay. I want to enter exhibit number

10      12.

11             (EX-12 marked for identification.)

12             MS. PRICE: Thank you.

13  BY MS. KAHN:

14  Q    Can you identify this exhibit for me?

15  **A**    **it looks like, I guess I'll, a lawsuit or something.  I**

16      **don't know the official name, but it looks like it's the**

17      **plaintiff suing the defendants.**

18  Q    And DPD arrested Michael Oliver on July 21st, 2019,

19      correct?

20  **A**    **I honestly, I don't know when he was arrested.**

21  Q    Can you turn to page five for me? Paragraph line 20?  You

22      can just read that to yourself. So, DPD arrested Michael

23      Oliver on July 31st, 2019, correct?

24  **A**    **No.**

25  Q    Why do you say no?



Nathan Howell
04/06/2023                                                          Page 73

1  A    **Says a Ferndale police officer.**

2  Q    Oh, okay. So, and that was based off a warrant out of

3       Detroit, is that correct?

4  A    **Yes. That's what it says.**

5  Q    Okay. And Detroit Police picked Mr. Oliver up from

6       Ferndale, is that correct?

7  A    **That I don't know.**

8  Q    Line 21.

9            MR. CUNNINGHAM: He just told you. He just gave

10      the answer.

11 MS. KAHN:

12 Q    Okay. And you were a crime analyst at this time, correct?

13 A    **Yes.**

14 Q    What was crime entails involvement with the Oliver

15      investigation?

16 A    **That, I don't know. I didn't work on it.**

17 Q    Did DPD conduct a review of this investigation to better

18      understand what happened?

19 A    **No. I don't know. I thought there was a document here, but**

20      **I don't remember.**

21 Q    Okay. So do you know if internal Affairs conducted a

22      formal investigation?

23 A    **I don't know.**

24 Q    Okay. When did you first become aware of the Shinola

25      investigation?



Nathan Howell
04/06/2023                                    Page 74

1  A    Geez. I read about the lawsuit on the news, when it was

2       filed, and that's when I knew about it.

3  Q    And were you involved in the oversight of the Shinola

4       investigation?

5  A    No.

6  Q    Did you ever speak with Lieutenant Chadwick Bills

7       (phonetic) about the channel investigation?

8  A    No, I don't. Not sure who that is.

9  Q    Did you ever speak with Captain Cox about the Shinola

10      investigation?

11 A    No.

12 Q    Did you ever speak with Detective Donald Bussa about the

13      channel investigation?

14 A    No.

15 Q    Were you aware of the use of FRT in the Shinola

16      investigation?

17 A    No. Not tell the news story.

18 Q    And were you aware of the use of the photo lineup in the

19      Shinola investigation?

20 A    No, not until they mentioned in the news.

21 Q    Okay. I think those are all of our questions.

22           MS. KAHN:  Pat, I don't know if you have any

23      questions.

24           MR. CUNNINGHAM: I don't have any questions.

25           Okay. I think we can go off the record.



**Nathan Howell**
04/06/2023                                              Page 75

1          COURT REPORTER: And so you wanted to order.

2    Attorney Cunningham, did you want to Order?

3          MR. CUNNINGHAM: Yes, please. I'll take one of

4    both. One and yeah.

5          MS. KAHN: Thank you. And Nate, just while we

6    have you here, the Nate on the phone, I'm sorry. What is a

7    good date for us to get the transcripts back?

8          MR. WESSLER: Oh, yeah, Wednesday or Thursday.

9          MS. KAHN: Yeah. Yeah, that'd be good.

10         COURT REPORTER: Thank you.

11         MS. KAHN: Thank you.

12         (At 5:45 p.m., deposition was concluded.)

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1                         CERTIFICATION

 2   STATE OF MICHIGAN    )

 3   COUNTY OF OAKLAND    )

 4            I certify that this transcript, consisting of

 5        seventy-six (76) pages, is a complete, true, and

 6        correct record of the testimony of Nathan Howell,

 7        taken in this case on Thursday, April 6, 2023.

 8            I also certify that prior to taking this

 9        deposition, Nathan Howell was duly sworn to tell the

10        truth.

11            I also certify that I am not a relative of,

12        employee of, or an attorney for a party; nor am I

13        financially interested in the action.

14

15

16        _____

17        Megan Price, CER 9296

18        Notary Public

19        Macomb County Michigan

20        My Commission Expires: 03/29/2026

21

22

23

24

25
```



**1**

**1**  7:11 56:5
**1.1**  56:13
**1.18**  60:20
**1.5**  57:2,3,12
**1.52**  56:2
**1.6**  56:13
**10**  8:24 66:7
**100**  26:21
**11**  66:16
**12**  36:12 72:10
**13**  7:15
**15**  30:1
**18**  30:1
**19**  62:25 63:7

**2**

**2**  10:6,14
**20**  72:21
**200**  26:21
**2017**  11:22
**2018**  5:15 9:25 28:17
**2019**  9:25 11:24 13:13,15,25
15:2,14,17,19 17:18 19:6,19
27:25 28:1,6 29:4 30:14,16
31:16 33:11 46:25 47:3 49:1
51:17,21 53:23 54:2,9,12,18,
22 55:8 64:11 72:7,18,23
**2020**  55:25
**2023**  4:2
**21**  73:8
**21st**  28:17 72:7,18
**21st,2020**  55:19
**22**  62:25
**24**  63:21

**24-25**  29:19
**24-45**  29:18
**25**  63:21

**3**

**3**  12:11 36:10
**30B**  7:21
**30B6**  7:1,10
**31st**  72:23
**3:06**  4:2

**4**

**4**  29:13,14
**4/1/19**  51:12
**4/1/2019**  51:7

**5**

**5**  29:25 30:1
**50**  26:21 62:22 63:2,5
**51**  63:21
**52**  56:5
**5:45**  75:12

**6**

**6**  4:2 7:21 36:9 50:13

**7**

**7**  55:12
**7/1/2018**  51:6

**8**

**8**  62:1
**8.11**  52:1
**8.7B**  54:17

**8.7D**  52:25
**83.21**  4:14

**9**

**9**  64:19
**95%**  35:6

**A**

**ability**  12:4,8
**accepted**  18:2 34:12
**access**  12:2 13:13,16,18,19,
21,22 46:6 49:24 60:4
**account**  32:24 33:4
**accurate**  36:13 49:18
**accurately**  58:11,18
**ACLU**  66:23
**Act**  66:24
**active**  18:8
**added**  28:2
**addition**  48:1
**additional**  47:23 57:17
**address**  7:8
**adequacy**  20:1
**adequate**  21:19 24:2
**adequately**  22:3,7,10
**adheres**  14:23
**administer**  67:10
**administered**  64:13 67:3,9
**advanced**  68:18
**advantages**  13:25
**Affairs**  73:21
**affect**  19:21,25 20:1,18,25
21:5
**affected**  20:23
**affecting**  53:8



afraid 65:24

agencies 45:7

agency 12:25 41:20 43:24
44:3 45:3,5,22 46:18,22,25
53:16,17,19 57:15

agree 4:20

ahead 5:8

algorithm 5:18 12:2 33:9
35:12

algorithm's 71:3

algorithms 11:18,21,24 24:19,
21 30:12 31:24 32:5,24 33:5,
10 49:7

alluded 20:17

aloud 62:25 65:15

alter 23:11,17 31:13

alterations 24:11

amount 22:15

analysis 40:7,8 57:17 59:21

analyst 6:11 7:6 9:2,3,13,22
14:12,17 15:16,17,23 17:23
31:13 38:23 40:5 41:15,17
47:12 48:9 50:25 52:9 61:10
73:12

analysts 17:11 19:7,10 25:3,
14,17 33:8 39:15 59:16 63:14
68:7,9,13

analytical 9:14

analyze 53:4

angle 20:6 53:6

answering 65:3,8,11

answers 4:25 8:1 66:3

appears 71:2

applies 58:20

apply 58:24

approval 39:15 42:21

approve 14:20

approved 27:19,20 44:2 57:20

approving 44:1

approximate 18:16

approximately 8:19 17:4
40:14

April 4:2 54:2,9,18,22

arrest 4:12 5:16 71:23 72:6

arrested 72:3,18,20,22

Arrestee's 13:7

ART 51:21

asserting 65:2

assign 33:18

assigned 35:9

assisting 9:19

assume 36:2

attempting 58:4

attempts 5:19

attendees 61:21

attention 20:15 32:7,15,17

Attorney 75:2

attorneys 33:14

authority 19:15

average 17:7

aware 14:3 22:25 25:21 31:8,9
32:20 33:10 34:14 45:8,13,20
48:3 49:10,12,14 55:8 59:5,10
60:6,8 67:22 70:13 71:7,13,15
72:6 73:24 74:15,18

B

back 12:23 17:14,19 26:18,19
27:11 36:9,19,22 37:6,8 41:9
43:4,5,17 44:17,22,24 45:1
47:16 48:7,25 50:5,7,9,10
52:25 54:17 55:5,6 59:4,16,20
62:21 67:9 71:17,19 75:7

background 69:8

backgrounds 9:18

bad 16:12 26:25 34:11 49:20

based 35:21 45:14 64:2,4
67:25 73:2

began 11:7 33:21,25

begin 4:14 10:2

behalf 7:23

beneath 35:25 36:7

beneficial 41:8

big 66:7

biggest 21:21

Bills 74:6

binding 8:2

bit 10:6 34:25

blurry 16:13

body 24:8

borrow 60:21

bottom 36:13 63:19

bound 51:1

break 6:4 12:17 43:2 50:2 55:2
65:24 71:16

breaks 6:2,8

brightness 20:12 23:15,16

bring 8:10

broader 45:13,16 46:5

bullet 11:5

Bussa 74:12

C

call 22:19 24:4 26:1 36:23

called 4:5 36:3

candidate 38:8 39:19 40:2

candidates 14:16 22:9 26:21
27:17 36:24 38:10 39:23

capacity 7:6


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

Captain 74:9

case 19:17,19

cases 38:3 72:1,2,3

cell 6:19

centers 9:3

certificate 69:22

certification 69:15,19,20,24

certified 69:17,18

Chadwick 74:6

change 23:16 60:17

changed 30:14

channel 74:7,13

charge 27:8 44:8,9

choose 14:17 24:21

choosing 35:14

chose 39:24

chosen 38:25

city 4:11 7:2,17,21,24 8:2

city's 38:3

CIU 5:12 14:11 50:10,19 53:4
  56:8 57:14,20 68:4 69:17,25

clarification 5:3

clarify 18:4 20:25 43:7

clear 4:23,25 5:4,8,24 18:1
  35:1

close 6:20

color 20:19

comments 48:17

common 47:5

communicate 40:17

communicating 54:23

companies 11:19

company 11:12,15

compare 38:8 39:4 49:15

compared 5:23

compares 5:19

comparing 22:8 48:15

comparison 38:12,19 39:8,12
  48:10,12,25 49:3 59:19 68:21,
  25 69:5,15,17 70:1,8,23

comparisons 69:7 70:4,5

compelling 66:3

complete 16:20 69:22

computer 5:18

concerns 18:12

concluded 75:12

conduct 31:18 46:11 47:12,13
  48:10 53:17 57:24 59:21
  73:17

conducted 49:3 69:13 73:21

conducting 31:9 48:24 52:9
  58:21

conducts 49:6,12 58:25 61:13

confidence 26:15 34:23,25
  35:2,3,6,7,8,16 36:2 37:17
  44:17

configuration 23:4

confirm 14:18,19 31:23 56:25

confirmation 57:17 59:3

confirmed 14:15 27:18

connected 22:5

connection 4:10 68:6

consent 42:19

consist 25:9

constitute 54:20

constrained 51:23

content 61:3 69:2,4

contract 11:12

contracted 11:22 12:7

control 9:7,9

conversation 66:1

convicted 71:24 72:4

Corporal 62:24

correct 7:18,21,24 8:2 11:10,
  17 12:5,9 13:11 14:4,7 15:6,
  24 19:22 21:13,16 29:13
  30:23 31:3,24 32:25 35:19,20
  41:22 42:17 43:8,12 45:3 46:7
  51:3,7,12,13 52:2 53:12,17
  54:3,15 55:20 58:22 59:1 60:7
  61:4 62:15,19 65:13 68:10
  71:8 72:19,23 73:3,6,12

corroborate 58:9,15

corroboration 58:16

Coulson 30:4

counsel 38:2

counted 18:19

court 4:19 12:20 55:6 57:5,7
  62:8 64:21 66:9,18 71:20
  75:1,10

cover 51:10

covers 9:5 51:11 69:10

Cox 74:9

create 14:21 17:17 40:21

created 40:20

creating 31:2

CRI 51:3

crime 5:12,13 6:11 9:2,7,9,13,
  22 14:6,11,12,17,25 15:5,16,
  23 16:2,21 17:9,11,23 18:8,
  11,24 19:1,7,10 21:18 23:11
  24:19 25:3,14,17 27:16,17
  28:16 30:21 31:12 32:4 33:18,
  20,24 38:20,23 39:21,25 40:5
  41:10,15,17,19,23,24 42:6,18,
  20,22 43:1,7,10,11,17,18,21,
  24 44:12,14 45:2,11,17,20
  46:18,21,24 47:5,7,13 48:4,6,
  9 49:4,21,23 50:19,24,25
  51:2,3,14,18,20 52:9,10,12,21
  53:10,14,23 54:6,12 57:22
  58:2,10 59:6 60:3 61:6,10
  63:14,16 64:1,5,11,14,15
  66:13 67:1,10,21,23 68:3,9,



13,15,16,20,25 70:3 71:10,13,
14 73:12,14

**criminal** 9:15 38:2 57:16

**crop** 23:13,23 24:5,10,13

**cropping** 23:14,19 24:15

**Cunningham** 5:6 6:18 7:4
8:14 10:9,17,19,22,24 12:19
32:1 35:18 37:2 43:2 50:3
56:3,12,16,21,24 57:5 60:1
66:5 73:9 74:24 75:2,3

**current** 6:9 8:21 14:4 19:2
32:7,18 49:13 59:6

**custom** 33:3

—————————————
**D**
—————————————

**D'S** 5:13

**dark** 23:18

**darkened** 23:18

**darker** 20:21

**data** 13:24 14:1 24:25 33:10

**database** 5:24 14:3 33:4
45:14,16,18 46:5,7 49:8 57:19
68:17

**Dataworks** 11:16,17,22,25
12:4,7 13:8 14:7,14,15 23:4
24:3,6,10,13,14,15,17,22
26:18,25 34:7 35:15 45:17,21,
24,25 46:2 49:7,10

**date** 27:14 32:15 39:21 51:6,7,
12,14 55:19 75:7

**day** 27:20 32:16

**December** 55:19,25

**decide** 17:22 42:23 43:7

**decided** 24:1

**decides** 42:22

**deciding** 18:5

**decision** 18:23

**decisions** 19:13,15

**decline** 19:8

**declined** 18:11

**declining** 18:20

**defendant** 7:17

**defendants** 72:17

**defense** 33:14 38:2

**definition** 35:18,22

**definitions** 5:11,24

**demographic** 39:20

**density** 20:10

**department** 5:11,12 8:6,22
14:25 52:22,23 63:9

**departments** 71:11

**Depends** 26:20

**Deponents** 7:21

**deposing** 4:10 7:1

**deposition** 6:6,12,16 7:10,17
8:4,13 62:21,24 68:1 75:12

**depth** 69:6

**designated** 7:9,23

**detail** 53:7

**detective** 16:22 17:14,20
30:22 33:16 37:21 40:17 41:9
42:5,11,13,15 43:18 44:4,5,7
49:19 74:12

**detective's** 43:22,25 44:3

**detectives** 31:5 41:22,25 42:2,
16,18,24 51:3 52:12 59:8
63:17 71:1,5,13

**detects** 58:8,14,20

**determination** 38:9

**determine** 21:18,23 22:2,22
40:10,24 53:18 60:5

**determines** 40:16

**determining** 29:9

**Detroit** 4:1,11 5:12 7:2,17,24
8:6,22 63:8,9 73:3,5

**differences** 31:18

**differentiates** 68:7

**dim** 20:1

**directive** 11:8

**directly** 37:16

**disclaimer** 54:19,23 55:1

**disclosure** 38:3,4

**discretion** 19:7,10

**discusses** 52:2

**discussions** 68:1

**display** 35:16 37:12

**displayed** 37:14

**distinctively** 22:8

**distributed** 50:24

**document** 7:15 12:14 50:16
55:15 62:11 73:19

**documenting** 70:4

**documents** 8:8,10 51:23
66:22

**Donald** 74:12

**don't** 26:11 49:24 55:11

**door** 23:22

**DOT** 26:1

**DP** 5:12

**DPD** 5:11 6:14 8:23 9:1 10:2
11:7,8,12,21,24 12:2,7 13:13,
15,18,21 14:6,9 15:2 18:12
21:23 25:24 28:11,18,21 29:1
30:16,19 31:5,18 32:7,22
33:2,13,17,25 44:25 45:24
46:1,9,14 52:6,20 54:18,22
57:23 58:24 60:10,12 61:6
62:18 63:9,13,25 64:6,17 65:7
67:5,7,10,17 69:10 71:11,13,
22 72:1,18,22 73:17

**DPD's** 12:4 13:8,24 26:18 30:7
54:2 59:24 70:17

**driver's** 14:4 49:13



Nathan Howell
04/06/2023

5

**due** 18:12

**duty** 46:10

**DVD** 48:9

**DVD's** 11:9

---

E

**ear** 22:5

**earlier** 62:10,22

**ears** 38:16

**Eastern** 9:5

**education** 69:14,25

**effective** 51:6 55:22

**effort** 31:9 72:3

**eight-hour** 17:5

**email** 40:22

**embedded** 9:5,21

**employ** 18:24

**employee** 18:24 38:20 39:25

**employees** 48:4 68:15,16

**employer** 8:21

**encompass** 9:15

**end** 39:14

**engage** 38:12

**entail** 38:14,24

**entails** 73:14

**enter** 72:9

**entire** 49:8

**environment** 20:23

**essentially** 16:5 17:12 21:20
  38:18

**evaluate** 53:4,10,14

**evaluating** 53:24 54:13

**event** 57:16

**everybody's** 39:21 68:6

**EX-1** 7:12

**EX-10** 66:8

**EX-11** 66:17

**EX-12** 72:11

**EX-2** 10:8

**EX-3** 12:16

**EX-4** 29:15

**EX-5** 29:23

**EX-6** 50:14

**EX-7** 55:13

**EX-8** 62:2

**EX-9** 64:20

**exact** 8:18 15:22

**EXAMINATION** 4:6

**examine** 38:8

**examined** 49:13

**examiner** 21:18 24:1,5,13,21,
  24 36:4 38:6 39:5 40:10,16,19
  41:1,13 46:9 53:23 58:8,9,10,
  14,15,16,20 70:22

**examiners** 53:4,10,14 54:12
  58:3,18 59:6 70:25

**Excel** 15:11

**exclude** 20:21

**exculpatory** 33:15

**excuse** 9:6

**exhibit** 7:11 10:5,14,25 12:11
  29:12,14,25 36:9,10 50:13
  55:12 61:25 62:6,22 64:19
  66:6,16 72:9,14

**exist** 25:21

**existence** 26:6

**expected** 51:4

**expired** 14:3 32:8,13,18 49:13

**eyebrow** 22:6

**eyebrows** 38:16

**eyes** 22:6,11 23:1 38:16

---

F

**face** 8:5 11:7 14:14 20:4 22:24
  23:23 24:8,17 38:18 39:1
  53:6,7,8 56:25 65:10 69:5

**faces** 35:10

**facets** 30:17

**facial** 5:17,22 11:18 12:8
  16:19 20:8 30:21 31:14 33:13
  35:3,9 38:15 44:10 46:11
  51:11 52:9 55:18 56:6,9
  57:14,23 63:10 67:14 68:6

**fact** 27:17 71:5

**factor** 18:4 23:2 32:24

**factors** 18:7 19:24 21:5,15,21,
  25 22:18,19 23:8 53:6,8

**fail** 34:7

**failed** 10:25

**fair** 22:19

**fairly** 6:7

**fall** 9:25

**familiar** 12:14,25 34:23 51:4
  55:15 66:11,20

**FBI** 21:22 45:9,15 64:15,16
  65:7,8,18,24 66:4,14,23 67:4,
  14,25 68:23 69:6,22

**FBI's** 12:2

**features** 20:8 21:12 38:15,18
  39:1

**fed** 5:22

**felt** 47:19

**Ferndale** 73:1,6

**file** 40:23

**filed** 74:2

**final** 40:6

**find** 54:18

**finish**  4:21,22

**five-minute**  50:1

**flip**  30:1 54:17 56:7

**floor**  9:3

**foot**  22:13

**form**  15:12 41:25

**formal**  34:5 57:18 68:18 73:22

**forwarding**  59:8

**free**  6:2

**Freedom**  66:24

**frequently**  40:14,15

**freshly**  40:1

**FRT**  5:17 10:2 11:13 12:2,5
  13:24 14:1,6,10 16:2 17:9
  18:11 19:8,22,25 21:1,6,13,19
  22:23 23:10,12 24:2,19 25:14,
  18 26:25 28:19,22,24 29:2
  31:5,19 33:17,18,20,21,24,25
  37:22 38:6 41:13,20,22 42:9
  45:3,12 46:4,9,21,24 47:8,10
  48:6 49:6,23 51:15,18,24
  52:20 53:12,17,24 54:3,19,23
  57:22 58:21,25 60:10,12
  67:13,24 68:3,7,9,13,14,16,
  22,24 70:5,11 71:11,14,22
  72:4 74:15

**full**  17:5 21:9 56:20

**functions**  60:8

### G

**galleries**  26:19 30:12 36:21,23

**gallery**  35:5 36:14,25 37:24
  38:2 59:22

**gave**  64:5 73:9

**Geez**  74:1

**general**  35:24 69:12

**generally**  65:21

**generate**  25:23 26:3,12

**generated**  32:10,15 70:21

**give**  4:22,25 42:21 48:8 62:7
  63:25

**glasses**  21:7

**good**  4:16 10:17 33:7 38:10
  39:3 63:11 69:8 75:7,9

**governing**  51:18

**Great**  4:8 29:22

**greater**  21:15

**ground**  4:15

**guess**  10:11 25:8,12 26:20
  30:12 32:13 36:24 42:18,25
  46:2 62:16 65:20,22 67:25
  68:23 72:15

**guided**  51:24

**guiding**  51:20

**guy's**  16:15

### H

**habitually**  32:22

**Half**  8:20

**happen**  16:17 40:13 59:11,14

**happened**  9:18 73:18

**hat**  20:8

**head**  18:10 58:5

**health**  15:6 45:11 47:5 64:1
  70:3

**hear**  27:9

**held**  8:25

**helpful**  52:4

**history**  9:16

**hit**  24:23 35:5

**homicide**  9:4,5,17,20 15:21

**honest**  54:4

**honestly**  28:9 31:21 44:20,21
  72:20

**hour**  8:9,20 17:5,8

**hours**  6:6 17:8 68:24

**house**  10:3 29:6 33:17

**Howard**  30:3 64:4

**Howard's**  30:11 62:21,24

**Howell**  4:4 6:11 7:8

**Howell's**  7:5

**hurt**  21:10

### I

**idea**  18:19 23:7 24:20 29:8
  30:15 38:5 70:19

**identification**  7:12 10:8 12:16
  29:15,23 50:14 55:13 62:2
  64:20 66:8,17 69:5 70:6 72:11

**identifications**  42:9

**identify**  6:8 32:24 33:5 71:2,23
  72:14

**identifying**  30:23,24

**II**  6:11

**illumination**  20:15,17 53:7

**image**  5:21,22 12:5 14:10,14,
  15 16:12,19 18:1,4,12 19:11,
  21 20:12,18 21:21,23 22:1,22
  23:20,22,25 24:2,6,7,11,13,
  14,17,23 25:11 26:20,25
  34:11 35:4,16 36:12,23,25
  37:8 38:8,11 39:4,5,10,18,19
  40:8,9 41:19 42:23 43:11
  45:3,12 46:4,13,18,19 47:11,
  14,16,19 48:16,17 49:15 53:6,
  7,8,16 59:19 61:10 70:22

**images**  5:19,24 13:13,15,18,
  21,22 25:10,12 35:10,13 42:6
  44:16,24 45:1,15,21 47:7
  50:10 53:5,11,25 54:13,14
  57:16 68:21

**immediately**  17:14,19 33:18

**impact**  21:15

**impetus**  44:11

**important** 70:10

**in-depth** 70:7

**in-house** 33:21 42:20 43:8,14
45:17,21,23,25 46:1,21,24
48:9 67:25 69:10

**incidents** 9:17

**include** 26:12 39:17 40:6 53:5
57:16

**included** 28:6

**includes** 35:5 39:18

**including** 38:15

**inclusion** 54:19,22

**independent** 48:10,24 49:3
59:21

**individual** 34:18 40:5,24 51:2
59:16 67:6

**individualized** 39:2

**individuals** 63:15

**inform** 7:7

**informally** 48:4

**information** 25:18 26:13 28:6,
8 29:2 33:13 39:20 47:23,25
66:24

**initial** 41:15,17

**initially** 16:4

**input** 5:18

**instance** 16:14 23:21 25:6

**instructs** 5:7

**integrates** 11:18

**integrity** 10:25

**intel** 5:12 14:6,11 15:16,23
16:2,21 19:1,7,10 21:18 23:11
24:19 25:17 30:21 33:18,20,
24 38:20 39:25 41:19,23,24
42:6,18,20,22 43:1,7,10,11,
17,18,21,24 44:12,14 45:2,17,
20 46:3,19,21,24 47:7 48:4
49:4,21,23 50:24 51:3 52:12
53:10,14,23 54:6,12 57:22

58:10 60:3 61:6 63:16 64:5,
11,14,15 66:13 67:1,10,21,23
68:3,15,16,20,25 71:10,13,14

**Intel's** 59:6

**intelligence** 5:13 32:4,5 50:20
51:2

**intel's** 51:21

**interested** 30:23 31:2

**interface** 13:8 35:16

**internal** 73:21

**internet** 50:25 54:10

**interrupt** 4:20

**introduce** 7:11 10:5 12:11
29:12,25 36:8 50:13 55:12
61:25 64:19 66:6,15

**introductory** 4:14

**investigation** 5:14,15 9:20,23
15:1 18:9 40:24 44:9 71:22
73:15,17,22,25 74:4,7,10,13,
16,19

**investigative** 5:21 14:16 28:3
31:1,2 32:10,14,23 33:2
38:10,25 39:5,11,19 40:4,19,
23 41:1,6,10,11,18 47:21,24
48:11,15 49:18 57:18 58:8,14,
21,25 59:4,7,11,14,20,23
70:18 71:1,2

**investigator** 14:9 15:3

**investigators** 9:19 59:9

**involve** 64:16

**involved** 58:18 74:3

**involvement** 73:14

**issue** 56:23

**issues** 56:20

**item** 7:15

**items** 35:10

**I'm** 42:15 75:6

## J

**Jennifer** 30:4

**Judging** 30:10

**Julia** 4:8,12

**July** 28:17 72:7,18,23

**jump** 44:22

**jumping** 26:18

**jumps** 56:13

## K

**Kahn** 4:7,8,12 6:22 7:7,13
10:5,14,18,20,23 11:2,3
12:17,21,24 29:12,16,24 32:3
35:20,23 36:8,11 37:4,7 43:5,
6 50:1,6,15 55:2,7,14 56:4,15,
19,22 57:8,9,11 60:2,25 61:2,
23 62:4,6,9 64:22 65:25 66:6,
15,19 71:16,21 72:9,13 73:11
74:22 75:5,9,11

**kind** 18:23 33:1 66:7

**knew** 30:6 36:3 74:2

**knowledge** 49:11 64:1

**Krystal** 30:3,11 62:21 64:4

## L

**labeled** 62:16

**lack** 48:12

**large** 18:18

**larger** 37:9 46:7

**lawsuit** 4:11 7:18 72:15 74:1

**lay** 4:15 5:10

**lead** 14:15,16 17:15,25 25:25
27:4,18,19 28:3 31:1,3 32:10,
14,23 33:2,7,8 38:10,25 39:5,
11 40:4,9,19,23 41:6,7,10,11,
18 47:21,24 48:11,15 49:18,
20 57:18 58:9,14,15,21,25
59:4,20,23,25 60:1,3,5 70:18,



21 71:1,2

**leads** 5:21 39:19 41:2 59:7,8, 11,14 60:14

**leave** 17:25

**led** 5:16 60:18

**letters** 37:10

**level** 53:6

**license** 14:4 32:17,18,19 49:13

**licensed** 45:13

**licenses** 32:20

**Lieutenant** 74:6

**light** 23:18

**lighter** 20:21

**lighting** 20:1,18

**lighting's** 48:19

**limit** 23:5

**limitations** 69:8

**limited** 6:6

**lines** 62:25 63:21

**lineup** 74:18

**Link** 15:9

**lip** 22:4,5

**lips** 38:17

**lists** 7:20

**live** 12:8

**lobes** 22:5

**local** 4:13

**location** 9:18

**long** 4:11 8:23 9:8 15:20 16:25 17:6 27:22 33:1 44:1

**looked** 27:24 40:2

**loud** 29:20 53:2 56:9 63:20

**love** 27:9

**low** 46:14

**lowest** 44:19

---

**M**

---

**made** 57:18

**main** 9:3

**maintain** 69:14

**maintained** 13:11

**make** 4:18 10:19 14:13 19:15 22:8 23:12 25:1 35:1 38:9 39:2 49:17 70:7

**making** 70:5

**March** 11:24 28:6 47:2 49:1 51:17,21 53:23 54:12

**mark** 16:24 56:24

**marked** 7:12 10:8 12:16 17:6 29:15,23 50:14 55:13 62:2 64:20 66:8,17 72:11

**markings** 38:17

**mask** 16:14,15 21:9 48:21

**match** 26:10,13 32:25 33:5 35:4,17 40:6,10,17 70:11

**matches** 5:20 26:19 35:15 36:19,21 37:24 40:2 59:22

**materials** 8:8 61:15 64:16 65:3,5,7,8,17 67:5

**matter** 42:11

**means** 5:12,13,17 31:11 35:14

**measures** 22:21 23:8

**media** 9:16

**meet** 4:8,9

**member** 16:2 45:11 46:3

**members** 52:10,21,23 54:6 63:16 68:12

**memory** 69:5

**mental** 15:5 25:3,14 48:6 64:1

**mentioned** 21:25 22:12 24:5 25:1 44:6 50:8 65:6 74:20

**mentioning** 30:11

**mess** 58:13

**Michael** 72:7,18,22

**Michigan** 4:1 5:13 62:16

**midnights** 9:3

**mind** 31:12

**mine** 57:4,14

**mini** 29:17,19 30:1

**minimum** 35:2,14

**minute** 12:17 52:4 55:3 71:17

**missing** 56:14

**Mission** 32:2

**mixed** 10:6

**moles** 38:17

**moment** 37:3

**months** 8:24 9:11

**morning** 8:11

**morph** 39:11

**morphological** 38:12,19 39:1, 7,11,12 49:3 68:21,24 69:7, 11,15,17,25 70:4,8,23

**move** 31:12

**moved** 9:4 15:21

**MSP** 5:13 13:11,18,21 19:11, 16 25:15,17,19 26:4,5,7 28:11,18,21 29:1,7,10 30:4,5 31:18 41:21,23 42:1,2,9,19, 21,24 43:8,11,16,17 44:15,23 45:4,6,12 46:4,6 47:7,11,14, 18,23 48:1,4,7,17,25 49:6,12, 15 50:9,10 53:16 54:13 57:18, 24 58:3,25 59:4,8,12,15,17, 20,25 60:6,9,10,11 62:15,18, 20 63:2,7,8,25 64:6,13 68:1, 23 69:9 70:13,18 71:7

**MSP's** 14:1 25:4 28:24

**MSPS** 30:17

**mug** 32:16

mugshot 32:11 57:16

Mugshots 13:7

multiple 6:16 21:15 41:1

**N**

names 10:10 39:21

Nate 75:5,6

Nathan 4:4 6:11

NDA 64:18,23,25 65:1,2,6,12, 24 66:1

NEC 37:9 49:7

needed 35:3 57:17

negative 27:4

network 12:25 57:15

news 72:8 74:1,17,20

Nice 4:8,9

ninth 9:6

non-fatal 9:16

normal 7:10 37:12

nose 22:4 38:17

nostrils 22:4 38:17

notes 8:10 61:21,24 67:7

notice 7:16

notify 71:5

number 7:11,14,15 10:6,14 12:11 14:16 23:1,6 26:22 27:16 29:13,14,19,25 34:16, 20 35:8,25 36:1,9,10 39:21,23 40:13,15 50:13 55:12 56:8 57:12,13 58:6 61:25 64:19 66:7,16 72:9

numbers 37:16

numeral 56:8 58:6

**O**

object 5:6

objection 7:5

objective 22:21 23:8

obligations 38:4

observed 22:10

obstructions 48:19

Occluded 20:8

October 5:15

offer 28:18 67:21

offered 52:14,16,18,19 61:11 63:15

office 47:10

officer 27:6,8,15 28:4 30:22 40:18 44:8,11 73:1

officers 63:9,17

official 72:16

officials 68:3

Oliver 72:7,18,23 73:5,14

on-call 17:11

ongoing 14:25 69:14,25

online 15:11

op 38:3 50:19

open 56:7

operating 8:5 50:19,22

operators 17:9

optimal 22:13

option 52:24

opts 47:10

order 5:23 10:21 11:1 21:23 60:5 66:3 75:1,2

original 40:2 48:8

outline 16:5 21:25 42:7

outlines 27:14 61:3

output 5:20

outsourcing 28:11

oversight 74:3

**P**

p.m. 4:2 75:12

pages 29:17 56:14 62:1

paragraph 57:13 72:21

parole 4:12

part 18:8 25:5 33:9 38:3 39:22 56:21 65:17 70:9

parts 30:8,9,11,19 49:10

past 60:18 66:1 67:18

Pat 29:13 61:1,24 74:22

pay 20:15 32:7,15,17

peer 14:18 17:15 27:18 31:20 40:21 59:3,18,21

people 15:11,24 23:13,22 33:8 49:21 67:9 68:4

percentage 40:13

perform 12:5 53:23 56:8 57:14,22 70:23

performing 53:8,12

person 30:23 33:6 35:13 39:24 41:10

person's 48:20

personnel 18:12 23:11 41:19 47:7 48:6 52:6 61:6 62:18 63:13,25 64:7,11,15,17 65:7 67:5,7,10,23 68:20,25 70:3 71:13

pertaining 65:16 66:3

phone 6:21 75:6

phonetic 74:7

photo 5:18,21,22 20:2,6,20,24 21:12,19 22:3,21 23:10,11 30:10,22 31:13 32:7,9,10,14, 15 36:7 37:10,16 42:16 48:11 71:1 74:18

photos 13:1 14:4 22:9 23:5 32:22,25 33:3,5,7,9 34:11 35:25 37:9 57:15



hansonreporting.com
313.567.8100

pick 41:18

picked 73:5

pictures 35:6

pixel 20:10 22:12

pixelated 16:14 48:19

pixelation 21:21

pixels 22:13,16 23:1,6

place 7:5 47:2

plaintiff 4:5 7:20 72:17

platform 11:17,25 13:8

point 11:5 49:19

police 5:12,14 8:6,22 32:2
  44:11 62:17 63:8,9 73:1,5

policies 14:24 33:24 50:12
  51:17

policy 8:5 10:20 11:4,8 14:13
  19:1,2 25:2 29:9,11 47:2 50:9
  51:20,23 53:21 54:3,7,19 58:2
  70:17

poor 47:17 48:19

populates 15:13

Position 6:10

positions 8:25

positive 17:15 25:25 27:18

potentially 33:14

Powerpoint 61:19,20

Powerpoints 61:24 66:22

PR 53:11

practice 29:1,4 47:5 48:24
  49:1 52:20 59:6

practices 71:8,9

precinct 9:6

preparation 8:4

prepare 8:13 70:3,13

prepared 7:8

prepares 70:13

present 17:9

presentation 62:15,18 63:25
  64:6

preserve 10:25

pretrial 38:3

Pretty 25:13 49:17

prevent 6:23

prevents 65:3,8,10,22

previous 68:1

PRICE 72:12

prime 39:15 46:3

printed 56:17 60:23 66:10

printer 57:9

printing 56:19

prior 33:20 51:14 53:8,11,15
  54:18,22

pro 22:21

probable 54:20

probe 5:21 12:5 17:25 18:1
  21:12 23:5 24:1 30:22 31:13
  38:8,11 39:4,19 40:9 42:6
  45:2,20 46:13,19 47:19 48:10,
  15,16,17 53:5,8,11,15,16,25
  54:13,14 59:19 68:21

procedure 30:5,7

procedures 8:6 50:19,22

proceed 7:9

process 14:9 15:2 16:5 17:16
  18:2 23:11 26:1 28:24 29:2
  30:17 31:22 39:7,9,22 40:20
  41:7 43:8,14,16 47:14 56:5
  59:18,24 60:7,8 69:13 70:9
  71:9

processed 16:22 17:10

processes 43:11

processing 17:1

procured 10:2

produce 5:20 7:21 26:14

program 5:18 18:2 19:11 22:9
  69:12

prosecutor 33:16

provide 8:1 12:4 41:1,11
  52:20 60:10 64:16 70:15

provided 37:21 38:2 52:6
  60:9,12 63:2,7,8 65:4,7 66:13,
  14,23

provision 34:11

purchased 12:7

pursuant 4:13

put 56:12

putting 23:25 31:13

Q

quality 18:4,12 19:21 21:19,23
  22:2,12,21 25:11 46:13,19
  47:15,17,19 48:17,20 53:5,11,
  15,24 54:14 70:5,11

question 4:21,23 5:8 6:3
  13:20 31:11 33:1

questions 5:2,3,6 65:3,8,11,
  20 66:2,3 74:21,23,24

quick 71:16

quickly 6:7 12:18 16:22

R

race 21:3

raise 31:23 32:4

range 22:13

Rank 49:7

rationale 18:20

reach 25:17 28:18

reached 28:21

read 7:15,16 11:5 29:18,20,21
  30:2 31:22 52:4 53:1,2 56:9
  57:12 58:7,11,13,18 62:25
  63:20 65:15 72:22 74:1



**Realtime** 9:3

**reason** 46:16 65:2 68:15

**reasons** 34:13 45:11 46:3

**rec** 8:5 14:14 55:18

**recall** 29:5 52:19

**recalled** 17:12 46:11 47:12,13

**receive** 15:25 24:7 25:3,25
    30:22 32:20 33:20 48:6 59:25
    61:6 64:11 67:23 68:9,20,25
    69:19,25 70:18,20 71:14

**received** 15:24 25:7 27:14,18
    47:16 52:24 63:13 71:15

**receives** 16:2,21 33:2 58:24
    59:16 60:1,3

**recognition** 5:17,22 11:7,18
    12:8 16:19 30:21 31:14 33:13
    35:3,9 44:10 46:12 51:11 52:9
    53:9 56:6,9 57:14,25 63:10

**recognize** 50:16 62:11

**recognized** 66:25

**record** 6:9 7:5 12:20,22,23
    37:2,5,6 43:3,4,5 50:4,5,7
    55:4,5,6 56:13 71:17,18,19
    74:25

**recorded** 18:21 39:8,12

**refer** 13:3 50:21 65:18

**referring** 65:9

**refers** 5:11,14 35:8

**regard** 20:19

**related** 65:17

**reliability** 19:21,25 21:1,6,16
    26:14

**reliable** 21:13 26:9,13 70:23

**remember** 8:18 9:24 15:4,20
    18:9 25:7 28:10 34:1,3,4
    39:22 44:20,21 47:22 49:2
    51:19,22,25 52:15 54:4,16,21,
    25 55:9,11 60:11,15,19 61:14,
    16 62:20 63:14 64:8,12,24
    66:21 69:9 73:20

**remind** 28:15

**repeat** 13:20 33:1

**rephrase** 5:3

**report** 14:21 17:17 25:19,23
    26:2,3,5,7,9,12,16 27:12,13,
    14,16 28:5 39:14,17,21 40:20,
    22 57:5 70:7,15,20

**reporter** 4:19 12:20 55:6 57:7
    62:8 64:21 66:9,18 71:20
    75:1,10

**reports** 25:21 27:22,24 42:7

**representation** 36:13

**representing** 4:13

**reproduce** 65:19

**reproduction** 65:16

**request** 14:11,13,23 15:24
    16:2,4,6,20,21 17:2,10 26:5
    27:15 28:11 41:22 43:22,25
    44:3,4,5,11 57:18,19 58:3
    65:16 66:24 70:17

**requested** 7:21 37:21 40:18

**requester** 14:22 16:18 27:8
    39:16,18 48:8 54:24

**requesting** 17:14,20 44:4 56:6

**requests** 44:9

**require** 18:23 50:9 53:14
    54:19,22 59:3

**required** 33:25 52:8 61:3,9
    68:25

**requirement** 58:20,24 69:1

**requirements** 69:14

**requires** 53:10

**requiring** 50:9

**reread** 8:5

**resolution** 65:18 70:22

**response** 9:12 66:23

**responses** 47:16

**responsibilities** 9:13

**responsible** 9:14

**result** 16:13 17:14,19 21:13
    39:7,10 42:17 48:25 59:17

**resulted** 71:23

**results** 16:22 19:21 20:1 21:1,
    6,16 25:15 33:14 34:8,15,20
    35:5 36:16 38:6 41:14 42:11
    43:17,18 48:6 50:8 54:19,23
    68:21 71:3

**retained** 37:19,20,25

**return** 17:13,18 32:17 34:7
    35:15 70:25

**returned** 34:15 35:17 36:16
    59:7,12,14

**returning** 32:23

**returns** 32:14 34:18 47:18

**review** 10:20 14:18 17:16
    18:23 31:20,21 32:22 33:3,7,
    8,25 38:24 39:25 40:2,6 46:19
    48:9 50:8,10 53:4 59:7,11,13,
    14,17,18,22 60:6 73:17

**reviewed** 38:19 40:4,21

**reviewer** 27:18 39:4 40:2

**reviewing** 8:7 28:7

**revised** 51:7,12 55:19

**revisions** 55:24

**role** 6:14

**Roman** 56:8 57:12 58:6

**roughly** 9:11 10:23

**row** 15:13 36:20

**rule** 4:13 57:12

**rules** 4:15

**run** 12:8 14:10 16:7,9,15,16
    17:22 18:5,11,20 19:8 22:11
    29:6 33:18,22 34:11 37:19,25
    41:20 43:21,25 44:6,10,12,23
    45:2,3,12,18,24 46:4,21,24
    49:23 53:19,20 58:4 61:10
    68:16,18 71:10



Nathan Howell
04/06/2023

running 13:24 14:1 24:25
28:24 30:10 33:25

runs 14:6,14 30:21

---

## S

scale 26:14

scene 28:16

score 35:3,6,8,14,16 37:17
44:19

scores 37:19,21

search 12:5 13:24 14:1,10
15:3 16:7,9 17:13,18,22 18:5,
11,20 19:8,22 21:19 22:23
23:10,12 24:2,19,23,25 25:18
27:1 28:7,24 29:10 30:21
31:6,10,19 34:18,21 37:19,22,
25 38:7 40:18 41:13,14,15,17,
20,22 43:21,24,25 44:2,5,10,
12,23 45:3,12 46:4,7,12,21,24
47:18 48:7 49:6,8,23 53:9,12,
17,24 57:19,23,25 58:4,21
59:1

searches 14:7 29:6 32:21
33:18,25 37:20 47:8 49:12
54:3 57:15 68:22

section 51:9,14 56:13 61:3

seeking 26:6

select 41:7

selected 39:3,5 40:5,9 59:20

send 14:21 15:5,8,12 17:13,
17,19 19:10,16 41:19,21 42:8,
16,20,24 43:8,10,14,16,24
44:2 45:2,12,14,25 46:3 47:7,
10 49:19 54:13 57:24 58:3
59:16

sending 45:20,21 46:18,22,25
53:15

sends 43:18 48:1

sense 16:23

sentence 57:21

separately 42:24

September 19:6

sergeant 27:19

set 26:22 34:16 36:16,17,18
38:6 40:1 44:16 45:1

sets 44:24

setting 23:4

shade 20:22

shadows 20:4

shale 57:14

shape 22:4,5,6 38:16

share 29:1

sheet 70:20

sheets 70:3,10,14,17

shift 17:5

Shinola 5:14,16 9:22 73:24
74:3,9,15,19

shoot 63:4

shooting 9:16

shot 32:16

Show 57:5

sides 56:25

sign 19:13 58:17

signed 64:18,23,25 65:6

similar 35:10,11 69:21

simply 59:22

size 53:7 66:10

skin 20:14,18,19,25

skull 22:6 38:16

slides 61:19 62:15

Smartsheet 15:9,12,13 41:25

snap 13:3,6,9,11,13,15 14:3
25:6,8,10 49:8 57:16 62:14
69:11

social 9:16

software 11:13 33:23

solicitation 12:12 36:10

someone's 20:18 33:7

SOP 50:21,24 51:14 55:18,24
57:22 59:3

sort 25:12

sound 4:16

sounds 45:14 64:4

speak 7:2 8:13 23:13 31:5
49:22 74:6,9,12

speaking 8:17 53:21

specific 11:9

speculate 10:11

spend 8:7,17

spoke 8:14

sponsor 58:10

squad 9:5

staff 69:17,25 71:10

standard 8:5 29:1,4 50:19,22

start 19:5 28:11 29:18 63:1

started 28:15 33:17

starting 63:6

starts 56:8 63:2

state 5:13 11:8 26:9 32:2
62:17

state's 57:19

statements 30:3

statewide 12:25 13:14,17
57:15

static 12:5

stop 41:7 63:22

store 23:20,21

stored 5:19,24

stories 72:8

story 74:17

strategies 9:7,9



**structure** 38:16

**stuff** 15:19,22 25:11

**sub-optimal** 22:15

**subjective** 22:19

**submit** 14:11 18:3 21:19 22:22 24:3,23 28:5

**submits** 14:13

**submitted** 28:2 38:9 39:18 48:16

**subsection** 52:1,5,25 53:1 56:2,16 60:20

**suing** 72:17

**suitability** 53:5,11,15,24 54:14

**suitable** 22:22 23:10,12 53:18

**super** 44:6

**supervisor** 14:19,20 17:16 19:14,16 28:7 31:20 39:14 42:21 44:1,2 57:20 58:16,17 59:3,7

**supervisors** 40:21 44:6

**supplement** 26:2 27:14

**supplemental** 25:19,23 26:3,5 27:12,22,24 28:5

**supposed** 20:15 22:1

**suspect** 14:25 32:23 33:3 71:23,24

**suspects** 9:15,19

**SWORN** 4:5

**system** 11:8 13:25 14:1 31:14 34:7 35:4,9,14 45:24 46:1 57:23

---

**T**

**table** 6:3

**takes** 5:18 16:24,25

**taking** 6:3

**talk** 6:18 43:10

**talked** 16:3 19:22

**talking** 22:18 30:13 35:7 44:22 50:8,12 57:1

**technology** 5:17,23 11:7,9 25:4,5 35:4 63:10

**techs** 47:10

**tells** 51:18

**term** 34:23 65:10

**termination** 39:2

**testify** 7:23

**testifying** 6:24 7:6

**testimony** 60:9

**that'd** 75:9

**theft** 5:15

**thing** 25:12 28:14 36:2 38:25

**things** 21:25 22:7,10 67:15

**thinking** 6:23

**thinks** 35:12

**thought** 73:19

**threshold** 34:23,24,25 35:2,7, 13 44:16,17

**thresholds** 26:16

**throw** 48:21

**Thursday** 4:2 75:8

**time** 6:17 8:7,17,18 9:22 10:7 11:8 15:12,20 17:1 26:23 27:20 39:21 46:11 49:17 51:24 73:12

**timeline** 11:5

**times** 6:16 18:14 40:15 64:9, 10 71:22

**today** 4:10 6:24 7:1 8:2

**told** 35:19 47:13 73:9

**tone** 20:14,19,25

**tool** 24:16

**top** 18:10 58:5 63:2

**topic** 7:14,24

**topics** 7:8,20

**track** 72:1

**train** 14:17 63:18

**trained** 14:12 25:14,17 38:23 46:9 68:3,6 70:3,25 71:5

**training** 21:20,22,24 25:3,7,9 33:20,22 34:5 52:2,5,8,10,12, 19,20 55:8 60:10,12,14 61:4, 7,9,13,15,19,21 62:14 63:8,13 64:11,16 65:11,17,20 66:13 67:6,14,23,25 68:2,9,13,14, 19,20,24 69:2,4,6,10,19,22

**trainings** 64:13 65:19 66:4,24, 25 67:3,7,9,11,12,13,16,21 71:10,14

**trains** 67:17

**transcripts** 75:7

**truthfully** 6:24

**turn** 7:14 11:4 29:17 33:13 36:9,12 51:9 52:1,25 56:2 60:20 62:22 72:21

**turnaround** 17:1

**turning** 27:11 62:21

**type** 39:21 70:20

**typical** 17:1 31:12,16

---

**U**

**ultimately** 5:16 14:20 71:24 72:4

**undergone** 67:1,6

**understand** 4:18 5:2 8:1 13:3 25:14 30:4,16 49:6 50:21 73:18

**understanding** 7:3 70:10

**understands** 4:19

**unique** 34:18

**unit** 5:13 14:6 50:20 51:2

Nathan Howell
04/06/2023
14

upload 24:3

uploading 24:6

uploads 14:14

urgency 16:23

urgent 16:24 17:6

usable 16:19

utilizing 57:15

**V**

vary 34:20 44:20

verbal 4:25

vermilion 22:4

version 12:4

versus 29:6 68:7

vet 16:4

victims 9:19

video 12:8

views 41:13

violent 14:25 18:8

visible 36:4

**W**

wait 4:21,22

walk 8:25 19:24

walking 23:21

wanted 55:12 66:15 75:1

wanting 15:3

warrant 73:2

watches 5:15

wearing 16:15 48:20,21

Wednesday 75:8

WESSLER 75:8

Williams 4:11,13 5:16

witnesses 9:18

words 4:15 35:12

work 9:14 13:24 14:1 15:11
27:16,20 30:5 57:9 60:4 73:16

working 9:2 28:13,16 44:8,9
51:2 68:4

works 24:25 30:7 33:10 41:5

workups 9:15,17

worries 63:5

would've 28:6

writing 27:22

written 51:17 54:2 58:17 61:15

**Y**

years 8:24 9:4 27:23 60:19

