**Krystal Howard**
**01/10/2023**

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF MICHIGAN

3                   SOUTHERN DIVISION

4

5    ROBERT JULIAN-BORCHAK WILLIAMS,

6              Plaintiff,

7     -vs-                     No:  21-10827

8                             HON. LAURIE J. MICHELSON

9    CITY OF DETROIT, a municipal

10   corporation; DETROIT POLICE

11   CHIEF JAMES CRAIG, in his

12   official capacity; and

13   DETECTIVE DONALD BUSSA, in

14   his individual capacity,

15             Defendants.

16   _____/

17   Pages 1 - 70.

18

19   The videotaped deposition of KRYSTAL HOWARD

20   taken via Hanson Virtual Remote

21   commencing at 9:59 a.m.

22   Tuesday, January 10, 2023,

23   before Ann L. Bacon CSR-1297.

24

25



1    APPEARANCES:

2

3    MR. MICHAEL J. STEINBERG (Not Present)

4    Civil Rights Litigation Initiative

5    University of Michigan Law School

6    701 S. State Street, Suite 2020

7    Ann Arbor, Michigan 48109

8    (734) 763-1983

9    mjsteinb@umich.edu

10   Appearing on behalf of the Plaintiff.

11

12   MR. PHILIP E. MAYOR (P81691)

13   MR. NATE WESSLER

14   American Civil Liberties Union Fund of Michigan

15   2966 Woodward Avenue

16   Detroit, Michigan 48201

17   (313) 578-6803

18   pmayor@aclumich.org

19   Appearing on behalf of the Plaintiff.

20

21

22

23

24

25



1    APPEARANCES, Continued:

2

3    MR. PATRICK CUNNINGHAM (P67643)

4    City of Detroit Law Department

5    2 Woodward Avenue, Suite 500

6    Detroit, Michigan 48226

7    (313) 237-5032

8    cunninghamp@detroitmi.gov

9    Appearing on behalf of the Defendants.

10

11   MR. ALEXANDER W. ROOT (P80220)

12   MS. AIMEE L. BRIMACOMBE (P70926)

13   Michigan Department of Attorney General

14   525 W. Ottawa Street

15   Lansing, Michigan 48933-1067

16   (517) 335-7573

17   roota@michigan.gov

18   Appearing on behalf of the Michigan State Police.

19

20

21

22

23

24

25



```
 1        T A B L E   O F   C O N T E N T S

 2

 3  WITNESS                              PAGE

 4    KRYSTAL HOWARD

 5      Examination by Mr. Mayor            5

 6      Examination by Mr. Cunningham      66

 7

 8

 9

10

11              E X H I B I T S

12  NUMBER                               PAGE

13    Deposition Exhibit No. 1            59

14      (Photograph)

15

16

17

18

19

20

21

22

23

24

25
```



1                              Hanson Virtual Remote

2                              Tuesday, January 10, 2023

3                              9:59 a.m.

4                                   - - -

5                    COURT REPORTER:  My name is Ann Bacon,

6        a Michigan State notary public and certified

7        shorthand reporter and this deposition is being

8        held via videoconferencing equipment.  The

9        witness and reporter are not in the same room.

10       The witness will be sworn in remotely pursuant

11       to agreement of all parties.  The parties

12       stipulate that the testimony is being given as

13       if the witness was sworn in person.

14                   K R Y S T A L    H O W A R D

15       was thereupon called as a witness herein, after

16       having been first duly sworn to tell the truth,

17       the whole truth, and nothing but the truth, was

18       examined and testified as follows:

19                    MR. MAYOR:  All right.  Thank you,

20       Miss Bacon.  We are here this morning for the

21       deposition of Krystal Howard.  I'm Phil Mayor,

22       attorney for the Plaintiff, Robert Williams.

23                          EXAMINATION

24       BY MR. MAYOR:

25    Q.  And I just want to start out by acknowledging,



1        Miss Howard, that you and I know each other

2        outside the context of this deposition, correct?

3   A.   **Correct.**

4   Q.   And that's because I sit on an informal group

5        that you put together that discusses facial

6        recognition issues in Michigan with various law

7        enforcement officials and stake holders, right?

8   A.   **That's correct.**

9   Q.   Okay.  But that group, at least since I have

10       been a member of it have not had any discussions

11       about the Williams case, correct?

12  A.   **Correct.**

13  Q.   Thank you.  Have you been deposed before,

14       Miss Howard?

15  A.   **I have, not related to facial recognition or**

16       **work, but yes, I have.**

17  Q.   Okay.  So I assume that means you're a little

18       familiar with the ground rules, but we'll go

19       over them anyways.  Does that sound fair?

20  A.   **Yes.**

21  Q.   Great.  So first is the most important thing in

22       a deposition is that you answer my questions

23       truthfully.  Is that fair?

24  A.   **Yes.**

25  Q.   Okay.  If I ask a question that you don't



1      understand, please let me know and I'll find a

2      different way to ask it.  Is that fair?

**3  A.  Yes.**

4  Q.  And as you know, we have a court reporter here

5      today and she's taking down everything we say,

6      so that means you need to answer verbally, not

7      just nodding or saying mm-hmm or things like

8      that.  Does that sound fair?

**9  A.  Yes.**

10  Q.  Okay.  And if you need any breaks for any reason,

11      that's fine, just say so, but I will ask you to

12      finish answering the question that I've asked if

13      there's a question pending.  Does that sound fair?

**14  A.  Yes.**

15  Q.  Okay.  And I don't mean this in any disrespectful

16      way, but are you on any prescription medication

17      or any substance that would make it not possible

18      for you to answer truthfully and in a forthcoming

19      manner all of the questions that I have today?

**20  A.  No.**

21  Q.  Okay.  Sorry, I forgot one of the ground rules

22      as well.  It's possible that Mr. Root, your

23      attorney, may object to one of the questions I

24      ask or a few of the questions I ask.  If he

25      does, he can make that objection, but then you



1    need to go ahead and answer the question anyhow

2    unless Mr. Root instructs you not to answer.  Is

3    that fair?

4  **A.   Yes, understood.**

5  Q.   Okay.  All right.  You understand that we're here

6    today in connection with a facial recognition

7    search that was conducted in March of 2019

8    involving Mr. Robert Williams being returned as

9    an investigative lead, right?

10 **A.   Yes.**

11 Q.   So if during this deposition I refer to the

12   Williams search or the Williams case or the

13   Williams incident, you'll understand that I'm

14   referring to this case, to that facial recognition

15   search.  Is that fair?

16 **A.   Yes, correct.**

17 Q.   Okay.  Let me just ask before we jump in whether

18   you reviewed any documents or information before

19   today's deposition?

20 **A.   Yes.**

21 Q.   Okay.  What did you review?

22 **A.   I reviewed the request that we received during**

23   **that time frame from the Crime Intel Bureau or**

24   **DPD.  I did go back to the facial recognition**

25   **search itself and took a look at that, and then**



1       I reviewed some of our information on the

2       algorithm versions and some of our software

3       items related to our algorithms that we used at

4       the time versus now.

5   Q.   Excellent.  Thank you.  Okay.  And with that

6        said, it makes sense I think to establish a

7        little bit about your background.  Can you

8        please describe the positions -- well, who is

9        your current employer?

10  A.   Sure.  My current employer is Michigan State

11       Police, State of Michigan, so --

12  Q.   And how long have you been with Michigan State

13       Police, or if I say MSP, you'll understand that

14       means Michigan State Police?

15  A.   Correct, yes.  I have been with MSP for 12 years.

16  Q.   And what positions have you held in those 12

17       years with MSP?

18  A.   Sure.  I started as an admin and I worked my way

19       up to an analyst for the fingerprint side, so

20       before I worked in facial recognition, I dealt

21       with life scan machines, fingerprinting, criminal

22       histories and taking care of that side, and then

23       I moved over to facial recognition in 2018.

24  Q.   Okay.  And what position do you hold in facial

25       recognition at MSP?



```
 1   A.   So I started as a facial image examiner in 2018,

 2        worked my way up to supervisor, and now I'm

 3        still considered an examiner because of my

 4        training, but I am a manager, so do you want an

 5        explanation on what that is?

 6   Q.   Please.  That would be great.  That was my next

 7        question.

 8   A.   Perfect.  Okay.  So as a manager, I oversee the

 9        Statewide Network of Agency Photos or the SNAP

10        system in the SNAP unit, and the SNAP system is

11        our repository for all of our digital images for

12        arrests and copies of driver's license images.

13        I oversee that unit which has three people in it

14        and then I oversee, just for sake of being thorough,

15        I oversee our digital crime scene repository,

16        which is a program that MSP utilizes, our photo

17        lab, and then I oversee some troopers and

18        sergeants that conduct digital forensic evidence,

19        so audio-video processing and such.

20   Q.   Okay.  So how many employees do you supervise in

21        your role?

22   A.   Total, I have 11.

23   Q.   Okay.  And of those 11, how many are involved in

24        facial recognition?

25   A.   Three.
```



1   Q.   Three?

**2   A.   Yes.  Well, including myself would be four, so**

**3        three employees and myself.**

4   Q.   And what are the positions of those three

5        individuals that you supervise regarding facial

6        recognition?

**7   A.   We have two examiner or two specialist examiners,**

**8        so their State of Michigan titles are Department**

**9        Specialist 13.  Their I guess position description**

**10       titles are digital image examiners, so two of**

**11       those and then one digital image examiner**

**12       supervisor or manager.**

13  Q.   And that's the position you previously held

14       before being promoted to manager?

**15  A.   Correct.**

16  Q.   Okay.  And you mentioned a moment ago the SNAP

17       database.  SNAP is an acronym, correct?

**18  A.   Correct.**

19  Q.   Can you state for the record what SNAP means?

**20  A.   Yes, it's the Statewide Network of Agency Photos.**

21  Q.   We'll come back to speak about that in a little

22       while.  All right.  Turning to facial recognition

23       technology that is used by MSP, what vendors or

24       companies does MSP contract with for facial

25       recognition services?



Krystal Howard
01/10/2023                                    Page 12

1   A.   **We contract with DataWorks Plus for our software.**

2   Q.   Okay.  Is there anybody else that MSP contracts

3        with?

4   A.   **Not for facial recognition.  We don't -- our**

5        **algorithms have different vendors, but we do not**

6        **directly contract with them, just to be clear.**

7   Q.   So to dig on that a little bit further, you said

8        that you contract with DataWorks Plus for facial

9        recognition software, correct?

10  A.   **Correct.**

11  Q.   And is it correct to say that DataWorks then

12       contracts with providers of algorithms that are

13       then used by MSP when you use DataWorks software?

14  A.   **Yes, DataWorks is a data integrator is what**

15       **they're called, so they integrate with other**

16       **companies essentially, like you just stated.**

17  Q.   And so just so it's clear, when you say they

18       integrate with other companies, they have some

19       kind of contract with providers of algorithms,

20       correct?

21  A.   **Correct.**

22  Q.   And when you as MSP contract with DataWorks, you

23       use DataWorks software, correct?

24  A.   **Correct.**

25  Q.   And when you use that software, that software



```
 1        utilizes the algorithms that DataWorks contracts

 2        with?

 3   A.   Yes.

 4   Q.   Okay.  And are you aware of the algorithm, the

 5        companies who provide algorithms that DataWorks

 6        currently uses in its contract with MSP?

 7   A.   Yes, and those are -- do you want what those are?

 8   Q.   Can you hang on one moment?

 9             MR. MAYOR:  I see somebody is joining

10        the call.  Is anybody here somebody expecting

11        somebody named Aimee Brimacombe?

12             MR. ROOT:  Yes, she's with MSP.

13             MR. MAYOR:  Okay.  I'm sorry.  Miss Bacon,

14        if you could read back that last question?

15             (Reporter reads back question.)

16   A.   And my response was yes.

17   Q.   (Continuing, by Mr. Mayor) And what are those

18        algorithms?

19   A.   Sure.  We currently utilize Rank One Computing

20        algorithm and Cognitech computing algorithm.

21   Q.   And do you know which version of Rank One and

22        Cognitech are currently in use by MSP?

23   A.   Yes, Rank One is 1.24 and then Cognitech is 5.6.

24   Q.   Okay.  And are those the same algorithms that

25        were being used -- let me back up.  Was DataWorks
```



1      also the company with which MSP was contracting

2      in March of 2019 when the Williams facial

3      recognition search was conducted?

4   A.   Yes.

5   Q.   Okay.  Was DataWorks at that time using the same

6      algorithms to your knowledge?

7   A.   **They were using one of the same one, which was**

8      **Rank One and then they had a different one.  We**

9      **had a different one in place of Cognitech at**

10     **that time.**

11  Q.   And what was the one that you had at the time in

12     place of Cognitech?

13  A.   **That was NEC.**

14  Q.   Okay.  And do you know which versions of Rank

15     One and Cognitech MSP was utilizing by way of

16     DataWorks Plus in March of 2019?

17  A.   **So I do know the version of Rank One at that**

18     **time, not of NEC, so --**

19  Q.   What was the version of Rank One?

20  A.   **Sure.  Thank you.  Sorry.  The version of Rank**

21     **One was 1.25 and 1.23.  It was both.**

22  Q.   So I want to make sure your testimony is clear.

23     I believe you testified a moment ago that MSP is

24     currently using version 1.24?

25  A.   **Yes, that's correct.**



Krystal Howard
01/10/2023                                    Page 15

1   Q.   But three years ago in 2019 MSP was using

2        versions 1.23 and 1.25?

3   A.   **So per our vendor, just to clarify, I believe**

4        **this was shared with you, but our vendor gave me**

5        **two different versions from February of 2019 and**

6        **indicated that due to different, like my**

7        **understanding is due to the difference in the**

8        **fact that there are multiple files and**

9        **configurations, items that change with an update**

10       **in their documentation, they showed two**

11       **different versions essentially at that time, so**

12       **I'm going off of what they provided to me.**

13  Q.   Okay.  So are you able to determine which of

14       those versions was used in Mr. Williams' case,

15       whether it was 1.23 or 1.25?

16  A.   **I am not.**

17  Q.   And you said you were not aware of what version

18       of NEC was being used in March of 2019, correct?

19  A.   **Correct.**

20  Q.   Are you aware of roughly when NEC's algorithm

21       had last been updated in March of 2019 when it

22       was being utilized?

23  A.   **I'm not aware of the last time it was updated**

24       **because it was not updated frequently.**

25  Q.   Okay.  And why, are you aware of why MSP switched



Krystal Howard
01/10/2023                                    Page 16

1       from relying on NEC to relying on Cognitech?

2   A.  Yes, couple reasons.  One was cost.  The other

3       was that the Cognitech algorithm during the

4       facial recognition vendor testing was proving to

5       show better results than the antiquated NEC

6       algorithm that we were using at the time.

7   Q.  Okay.  When you say that cost was a factor, does

8       that mean that Cognitech was cheaper?

9   A.  Yeah, to some degree for a newer algorithm it

10      was a better long-term cost, overall cost savings.

11  Q.  And you said Cognitech was more accurate than

12      NEC, is that correct?

13  A.  Correct.

14  Q.  And when you say it was more accurate, what does

15      that mean?

16  A.  It means that it can produce, in testing and

17      what the results were showing, it produces more

18      results, better galleries.  NEC being antiquated

19      just didn't necessarily always have good

20      galleries or galleries at all.  We might have an

21      image that we would run in NEC and we would get

22      no gallery return because it couldn't find

23      facial points potentially, where if we would run

24      that same image, the newer algorithm with

25      Cognitech would potentially return the gallery.



1  Q.  Okay.  And when you said that a gallery is

2      better or worse between Cognitech and NEC, what

3      makes a gallery better or worse?

4  **A.  Maybe I should rephrase that.  I guess just**

5      **returning a gallery versus not, not necessarily**

6      **a better or worse gallery.**

7  Q.  So the primary way in which from your perspective

8      Cognitech was better is that it returned a

9      gallery more frequently?

10 **A.  Yes, in addition to the vendor testing results,**

11     **which I don't have in front of me, so I can't**

12     **articulate, but there were percentages of overall**

13     **match rates that were higher in Cognitech, so I**

14     **don't have those in front of me, but that came**

15     **from an actual document tested by NIST.**

16 Q.  And when you say NIST, what does NIST mean?

17 **A.  The National Institute of Standards and Technology.**

18 Q.  Okay.  So am I understanding you correctly that

19     you're saying that Cognitech was performing

20     better at producing accurate results according

21     to NIST than Rank One -- than NEC was?

22 **A.  Correct.**

23 Q.  And you mentioned that NEC was antiquated.  What

24     do you mean when you say that NEC was antiquated?

25 **A.  We did not pay for continual updates of NEC's**



1       algorithm, so we had had it since 2001 I believe,

2       I'm going off my memory here, from the beginning,

3       and we did not pay to have algorithm updates for

4       their algorithm, so it was older.  It hadn't --

5       we hadn't done version updates, and so back in

6       2001 it would have been tested then and that's

7       when we started using it, so it was old.  It was

8       antiquated.

9   Q.  So when Mr. Williams' facial recognition scan

10      was run in 2019, it was being run on an antiquated

11      algorithm?

12  A.  One of them.  Rank One was new.

13  Q.  Okay.  And you mentioned the term gallery a few

14      times.  Can you please explain what you mean by

15      gallery?

16  A.  Sure.  A gallery is a series of images that gets

17      returned to us in a search of facial recognition,

18      so you would have a probe image, which is your

19      image being searched, your gallery are the

20      results of that search coming back.

21  Q.  Okay.  And we'll talk a little bit more about

22      those galleries in a moment.  All right.  In

23      2019 you mentioned that the NEC algorithm was

24      antiquated and had not been updated since

25      possibly 2001.  The Rank One algorithm was



1      recently updated?

2  A.  **Correct.**

3  Q.  Do you know when it was updated?

4  A.  **We actually just -- I think I wish -- sorry.  I**

5      **probably should know these dates.  It was before**

6      **my time.  I believe we acquired Rank One newly**

7      **in 2018 and/or 2019, so right within that year**

8      **time frame we had just required Rank One as a**

9      **brand new algorithm, so it would have been new then.**

10  Q.  And was Rank One automatically updating or did

11      you have to separately pay for and order an

12      update for Rank One?

13  A.  **No, we paid for, when we purchased it, we paid**

14      **for something called an Evergreen model where**

15      **any time there's a version update with Rank One,**

16      **we automatically get that update.**

17  Q.  Got it.  Okay.  I'd like to turn to the process

18      that MSP uses when conducting facial recognition

19      searches.  First is it accurate that MSP

20      routinely conducts facial recognition searches

21      in response to requests from local police

22      departments and law enforcement agencies?

23  A.  **Yes.**

24  Q.  Okay.  And when I refer to a facial recognition

25      search, I mean that an agency sends you a photo,



```
 1        sends it to MSP and MSP does a facial recognition
 2        analysis and either comes back with an
 3        investigative lead or says that it was not able
 4        to identify an investigative lead.  Is that
 5        accurate?
 6    A.  Yes.
 7    Q.  Okay.  And so if I use the term facial recognition
 8        search, you'll understand that I'm referring to
 9        that process?
10    A.  Correct.
11    Q.  Okay.  Could you please walk us through each step
12        in a facial recognition search from the moment
13        MSP is involved by a local law enforcement agency?
14    A.  Yes.  So we receive an e-mail to a shared e-mail
15        box from a local law enforcement or an MSP
16        member and with that request we require a file
17        class or a complaint number to process their
18        request, so often times they'll have, not often
19        times, they'll have the file class and complaint
20        number and then a photo attached to that, what
21        they would like searched.  With that we will
22        take the request and each examiner can take a
23        look at the request, make sure it has the
24        required information, and then they will take the
25        probe image, which is the image that was
```


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

1      provided to us and if they, he or she, deem it

2      appropriate for facial recognition, they will

3      upload it to our facial recognition system and

4      the DataWorks software or a SNAP and with that

5      enter in the file class, the complaint number,

6      the person that requested it, and they enter all

7      that right into SNAP.  They hit search and from

8      there they will receive their galleries back for

9      review.  In addition to that process --

10  Q.  Let me pause you there to ask a couple clarifying

11      questions and then we'll continue.  So you said

12      that each examiner examines e-mails that come

13      in.  Does that mean that both of your examiners

14      look at every e-mail that comes in or does it

15      mean that either examiner is qualified to look

16      at an e-mail that comes in?

17  A.  Either.  They both have access and it just

18      depends with the two and then the manager

19      depending on leave days, if somebody is off on

20      leave, the manager may step in to help, but they

21      kind of rotate days, so some days it might be

22      one person might have what we refer to as the

23      box, the next day might be the next examiner,

24      but there is just, you know, whoever is

25      available to grab the transaction per se.



Krystal Howard
01/10/2023                                Page 22

1   Q.   So is it accurate that only one person will be

2        the lead person who has grabbed it and is in

3        charge of doing the search?

4   A.   Yes.

5   Q.   Okay.  And you said that the examiner will enter

6        the photo into the system if they deem it

7        appropriate.  When you say if they deem it

8        appropriate, what does that mean?

9   A.   So if the examiner opens the photo and can look,

10       can make a determination and feel confident that

11       that photo, if a gallery is returned, that they

12       can then conduct a morphological comparison.  If

13       that examiner based on he or she's training does

14       not feel confident that that photo can be

15       conducted in a morphological comparison, then

16       they can choose not to run that photo.

17  Q.   Okay.  What standards does the examiner use in

18       making that assessment of whether or not they

19       can run a morphological comparison on the photo

20       against a gallery?

21  A.   I guess some of the standards are just thinking

22       about the morphological comparison training that

23       we have and looking at the features of the face.

24       Can I see the eyes, the nose, the mouth, the

25       ears?  Would I be confident in testifying to



Krystal Howard
01/10/2023                              Page 23

1       what I see?  And that's kind of our standard

2       here.  Generally speaking, there are no set

3       standards for a probe image at this point in

4       time that I'm aware of.

5   Q.  Okay.  When you say moving forward, when you say

6       that after hitting search a gallery is returned,

7       is it one gallery that's returned or is it

8       multiple galleries that are returned?

9   A.  There is a gallery for Rank One, there is a

10      gallery for Cognitech, which formerly was NEC,

11      and then there is an FBI gallery, so there is

12      243 images for Rank One, 243 images for

13      Cognitech and then 50 for the FBI gallery that

14      are generally returned in a search.

15  Q.  Just so that the record is clear on this, when a

16      probe photo is run, when you say it runs across

17      an algorithm, that means that an algorithm that

18      is purchased by or that is borrowed, that is

19      licensed to DataWorks Plus, does an analysis to

20      compare the probe photo that you entered against

21      all the photos in a database, correct?

22  A.  Correct.

23  Q.  And when it returns a gallery, that means that

24      it is returning 243 or 50 photos that are possible

25      candidates that match that probe photo based on



1      the analysis done by the algorithm, correct?

2  A.  **Correct.**

3  Q.  Okay.  And those three algorithms that return

4      three different galleries, are they communicating

5      with each other in any way or do they run it

6      independently?

7  A.  **Not that I'm aware of.  I believe they run**

8      **independently.**

9  Q.  Okay.  So picking back up then in the process

10      you were describing, so you've now received

11      three galleries, two of 243 photos and one of 50

12      photos.  What happens next?

13  A.  **So then that examiner will go through the**

14      **galleries and assess whether they feel there's a**

15      **viable candidate there, so they will look at the**

16      **probe image.  They will look at each individual**

17      **image in a gallery and can do side-by-side**

18      **comparisons and different tools within there to**

19      **help with their assessments, but ultimately they**

20      **look through the galleries and determine if**

21      **there's a viable candidate.  If there is not, then**

22      **that basically ends the request right there.  We**

23      **will respond back to the requester indicating**

24      **we did not locate a viable candidate and it's**

25      **done there.  If there is a viable candidate, then**



Krystal Howard
01/10/2023                                  Page 25

```
 1        we will provide an investigative lead report.

 2   Q.   Okay.  And you mentioned a morphological

 3        comparison process.  Is that what's happening at

 4        this step?

 5   A.   Yes, yep.  So if they pull up a viable candidate

 6        and the probe and the examiner wants to look

 7        side-by-side at those photos, they will then

 8        walk through a morphological comparison process

 9        and they will examine the eyes on each image,

10        the nose on each image, the mouth, the ears,

11        anything that they can see visible in the photos

12        and will compare those features.

13   Q.   Are the items that are compared in the

14        morphological comparison that you just listed

15        the extent of the morphological comparison?

16   A.   No, there are front like lines, lines, scars,

17        marks, tattoos, that can all be assessed if those

18        are visible, so frontal lines, lines in the

19        forehead, the hairline, the hair, ears, jawline,

20        neck.  I'm trying to think, eyes, nose, ears,

21        mouth, hair.  I think that's it, going off memory.

22   Q.   So from your memory, everything that you just

23        listed are the items that are included in a

24        morphological comparison?

25   A.   Correct.
```



Krystal Howard
01/10/2023                                      Page 26

1    Q.    Is that morphological comparison recorded in any

2          way when it's conducted?

3    A.    **Yes, we have something called a supplemental report.**

4    Q.    What is a supplemental report?

5    A.    **The supplemental report documents each of those**

6          **features in what we saw, so, for example, if the**

7          **columella of the nose are similar on both**

8          **images, we will document that.  If the upper**

9          **vermilion border or the upper lip shape is the**

10         **same, we will document that.  So the supplemental**

11         **report goes through and you forensically document**

12         **the features that were similar or dissimilar.**

13   Q.    Is that supplemental report prepared for each of

14         the photos in the gallery?

15   A.    **No, only your investigative lead image.**

16   Q.    So a supplemental report would only be prepared

17         for one image after it has already been

18         identified as an investigative lead?

19   A.    **Correct.**

20   Q.    Okay.  I'm going to skip a little bit out of

21         order.  Was a supplemental report generated in

22         Mr. Williams' case?

23   A.    **Yes.**

24              MR. MAYOR:  Alex, I'm just going to --

25         I think that would be responsive to the Subpoena



1     we issued and I don't think we've seen that

2     supplemental report, so I would ask if you can

3     take a look and produce that, and I can put that

4     in writing later.

5            MR. ROOT:  Okay.

6  Q.  (Continuing, by Mr. Mayor) Okay.  All right.  So

7     what happens next?

8  A.  **So if a lead is generated, at that point we**

9     **would provide that lead back to the requester**

10    **via the original e-mail we received, so it's an**

11    **attachment and we provide that right back and**

12    **then at that point we log all of this information**

13    **into a database to make sure we keep all of our**

14    **attachments, the original requests or supplemental**

15    **report is done and put in there and we keep**

16    **everything.**

17 Q.  Between the examiner identifying that there is an

18    investigative lead and sending that investigative

19    lead to the law enforcement agency that

20    requested it, is there another step?

21 A.  **Yes, there is, Philip.  Thank you.  Sorry.**

22 Q.  What would be that other step?

23 A.  **Yes, that step that I missed is prior to sending**

24    **out that lead, we send our investigative lead**

25    **reports to the other examiners, so we do what's**



```
 1            called a peer review essentially.  If it's a
 2            driver's license image, then we need two responses
 3            back to us or at least a supervisor to look at
 4            that.  If it's a mugshot, then at least one,
 5            yes, back to us, so peer review, essentially we
 6            send that lead out to our peers.  They take a
 7            look at it and say, yes, I agree with this, or
 8            no, I do not agree with this.  If there is a no,
 9            then we don't send the lead.  If everybody
10            agrees, then we can provide that lead to the
11            requester.  I apologize.
12    Q.     And in that review process is the entire gallery
13            sent to the other examiner or the supervisor or
14            is it just the image that has already been
15            identified as an investigative lead?
16    A.     So it's just the investigative lead that's sent,
17            but the examiners have the ability to go in and
18            look at the search.
19    Q.     Okay.  And are they expected to go in and look
20            at the original search?
21    A.     No.
22    Q.     Okay.  Is it common for them to go back and look
23            at the original search?
24    A.     I want to say 50/50.  I don't want to say -- I
25            guess I don't know how to answer that.
```



1   Q.   Okay.

2   A.   I'll say 50/50.  Sometimes we do, sometimes we

3        don't.

4   Q.   Okay.  Is the second review by another examiner

5        or by a supervisor documented?

6   A.   Yes.  We have to in writing respond back and

7        say, yes, no.  Maybe we, you know, ask I'm going

8        to go in and take a look at this a little bit

9        further, give me some time, or things like that.

10  Q.   Okay.

11  A.   I'm going to take a quick drink.  Sorry.

12  Q.   No problem.  Is the amount of review that you

13       just described, so a second review by another

14       examiner or by the supervisor, is that what was

15       required in March of 2019 when Mr. Williams'

16       search was conducted?

17  A.   Yes.

18  Q.   I'm sorry.  You have to give a verbal answer.

19  A.   Oh, I did.  Yes.

20  Q.   Thank you.  Okay.

21  A.   Maybe it cut out.

22  Q.   At least on my end it did.  Thank you.  Okay.

23       You mentioned that the examiner looks at several

24       aspects of the photograph to decide if it's

25       suitable, correct?



Krystal Howard
01/10/2023                                    Page 30

 1  A.  Yes.

 2  Q.  Okay.  Would you agree that each of the

 3      following factors bear on whether or not a photo

 4      is suitable, the lighting?

 5  A.  Yes.

 6  Q.  And in particular whether it's dim or bright

 7      lighting?

 8  A.  Yes.

 9  Q.  And a dimly lit photo would be less suitable?

10  A.  Depending on how dim, but yes.

11          MR. CUNNINGHAM:  Object to the form of

12      the question as a leading question.

13  Q.  (Continuing, by Mr. Mayor) Would shadows on a

14      face bear on the suitability of a photo?

15  A.  It could, yes.

16  Q.  In what way?

17  A.  May make it difficult to see the features.

18  Q.  Is it accurate that a photo taken straight on, the

19      way I'm looking at the camera, is most accurate?

20  A.  Yes.

21  Q.  And photos taken from above or below or to the

22      side are less accurate?

23          MR. CUNNINGHAM:  Objection to the form

24      of the question.  It's a leading question.

25  Q.  (Continuing, by Mr. Mayor) You can answer.



Krystal Howard
01/10/2023                                    Page 31

1   A.   Yes, to some degree, yes.

2   Q.   When you say to some degree, please clarify.

3   A.   Sure.  I think that if, in my work you have

4        multiple factors.  So you could have a very

5        clear good photo with the head turned like

6        you're saying, but that's still a very good

7        photo.  I can still see plenty of features and

8        still make a determination on that as an

9        examiner with my training.  Now, you throw in

10       lighting, the head turned, multiple factors,

11       then it might pose as a more difficult image or

12       less quality, right, less quality.

13  Q.   Okay.  How about photos taken from above?

14  A.   What about it?  Rephrase the question or say the

15       whole question.

16  Q.   How do photos taken from above affect the accuracy?

17  A.   It can impact the accuracy by changing the shape

18       of the forehead, changing the shape of the face

19       and it can make the comparison more difficult.

20  Q.   Would features like a hat or something else

21       including the face make a photo less accurate?

22  A.   Yes.

23  Q.   Okay.  Would low pixel density make a photo less

24       accurate and identification less accurate?

25  A.   Yes.


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

1   Q.   Would all of those factors that we just discussed

2        also make an ultimate identification less likely

3        to be an accurate identification?

**4   A.   Yes.**

5   Q.   Okay.  And that's something that your examiners

6        understand and know?

**7   A.   Yes.**

8   Q.   Okay.

9             MR. CUNNINGHAM:  Object to the form of

10        that question.  That's a leading question.

11  Q.   (Continuing, by Mr. Mayor) You can answer.  And

12        is that something that an investigator who gets

13        an investigative lead needs to take into account

14        as well?

**15  A.   Yes.**

16  Q.   Okay.  They should understand that an

17        identification made on a less accurate photo is

18        less likely to be accurate?

**19  A.   Yes.**

20  Q.   Okay.  Bear with me.  Does the facial recognition

21        system itself, the algorithms or the DataWorks

22        program ever reject a photo as unsuitable?

**23  A.   Yes.**

24  Q.   Can you please explain how that happens?

**25  A.   I cannot speak to the algorithm and why necessarily**



1       it's rejected.  My overall thought on that is

2       that the quality of the probe would be too poor,

3       meaning they can't locate a face, they can't

4       locate points on the face, the algorithm cannot.

5   Q.  So sometimes a photo is of suitably poor quality

6       that the system itself tells you it can't return

7       results?

8   A.  Correct.

9   Q.  Okay.  Does MSP ever alter or pre-process a

10      probe photo before inputting it into the system?

11  A.  Generally we try to run the probe image as is.

12      We do crop if we have to crop out additional

13      persons or things like that, but it's very

14      limited on our processing.

15  Q.  Okay.  And by crop, you mean to trim some

16      unnecessary content from the photo but not to

17      alter the photo in any other means?

18  A.  Correct, correct, yeah, just zoom in maybe on

19      the subject or take out another person, crop out

20      information if needed.

21  Q.  Okay.  And I understand that you said MSP

22      generally does not alter the photos, but do you

23      have the capability to make alterations other

24      than cropping a probe photo before submitting it

25      into the facial recognition system?



Krystal Howard
01/10/2023                                          Page 34

1   A.   Yes.

2   Q.   Okay.  Do you have the capability to adjust the

3        brightness of the photo?

4   A.   Yes.

5   Q.   Do you have the capability to adjust the face

6        angle to rotate the image?

7   A.   **No, I'm trying to -- photo shop, if the one**

8        **thing that I would explain is mirroring of**

9        **images that I know I've used in particular in**

10       **photo shop where if you have maybe a half of a**

11       **face, you can duplicate the other half of the**

12       **face potentially and so that could be utilized**

13       **at times.  We used to have -- never mind.  Go**

14       **ahead.  I'll stop myself there.  So yes, the**

15       **answer to your question is we do have abilities**

16       **to potentially not necessarily turn the image or**

17       **the face, but to potentially add on to the face**

18       **if needed or replicate the other half of the**

19       **face I guess is the better way to say that.**

20  Q.   So you, yourself, have altered a probe photo by

21       mirroring the face and inserting the second half

22       of the face that wasn't the actual image, but is

23       the mirror image of the half of the face you can

24       see?

25  A.   **Correct.**



Krystal Howard
01/10/2023                                          Page 35

1    Q.   Was that done with Mr. Williams' photo?

2    A.   No.

3    Q.   Are there any other ways of altering photos that

4         MSP has resorted to if you choose to use them?

5    A.   Yes.

6    Q.   What are the other ways of altering a photo that

7         you have at your disposal?

8    A.   Sure.  So at times, for example, if we have a

9         deceased individual that has a lot of trauma, we

10        can clean up that trauma.  If it's blood, we'll

11        remove the blood and kind of blend in their skin

12        tone.  We previously had a 3D rendering component

13        within DataWorks, but we no longer have that.

14   Q.   What is the 3D rendering component or what was a

15        3D rendering component?

16   A.   A 3D rendering component is similar to what I just

17        described in photo shop where you -- in photo

18        shop it's called mirroring and you just take the

19        other half.  A 3D is similar.  If you had a

20        45-degree angle of the person's face and

21        essentially it kind of replicates the other side

22        of the face and you have a wire frame model of

23        that face, so we can use that.

24   Q.   Why did MSP stop using that function?

25   A.   The algorithms are much better and it's no



1     longer required.

2  Q.  Are there any rules or policies on when an

3      examiner can use any of the alteration functions

4      that you just described?

5  A.  **No.  Our basic procedural best practice is run**

6      **the photo as is no matter what prior to making**

7      **any changes, but there are not rules on when an**

8      **examiner can use photo shop or lighting**

9      **enhancements or things like that.**

10 Q.  So you said the best practice is to run the

11     photo as is.  Is that written down anywhere?

12 A.  **I don't recall.**

13 Q.  How are examiners made aware of that best practice?

14 A.  **During training, during training we're all**

15     **trained that way.**

16 Q.  Is the examiner, when conducting a facial

17     recognition search, told anything about the

18     crime that's under investigation?

19 A.  **No, just the crime type or file class.**

20 Q.  What does the crime type or file class mean?

21 A.  **So if it's a file class, it's 0900, which is a**

22     **homicide, or 2200 burglary, 2600 fraud, so we'll**

23     **get a number, a file class, and we have a file**

24     **class list that we would then reference for what**

25     **type of crime that is, or they will provide the**



```
 1          crime type and say homicide and we would then

 2          have to look up that file class because that's

 3          how we log our information, but that's the

 4          extent of what we're informed.

 5   Q.     So the examiner does know the nature -- does

 6          know the crimes that are alleged to have been

 7          committed, right?

 8   A.     Yes.  No details of it, just the crime itself.

 9   Q.     Got it.  Okay.  Do you understand the term

10          accuracy threshold or likelihood of threshold?

11   A.     Yes.

12   Q.     First of all, do you understand those terms to

13          mean anything different?

14   A.     Different from?

15   Q.     From each other.

16   A.     Oh, likelihood and -- no, I'd say they're pretty

17          similar.

18   Q.     What do you understand those two terms, accuracy

19          threshold and likelihood threshold to mean?

20   A.     So basically a set number or a set point at

21          which a gallery will return or not return or at

22          which point maybe can be used in different I

23          guess points within our process, essentially if

24          we were using a threshold and likelihood, an

25          examiner could have a higher likelihood that
```



```
 1          there's a viable candidate versus a lower

 2          likelihood, but it's a scale essentially to say

 3          when can a probe image return results or maybe

 4          even a confidence scale in our process.  That's

 5          how we would use those things.

 6    Q.    Okay.  Let's try to unpack a little bit more of

 7          that.  When you get back a gallery --

 8    A.    Mm-hmm.

 9    Q.    -- does it have any numbers or analysis next to

10          each photo?

11    A.    Yes.

12    Q.    Okay.  What is the nature of that event number

13          that's next to each photo?

14    A.    So in our gallery we have a number under each

15          image that is out of 1,000.  It's a score out of

16          1,000.  So let's say the very first image that

17          returned in a gallery was 990 out of 1,000.

18          That's indicating that the algorithm is saying

19          that this is a likely candidate, a high likely

20          candidate that's with the algorithm interpreted

21          as finding several facial points that were

22          similar, so there is the number one return and

23          then so on and so forth the numbers go on

24          throughout the gallery.

25    Q.    So when you get back a gallery, in each photo
```



Krystal Howard
01/10/2023                                    Page 39

1        there is a number between one and 1,000 and the

2        closer to 1,000, the more that indicates that

3        the algorithm believes the match is correct?

4   A.   Correct.

5   Q.   Okay.  And is that true for all three algorithms

6        and galleries you returned, same thing?

7   A.   **I can speak to our two algorithms in Michigan,**

8        **yes.  The FBI, I'm drawing a blank as to whether**

9        **there's numbers below there.**

10  Q.   Okay.  And so turning back to accuracy thresholds,

11       if -- strike that.  When we talked about an

12       accuracy threshold a few moments ago, you said

13       there might be a threshold below which no photos

14       would return?

15  A.   Correct.

16  Q.   So explain, can you please explain what that

17       means in terms of the numbers on the 1-to-1,000

18       scale that we just discussed?

19  A.   **So we don't have minimum thresholds set, so I can't**

20       **really speak to what the algorithms are set to**

21       **do.  I think that would be better for our vendor.**

22  Q.   Okay.  So MSP does not in any way tell your

23       facial recognition system don't return results

24       below a certain threshold?

25  A.   **Correct, we do not pick a number and tell our**



1       vendor to set it as this or anything like that.

2   Q.  And no matter how accurate or not those rankings

3       are in a scale of one to 1,000, if your

4       algorithms return any results, they return 243

5       results, right?

6   A.  Yes.

7   Q.  No matter how good the 243rd result is?

8   A.  Correct.

9   Q.  Okay.  Are you aware of whether or not your

10      algorithms change the accuracy threshold at

11      which they refuse to produce any photos in the

12      gallery based on the race or other

13      characteristics of the probe photo?

14  A.  No.

15  Q.  You're not aware of that?

16  A.  I'm not aware, no.

17  Q.  All right.  And I think this was clear previously,

18      but just to be sure, when MSP runs a single FRT

19      search, you hit enter, the examiner hits enter,

20      it's essentially running three searches,

21      correct, one across the Rank One algorithm, one

22      across the NEC or now Cognitech algorithm, and

23      one across the FBI algorithm?

24  A.  Yes, that's correct.

25  Q.  And in terms of the database that is being used



Krystal Howard
01/10/2023                                   Page 41

```
 1          in each, what database is being used on the

 2          Rank One and NEC Cognitech algorithms?

 3   A.     That would be our SNAP database, which is the

 4          Statewide Network of Agency Photos.  That is

 5          consisting of our arrests from mugshots submitted

 6          from agencies across the State of Michigan,

 7          Michigan Department of Corrections parole or

 8          probation photos that they submit to us as well,

 9          and then a copy of the Michigan Department of

10          State or Secretary of State driver's license images.

11   Q.     Does it include other I.D. photos in addition to

12          driver's licenses?

13   A.     Yes, and identification cards as well from

14          Secretary of State.

15   Q.     Okay.  And are there any other photos included

16          in the SNAP database?

17   A.     We have an applicant, very few applicants photos.

18   Q.     What's an applicant photo?

19   A.     An applicant photo is we have a vulnerable or

20          impaired person legislation out there where if

21          there was somebody who maybe has Alzheimer's or

22          autism and their guardian wants to register them

23          and sign a waiver, they can get fingerprinted

24          and photographed and submit them to our system,

25          so then if that person were to go missing or
```



1      wander off, we could ultimately fingerprint or

2      photograph them on the side of the road, an

3      image could return and say I think this is

4      so-and-so and they're a vulnerable person, so

5      that's an applicant photo or reason we would

6      have an applicant photo.

7   Q.   Okay.  There has been media reporting of social

8        media photos being included in the SNAP database.

9        Are you aware of that reporting?

10  A.   **Maybe in the past.  It's been a while since I've**

11       **heard that, but yes.**

12  Q.   Is that accurate?  Are there social media photos

13       in the SNAP database?

14  A.   **No.**

15  Q.   How many photos are in the SNAP database?

16  A.   **We have roughly 55,000,000.**

17  Q.   Okay.  How many were in the SNAP database in

18       March of 2019 when the Williams' facial

19       recognition scan was run?

20  A.   **I can give you a guess, but I don't recall.**

21  Q.   What is your estimate?

22  A.   **Probably around 50,000,000.**

23  Q.   Okay.  And are you aware of whether or not the

24       photos in the SNAP database are all in the FBI's

25       database as well?



Krystal Howard
01/10/2023                                    Page 43

1   A.   Just our mugshots.

2   Q.   So mugshots that are included in the SNAP

3        database are included in the FBI database?

4   A.   Correct.

5   Q.   And that's because MSP shares those photos with

6        FBI for that database?

7   A.   Correct.

8   Q.   But driver's license photos are not in the FBI

9        database?

10  A.   Correct.

11  Q.   Applicant photos are not in the FBI database?

12  A.   Correct.

13  Q.   All right.  You mentioned the accuracy scores on

14       a scale of one to 1,000 that are included beneath

15       each photo in at least the two state database

16       searches.  How, if at all, do examiners use those?

17  A.   They don't.  I mean our practice during our

18       training is to not look at those.  It's to conduct

19       a morphological comparison and assess the faces.

20  Q.   Okay.  When you say you don't use them, does that

21       mean they're blocked out or redacted in some way?

22  A.   No.  We're just trained not to look at them.

23       I'm not saying that we can't look at them, but

24       we're trained to just not look at them for our

25       best practice.



Krystal Howard
01/10/2023                                    Page 44

1    Q.   But the numbers are written down immediately

2         below the photo?

**3    A.   They are visible, yes.**

4    Q.   And when you get back a gallery with 243 or 50

5         photos in it, do those photos appear in the

6         order that they are ranked on the 1-to-1,000 scale?

**7    A.   Yes.**

8    Q.   So if an examiner is looking at a gallery, they

9         know that the top ranked photo is the one that

10        they are looking at first?

**11   A.   Yes.**

12   Q.   And that the bottom ranked photo, the 243rd one

13        is the one that the algorithm ranked lowest?

**14   A.   Yes.**

15   Q.   And I believe you testified earlier that a

16        morphological comparison is not conducted for

17        each photo in the gallery, correct?

**18   A.   Correct.**

19   Q.   Only for one that an examiner has already

20        decided looks something like the person?

**21   A.   Yes.**

22   Q.   All right.  Going back to the FBI database, do

23        you know what other photos are in the FBI

24        database other than the mugshots that Michigan

25        sends to the FBI?



1    **A.**    **There are other mugshots from other states as**

2          **well if they're a submitting state.**

3    Q.    Do you know if there's anything in that database

4          other than mugshots from various states?

5    **A.**    **I do not know.**

6    Q.    Okay. Can you maybe describe that a bit further?

7          So you've now got 243 photos. You've got a

8          probe photo. What process does an examiner go

9          through to even determine which ones they're

10          going to do a morphological comparison for?

11    **A.**    **They will essentially look at that first photo**

12          **there and then the probe image and they will,**

13          **like I said, there's an ability to pull them up**

14          **in a larger viewing window to do a side-by-side**

15          **comparison, so they're looking at them right**

16          **from the start to see I think they look similar.**

17          **I'm going to pull up and do a comparison and**

18          **they'll pull them up and do a comparison and that**

19          **could mean the first ten they do a comparison**

20          **on, you know, one, it just depends on them, on**

21          **that individual's training and what they see in**

22          **the photos.**

23    Q.    So when that individual gets to a photo they

24          think is the right one, they'll stop?

25    **A.**    **Correct.**



1   Q.   They will not review the remaining photos in the

2        gallery?

3   A.   **They may.**

4   Q.   But they're not required to?

5   A.   **Correct.**

6   Q.   Okay.  Is it possible for somebody to have multiple

7        photographs of themselves in a database, whether

8        it's the SNAP database or the FBI database?

9   A.   **Yes.**

10  Q.   Okay.  And does the system do anything to notify

11       an examiner that there are multiple photos of

12       the person in the database?

13  A.   **No.**

14  Q.   Okay.  Did the examiner do anything to verify

15       whether or not there are other photos of

16       somebody in the database?

17  A.   **Yes.  We can click on linked images and it will**

18       **show every image of myself, for example, if I**

19       **have ten in there, it will show every image**

20       **that's in there.**

21  Q.   And is that a required step that an examiner has

22       to follow?

23  A.   **It is not required, no.**

24  Q.   Okay.  Turning back to the SNAP database, the

25       SNAP database contains both current driver's



1       licenses and old driver's licenses, correct?

2   A.  Yes.

3   Q.  Are old driver's license photos purged from the

4       database on any schedule or ever?

5   A.  No.

6   Q.  So facial recognition scans are being routinely

7       run against old driver's license photos?

8               MR. CUNNINGHAM:  Object to the form of

9       the question.  It's a leading question.

10  Q.  (Continuing, by Mr. Mayor) You can answer.

11  A.  Yes.

12  Q.  All right.  If a search comes back as having not

13      identified a suspect, so you don't identify an

14      investigative lead, does MSP do anything to retain

15      that information and turn it over to defense

16      lawyers of whoever is ultimately charged with

17      the crime?

18  A.  No.

19  Q.  Okay.  If a search identifies an investigative

20      lead who is not ultimately arrested for the

21      crime, does MSP do anything to make sure that

22      that information is turned over to the defense

23      lawyer for whoever is arrested for the crime?

24  A.  No.

25  Q.  Turning back to the galleries, we discussed how



Krystal Howard
01/10/2023                          Page 48

1        the top ranked according to the algorithm photo

2        appears at the top.  How often in your

3        experience would you say that that top ranked

4        photo is the investigative lead that is turned

5        back to law enforcement?

6   A.   **We don't have a set number.  I don't know.**

7   Q.   Okay.  That's fine.  Under what circumstances

8        would an examiner determine that there's not

9        sufficient basis to return an investigative lead?

10  A.   **Will you repeat that?**

11  Q.   Yes.  Under what circumstances would an examiner

12       determine that there is not sufficient basis to

13       return an investigative lead?

14  A.   **Under what circumstances?  It's subjective.  That**

15       **examiner has to feel, as I mentioned before,**

16       **confident in their ability to testify in what**

17       **they see in comparing those photos, so if they**

18       **don't feel that they have enough similarities in**

19       **the morphological comparison process and they**

20       **can't feel confident in testifying, then they**

21       **won't provide a lead.**

22  Q.   Okay.  Would you ever turn back multiple photos

23       as potential investigative leads?

24  A.   **No.**

25  Q.   Okay.  And why not?



1   A.   **Just not our practice.  We haven't -- we don't --**

2        **it's either there's one viable candidate or none**

3        **and, again, we have to feel confident we're not**

4        **providing a gallery for other people out in the**

5        **field to then try to make a determination on.**

6        **We're trained.  We should be the ones providing**

7        **that investigative lead.**

8   Q.   But in making the determination of whether or

9        not there is only one viable candidate, there is

10       no review of every single -- there is not a

11       requirement to review every single photo in the

12       gallery?

13  A.   **No.**

14  Q.   I'd like to turn to MSP's interactions with the

15       Detroit Police Department.  You understand that

16       if I say DPD, I mean the Detroit Police Department?

17  A.   **Yes.**

18  Q.   Okay.  How often does DPD make facial recognition

19       search requests to MSP?

20  A.   **I don't have exact numbers, but weekly.**

21  Q.   Does that mean multiple requests weekly or one

22       request per week roughly?

23  A.   **I'd say multiple per week.**

24  Q.   Multiple per week.  Okay.  And was that the same

25       in March of 2019 when the Williams' facial



```
 1            recognition search was conducted?

 2    A.      Yes.

 3    Q.      Okay.  Do you know -- you're aware that DPD has

 4            its own, performs its own facial recognition

 5            searches, right?

 6    A.      Yes.

 7    Q.      Do you know why DPD comes to MSP for facial

 8            recognition searches rather than doing them

 9            themselves?

10    A.      I believe it is because we have access to the

11            SOS driver's licenses.

12    Q.      Meaning because driver's license photos are

13            included in the SNAP database?

14    A.      Correct, for MSP only.

15    Q.      And it's your understanding that DPD does not

16            have access to those same photographs in its

17            database?

18    A.      Correct.

19    Q.      Has MSP provided any training to the Detroit

20            Police Department or Detroit Police DPD officers

21            on the use of facial recognition technology?

22    A.      Yes.

23    Q.      What trainings has MSP provided?

24    A.      I would like to clarify that though when I say

25            yes.  We specifically train the Crime Intel
```



1       Bureau, which is not to my knowledge DPD officers.

2    Q.   Okay.  But MSP does provide trainings to DPD's

3         Crime Intel branch?

4    **A.   Yes.**

5    Q.   Is that training purely oral or are there

6         written materials that accompany that training?

7    **A.   Oral, oral presentation for the most part, yeah.**

8    Q.   There is no documents that are provided to

9         people who are being trained?

10   **A.   We would provide them with our policy.  I was**

11        **trying to think if we had any curriculum type**

12        **stuff, but it's a power point and probably our**

13        **policy and that's probably the extent of what we**

14        **would give them I guess, the paperwork.**

15   Q.   Is that power point provided to DPD?

16   **A.   I don't know.  I can't recall if we have sent**

17        **that to them or not.**

18   Q.   How often are these trainings provided?

19   **A.   I'm trying to think.  I don't provide them, so I**

20        **don't know exactly how often.**

21   Q.   Who does provide them?

22   **A.   The SNAP unit, so somebody within the SNAP unit,**

23        **either an examiner or the manager has done them**

24        **in the past.**

25   Q.   So that means one of the three facial recognition



1     people that you supervise provides those trainings?

2  A.  Yes.

3  Q.  Do you know if those trainings are being provided

4     to DPD's Crime Intel unit in 2019, in March of

5     2019?

6  A.  I don't know.

7  Q.  And I believe you testified that DPD, you do not

8     provide any training to DPD's investigators?

9  A.  Correct.

10  Q.  And they have not requested that you provide any

11     training to their investigators?

12  A.  Correct.

13  Q.  Are you familiar with the facial recognition

14     technology being used by DPD?

15  A.  No.

16  Q.  So you don't know what vendors or what

17     algorithms they are using?

18  A.  I do know that they use DataWorks as a vendor.

19     I'm not 100 percent certain of their algorithms.

20  Q.  It would be possible to use DataWorks, but they

21     contract with DataWorks to use different

22     algorithms than the ones you use?

23  A.  Yes.

24  Q.  And how is it that you're aware that they use

25     DataWorks?



Krystal Howard
01/10/2023                                        Page 53

1    A.   Just in talking to them over the years.

2    Q.   Okay.  When you say talking to them, does that

3         mean -- I'm sorry.

4    A.   It's okay.  Sorry.

5    Q.   When you say talking to them, does that mean

6         talking to members of their Crime Intel division?

7    A.   Correct, yes.

8    Q.   Does MSP receive any training on facial

9         recognition from DataWorks or from any of the

10        algorithm providers that you utilize?

11   A.   No.

12   Q.   Does MSP receive training on facial recognition

13        technology from anyone else?

14   A.   Yes.

15   Q.   Who provides training to MSP on facial

16        recognition technology?

17   A.   Yes, we are all required to go to a company called

18        Ideal Innovations, Incorporated and then we also

19        all attend the FBI facial identification training.

20   Q.   Okay.  So that's two different trainings, an FBI

21        training and an Ideal Innovations training?

22   A.   Yes.

23   Q.   And MSP requires to you go to the Ideal Innovations

24        training?

25   A.   Requires us to go to both.



Krystal Howard
01/10/2023                                    Page 54

1    Q.   Right.  Are you aware of whether or not DPD

2         requires Ideal or whether or not Ideal

3         Innovations trains DPD Crime Intel division?

4    A.   I don't know.

5    Q.   Okay.  Do you believe the training from Ideal

6         Innovations is valuable in your work?

7    A.   Yes.

8    Q.   Does it help you to make accurate identifications?

9    A.   Yes.

10   Q.   You've described a morphological comparison

11        process that MSP undertakes.  Is that something

12        you received training on as well?

13   A.   Yes.

14   Q.   Who provides that training?

15   A.   That is part of the training from Ideal

16        Innovations and the FBI.

17   Q.   Okay.  And what does that training consist of?

18   A.   The training with Ideal Innovations consists of

19        going over that morphological comparison process,

20        actually comparing and discussing various photos

21        related to age progression, twins, just a series

22        of photos, so you spend lengthy hours learning

23        and reviewing and discussing from somebody who's

24        been doing it for years and then your peers.  In

25        addition to that, we talk about the skeletal



1        structure, the muscular structure, some of the

2        -- you're asking me to go back here, Philip.

3        The other things that we touch on, cosmetic

4        surgery and ways that the facial features are

5        stable or not stable as we age and as we're

6        younger, things like that.  That's Ideal

7        Innovations covers that.  The FBI is similar,

8        but I would say maybe a little less focus on the

9        extensive cosmetics, muscular, skeletal.  It's

10       more the morphological comparison.  You do more

11       side-by-side comparisons and discuss them and

12       learn more of the forensic terms and just kind

13       of reiterating what Ideal Innovations went over.

14   Q.  Okay.  Does MSP do anything to verify or assess

15       the accuracy of the investigative leads it

16       provides?

17   A.  Will you repeat that?

18   Q.  Sure.  Does MSP do anything to verify whether or

19       not the investigative leads that it provides

20       turned out to be accurate?

21   A.  Yes.  So everybody that provides leads attempts

22       to follow-up, if I'm understanding your question

23       correctly, follow-up with the requester, so

24       you're asking if we go back out and try to

25       determine if our lead was successful or utilized



Krystal Howard
01/10/2023                                   Page 56

1              or turned out to be the actual person, correct?

2    Q.   Correct.

3    A.   So, yeah, we try to wait a certain amount of

4         time, maybe a month or two months.  We obviously

5         need those statistics, but we try to go back out

6         and reach out and ask them was our lead

7         successful.  Did it help either exonerate,

8         exclude or that type of thing, or did it help

9         you successfully identify the subject, and a lot

10        of times we'll receive nothing back and sometimes

11        we get information back, it just depends, and

12        then we actually track that in our database.

13   Q.   Okay.  You said you track that in your database.

14        That means that you're in some way logging the

15        responses that you receive to these inquiries

16        that ask whether or not your investigative lead

17        was helpful?

18   A.   So we track yes or no if they indicate that it

19        was successful or not.

20   Q.   Are you aware of approximately what percentage

21        of the time investigative leads are currently

22        proving helpful?

23   A.   I am not off the top of my head, no, not aware.

24   Q.   But that would be in the database you've just

25        described?



1   A.   Yes.

2   Q.   Do you know if that rate of accuracy has

3        increased between 2019 and today?

4   A.   I'm not aware.

5   Q.   And do you know what the accuracy rate was in 2019?

6   A.   So I want to also state this.  I have to

7        double-check on when we weren't always asking

8        the success, so I'd have to know when we did and

9        I think it might have been after 2019 on the

10       success, just to make sure that is noted.  That

11       was something kind of new that we started doing

12       to implement tracking our success rate.

13  Q.   Got it.  So from whatever time MSP started this

14       process, which may be after 2019, there would be

15       some kind of follow-up e-mail sent by an MSP

16       analyst to a law enforcement agency asking how

17       helpful the investigative lead proved?

18  A.   Yes.

19  Q.   And that would include communications to DPD for

20       any searches conducted after this policy was

21       adopted?

22  A.   Yes.

23  Q.   Okay.  Excuse me for a second.  I dropped my

24       pen.  All right.  I'd like to turn to Mr. Williams'

25       case, the reason that we're here today,



```
 1        Miss Howard.  You testified earlier that you

 2        went back and reviewed some of the documents

 3        relating to that search, correct?

 4   A.   Yes.

 5   Q.   And I understand that you were not the examiner

 6        who performed that examination.  That was

 7        Miss Coulson and we'll be speaking to her later

 8        today, correct?

 9   A.   Yes.

10   Q.   But you are familiar with the search, having

11        reviewed some of the documents?

12   A.   Yes.

13   Q.   And serving as manager of the unit?

14   A.   Yes.

15   Q.   Okay.  All right.  So I want to walk through

16        each of the steps you described in a facial

17        recognition search to see how they played out in

18        Mr. Williams' case.  So first MSP received the

19        photo, correct?

20   A.   Yes.

21   Q.   And you assigned it or it was automatically

22        assigned to Miss Coulson, correct?

23   A.   Yes.

24   Q.   Was any alteration done to the photo before it

25        was entered into the system?
```



Krystal Howard
01/10/2023                                              Page 59

1    A.   **The photo that was searched was cropped.**

2    Q.   Okay.  Was there any alteration other than

3         cropping of the photo?

4    A.   **No, not that I'm aware of.**

5    Q.   Okay.  I am going to share my screen here to

6         show you what we're going to label as Exhibit 1,

7         Miss Howard.

8                   (Marked Exhibit No. 1.)

9    Q.   (Continuing, by Mr. Mayor) Can you see an image

10        on the screen?

11   A.   **Yes.**

12                  MR. MAYOR:  Okay.  We'll label this as

13        Exhibit 1 and, Patrick and Alex, for your

14        purposes, I will e-mail this to the court

15        reporter after the deposition and I'll copy you.

16   Q.   (Continuing, by Mr. Mayor) Do you recognize this

17        image, Miss Howard?

18   A.   **Yes.**

19   Q.   And what is it?

20   A.   **It appears to be the image that we searched for**

21        **facial recognition.**

22   Q.   And is that the cropped image?  Is that the

23        image that MSP cropped?

24   A.   **Yes.**

25   Q.   Thank you.  Let me just stop sharing a minute.


HANSON RENAISSANCE
COURT REPORTERS & VIDEO    hansonreporting.com
313.567.8100

Krystal Howard
01/10/2023                                    Page 60

 1        Okay.  All right.  So that image is the one that

 2        was run through the facial recognition system,

 3        correct?

 4   A.   Yes.

 5   Q.   What results came back?

 6   A.   A gallery with Rank One Computing returned.

 7   Q.   Okay.

 8   A.   And also with Cognitech.  I'm sorry, with NEC at

 9        that time, NEC.

10   Q.   Okay.  So you got a 243 photo gallery from

11        Cognitech -- sorry, from NEC?

12   A.   No, NEC.

13   Q.   And a 243 photo gallery from Rank One?

14   A.   Yes.

15   Q.   Did you get a gallery back from the FBI algorithm?

16   A.   No.

17   Q.   Do you know why you didn't get back a gallery

18        from the FBI algorithm?

19   A.   No.

20   Q.   Did MSP take any steps to inquire further why no

21        gallery was returned from the FBI algorithm?

22   A.   No.

23   Q.   How did or did Mr. Williams appear in either of

24        the two galleries that did return?

25   A.   Yes.



Krystal Howard
01/10/2023                                    Page 61

1    Q.   Which galleries did he appear in?

2    A.   **Mr. Williams returned in the Rank One Computing**

3         **gallery.**

4    Q.   Did he return in the NEC gallery?

5    A.   **No.**

6    Q.   So the NEC gallery turned back the 243 pictures

7         it believed was mostly matched and Mr. Williams

8         did not appear in any of them?

9    A.   **Correct.**

10   Q.   Okay.  In the Rank One gallery, where did

11        Mr. Williams appear in between the most likely

12        and the 243rd most likely?

13   A.   **He returned in the ninth position.**

14   Q.   Okay.  Is it accurate that NEC and Rank One were

15        using the same database in conducting their

16        analyses?

17   A.   **Rank One and NEC, yes.**

18   Q.   So they were all looking at the same photos?

19   A.   **Correct.**

20   Q.   All right.  How was Mr. Williams identified as

21        an investigative lead based on what was returned

22        in the galleries?

23   A.   **I can't speak to that.**

24   Q.   Okay.  Is that because I should be asking

25        Miss Coulson?



 1   A.   Correct, yes.

 2   Q.   This is going back a little ways, but you

 3        mentioned that the FBI algorithm did not return

 4        any candidates.  Do you know if the FBI's

 5        algorithm has any human involvement before results

 6        are returned or does it work automatically the

 7        same as Rank One and NEC or Cognitech?

 8   A.   I don't know.

 9   Q.   Okay.  How long does it take for results to come

10        back when you hit enter and run a search?

11   A.   For our algorithms, generally speaking, it's

12        within seconds.  The FBI can be, it varies.

13   Q.   What does it vary when you say it varies?

14   A.   It could be seconds or minutes, I mean it just

15        depends.

16   Q.   Okay.  Seconds or minutes, but less than half an

17        hour?

18   A.   Yes.

19   Q.   Less than ten minutes?

20   A.   Yes, generally speaking, yes, unless there was

21        some system issue, yes.

22   Q.   Okay.  Was the picture of Mr. Williams that

23        ranked ninth in the Rank One algorithm his

24        current driver's license?

25   A.   I don't recall what year his driver's license



Krystal Howard
01/10/2023                                           Page 63

1          photo was.

2     Q.   But his current driver's license photo would

3          have been contained in the SNAP database, correct?

4     A.   **As long as it was prior to March 2019, yes.**

5     Q.   Okay.  Yeah, I mean the driver's license that

6          was current in March of 2019?

7     A.   **Yes.**

8     Q.   And it is also the case that any prior driver's

9          licenses he had, driver's license photos he had

10         would have been included in the SNAP database?

11    A.   **Yes.**

12    Q.   But you are sitting here today not sure if it was

13         his then current driver's license that showed up

14         as ninth or an expired one that turned up as ninth?

15    A.   **Correct.**

16    Q.   Do you know if they both turned up in the gallery?

17    A.   **I don't believe so.**

18    Q.   You don't believe that both turned up?

19    A.   **No, it was just one image.**

20    Q.   So there were multiple images of Mr. Williams in

21         the database, but only one of them turned up in

22         the Rank One analysis?

23    A.   **I believe so.**

24    Q.   Okay.  And your analysts to your knowledge, and

25         we'll obviously ask Miss Coulson as well, did



1      not do anything with that fact that there were

2      photos of Mr. Williams in the database that did

3      not turn up?

4   A.   No.

5   Q.   And I believe you testified earlier that MSP

6      doesn't have a protocol requiring a comparison

7      of photos that exist in the database, but that

8      do not turn up in the gallery?

9   A.   Correct.

10  Q.   When you sent the investigative -- when MSP

11     sends a lead back to a law enforcement agency,

12     do they have a way of determining whether or not

13     the match that they are sent is a current or

14     expired driver's license?

15  A.   I can't speak to what they will or will not do

16     or what they have access to.

17  Q.   So you don't know if a local law enforcement

18     department has an ability to see if a photo is

19     somebody's current driver's license photo?

20  A.   I would assume that they do, yes.

21  Q.   But you don't know?

22  A.   But I don't know for sure what they have access

23     to or use.

24  Q.   Okay.  Was any supervisor involved in the Williams

25     search?



```
 1   A.   Yes.

 2   Q.   And who was that?

 3   A.   That was Miss Angela Yankowski, who was the

 4        supervisor at that time.

 5   Q.   And what would her involvement as supervisor

 6        have consisted of in this case, or what did it

 7        consist of in this case?

 8   A.   She provided the peer review.

 9   Q.   And when you say the peer review, that means she

10        was provided with the investigative lead that

11        Miss Coulson had determined -- sorry, strike that.

12        That was a terrible question.  In conducting the

13        peer review, what would Miss Yankowski, what was

14        she given?

15   A.   She was given the investigative lead report from

16        Miss Coulson.

17   Q.   And that investigative lead report showed the

18        picture of Mr. Williams that was turned up as

19        the ninth match in Rank One and the probe photo?

20   A.   Yes.

21   Q.   She was not given the entire galleries or asked

22        to review the entire galleries?

23   A.   I don't believe so, no.

24   Q.   Did she review the entire galleries to your

25        knowledge?
```



```
 1   A.   I don't know.

 2   Q.   Okay.  Give me just a moment please while I

 3        confer with my colleague here.

 4             (Off the record.)

 5             MR. MAYOR:  All right.  I don't think

 6        we have anything further for you at this time,

 7        Miss Howard.  Mr. Cunningham or Mr. Root might

 8        have a few questions for you.

 9                      EXAMINATION

10   BY MR. CUNNINGHAM:

11   Q.   I have a few, Miss Howard.  Patrick Cunningham

12        from City of Detroit Law Department.  I just

13        have a few questions.

14   A.   Okay.

15   Q.   So I guess in this case the probe image of

16        Mr. Williams in this case, Michigan State Police

17        deemed that photo appropriate for facial

18        recognition technology, right?

19   A.   Yes.

20   Q.   And an analyst from Michigan State Police returned

21        an investigative lead based on the probe

22        photograph, right?

23   A.   Yes.

24   Q.   And that investigative lead was reviewed by a

25        supervisor, right?
```



Krystal Howard
01/10/2023                                          Page 67

 1   A.   Yes.

 2   Q.   And the supervisor concurred in the investigative

 3        lead, right?

 4   A.   Yes.

 5   Q.   And just a couple of clarifying questions.  When

 6        you were talking about morphological comparison,

 7        one of the things you talked about was lines.

 8        Could you tell me what you meant by lines when

 9        you're talking about a morphological comparison?

10   A.   Sure, lines are wrinkles.  There's something

11        called frontal lines, the lines on my forehead

12        right here around your eyes, those are identifying

13        marks, so those can be evaluated similar to your

14        eyes, your nose, your ears, your mouth to determine

15        if one image versus another image has those same

16        lines or marks.

17   Q.   Okay.  Thank you.

18   A.   Yes.

19   Q.   And I think you said that MSP may use, may zoom

20        in on a photograph during the course of

21        preparing a probe image.  Is that correct?

22   A.   We may crop an image or, yeah, which allows us

23        to kind of take out other information in the

24        photo other than the subject itself.

25   Q.   Okay.  And does that process involve zooming in?



Krystal Howard
01/10/2023                                    Page 68

1    A.    It could kind of resize the photo in photo shop

2          potentially where it could zoom in on just maybe

3          the face or certain aspects of the image.

4    Q.    Okay.  So I got what you're saying, and I think

5          that's right.  It's not actually zooming in, but

6          it is resizing the image just based on what you

7          cropped out?

8    A.    Right.

9    Q.    Not like if you were taking a photo, you zoom in

10         on the subject, nothing like that.

11   A.    Gotcha.

12   Q.    And I'm sorry, okay.  In the Williams case when

13         the probe image was submitted to the database,

14         or I guess two of the databases returned a

15         gallery, right?

16   A.    Yes.

17   Q.    And both of those databases could have returned

18         no gallery, right?

19   A.    Correct.

20              MR. CUNNINGHAM:  That's it.  Those are

21         all the questions I have.  Thank you.

22   A.    Thank you.

23              MR. ROOT:  I'm all set from my end.

24         Thank you.

25              MR. MAYOR:  Just give me one moment to



1       confer with my colleague again and if we have

2       nothing further, we should be done.

3                   (Off the record.)

4                   MR. MAYOR:  All right.  Miss Howard,

5       thank you very much for your time this morning

6       and I think that's all we need from you this

7       morning.  Thank you again for your time.

8                   MR. CUNNINGHAM:  Thank you very much.

**9**   **A.**   **Thank you everybody.  Take care.**

10                  (Deposition concluded at 11:22 a.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1    STATE OF MICHIGAN)
                     )
2    COUNTY OF MACOMB )

3         I, Ann L. Bacon, a Notary Public in and for

4    the above county and state, do hereby certify

5    that the witness, whose attached deposition was

6    taken before me in the entitled cause on the

7    date, time and place hereinbefore set forth, was

8    first duly sworn to testify to the truth, and

9    nothing but the truth; that the testimony

10   contained in said deposition was reduced to

11   writing in the presence of said witness by means

12   of stenography; that said testimony was

13   thereafter reduced to written form by mechanical

14   means; and that the deposition is, to the best

15   of my knowledge and belief, a true and correct

16   transcript of my stenographic notes so taken.

17        I further certify that the signature to and

18   the reading of the deposition by the witness was

19   waived by counsel for the respective parties

20   hereto; also, that I am not of counsel to either

21   party or interested in the event of this case.

22   _____

23        Ann L. Bacon, Notary Public, Macomb County

24        Acting in Macomb County

25        My commission expires:  6/29/23



**0**

**0900** 36:21

**1**

**1** 59:6,8,13

**1,000** 38:15,16,17 39:1,2 40:3
43:14

**1-to-1,000** 39:17 44:6

**1.23** 14:21 15:2,15

**1.24** 13:23 14:24

**1.25** 14:21 15:2,15

**10** 5:2

**100** 52:19

**11** 10:22,23

**11:22** 69:10

**12** 9:15,16

**13** 11:9

**2**

**2001** 18:1,6,25

**2018** 9:23 10:1 19:7

**2019** 8:7 14:2,16 15:1,5,18,21
18:10,23 19:7 29:15 42:18
49:25 52:4,5 57:3,5,9,14 63:4,
6

**2023** 5:2

**2200** 36:22

**243** 23:12,24 24:11 40:4 44:4
45:7 60:10,13 61:6

**243rd** 40:7 44:12 61:12

**2600** 36:22

**3**

**3D** 35:12,14,15,16,19

**4**

**45-degree** 35:20

**5**

**5.6** 13:23

**50** 23:13,24 24:11 44:4

**50,000,000** 42:22

**50/50** 28:24 29:2

**55,000,000** 42:16

**9**

**990** 38:17

**9:59** 5:3

**A**

**a.m.** 5:3 69:10

**abilities** 34:15

**ability** 28:17 45:13 48:16
64:18

**access** 21:17 50:10,16 64:16,
22

**accompany** 51:6

**account** 32:13

**accuracy** 31:16,17 37:10,18
39:10,12 40:10 43:13 55:15
57:2,5

**accurate** 16:11,14 17:20 19:19
20:5 22:1 30:18,19,22 31:21,
24 32:3,17,18 40:2 42:12 54:8
55:20 61:14

**acknowledging** 5:25

**acquired** 19:6

**acronym** 11:17

**actual** 17:15 34:22 56:1

**add** 34:17

**addition** 17:10 21:9 41:11
54:25

**additional** 33:12

**adjust** 34:2,5

**admin** 9:18

**adopted** 57:21

**affect** 31:16

**age** 54:21 55:5

**agencies** 19:22 41:6

**agency** 10:9 11:20 19:25
20:13 27:19 41:4 57:16 64:11

**agree** 28:7,8 30:2

**agreement** 5:11

**agrees** 28:10

**ahead** 8:1 34:14

**Aimee** 13:11

**Alex** 26:24 59:13

**algorithm** 9:2 13:4,20 15:20
16:3,6,9,24 18:1,3,4,11,23,25
19:9 23:17 24:1 32:25 33:4
38:18,20 39:3 40:21,22,23
44:13 48:1 53:10 60:15,18,21
62:3,5,23

**algorithms** 9:3 12:5,12,19
13:1,5,18,24 14:6 24:3 32:21
35:25 39:5,7,20 40:4,10 41:2
52:17,19,22 62:11

**alleged** 37:6

**alter** 33:9,17,22

**alteration** 36:3 58:24 59:2

**alterations** 33:23

**altered** 34:20

**altering** 35:3,6

**Alzheimer's** 41:21

**amount** 29:12 56:3

**analyses** 61:16

**analysis** 20:2 23:19 24:1 38:9
63:22



analyst  9:19 57:16 66:20

analysts  63:24

and/or  19:7

Angela  65:3

angle  34:6 35:20

Ann  5:5

answering  7:12

antiquated  16:5,18 17:23,24 18:8,10,24

apologize  28:11

appears  48:2 59:20

applicant  41:17,18,19 42:5,6 43:11

applicants  41:17

approximately  56:20

arrested  47:20,23

arrests  10:12 41:5

articulate  17:12

aspects  29:24 68:3

assess  24:14 43:19 55:14

assessed  25:17

assessment  22:18

assessments  24:19

assigned  58:21,22

assume  6:17 64:20

attached  20:20

attachment  27:11

attachments  27:14

attempts  55:21

attend  53:19

attorney  5:22 7:23

audio-video  10:19

autism  41:22

automatically  19:10,16 58:21 62:6

aware  13:4 15:17,20,23,25 23:4 24:7 36:13 40:9,15,16 42:9,23 50:3 52:24 54:1 56:20,23 57:4 59:4

## B

back  8:24 11:21 13:14,15,25 18:5,20 20:2 21:8 24:9,23 27:9,11 28:3,5,22 29:6 38:7, 25 39:10 44:4,22 46:24 47:12, 25 48:5,22 55:2,24 56:5,10,11 58:2 60:5,15,17 61:6 62:2,10 64:11

background  9:7

Bacon  5:5,20 13:13

based  22:13 23:25 40:12 61:21 66:21 68:6

basic  36:5

basically  24:22 37:20

basis  48:9,12

bear  30:3,14 32:20

beginning  18:2

believed  61:7

believes  39:3

beneath  43:14

bit  9:7 12:7 18:21 26:20 29:8 38:6 45:6

blank  39:8

blend  35:11

blocked  43:21

blood  35:10,11

border  26:9

borrowed  23:18

bottom  44:12

box  20:15 21:23

branch  51:3

brand  19:9

breaks  7:10

bright  30:6

brightness  34:3

Brimacombe  13:11

Bureau  8:23 51:1

burglary  36:22

## C

call  13:10

called  5:15 12:15 19:14 26:3 28:1 35:18 53:17 67:11

camera  30:19

candidate  24:15,21,24,25 25:5 38:1,19,20 49:2,9

candidates  23:25 62:4

capability  33:23 34:2,5

cards  41:13

care  9:22 69:9

case  6:11 8:12,14 15:14 26:22 57:25 58:18 63:8 65:6,7 66:15,16 68:12

certified  5:6

change  15:9 40:10

changing  31:17,18

characteristics  40:13

charge  22:3

charged  47:16

cheaper  16:8

choose  22:16 35:4

circumstances  48:7,11,14

City  66:12

clarify  15:3 31:2 50:24

clarifying  21:10 67:5

class  20:17,19 21:5 36:19,20, 21,23,24 37:2

clean  35:10

clear 12:6,17 14:22 23:15 31:5 40:17

click 46:17

closer 39:2

Cognitech 13:20,22,23 14:9, 12,15 16:1,3,8,11,25 17:2,8, 13,19 23:10,13 40:22 41:2 60:8,11 62:7

colleague 66:3 69:1

columella 26:7

committed 37:7

common 28:22

communicating 24:4

communications 57:19

companies 11:24 12:16,18 13:5

company 14:1 53:17

compare 23:20 25:12

compared 25:13

comparing 48:17 54:20

comparison 22:12,15,19,22 25:3,8,14,15,24 26:1 31:19 43:19 44:16 45:10,15,17,18, 19 48:19 54:10,19 55:10 64:6 67:6,9

comparisons 24:18 55:11

complaint 20:17,19 21:5

component 35:12,14,15,16

computing 13:19,20 60:6 61:2

concluded 69:10

concurred 67:2

conduct 10:18 22:12 43:18

conducted 8:7 14:3 22:15 26:2 29:16 44:16 50:1 57:20

conducting 19:18 36:16 61:15 65:12

conducts 19:20

confer 66:3 69:1

confidence 38:4

confident 22:10,14,25 48:16, 20 49:3

configurations 15:9

connection 8:6

considered 10:3

consist 54:17 65:7

consisted 65:6

consisting 41:5

consists 54:18

contained 63:3

content 33:16

context 6:2

continual 17:25

continue 21:11

continuing 13:17 27:6 30:13, 25 32:11 47:10 59:9,16

contract 11:24 12:1,6,8,19,22 13:6 52:21

contracting 14:1

contracts 12:2,12 13:1

copies 10:12

copy 41:9 59:15

correct 6:2,3,8,11,12 8:16 9:15 11:15,17,18 12:9,10,11, 20,21,23,24 14:25 15:18,19 16:12,13 17:22 19:2 20:10 23:21,22 24:1,2 25:25 26:19 29:25 33:8,18 34:25 39:3,4, 15,25 40:8,21,24 43:4,7,10,12 44:17,18 45:25 46:5 47:1 50:14,18 52:9,12 53:7 56:1,2 58:3,8,19,22 60:3 61:9,19 62:1 63:3,15 64:9 67:21 68:19

Corrections 41:7

correctly 17:18 55:23

cosmetic 55:3

cosmetics 55:9

cost 16:2,7,10

Coulson 58:7,22 61:25 63:25 65:11,16

couple 16:2 21:10 67:5

court 5:5 7:4 59:14

covers 55:7

crime 8:23 10:15 36:18,19,20, 25 37:1,8 47:17,21,23 50:25 51:3 52:4 53:6 54:3

crimes 37:6

criminal 9:21

crop 33:12,15,19 67:22

cropped 59:1,22,23 68:7

cropping 33:24 59:3

Cunningham 30:11,23 32:9 47:8 66:7,10,11 68:20 69:8

current 9:9,10 46:25 62:24 63:2,6,13 64:13,19

curriculum 51:11

cut 29:21

**D**

data 12:14

database 11:17 23:21 27:13 40:25 41:1,3,16 42:8,13,15, 17,24,25 43:3,6,9,11,15 44:22,24 45:3 46:7,8,12,16, 24,25 47:4 50:13,17 56:12,13, 24 61:15 63:3,10,21 64:2,7 68:13

databases 68:14,17

Dataworks 12:1,8,11,13,14, 22,23 13:1,5,25 14:5,16 21:4 23:19 32:21 35:13 52:18,20, 21,25 53:9

dates 19:5

day 21:23



**days** 21:19,21

**dealt** 9:20

**deceased** 35:9

**decide** 29:24

**decided** 44:20

**deem** 21:1 22:6,7

**deemed** 66:17

**defense** 47:15,22

**degree** 16:9 31:1,2

**density** 31:23

**department** 11:8 41:7,9 49:15,
   16 50:20 64:18 66:12

**departments** 19:22

**depending** 21:19 30:10

**depends** 21:18 45:20 56:11
   62:15

**deposed** 6:13

**deposition** 5:7,21 6:2,22 8:11,
   19 59:15 69:10

**describe** 9:8 45:6

**describing** 24:10

**description** 11:9

**details** 37:8

**determination** 22:10 31:8
   49:5,8

**determine** 15:13 24:20 45:9
   48:8,12 55:25 67:14

**determined** 65:11

**determining** 64:12

**Detroit** 49:15,16 50:19,20
   66:12

**difference** 15:7

**difficult** 30:17 31:11,19

**dig** 12:7

**digital** 10:11,15,18 11:10,11

**dim** 30:6,10

**dimly** 30:9

**directly** 12:6

**discuss** 55:11

**discussed** 32:1 39:18 47:25

**discusses** 6:5

**discussing** 54:20,23

**discussions** 6:10

**disposal** 35:7

**disrespectful** 7:15

**dissimilar** 26:12

**division** 53:6 54:3

**document** 17:15 26:8,10,11

**documentation** 15:10

**documented** 29:5

**documents** 8:18 26:5 51:8
   58:2,11

**double-check** 57:7

**DPD** 8:24 49:16,18 50:3,7,15,
   20 51:1,15 52:7,14 54:1,3
   57:19

**DPD's** 51:2 52:4,8

**drawing** 39:8

**drink** 29:11

**driver's** 10:12 28:2 41:10,12
   43:8 46:25 47:1,3,7 50:11,12
   62:24,25 63:2,5,8,9,13 64:14,
   19

**dropped** 57:23

**due** 15:6,7

**duly** 5:16

**duplicate** 34:11

---

**E**

**e-mail** 20:14 21:14,16 27:10
   57:15 59:14

**e-mails** 21:12

**earlier** 44:15 58:1 64:5

**ears** 22:25 25:10,19,20 67:14

**employees** 10:20 11:3

**employer** 9:9,10

**end** 29:22 68:23

**ends** 24:22

**enforcement** 6:7 19:22 20:13,
   15 27:19 48:5 57:16 64:11,17

**enhancements** 36:9

**enter** 21:5,6 22:5 40:19 62:10

**entered** 23:20 58:25

**entire** 28:12 65:21,22,24

**equipment** 5:8

**essentially** 12:16 15:11 28:1,5
   35:21 37:23 38:2 40:20 45:11

**establish** 9:6

**estimate** 42:21

**evaluated** 67:13

**event** 38:12

**Evergreen** 19:14

**evidence** 10:18

**exact** 49:20

**examination** 5:23 58:6 66:9

**examine** 25:9

**examined** 5:18

**examiner** 10:1,3 11:7,11 20:22
   21:12,15,23 22:5,9,13,17
   24:13 25:6 27:17 28:13 29:4,
   14,23 31:9 36:3,8,16 37:5,25
   40:19 44:8,19 45:8 46:11,14,
   21 48:8,11,15 51:23 58:5

**examiners** 11:7,10 21:13
   27:25 28:17 32:5 36:13 43:16

**examines** 21:12

**Excellent** 9:5

**exclude** 56:8



Excuse 57:23

Exhibit 59:6,8,13

exist 64:7

exonerate 56:7

expected 28:19

expecting 13:10

experience 48:3

expired 63:14 64:14

explain 18:14 32:24 34:8 39:16

explanation 10:5

extensive 55:9

extent 25:15 37:4 51:13

eyes 22:24 25:9,20 67:12,14

**F**

face 22:23 30:14 31:18,21 33:3,4 34:5,11,12,17,19,21, 22,23 35:20,22,23 68:3

faces 43:19

facial 6:5,15 8:6,14,24 9:20, 23,24 10:1,24 11:5,22,24 12:4,8 14:2 16:4,23 18:9,17 19:18,20,24 20:1,7,12 21:2,3 32:20 33:25 36:16 38:21 39:23 42:18 47:6 49:18,25 50:4,7,21 51:25 52:13 53:8, 12,15,19 55:4 58:16 59:21 60:2 66:17

fact 15:8 64:1

factor 16:7

factors 30:3 31:4,10 32:1

fair 6:19,23 7:2,8,13 8:3,15

familiar 6:18 52:13 58:10

FBI 23:11,13 39:8 40:23 43:3, 6,8,11 44:22,23,25 46:8 53:19,20 54:16 55:7 60:15,18, 21 62:3,12

FBI's 42:24 62:4

features 22:23 25:12 26:6,12 30:17 31:7,20 55:4

February 15:5

feel 22:10,14 24:14 48:15,18, 20 49:3

field 49:5

file 20:16,19 21:5 36:19,20,21, 23 37:2

files 15:8

find 7:1 16:22

finding 38:21

fine 7:11 48:7

fingerprint 9:19 42:1

fingerprinted 41:23

fingerprinting 9:21

finish 7:12

focus 55:8

follow 46:22

follow-up 55:22,23 57:15

forehead 25:19 31:18 67:11

forensic 10:18 55:12

forensically 26:11

forgot 7:21

form 30:11,23 32:9 47:8

forthcoming 7:18

forward 23:5

frame 8:23 19:8 35:22

fraud 36:22

frequently 15:24 17:9

front 17:11,14 25:16

frontal 25:18 67:11

FRT 40:18

function 35:24

functions 36:3

**G**

galleries 16:18,20 18:22 21:8 23:8 24:4,11,14,20 39:6 47:25 60:24 61:1,22 65:21,22,24

gallery 16:22,25 17:1,3,5,6,9 18:13,15,16,19 22:11,20 23:6, 7,9,10,11,13,23 24:17 26:14 28:12 37:21 38:7,14,17,24,25 40:12 44:4,8,17 46:2 49:4,12 60:6,10,13,15,17,21 61:3,4,6, 10 63:16 64:8 68:15,18

gave 15:4

generally 23:2,14 33:11,22 62:11,20

generated 26:21 27:8

give 29:9,18 42:20 51:14 66:2 68:25

good 16:19 31:5,6 40:7

Gotcha 68:11

grab 21:25

grabbed 22:2

great 6:21 10:6

ground 6:18 7:21

group 6:4,9

guardian 41:22

guess 11:9 17:4 22:21 28:25 34:19 37:23 42:20 51:14 66:15 68:14

**H**

hair 25:19,21

hairline 25:19

half 34:10,11,18,21,23 35:19 62:16

hang 13:8

Hanson 5:1

happening 25:3



HANSON RENAISSANCE
COURT REPORTERS & VIDEO

hansonreporting.com
313.567.8100

hat 31:20

head 31:5,10 56:23

heard 42:11

held 5:8 9:16 11:13

helpful 56:17,22 57:17

high 38:19

higher 17:13 37:25

histories 9:22

hit 21:7 40:19 62:10

hits 40:19

hitting 23:6

hold 9:24

holders 6:7

homicide 36:22 37:1

hour 62:17

hours 54:22

Howard 5:21 6:1,14 58:1 59:7,
17 66:7,11 69:4

human 62:5

---

**I**

I.D. 41:11

Ideal 53:18,21,23 54:2,5,15,18
55:6,13

identification 31:24 32:2,3,17
41:13 53:19

identifications 54:8

identified 26:18 28:15 47:13
61:20

identifies 47:19

identify 20:4 47:13 56:9

identifying 27:17 67:12

image 10:1 11:10,11 16:21,24
18:18,19 20:25 23:3 24:16,17
25:9,10 26:15,17 28:2,14
31:11 33:11 34:6,16,22,23
38:3,15,16 42:3 45:12 46:18,

19 59:9,17,20,22,23 60:1
63:19 66:15 67:15,21,22 68:3,
6,13

images 10:11,12 18:16 23:12
26:8 34:9 41:10 46:17 63:20

immediately 44:1

impact 31:17

impaired 41:20

implement 57:12

important 6:21

incident 8:13

include 41:11 57:19

included 25:23 41:15 42:8
43:2,3,14 50:13 63:10

including 11:2 31:21

Incorporated 53:18

increased 57:3

independently 24:6,8

indicating 24:23 38:18

individual 24:16 35:9 45:23

individual's 45:21

individuals 11:5

informal 6:4

information 8:18 9:1 20:24
27:12 33:20 37:3 47:15,22
56:11 67:23

informed 37:4

Innovations 53:18,21,23 54:3,
6,16,18 55:7,13

inputting 33:10

inquire 60:20

inquiries 56:15

inserting 34:21

Institute 17:17

instructs 8:2

integrate 12:15,18

integrator 12:14

Intel 8:23 50:25 51:3 52:4 53:6
54:3

interactions 49:14

interpreted 38:20

investigation 36:18

investigative 8:9 20:3,4 25:1
26:15,18 27:18,24 28:15,16
32:13 47:14,19 48:4,9,13,23
49:7 55:15,19 56:16,21 57:17
61:21 64:10 65:10,15,17
66:21,24 67:2

investigator 32:12

investigators 52:8,11

involve 67:25

involved 10:23 20:13 64:24

involvement 62:5 65:5

involving 8:8

issue 62:21

issued 27:1

issues 6:6

items 9:3 15:9 25:13,23

---

**J**

January 5:2

jawline 25:19

joining 13:9

jump 8:17

---

**K**

kind 12:19 21:21 23:1 35:11,
21 55:12 57:11,15 67:23 68:1

knowledge 14:6 51:1 63:24
65:25

Krystal 5:21

HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

## L

lab 10:17

label 59:6,12

larger 45:14

law 6:6 19:22 20:13,15 27:19
48:5 57:16 64:11,17 66:12

lawyer 47:23

lawyers 47:16

lead 8:9 20:3,4 22:2 25:1
26:15,18 27:8,9,18,19,24
28:6,9,10,15,16 32:13 47:14,
20 48:4,9,13,21 49:7 55:25
56:6,16 57:17 61:21 64:11
65:10,15,17 66:21,24 67:3

leading 30:12,24 32:10 47:9

leads 48:23 55:15,19,21 56:21

learn 55:12

learning 54:22

leave 21:19,20

legislation 41:20

lengthy 54:22

license 10:12 28:2 41:10 43:8
47:3,7 50:12 62:24,25 63:2,5,
9,13 64:14,19

licensed 23:19

licenses 41:12 47:1 50:11
63:9

life 9:21

lighting 30:4,7 31:10 36:8

likelihood 37:10,16,19,24,25
38:2

limited 33:14

lines 25:16,18 67:7,8,10,11,16

linked 46:17

lip 26:9

list 36:24

listed 25:14,23

lit 30:9

local 19:21 20:13,15 64:17

locate 24:24 33:3,4

log 27:12 37:3

logging 56:14

long 9:12 62:9 63:4

long-term 16:10

longer 35:13 36:1

lot 35:9 56:9

low 31:23

lower 38:1

lowest 44:13

## M

machines 9:21

made 32:17 36:13

make 7:17,25 14:22 20:23
22:10 27:13 30:17 31:8,19,21,
23 32:2 33:23 47:21 49:5,18
54:8 57:10

makes 9:6 17:3

making 22:18 36:6 49:8

manager 10:4,8 11:12,14
21:18,20 51:23 58:13

manner 7:19

March 8:7 14:2,16 15:18,21
29:15 42:18 49:25 52:4 63:4,6

marked 59:8

marks 25:17 67:13,16

match 17:13 23:25 39:3 64:13
65:19

matched 61:7

materials 51:6

matter 36:6 40:2,7

Mayor 5:19,21,24 13:9,13,17

26:24 27:6 30:13,25 32:11
47:10 59:9,12,16 66:5 68:25
69:4

meaning 33:3 50:12

means 6:17 7:6 9:14 11:19
16:16 23:17,23 33:17 39:17
51:25 56:14 65:9

meant 67:8

media 42:7,8,12

medication 7:16

member 6:10 20:16

members 53:6

memory 18:2 25:21,22

mentioned 11:16 17:23 18:13,
23 25:2 29:23 43:13 48:15
62:3

Michigan 5:6 6:6 9:10,11,12,
14 11:8 39:7 41:6,7,9 44:24
66:16,20

mind 34:13

minimum 39:19

minute 59:25

minutes 62:14,16,19

mirror 34:23

mirroring 34:8,21 35:18

missed 27:23

missing 41:25

mm-hmm 7:7 38:8

model 19:14 35:22

moment 11:16 13:8 14:23
18:22 20:12 66:2 68:25

moments 39:12

month 56:4

months 56:4

morning 5:20 69:5,7

morphological 22:12,15,19,22
25:2,8,14,15,24 26:1 43:19
44:16 45:10 48:19 54:10,19


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

55:10 67:6,9

**mouth** 22:24 25:10,21 67:14

**moved** 9:23

**moving** 23:5

**MSP** 9:13,15,17,25 10:16
11:23,24 12:2,13,22 13:6,12,
22 14:1,15,23 15:1,25 19:18,
19 20:1,13,15 33:9,21 35:4,24
39:22 40:18 43:5 47:14,21
49:19 50:7,14,19,23 51:2
53:8,12,15,23 54:11 55:14,18
57:13,15 58:18 59:23 60:20
64:5,10 67:19

**MSP's** 49:14

**mugshot** 28:4

**mugshots** 41:5 43:1,2 44:24
45:1,4

**multiple** 15:8 23:8 31:4,10
46:6,11 48:22 49:21,23,24
63:20

**muscular** 55:1,9

---

**N**

**named** 13:11

**National** 17:17

**nature** 37:5 38:12

**NEC** 14:13,18 15:18 16:1,5,12,
18,21 17:2,21,23,24 18:23
23:10 40:22 41:2 60:8,9,11,12
61:4,6,14,17 62:7

**NEC's** 15:20 17:25

**necessarily** 16:19 17:5 32:25
34:16

**neck** 25:20

**needed** 33:20 34:18

**Network** 10:9 11:20 41:4

**newer** 16:9,24

**newly** 19:6

**ninth** 61:13 62:23 63:14 65:19

**NIST** 17:15,16,21

**nodding** 7:7

**nose** 22:24 25:10,20 26:7
67:14

**notary** 5:6

**noted** 57:10

**notify** 46:10

**number** 20:17,20 21:5 36:23
37:20 38:12,14,22 39:1,25
48:6

**numbers** 38:9,23 39:9,17 44:1
49:20

---

**O**

**object** 7:23 30:11 32:9 47:8

**objection** 7:25 30:23

**officers** 50:20 51:1

**officials** 6:7

**older** 18:4

**opens** 22:9

**oral** 51:5,7

**order** 19:11 26:21 44:6

**original** 27:10,14 28:20,23

**oversee** 10:8,13,14,15,17

---

**P**

**paid** 19:13

**paperwork** 51:14

**parole** 41:7

**part** 51:7 54:15

**parties** 5:11

**past** 42:10 51:24

**Patrick** 59:13 66:11

**pause** 21:10

**pay** 17:25 18:3 19:11

**peer** 28:1,5 65:8,9,13

**peers** 28:6 54:24

**pen** 57:24

**pending** 7:13

**people** 10:13 49:4 51:9 52:1

**percent** 52:19

**percentage** 56:20

**percentages** 17:12

**Perfect** 10:8

**performed** 58:6

**performing** 17:19

**performs** 50:4

**person** 5:13 21:6,22 22:1,2
33:19 41:20,25 42:4 44:20
46:12 56:1

**person's** 35:20

**persons** 33:13

**perspective** 17:7

**Phil** 5:21

**Philip** 27:21 55:2

**photo** 10:16 19:25 20:20 22:6,
9,11,14,16,19 23:16,20,25
30:3,9,14,18 31:5,7,21,23
32:17,22 33:5,10,16,17,24
34:3,7,10,20 35:1,6,17 36:6,8,
11 38:10,13,25 40:13 41:18,
19 42:5,6 43:15 44:2,9,12,17
45:8,11,23 48:1,4 49:11
58:19,24 59:1,3 60:10,13
63:1,2 64:18,19 65:19 66:17
67:24 68:1,9

**photograph** 29:24 42:2 66:22
67:20

**photographed** 41:24

**photographs** 46:7 50:16

**photos** 10:9 11:20 23:21,24
24:11,12 25:7,11 26:14 30:21
31:13,16 33:22 35:3 39:13
40:11 41:4,8,11,15,17 42:8,
12,15,24 43:5,8,11 44:5,23

45:7,22 46:1,11,15 47:3,7
48:17,22 50:12 54:20,22
61:18 63:9 64:2,7

**pick** 39:25

**picking** 24:9

**picture** 62:22 65:18

**pictures** 61:6

**pixel** 31:23

**place** 14:9,12

**Plaintiff** 5:22

**played** 58:17

**plenty** 31:7

**point** 23:3 27:8,12 37:20,22
51:12,15

**points** 16:23 33:4 37:23 38:21

**police** 9:11,13,14 19:21 49:15,
16 50:20 66:16,20

**policies** 36:2

**policy** 51:10,13 57:20

**poor** 33:2,5

**pose** 31:11

**position** 9:24 11:9,13 61:13

**positions** 9:8,16 11:4

**possibly** 18:25

**potential** 48:23

**potentially** 16:23,25 34:12,16,
17 68:2

**power** 51:12,15

**practice** 36:5,10,13 43:17,25
49:1

**pre-process** 33:9

**prepared** 26:13,16

**preparing** 67:21

**prescription** 7:16

**presentation** 51:7

**pretty** 37:16

**previously** 11:13 35:12 40:17

**primary** 17:7

**prior** 27:23 36:6 63:4,8

**probation** 41:8

**probe** 18:18 20:25 23:3,16,20,
25 24:16 25:6 33:2,10,11,24
34:20 38:3 40:13 45:8,12
65:19 66:15,21 67:21 68:13

**problem** 29:12

**procedural** 36:5

**process** 19:17 20:9,17 21:9
24:9 25:3,8 28:12 37:23 38:4
45:8 48:19 54:11,19 57:14
67:25

**processing** 10:19 33:14

**produce** 16:16 27:3 40:11

**produces** 16:17

**producing** 17:20

**program** 10:16 32:22

**progression** 54:21

**promoted** 11:14

**protocol** 64:6

**proved** 57:17

**provide** 13:5 25:1 27:9,11
28:10 36:25 48:21 51:2,10,19,
21 52:8,10

**provided** 15:12 21:1 50:19,23
51:8,15,18 52:3 65:8,10

**providers** 12:12,19 53:10

**providing** 49:4,6

**proving** 16:4 56:22

**public** 5:6

**pull** 25:5 45:13,17,18

**purchased** 19:13 23:18

**purely** 51:5

**purged** 47:3

**purposes** 59:14

**pursuant** 5:10

**put** 6:5 27:3,15

---

### Q

**qualified** 21:15

**quality** 31:12 33:2,5

**question** 6:25 7:12,13 8:1
10:7 13:14,15 30:12,24 31:14,
15 32:10 34:15 47:9 55:22
65:12

**questions** 6:22 7:19,23,24
21:11 66:8,13 67:5 68:21

**quick** 29:11

---

### R

**race** 40:12

**Rank** 13:19,21,23 14:8,14,17,
19,20 17:21 18:12,25 19:6,8,
10,12,15 23:9,12 40:21 41:2
60:6,13 61:2,10,14,17 62:7,23
63:22 65:19

**ranked** 44:6,9,12,13 48:1,3
62:23

**rankings** 40:2

**rate** 57:2,5,12

**rates** 17:13

**reach** 56:6

**read** 13:14

**reads** 13:15

**reason** 7:10 42:5 57:25

**reasons** 16:2

**recall** 36:12 42:20 51:16 62:25

**receive** 20:14 21:8 53:8,12
56:10,15

**received** 8:22 24:10 27:10
54:12 58:18

**recently** 19:1

recognition 6:6,15 8:6,14,24
  9:20,23,25 10:24 11:6,22,25
  12:4,9 14:3 16:4 18:9,17
  19:18,20,24 20:1,7,12 21:2,3
  32:20 33:25 36:17 39:23
  42:19 47:6 49:18 50:1,4,8,21
  51:25 52:13 53:9,12,16 58:17
  59:21 60:2 66:18

recognize 59:16

record 11:19 23:15 66:4 69:3

recorded 26:1

redacted 43:21

refer 8:11 19:24 21:22

reference 36:24

referring 8:14 20:8

refuse 40:11

register 41:22

reiterating 55:13

reject 32:22

rejected 33:1

related 6:15 9:3 54:21

relating 58:3

relying 16:1

remaining 46:1

Remote 5:1

remotely 5:10

remove 35:11

rendering 35:12,14,15,16

repeat 48:10 55:17

rephrase 17:4 31:14

replicate 34:18

replicates 35:21

report 25:1 26:3,4,5,11,13,16,
  21 27:2,15 65:15,17

reporter 5:5,7,9 7:4 13:15
  59:15

reporting 42:7,9

reports 27:25

repository 10:11,15

request 8:22 20:16,18,22,23
  24:22 49:22

requested 21:6 27:20 52:10

requester 24:23 27:9 28:11
  55:23

requests 19:21 27:14 49:19,
  21

require 20:16

required 19:8 20:24 29:15
  36:1 46:4,21,23 53:17

requirement 49:11

requires 53:23,25 54:2

requiring 64:6

resize 68:1

resizing 68:6

resorted 35:4

respond 24:23 29:6

response 13:16 19:21

responses 28:2 56:15

responsive 26:25

result 40:7

results 16:5,17,18 17:10,20
  18:20 33:7 38:3 39:23 40:4,5
  60:5 62:5,9

retain 47:14

return 16:22,25 24:3 33:6
  37:21 38:3,22 39:14,23 40:4
  42:3 48:9,13 60:24 61:4 62:3

returned 8:8 17:8 18:17 22:11
  23:6,7,8,14 38:17 39:6 60:6,
  21 61:2,13,21 62:6 66:20
  68:14,17

returning 17:5 23:24

returns 23:23

review 8:21 21:9 28:1,5,12
  29:4,12,13 46:1 49:10,11

65:8,9,13,22,24

reviewed 8:18,22 9:1 58:2,11
  66:24

reviewing 54:23

road 42:2

Robert 5:22 8:8

role 10:21

room 5:9

Root 7:22 8:2 13:12 27:5 66:7
  68:23

rotate 21:21 34:6

roughly 15:20 42:16 49:22

routinely 19:20 47:6

rules 6:18 7:21 36:2,7

run 16:21,23 18:10 22:16,19
  23:16 24:5,7 33:11 36:5,10
  42:19 47:7 60:2 62:10

running 40:20

runs 23:16 40:18

---

**S**

sake 10:14

savings 16:10

scale 38:2,4 39:18 40:3 43:14
  44:6

scan 9:21 18:9 42:19

scans 47:6

scars 25:16

scene 10:15

schedule 47:4

score 38:15

scores 43:13

screen 59:5,10

search 8:7,12,15,25 14:3
  18:17,20 19:25 20:8,12 21:7
  22:3 23:6,14 28:18,20,23
  29:16 36:17 40:19 47:12,19



49:19 50:1 58:3,10,17 62:10
64:25

**searched** 18:19 20:21 59:1,20

**searches** 19:19,20 40:20
43:16 50:5,8 57:20

**seconds** 62:12,14,16

**Secretary** 41:10,14

**send** 27:24 28:6,9

**sending** 27:18,23

**sends** 19:25 20:1 44:25 64:11

**sense** 9:6

**separately** 19:11

**sergeants** 10:18

**series** 18:16 54:21

**services** 11:25

**serving** 58:13

**set** 23:2 37:20 39:19,20 40:1
48:6 68:23

**shadows** 30:13

**shape** 26:9 31:17,18

**share** 59:5

**shared** 15:4 20:14

**shares** 43:5

**sharing** 59:25

**shop** 34:7,10 35:17,18 36:8
68:1

**shorthand** 5:7

**show** 16:5 46:18,19 59:6

**showed** 15:10 63:13 65:17

**showing** 16:17

**side** 9:19,22 30:22 35:21 42:2

**side-by-side** 24:17 25:7 45:14
55:11

**sign** 41:23

**similar** 26:7,12 35:16,19 37:17
38:22 45:16 55:7 67:13

**similarities** 48:18

**single** 40:18 49:10,11

**sit** 6:4

**sitting** 63:12

**skeletal** 54:25 55:9

**skin** 35:11

**skip** 26:20

**SNAP** 10:9,10 11:16,17,19
21:4,7 41:3,16 42:8,13,15,17,
24 43:2 46:8,24,25 50:13
51:22 63:3,10

**so-and-so** 42:4

**social** 42:7,12

**software** 9:2 12:1,9,13,23,25
21:4

**somebody's** 64:19

**SOS** 50:11

**sound** 6:19 7:8,13

**speak** 11:21 32:25 39:7,20
61:23 64:15

**speaking** 23:2 58:7 62:11,20

**specialist** 11:7,9

**specifically** 50:25

**spend** 54:22

**stable** 55:5

**stake** 6:7

**standard** 23:1

**standards** 17:17 22:17,21
23:3

**start** 5:25 45:16

**started** 9:18 10:1 18:7 57:11,
13

**state** 5:6 9:10,11,12,14 11:8,
19 41:6,10,14 43:15 45:2 57:6
66:16,20

**stated** 12:16

**states** 45:1,4

**Statewide** 10:9 11:20 41:4

**statistics** 56:5

**step** 20:11 21:20 25:4 27:20,
22,23 46:21

**steps** 58:16 60:20

**stipulate** 5:12

**stop** 34:14 35:24 45:24 59:25

**straight** 30:18

**strike** 39:11 65:11

**structure** 55:1

**stuff** 51:12

**subject** 33:19 56:9 67:24
68:10

**subjective** 48:14

**submit** 41:8,24

**submitted** 41:5 68:13

**submitting** 33:24 45:2

**Subpoena** 26:25

**substance** 7:17

**success** 57:8,10,12

**successful** 55:25 56:7,19

**successfully** 56:9

**sufficient** 48:9,12

**suitability** 30:14

**suitable** 29:25 30:4,9

**suitably** 33:5

**supervise** 10:20 11:5 52:1

**supervisor** 10:2 11:12 28:3,13
29:5,14 64:24 65:4,5 66:25
67:2

**supplemental** 26:3,4,5,10,13,
16,21 27:2,14

**surgery** 55:4

**suspect** 47:13

**switched** 15:25

**sworn** 5:10,13,16

HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

**system** 10:10 21:3 22:6 32:21
33:6,10,25 39:23 41:24 46:10
58:25 60:2 62:21

**T**

**taking** 7:5 9:22 68:9

**talk** 18:21 54:25

**talked** 39:11 67:7

**talking** 53:1,2,5,6 67:6,9

**tattoos** 25:17

**technology** 11:23 17:17 50:21
52:14 53:13,16 66:18

**tells** 33:6

**ten** 45:19 46:19 62:19

**term** 18:13 20:7 37:9

**terms** 37:12,18 39:17 40:25
55:12

**terrible** 65:12

**tested** 17:15 18:6

**testified** 5:18 14:23 44:15 52:7
58:1 64:5

**testify** 48:16

**testifying** 22:25 48:20

**testimony** 5:12 14:22

**testing** 16:4,16 17:10

**thing** 6:21 34:8 39:6 56:8

**things** 7:7 29:9 33:13 36:9
38:5 55:3,6 67:7

**thinking** 22:21

**thought** 33:1

**threshold** 37:10,19,24 39:12,
13,24 40:10

**thresholds** 39:10,19

**throw** 31:9

**time** 8:23 9:4 14:5,10,11,18
15:11,23 16:6 19:6,8,15 23:4
29:9 56:4,21 57:13 60:9 65:4

66:6 69:5,7

**times** 18:14 20:18,19 34:13
35:8 56:10

**titles** 11:8,10

**today** 7:5,19 8:6 57:3,25 58:8
63:12

**today's** 8:19

**told** 36:17

**tone** 35:12

**tools** 24:18

**top** 44:9 48:1,2,3 56:23

**Total** 10:22

**touch** 55:3

**track** 56:12,13,18

**tracking** 57:12

**train** 50:25

**trained** 36:15 43:22,24 49:6
51:9

**training** 10:4 22:13,22 31:9
36:14 43:18 45:21 50:19 51:5,
6 52:8,11 53:8,12,15,19,21,24
54:5,12,14,15,17,18

**trainings** 50:23 51:2,18 52:1,3
53:20

**trains** 54:3

**transaction** 21:25

**trauma** 35:9,10

**trim** 33:15

**troopers** 10:17

**true** 39:5

**truth** 5:16,17

**truthfully** 6:23 7:18

**Tuesday** 5:2

**turn** 19:17 34:16 47:15 48:22
49:14 57:24 64:3,8

**turned** 31:5,10 47:22 48:4
55:20 56:1 61:6 63:14,16,18,

21 65:18

**turning** 11:22 39:10 46:24
47:25

**twins** 54:21

**type** 36:19,20,25 37:1 51:11
56:8

**U**

**ultimate** 32:2

**ultimately** 24:19 42:1 47:16,20

**understand** 7:1 8:5,13 9:13
20:8 32:6,16 33:21 37:9,12,18
49:15 58:5

**understanding** 15:7 17:18
50:15 55:22

**understood** 8:4

**undertakes** 54:11

**unit** 10:10,13 51:22 52:4 58:13

**unnecessary** 33:16

**unpack** 38:6

**unsuitable** 32:22

**update** 15:9 19:12,15,16

**updated** 15:21,23,24 18:24
19:1,3

**updates** 17:25 18:3,5

**updating** 19:10

**upload** 21:3

**upper** 26:8,9

**utilize** 13:19 53:10

**utilized** 15:22 34:12 55:25

**utilizes** 10:16 13:1

**utilizing** 14:15

**V**

**valuable** 54:6

**varies** 62:12,13

**Krystal Howard**
**01/10/2023**                                                13

vary 62:13

vendor 15:3,4 16:4 17:10
 39:21 40:1 52:18

vendors 11:23 12:5 52:16

verbal 29:18

verbally 7:6

verify 46:14 55:14,18

vermilion 26:9

version 13:21 14:17,19,20,24
 15:17 18:5 19:15

versions 9:2 14:14 15:2,5,11,
 14

versus 9:4 17:5 38:1 67:15

viable 24:15,21,24,25 25:5
 38:1 49:2,9

videoconferencing 5:8

viewing 45:14

Virtual 5:1

visible 25:11,18 44:3

vulnerable 41:19 42:4

**W**

wait 56:3

waiver 41:23

walk 20:11 25:8 58:15

wander 42:1

ways 35:3,6 55:4 62:2

week 49:22,23,24

weekly 49:20,21

Williams 5:22 6:11 8:8,12,13
 14:2 60:23 61:2,7,11,20 62:22
 63:20 64:2,24 65:18 66:16
 68:12

Williams' 15:14 18:9 26:22
 29:15 35:1 42:18 49:25 57:24
 58:18

window 45:14

wire 35:22

work 6:16 31:3 54:6 62:6

worked 9:18,20 10:2

worse 17:2,3,6

wrinkles 67:10

writing 27:4 29:6

written 36:11 44:1 51:6

**Y**

Yankowski 65:3,13

year 19:7 62:25

years 9:15,17 15:1 53:1 54:24

younger 55:6

**Z**

zoom 33:18 67:19 68:2,9

zooming 67:25 68:5


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100