UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT JULIAN-BORCHAK
WILLIAMS,

        Plaintiff,

v.

CIYT OF DETROIT, MICHIGAN, A
MUNICIPAL CORPORATION, ET AL..

        Defendant(s).
_____/

Case No. 21-10827
Honorable Laurie J. Michelson
Magistrate Judge David R. Grand

## NOTICE OF SETTLEMENT CONFERENCE

A SETTLEMENT CONFERENCE in the above-entitled case has been set for **Thursday, September 14, 2023 at 9:30am.** before U.S. Magistrate Judge David R. Grand, at the United States Federal Courthouse, 200 East Liberty Street, Chambers 100, Ann Arbor, MI 48104.

**CLIENT(S)/CLIENT REPRESENTATIVE(S) WITH FULL SETTLEMENT AUTHORITY MUST ATTEND THE SETTLEMENT CONFERENCE.**

The parties shall submit concise confidential statements summarizing their respective position(s) on the case and the history of all settlement negotiations, not to exceed five (5) pages, by **Tuesday, September 12, 2023, at 4:30 p.m**. Each party's confidential statement should be emailed directly to Chambers at efile_grand@mied.uscourts.gov and *is not to be filed with the Court or placed on the docket.*

Dated: July 10, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 10, 2023, by electronic and/or ordinary mail.

                                                  s/Eddrey O. Butts
                                                  Case Manager, (734) 741-2484