UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT JULIAN-BORCHAK WILLIAMS,

   Plaintiff,

v.

CITY OF DETROIT, a municipal corporation, DETROIT POLICE CHIEF JAMES WHITE, in his official capacity, and DETECTIVE DONALD BUSSA, in his individual capacity,

   Defendants.

Case No. 21-cv-10827

Hon. Laurie J. Michelson
Hon. David R. Grand

## **STIPULATED ORDER TO AMEND SCHEDULING ORDER**

In light of upcoming expert depositions, which will not be possible to complete under the current schedule due to conflicting vacation schedules of counsel and experts in August, the parties have agreed to extend by twenty-one (21) days the deadlines for expert discovery and dispositive motions in the amended Case Management Order (ECF No. 41).

IT IS HEREBY ORDERED that the current deadlines in this case, as set out in the previous amended Scheduling Order (ECF No. 41), be extended by twenty-one (21) days as set forth in the following chart:

1

| EVENT | DATE |
|---|---|
| Expert Discovery Completed By: | October 5, 2023 |
| Dispositive Motions Filed By: | November 14, 2023 |
| Challenges to Experts By: | November 14, 2023 |
| Motions *in Limine* By: | TBD |
| Joint Proposed Final Pretrial Order (and pretrial submissions) By: | TBD |
| Final Pretrial Conference | TBD |
| Jury Trial | TBD |
| Estimated Length of Trial | TBD |

**IT IS SO ORDERED**.

Dated: September 8, 2023

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

The parties stipulate to the entry of the above order:

*/s/ Ramis J. Wadood*
Ramis J. Wadood (P85791)
Philip Mayor (P81691)
Daniel S. Korobkin (P72842)
American Civil Liberties Union Fund of Michigan
2966 Woodward Ave.
Detroit, MI 48201
(313) 578-6803
pmayor@aclumich.org
dkorobkin@aclumich.org

Michael J. Steinberg (P43085)
Julia Kahn*
Civil Rights Litigation Initiative
University of Michigan Law School
701 S. State St., Suite 2020
Ann Arbor, MI 48109
(734) 763-1983
mjsteinb@umich.edu
bmstrong@umich.edu

Nathan Freed Wessler
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500
nwessler@aclu.org

*Student Attorney practicing pursuant to Local Rule 83.21

*Counsel for Plaintiff*

Dated: August 22, 2023

*/s/ Patrick M. Cunningham*
Patrick M. Cunningham (P67643)
City of Detroit Law Department
2 Woodward Avenue, Suite 500
Detroit, MI 48226
(313) 237-5032
cunninghamp@detroitmi.gov

*Counsel for Defendants*

Dated: September 5, 2023

3