UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT JULIAN-BORCHAK WILLIAMS,

           Plaintiff,

v.

CITY OF DETROIT, a municipal corporation,
DETROIT POLICE CHIEF JAMES WHITE,
in his official capacity, and DETECTIVE
DONALD BUSSA, in his individual capacity.

           Defendants.
_____/

Case No. 21-cv-10827

Hon. Laurie J. Michelson
Mag. Judge David R. Grand

**PLAINTIFF'S NOTICE OF VOLUNTARY WITHDRAWAL OF MOTIONS FOR SANCTIONS WITHOUT PREJUDICE**

Michael J. Steinberg (P43085)
Julia Kahn*
Nethra Raman*
Collin Christner*
Ewurama Appiagyei-Dankah*
Civil Rights Litigation Initiative
University of Michigan Law School
701 S. State St., Suite 2020
Ann Arbor, MI 48109
(734) 763-1983
mjsteinb@umich.edu
jekahn@umich.edu
nethra@umich.edu
collindc@umich.edu
eadankah@umich.edu
* Student Attorney practicing pursuant to Local Rule 83.21

Philip Mayor (P81691)
Daniel S. Korobkin (P72842)
Ramis J. Wadood (P85791)
American Civil Liberties
Union Fund of Michigan
2966 Woodward Ave.
Detroit, MI 48201
(313) 578-6803
pmayor@aclumich.org
dkorobkin@aclumich.org
rwadood@aclumich.org

Nathan Freed Wessler
American Civil Liberties
Union Foundation
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500
nwessler@aclu.org

## PLAINTIFF'S NOTICE OF VOLUNTARY WITHDRAWAL OF MOTIONS FOR SANCTIONS WITHOUT PREJUDICE

Plaintiff hereby voluntarily withdraws his Motions for Sanctions (Dkt. 49; Dkt. 50) without prejudice. Plaintiff reserves the right to re-file the Motions for Sanctions as discussed at the March 12, 2024, status conference.

Respectfully submitted,

/s/ Michael J. Steinberg
Michael J. Steinberg (P43085)
Julia Kahn*
Nethra Raman*
Collin Christner*
Ewurama Appiagyei-Dankah*
Civil Rights Litigation Initiative
University of Michigan Law School
701 S. State St., Suite 2020
Ann Arbor, MI 48109
(734) 763-1983
mjsteinb@umich.edu
jekahn@umich.edu
nethra@umich.edu
collindc@umich.edu
eadankah@umich.edu
* Student Attorney practicing pursuant to Local Rule 83.21

Philip Mayor (P81691)
Daniel S. Korobkin (P72842)
Ramis J. Wadood (P85791)
American Civil Liberties
Union Fund of Michigan
2966 Woodward Ave.
Detroit, MI 48201
(313) 578-6803
pmayor@aclumich.org
dkorobkin@aclumich.org
rwadood@aclumich.org

Nathan Freed Wessler
American Civil Liberties
Union Foundation
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500
nwessler@aclu.org

Dated: March 18, 2024