UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT JULIAN-BORCHAK WILLIAMS,

    Plaintiff,

v.

CITY OF DETROIT, a municipal corporation, DETROIT POLICE CHIEF JAMES WHITE, in his official capacity, and DETECTIVE DONALD BUSSA, in his individual capacity,

    Defendants.

_____/

Case No. 21-10827

Hon. Laurie J. Michelson
Mag. Judge David R. Grand

## STIPULATED ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

The parties, through their respective counsel, hereby stipulate and agree as follows:

1. Plaintiff and Defendants have reached a negotiated resolution in this matter. To that end, the parties have entered into a Settlement Agreement. *See* Exhibit 1 and the attachments thereto.

2. Pursuant to the stipulation of the parties and Fed. R. Civ. P. 41(a), and consistent with the above, all of Plaintiff's claims in this lawsuit against all Defendants are dismissed with prejudice and without costs.

3. The Court hereby retains jurisdiction to enforce the Settlement Agreement for four years from the date of the entry of this order.

**IT IS SO ORDERED**.

Dated: June 28, 2024

                                    s/Laurie J. Michelson
                                    LAURIE J. MICHELSON
                                    UNITED STATES DISTRICT JUDGE

The parties stipulate to the entry of the above order:

*/s/Michael J. Steinberg*
Michael J. Steinberg (P43085)
Julia Kahn*
Nethra Raman*
Collin Christner*
Ewurama Appiagyei-Dankah*
Civil Rights Litigation Initiative
University of Michigan Law School
701 S. State St., Suite 2020
Ann Arbor, MI 48109
(734) 763-1983
mjsteinb@umich.edu
jekahn@umich.edu
nethra@umich.edu
collindc@umich.edu
eadankah@umich.edu

Philip Mayor (P81691)
Daniel S. Korobkin (P72842)
Ramis J. Wadood (P85791)
American Civil Liberties Union Fund
of Michigan
2966 Woodward Ave.
Detroit, MI 48201
(313) 578-6803
pmayor@aclumich.org
dkorobkin@aclumich.org
rwadood@aclumich.org

Nathan Freed Wessler
American Civil Liberties Union
Foundation
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500
nwessler@aclu.org

*Counsel for Plaintiff*

*Student Attorney practicing pursuant to Local Rule 83.21

*/s/ Patrick M. Cunningham*
Patrick M. Cunningham (P67643)
City of Detroit Law Department
2 Woodward Avenue, Suite 500
Detroit, MI 48226
(313) 237-5032
cunninghamp@detroitmi.gov

*Counsel for Defendants*

Dated: 6/25/24